**E-FILED**
Friday, 08 July, 2005  04:12:24 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Central__  DISTRICT OF  __Illinois__

GORDON RANDY STEIDL

v.

EDGAR COUNTY, et al.

**APPEARANCE**

Case Number: 2:05-CV-2127

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, EDGAR COUNTY

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 8, 2005 | /s/ Thomas G. DiCianni |
| Date | Signature |
| | Thomas G. DiCianni     03127041 |
| | Print Name     Bar Number |
| | 140 South Dearborn, 6th Floor |
| | Address |
| | Chicago, IL 60603 |
| | City    State    Zip Code |
| | (312) 782-7606    (312) 782-0943 |
| | Phone Number    Fax Number |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 8, 2005, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Metnick
Metnick Cherry & Frazier
Ste. 200, Myers Bldg.
1 West Old State Capitol Plaza
P. O. Box 12140
Springfield, IL 62791
217-753-4242
217-753-4642 (fax)
metnick@springfieldlawfirm.com

Janis M. Susler
G. Flint Taylor
Peoples Law Office
1180 N. Milwaukee
Chicago, IL 60622
773-235-0070
773-235-6699 (fax)
jsusler@aol.com


          Respectfully submitted,


          /s/ Thomas G. DiCianni
          Thomas G. DiCianni, #03127041
          Attorney for Defendant, Edgar County
          Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
          140 South Dearborn, 6th Floor
          Chicago, Illinois 60603
          Telephone: (312) 782-7606
          Facsimile: (312) 782-0943
          tdicianni@ancelglink.com