E-FILED
Friday, 08 July, 2005  04:16:26 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:05-CV-2121 |
| EDGAR COUNTY, et al., | ) ) ) |
| Defendants. | ) |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

NOW COMES, Defendant, EDGAR COUNTY, by its counsel, ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & ROLEK, P.C., and moves this Court for leave to extend the time within which to file its answer or otherwise plead an additional thirty (30) days, to and including July 22, 2005.

Respectfully submitted,

BY:   /s/ Thomas G. DiCianni
Thomas G. DiCianni

T<small>HOMAS</small> G. D<small>I</small>C<small>IANNI</small>
ANCEL, GLINK, DIAMOND, BUSH, D<small>I</small>CIANNI & ROLEK, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois  60603
(312) 782-7606

L:\My Documents\1. TGD\Steidl\Motion for Time.wpd /

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2005, I electronically filed the foregoing Defendant's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Metnick  
Metnick Cherry & Frazier  
Ste. 200, Myers Bldg.  
1 West Old State Capitol Plaza  
P. O. Box 12140  
Springfield, IL 62791  
217-753-4242  
217-753-4642 (fax)  
metnick@springfieldlawfirm.com

Janis M. Susler  
G. Flint Taylor  
Peoples Law Office  
1180 N. Milwaukee  
Chicago, IL 60622  
773-235-0070  
773-235-6699 (fax)  
jsusler@aol.com

                         Respectfully submitted,

                         /s/ Thomas G. DiCianni  
                         Thomas G. DiCianni, #03127041  
                         Attorney for Defendant, Edgar County  
                         Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.  
                         140 South Dearborn, 6th Floor  
                         Chicago, Illinois 60603  
                         Telephone: (312) 782-7606  
                         Facsimile:  (312) 782-0943  
                         tdicianni@ancelglink.com