E-FILED
Thursday, 14 July, 2005 04:06:43 PM
Clerk, U.S. District Court, ILCD

0149.11768                         AJB                           FIRM I.D. 40738

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 2:05-cv-02127 |
| ) | |
| CITY OF PARIS, Present and Former Paris Police ) | |
| Officials Chief Gene Ray and Detective James ) | |
| Parrish; former Illinois State Trooper Jack Eckerty; ) | |
| former Edgar County State's Attorney Michael ) | |
| McFatridge; EDGAR COUNTY; and Illinois State ) | |
| Police Officials Steven M. Fermon, Diane Carper, ) | |
| Charles E. Brueggemann, Andre Parker, and ) | |
| Kenneth Kaupus, ) | |
| Defendants. ) | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

NOW COMES, Defendant, CITY OF PARIS, by its counsel, MERLO KANOFSKY BRINKMEIER & GREGG, Ltd., and moves this Court for leave to extend the time within which to file its answer or to otherwise plead by an additional forty-five (45) days, to and including August 29, 2005.

Respectfully submitted,

_____

Alan J. Brinkmeier, Esq.
MERLO KANOFSKY BRINKMEIER & GREGG, Ltd
208 South LaSalle Street
Suite 950,
Chicago IL 60604
312.553.5500
312.553.1586

J:\users\!Files\Open Files\0149.11768\Motions\Motion.Extend.doc