0149.11768    AJB/AKC    FIRM I.D. 40738

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus,<br>　　　　　Defendants. | No:    2:05-cv-02127 |

### NOTICE OF FILING

TO:    All Counsel of Record

PLEASE TAKE NOTICE that on **July 14, 2005,** we have electronically filed with the Clerk of the United States District Court, Central District of Illinois, Urbana Division, Defendants City of Paris' Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which is attached hereto.

MERLO KANOFSKY BRINKMEIER & GREGG Ltd.
208 South LaSalle Street, Suite 950
Chicago, Illinois  60604
(312) 553-5500

### PROOF OF SERVICE BY MAIL

Rita M. O'Neill, a non-attorney, being first duly sworn, on oath deposes and states the attached documents were served on the parties, as above addressed, by enclosing a copy of same in an envelope, sealed, postage prepaid, and depositing same in United States Mail Chute at 208 South LaSalle Street, Chicago, Illinois, 60604 on the 14th day of **July, 2005.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Rita M. O'Neill

SUBSCRIBED & SWORN TO before me
this 14th day of **July 2005.**

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
ALAN J. BRINKMEIER
Notary Public, State of Illinois
My Commission Expires 8/9/05

0149.11768
Steidl v City of Paris, IL

## Service List

Counsel for Plaintiff
Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Suite 200 Myers Building
P.O. Box 12140
Springfield, IL 62791-2140
217-753-4242
217- 753-4642 fax

G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622
773-235-0070
773-235-6699 fax

Counsel for Edgar County
THOMAS G. DiCIANNI
ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & ROLEK, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois 60603
(312) 782-7606
(312)782-0943 fax