0149.11768　　　　　　　　　　AJB　　　　　　　　　　FIRM I.D. 40738

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | **APPEARANCE** |
| Plaintiff, ) | |
| v. ) | No:   2:05-cv-02127 |
| CITY OF PARIS, Present and Former Paris Police ) Officials Chief Gene Ray and Detective James ) Parrish; former Illinois State Trooper Jack Eckerty; ) former Edgar County State's Attorney Michael ) McFatridge; EDGAR COUNTY; and Illinois State ) Police Officials Steven M. Fermon, Diane Carper, ) Charles E. Brueggemann, Andre Parker, and ) Kenneth Kaupus, ) Defendants. ) | **JURY TRIAL DEMANDED** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for City of Paris, Former Paris Police Chief Gene Ray and Former Detective James Parrish.

I certify that I am admitted to practice in this court.

07-14-2005
Date

_____
Signature

Alan J. Brinkmeier　　　　6187198
Print Name　　　　　　　　Bar Number

208 South LaSalle Street,　　Suite 950
Address

Chicago　　　Illinois　　　60604
City　　　　　State　　　　Zip Code

(312) 553-5500　　　(312) 553-1586
Phone Number　　　　Fax Number