**E-FILED**
Wednesday, 20 July, 2005 11:48:37 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Central__   DISTRICT OF   __Illinois__

GORDON RANDY STEIDL

v.

MICHAEL McFATRIDGE, et al.

**APPEARANCE**

Case Number: 2:05-CV-2127

To the Clerk of this court and all parties of record:

Enter my appearance as Amicus Curiae counsel in this case for

Defendant, Michael McFatridge

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/20/2005 | /s/ Thomas G. DiCianni |
| Date | Signature |
| | Thomas G. DiCianni    03127041 |
| | Print Name    Bar Number |
| | 140 S. Dearborn, 6th Floor |
| | Address |
| | Chicago    IL    60603 |
| | City    State    Zip Code |
| | (312) 782-7606    (312) 782-0943 |
| | Phone Number    Fax Number |

# CERTIFICATE OF SERVICE

    I hereby certify that on July 20, 2005, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Counsel for Plaintiff</u>
Michael Metnick
Metnick Cherry & Frazier
Ste. 200, Myers Bldg.
1 West Old State Capitol Plaza
P. O. Box 12140
Springfield, IL 62791
217-753-4242
217-753-4642 (fax)
metnick@springfieldlawfirm.com
kerry@springfieldlawfirm.com

Janis M. Susler
G. Flint Taylor
Peoples Law Office
1180 N. Milwaukee
Chicago, IL 60622
773-235-0070
773-235-6699 (fax)
jsusler@aol.com

<u>Counsel for City of Paris</u>
Alan J. Brinkmeier
Merlo, Kanofsky, Brinkmeier & Gregg
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
312-553-5500
ajb@merlolaw.com
alanbrinkmeier@comcast.net

    Respectfully submitted,

/s/ Thomas G. DiCianni
Thomas G. DiCianni, #03127041
*Amicus Curiae* Attorney for Defendant, Michael McFatridge
Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
140 South Dearborn, 6th Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
tdicianni@ancelglink.com