IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:05-CV-2127 |
| | ) | |
| MICHAEL McFATRIDGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

NOW COMES, Defendant, MICHAEL McFATRIDGE, by its *Amicus Curiae* counsel, ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & ROLEK, P.C., and moves this Court for leave to extend the time within which to file his answer or otherwise plead an additional thirty (30) days, to and including August 19, 2005.

Respectfully submitted,

BY:   /s/ Thomas G. DiCianni
         Thomas G. DiCianni

THOMAS G. DICIANNI
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & ROLEK, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois  60603
(312) 782-7606

L:\My Documents\1. TGD\Steidl\Motion for Time.wpd /

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2005, I electronically filed the foregoing Defendant's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for Plaintiff
Michael Metnick
Metnick Cherry & Frazier
Ste. 200, Myers Bldg.
1 West Old State Capitol Plaza
P. O. Box 12140
Springfield, IL 62791
217-753-4242
217-753-4642 (fax)
metnick@springfieldlawfirm.com
kerry@springfieldlawfirm.com

Janis M. Susler
G. Flint Taylor
Peoples Law Office
1180 N. Milwaukee
Chicago, IL 60622
773-235-0070
773-235-6699 (fax)
jsusler@aol.com

Counsel for City of Paris
Alan J. Brinkmeier
Merlo, Kanofsky, Brinkmeier & Gregg
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
312-553-5500
ajb@merlolaw.com
alanbrinkmeier@comcast.net

                Respectfully submitted,

                /s/ Thomas G. DiCianni
                Thomas G. DiCianni, #03127041
                *Amicus Curiae* Attorney for Defendant, Michael McFatridge
                Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
                140 South Dearborn, 6th Floor
                Chicago, Illinois 60603
                Telephone: (312) 782-7606
                Facsimile: (312) 782-0943
                tdicianni@ancelglink.com