E-FILED
Wednesday, 20 July, 2005  03:33:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL,              )<br>                                   )<br>        Plaintiff,                 )<br>                                   )<br>        v.                         )<br>                                   )<br> CITY OF PARIS, Present and Former Paris Police )<br> Officials Chief Gene Ray and Detective James )<br> Parrish; former Illinois State Trooper Jack Eckerty; )<br> former Edgar County State's Attorney Michael )<br> McFatridge; EDGAR COUNTY; and Illinois State )<br> Police Officials Steven M. Fermon, Diane Carper, )<br> Charles E. Brueggemann, Andre Parker, and )<br> Kenneth Kaupus,                   )<br>                                   )<br>        Defendants.                )  | No. 05 CV 2127<br><br>Judge Harold A. Baker<br>Magistrate Judge David G. Bernthal |

**MOTION FOR LEAVE OF COURT TO FILE**
**APPEARANCE OF ADDITIONAL COUNSEL**

NOW COME the Defendants, CITY OF PARIS, CHIEF GENE RAY and DETECTIVE JAMES PARRISH, by and through one of their attorneys, JAMES G. SOTOS of HERVAS, SOTOS, CONDON & BERSANI, P.C., and, respectfully pray that this Honorable Court allow for the filing of an additional appearance on behalf of the Defendants, CITY OF PARIS, CHIEF GENE RAY and DETECTIVE JAMES PARRISH by JAMES G. SOTOS, JASON W. ROSE and SARA M. CLIFFE of HERVAS, SOTOS, CONDON & BERSANI, P.C.

In support of said motion, the Defendants state as follows:

1. Plaintiff has filed a civil rights complaint against several Defendants seeking relief under 42 U.S.C. § 1983 and pendent state law. Essentially, Plaintiff alleges he was wrongfully arrested, prosecuted, and convicted of a double murder which occurred in Paris, Illinois on July 6, 1986.

2.　　James G. Sotos, Jason W. Rose and Sara M. Cliffe of Hervas, Sotos, Condon & Bersani, P.C. are attorneys who practice in the area of civil rights litigation and have litigated numerous cases within the federal courts on civil rights issues.

3.　　Attorneys Sotos, Rose and Cliffe will serve as additional counsel in this matter with attorney Alan J. Brinkmeier of Merlo, Kanofsky & Brinkmeier, Ltd.

4.　　Attorneys Sotos, Rose and Cliffe have already been admitted to practice before the Central District of Illinois and have previously practiced before this Honorable Court.

WHEREFORE, the Defendants, CITY OF PARIS, CHIEF GENE RAY and DETECTIVE JAMES PARRISH, respectfully pray that this Honorable Court enter an order allowing for the filing of an additional appearance by JAMES G. SOTOS, JASON W. ROSE and SARA M. CLIFFE of HERVAS, SOTOS, CONDON & BERSANI, P.C. on behalf of the Defendants, CITY OF PARIS, CHIEF GENE RAY and DETECTIVE JAMES PARRISH.

S/JAMES G. SOTOS
James G. Sotos, Bar Number 06191975
Attorney for Defendants, City of Paris, Chief Gene Ray and Detective James Parrish
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
jsotos@hscblaw.com

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police | ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James | ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) | |
| former Edgar County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and Illinois State | ) | |
| Police Officials Steven M. Fermon, Diane Carper, | ) | |
| Charles E. Brueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.


S/JAMES G. SOTOS
James G. Sotos, Bar Number 06191975
Attorney for Defendants, City of Paris, Chief Gene Ray
and Detective James Parrish
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
jsotos@hscblaw.com