**E-FILED**
Thursday, 21 July, 2005  04:04:47 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:05-CV-2127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris | ) | |
| Police Officials Chief Gene Ray and Detective | ) | |
| James Parrish; Former Illinois State Trooper | ) | |
| Jack Eckerty; former Edgar County State's | ) | |
| Attorney Michael McFatrdige; EDGAR | ) | |
| COUNTY; and Illinois State Police Officials | ) | |
| Steven M. Fermon, Diane Carper, Charles | ) | |
| E. Bueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EDGAR COUNTY'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

NOW COMES defendant, EDGAR COUNTY, by its counsel, ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & ROLEK, P.C., and moves this Court for leave to extend the time within which to file its answer or otherwise plead an additional forty days, to and including August 29, 2005, and in support of that motion states as follows:

1.    Movant, defendant Edgar County, previously sought and received an extension of its time to respond to the Complaint to and including July 22, 2005.

2.    Edgar County has been attempting to resolve questions about insurance coverage for the claims made in the Complaint, and has just recently received a commitment from its insurer to provide a defense to the case.

3.    Additional time is needed to prepare a response to the Complaint.

WHEREFORE, defendant EDGAR COUNTY, prays this Court grant it an additional 40 days, to and including August 29, 2005, to respond to the Complaint.

Respectfully submitted,

BY:   /s/ Thomas G. DiCianni
      Thomas G. DiCianni

Thomas G. DiCianni
ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & ROLEK, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois  60603
(312) 782-7606

L:\My Documents\1. TGD\Steidl\Motion for Time 3.wpd /

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2005, I electronically filed the foregoing Defendant's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed on the attached Service List.

Respectfully submitted,

/s/ Thomas G. DiCianni
Thomas G. DiCianni, #03127041
Attorney for Defendant, Edgar County
Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
140 South Dearborn, 6th Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile:  (312) 782-0943
tdicianni@ancelglink.com

## SERVICE LIST

Counsel for Plaintiff
Michael Metnick
Metnick Cherry & Frazier
Ste. 200, Myers Bldg.
1 West Old State Capitol Plaza
P. O. Box 12140
Springfield, IL 62791
217-753-4242
217-753-4642 (fax)
metnick@springfieldlawfirm.com
kerry@springfieldlawfirm.com

Janis M. Susler
G. Flint Taylor
Peoples Law Office
1180 N. Milwaukee
Chicago, IL 60622
773-235-0070
773-235-6699 (fax)
jsusler@aol.com

Counsel for City of Paris
Alan J. Brinkmeier
Merlo, Kanofsky, Brinkmeier & Gregg
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
312-553-5500
ajb@merlolaw.com
alanbrinkmeier@comcast.net

Counsel for City of Paris, Chief Gene Ray, Detective James Parrish
James G. Sotos
Hervas, Sotos, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
(630) 773-4774
(630) 773-4851 (Fax)
jsotos@hscblaw.com