IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus,<br>        Defendants. | No:   2:05-cv-02127 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2005, I electronically filed Defendants Gene Ray and James Parrish's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

G. Flint Taylor
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622

                                        s/ Alan J. Brinkmeier
                                        Alan J. Brinkmeier Bar Number: 6187198
                                        Attorney for Defendant
                                        Merlo Kanofsky Brinkmeier & Gregg Ltd.
                                        208 South LaSalle Street, Suite 950
                                        Chicago, Illinois 60604
                                        Telephone: (312) 553-5500
                                        Fax: (312) 553-1586
                                        E-mail: ajb@merlolaw.com