0149.11768                                AJB/AKC

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus,<br>　　　　Defendants. | No:　2:05-cv-02127 |

### CERTIFICATE OF SERVICE

　　I hereby certify that on July 25, 2005, I electronically filed Defendants Gene Ray and James Parrish's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

G. Flint Taylor
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622

　　　　　　　　　　　　　　　　　　　s/ Alan J. Brinkmeier
　　　　　　　　　　　　　　　　　　　Alan J. Brinkmeier Bar Number: 6187198
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　Merlo Kanofsky Brinkmeier & Gregg Ltd.
　　　　　　　　　　　　　　　　　　　208 South LaSalle Street, Suite 950
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　Telephone: (312) 553-5500
　　　　　　　　　　　　　　　　　　　Fax: (312) 553-1586
　　　　　　　　　　　　　　　　　　　E-mail: ajb@merlolaw.com