IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) <br> ) <br> v.  ) <br> ) <br> CITY OF PARIS, Present and Former Paris Police ) <br> Officials Chief Gene Ray and Detective James ) <br> Parrish; former Illinois State Trooper Jack Eckerty; ) <br> former Edgar County State's Attorney Michael ) <br> McFatridge; EDGAR COUNTY; and Illinois State ) <br> Police Officials Steven M. Fermon, Diane Carper, ) <br> Charles E. Brueggemann, Andre Parker, and ) <br> Kenneth Kaupus, ) | No:  2:05-cv-02127 <br><br> Judge Harold A. Baker <br> Magistrate Judge David G. Bernthal |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

NOW COME the Defendants, Gene Ray and James Parrish, by their counsel, MERLO KANOFSKY BRINKMEIER & GREGG, Ltd., and HERVAS, SOTOS, CONDON, BERSANI, P.C. and move this Court for leave to extend the time within which to file their answers or to otherwise plead by an additional thirty-five (35) days to and including August 29, 2005, the date that the responsive pleading is due for the CITY OF PARIS per the Court's July 15, 2005 order.

s/ Alan J. Brinkmeier
Alan J. Brinkmeier Bar Number: 6187198
Attorney for Defendants City of Paris
MERLO KANOFSKY BRINKMEIER & GREGG Ltd
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
Telephone: 312.553.5500
Fax: 312.553.1586
E-mail: ajb@merlolaw.com

James G. Sotos, Bar Number 06191975
Attorney for Defendants City of Paris, Chief Gene Ray and Detective James Parrish
HERVAS SOTOS CONDON BERSANI PC
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Telephone: 630.773.4774
Facsmilime: 630.773.4851
E-mail: jsotos@hscblaw.com