IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-2127 |
| ) | |
| CITY OF PARIS, PRESENT AND FORMER ) | |
| PARIS POLICE OFFICIALS CHIEF GENE ) | |
| RAY AND DETECTIVE JAMES PARRISH; ) | |
| FORMER ILLINOIS STATE POLICE ) | |
| TROOPER JACK ECKERTY, FORMER ) | |
| EDGAR COUNTY STATE'S ATTORNEY ) | |
| MICHAEL MCFATRIDGE; EDGAR COUNTY, ) | |
| and ILLINOIS STATE POLICE OFFICIALS ) | |
| STEVEN M. FERMON, DIANE CARPER, ) | |
| CHARLES E. BRUEGGEMANN, ANDRE ) | |
| PARKER, and KENNETH KAUPAS, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ENLARGEMENT OF TIME

COME NOW the defendants, Jack Eckerty, Steve Fermon, Diane Carper, Charles Brueggemann, Andre Parker, and Kenneth Kaupus, by and through their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby request an enlargement of time up to and including, August 25, 2005, to answer or otherwise plead in this matter. In support thereof, the following statements are made.

1. The Office of the Illinois Attorney General has determined that it has a conflict in representing defendants, Jack Eckerty, Steve Fermon, Diane Carper, Charles Brueggemann, Andre Parker, and Kenneth Kaupus.

2. As such, Special Assistants Attorney General will need to be appointed to represent the above-referenced defendants in this case.

3. The appointments of Special Assistants Attorney General have not been completed.

4. The defendants would be materially prejudiced if they were required to answer or otherwise plead without first having the opportunity to consult with the attorneys who will represent them in this matter.

5. Defendants respectfully request an enlargement of thirty days, through and including, August 25, 2005, to answer or otherwise plead in this matter.

6. The undersigned contacted plaintiff's counsel and he has no objection to the defendants' enlargement of time up to, and including, August 25, 2005, to answer or otherwise plead in this matter.

WHEREFORE, for the above and foregoing reasons, defendants respectfully request additional time up to, and including, August 25, 2005, to answer or otherwise plead in this matter.

Respectfully submitted,

JACK ECKERTY, STEVE FERMON, DIANE CARPER, CHARLES BRUEGGEMANN, ANDRE PARKER, AND KENNETH KAUPUS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-1841
Facsimile: (217) 524-5091
kmcnaught@atg.state.il.us

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-2127 |
| ) | |
| CITY OF PARIS, PRESENT AND FORMER ) | |
| PARIS POLICE OFFICIALS CHIEF GENE ) | |
| RAY AND DETECTIVE JAMES PARRISH; ) | |
| FORMER ILLINOIS STATE POLICE ) | |
| TROOPER JACK ECKERTY, FORMER ) | |
| EDGAR COUNTY STATE'S ATTORNEY ) | |
| MICHAEL MCFATRIDGE; EDGAR COUNTY, ) | |
| and ILLINOIS STATE POLICE OFFICIALS ) | |
| STEVEN M. FERMON, DIANE CARPER, ) | |
| CHARLES E. BRUEGGEMANN, ANDRE ) | |
| PARKER, and KENNETH KAUPAS, ) | |
| ) | |
| Defendants. ) | |

### Certificate of Service

I hereby certify that on July 26, 2005, I presented the foregoing Motion for Enlargement of Time to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

> Alan J. Brinkmeier
> ajb@merlowlaw.com
>
> Thoms G. DiCianni
> tdicianni@ancelglink.com
>
> Michael Metnick
> metnick@springfieldlawfirm.com
>
> James G. Sotos
> jsotos@hscblaw.com
>
> Janis M. Susler
> jsusler@aol.com

and I hereby certify that on July 26, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

> G. Flint Taylor
> Peoples Law Office
> 1180 North Milwaukee
> Chicago, IL 60622

> Respectfully submitted,
>
> s/Karen L. McNaught
> Karen L. McNaught
> Assistant Attorney General
> Attorney for Defendants
> Office of the Attorney General
> 500 South Second Street
> Springfield, IL  62706
> Telephone:  (217) 782-1841
> Facsimile:  (217) 524-5091
> kmcnaught@atg.state.il.us