## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 CV 2127 |
| ) | |
| CITY OF PARIS, Present and Former Paris Police ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; ) | |
| former Edgar County State's Attorney Michael ) | |
| McFatridge; EDGAR COUNTY; and Illinois State ) | |
| Police Officials Steven M. Fermon, Diane Carper, ) | |
| Charles E. Brueggemann, Andre Parker, and ) | |
| Kenneth Kaupus, ) | |
| ) | |
| Defendants. ) | |

## ADDITIONAL APPEARANCE

THE FOLLOWING ATTORNEY CERTIFIES THAT HE IS ADMITTED TO THE BAR OF THIS COURT AND IS A MEMBER IN GOOD STANDING

TO:  The Clerk of this Court and all parties of record:

Enter my additional appearance as counsel in this case for:

**CITY OF PARIS, CHIEF GENE RAY and DETECTIVE JAMES PARRISH**

S/JASON W. ROSE
Jason W. Rose, Bar Number 06208130
Attorney for Defendants, City of Paris, Chief Gene Ray and Detective James Parrish
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
jrose@hscblaw.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL,             )<br>                                  )<br>        Plaintiff,                )<br>                                  )<br>    v.                            )<br>                                  )<br>CITY OF PARIS, Present and Former Paris Police )<br>Officials Chief Gene Ray and Detective James )<br>Parrish; former Illinois State Trooper Jack Eckerty; )<br>former Edgar County State's Attorney Michael )<br>McFatridge; EDGAR COUNTY; and Illinois State )<br>Police Officials Steven M. Fermon, Diane Carper, )<br>Charles E. Brueggemann, Andre Parker, and )<br>Kenneth Kaupus,                  )<br>                                  )<br>        Defendants.                )  | No. 05 CV 2127<br><br>Judge Harold A. Baker<br>Magistrate Judge David G. Bernthal |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2005, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Suite 200 Myers Building
One West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com

Alan J. Brinkmeier
Merlo, Kanofsky, Brinkmeier & Gregg
208 South LaSalle Street, Suite 950
Chicago, IL 60604
ajb@merlolaw.com

Thomas G. DiCianni
Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
140 S. Dearborn St., Suite 600
Chicago, IL 60603
tdicianni@ancelglink.com

Jan Susler
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622
jsusler@aol.com

Karen L. McNaught
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706
kmcnaught@atg.state.il.us

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF system participant:

G. Flint Taylor
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622

                S/JASON W. ROSE
                Jason W. Rose, Bar Number 06208130
                Attorney for Defendants, City of Paris, Chief Gene Ray and Detective James Parrish
                HERVAS, SOTOS, CONDON & BERSANI, P.C.
                333 Pierce Road, Suite 195
                Itasca, IL 60143-3156
                Phone: 630-773-4774
                Fax: 630-773-4851
                jrose@hscblaw.com