AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

GORDON RANDY STEIDL, Plaintiff
vs.
CITY OF PARIS, et al., and Illinois
State Police Officials Steven M. Fermon,
Diane Carper, Charles E. Brueggemann,
Andre Parker, and Kenneth Kaupus,
Defendants

**APPEARANCE**

Case Number: 05 C 2127

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Charles E. Brueggemann, Steven M. Fermon, Diane Carper, Andre Parker and Kenneth Kaupus

I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 15, 2005 | /s/ Iain D. Johnston |
| Date | Signature |
| | Iain D. Johnston         6204667 |
| | Print Name               Bar Number |
| | Holland & Knight, LLP, 131 S. Dearborn, 30th Fl. |
| | Address |
| | Chicago        IL        60603 |
| | City            State    Zip Code |
| | (312) 263-3600          (312) 578-6666 |
| | Phone Number           Fax Number |