E-FILED
Monday, 15 August, 2005  12:56:10 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Central__   DISTRICT OF   __Illinois__

GORDON RANDY STEIDL, Plaintiff
          vs.
CITY OF PARIS, et al., and Illinois
State Police Officials Steven M. Fermon,
Diane Carper, Charles E. Brueggemann,
Andre Parker, and Kenneth Kaupus,
          Defendants

**APPEARANCE**

Case Number: 05 C 2127

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
Charles E. Brueggemann, Steven M. Fermon, Diane Carper, Andre Parker and Kenneth Kaupus

I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 15, 2005 | /s/ Iain D. Johnston |
| Date | Signature |
| | Iain D. Johnston            6204667 |
| | Print Name                  Bar Number |
| | Holland & Knight, LLP, 131 S. Dearborn, 30th Fl. |
| | Address |
| | Chicago        IL          60603 |
| | City         State         Zip Code |
| | (312) 263-3600          (312) 578-6666 |
| | Phone Number            Fax Number |