UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, <br><br>    Plaintiff, <br><br>  v. <br><br>CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials STEVEN M. FERMON, DIANE CARPER, CHARLES E. BRUGGEMANN, ANDRE PARKER, and KENNETH KAUPUS, <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 05 C 2127 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF INTEREST

The undersigned furnishes the following in compliance with Rule 11.3 of this Court:

1. The full name of every party or amicus the attorney represents in the case:

   **Steven M. Fermon**
   **Diane Carper**
   **Charles E. Bruggeman**
   **Andre Parker**
   **Kenneth Kaupus**

2. If such party or amicus is a corporation:

   a. Its parent corporation, if any;
   b. A list of corporate stock holders which are publicly held companies owning 10% or more of the stock of the party or amicus it is a publicly held company.

   **N/A**

3. Name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case:

   **Holland & Knight LLP**

Date:   August 15, 2005

        Respectfully submitted,
        \s\ Iain D. Johnston

        Iain D. Johnston, One of the Attorneys
        for Defendants, Steven M. Fermon, Diane
        Carper, Charles E. Bruggeman, Andre Parker,
        and Kenneth Kaupus
        Iain D. Johnston (6204667)
        Holland & Knight LLP
        131 South Dearborn Street, 30th Floor
        Chicago, Illinois 60603
        (312) 263-3600
        (312) 578-6666 (fax)

Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(1)(1)(f)