## CERTIFICATE OF SERVICE

The undersigned caused a copy of the foregoing APPEARANCE and CERTIFICATE OF INTEREST to be served on all persons listed below, by depositing same, postage pre-paid, first class mail, on the 15th day of August, 2005


G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, LLP
P.O. Box 12140
Springfield, Illinois  62791-2140

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, the undersigned certifies that the statements set forth in this Appearance and Certificate of Service are true and Correct.


\s\ Iain D. Johnston
Iain D. Johnston

# 3142214_v1