43039.55

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| GORDON RANDY STEIDL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus,<br><br>Defendants. | No.:   **05 CV 2127**<br><br>Judge Harold A. Baker<br><br>Magistrate Judge David G. Bernthal |

**MOTION FOR LEAVE OF COURT FOR
CONVENTIONAL FILING**

NOW COMES Defendant, Michael McFatridge, by and through his attorneys, Connolly, Ekl & Williams, P.C., and respectfully requesting that this Honorable Court allow for the filing of counsels' Motion for Leave of Court to File Appearance of Additional Counsel by conventional filing with the Clerk of Court, United States District Court, Central District of Illinois, Urbana Division. In support of said motion, Defendant states as follows:

1. Plaintiff has filed a civil rights complaint against Defendant seeking relief under 42 U.S.C. § 1983 and pendent state law. Plaintiff alleges that he was wrongfully arrested, prosecuted, and convicted of a double murder in Paris, Illinois.

2. Terry A. Ekl, Vincent C. Mancini, and Patrick L. Provenzale of Connolly, Ekl & Williams, P.C. are attorneys who practice in the area of civil rights litigation and have litigated numerous cases within the United States District Court, Northern District of Illinois.

3. Attorneys Ekl, Mancini, and Provenzale will serve as counsel for Defendant, Michael McFatridge, along with Attorney Mark F. Wolfe.

4. Attorneys Ekl and Provenzale have been admitted to practice before the Northern District of Illinois and have filed a Motion seeking Reciprocal Admission before the Central District of Illinois. Attorney Mancini has been admitted to practice before the Central District of Illinois and the Northern District of Illinois.

5. Attorneys Ekl, Mancini and Provenzale have submitted their ECF Attorney Registration Form to John M. Waters, Clerk, United State District Court and are presently awaiting confirmation and approval from his office.

WHEREFORE, Defendant, Michael McFatridge, respectfully requests this Honorable Court grant his Motion and enter an order permitting Defendant's counsel to file any and all future pleadings by conventional filing until such time as counsel is approved for electronic filing with the United States District Court, Central District of Illinois, Urbana Division.

s/ [signature]
ARDC# 6243417
Attorney for Defendant, Michael McFatridge
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
(630) 654-0045
(630) 654-0150 *Facsimile*
vmancini@cewpc.com