43039.55

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus,<br><br>Defendants. | Case No.   05 CV 2127<br><br>Judge Harold A. Baker<br>Magistrate Judge David G. Bernthal |

## MOTION FOR LEAVE OF COURT TO FILE APPEARANCE OF ADDITIONAL COUNSEL

NOW COMES Defendant, Michael McFatridge, by and through his attorneys, Connolly, Ekl & Williams, P.C., and respectfully requesting that this Honorable Court allow for the filing of an additional appearance on behalf of Defendant, Michael McFatridge by Terry A. Ekl, Vincent C. Mancini, and Patrick L. Provenzale of Connolly, Ekl & Williams, P.C. In support of said motion, Defendant states as follows:

1. Plaintiff has filed a civil rights complaint against Defendant seeking relief under 42 U.S.C. § 1983 and pendent state law. Plaintiff alleges that he was wrongfully arrested, prosecuted, and convicted of a double murder in Paris, Illinois.

2. Terry A. Ekl, Vincent C. Mancini, and Patrick L. Provenzale of Connolly, Ekl

& Williams, P.C. are attorneys who practice in the area of civil rights litigation and have litigated numerous cases within the United States District Court, Northern District of Illinois.

3.   Attorneys Ekl, Mancini, and Provenzale will serve as counsel for Defendant, Michael McFatridge, along with Attorney Mark F. Wolfe.

4.   Attorneys Ekl and Provenzale have been admitted to practice before the Northern District of Illinois and have filed a Motion seeking Reciprocal Admission before the Central District of Illinois. Attorney Mancini has been admitted to practice before the Central District of Illinois and the Northern District of Illinois.

WHEREFORE, Defendant, Michael McFatridge, respectfully requests this Honorable Court grant his Motion and enter an order allowing for the filing of an additional appearance by Terry A. Ekl, Vincent C. Mancini, and Patrick L. Provenzale of Connolly, Ekl & Williams, P.C. on behalf of Defendant, Michael McFatridge.

s/ *signature*
ARDC# 6243417
Attorney for Defendant, Michael McFatridge
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
(630) 654-0045
(630) 654-0150 *Facsimile*
vmancini@cewpc.com

J:\FORMS\DISKS\VCM\08-05\mcfatridge motion for leave.wpd

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

GORDON RANDY STEIDL,

V.

CITY OF PARIS, ET AL.

**APPEARANCE**

Case Number: 05 CV 2127

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    MICHAEL MCFATRIDGE

I certify that I am admitted to practice in this court., pending approval of the Court.

8/18/2005
Date

Signature

TERRY A. EKL              00727105
Print Name                Bar Number

115 W. 55TH STREET, #400
Address

CLARENDON HILLS, IL 60514
City              State        Zip Code

630/654-0045                630-654-0150
Phone Number                     Fax Number

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Central__   DISTRICT OF   __Illinois__

GORDON RANDY STEIDL,

V.

CITY OF PARIS, ET AL.

**APPEARANCE**

Case Number: 05 CV 2127

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   MICHAEL MCFATRIDGE

I certify that I am admitted to practice in this court, pending approval of the Court.

__8/18/2005__
Date

Signature

PATRICK L. PROVENZALE            6225879
Print Name                       Bar Number

115 W. 55TH STREET, #400
Address

CLARENDON HILLS,  IL  60514
City              State      Zip Code

630/654-0045            630/654-0150
Phone Number            Fax Number

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Central__                    DISTRICT OF    __Illinois__

GORDON RANDY STEIDL,

    V.

CITY OF PARIS, ET AL.

**APPEARANCE**

Case Number: 05 CV 2127

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    MICHAEL MCFATRIDGE

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/18/2005 | _[signature]_ |
| Date | Signature |
| | VINCENT C. MANCINI     6243417 |
| | Print Name     Bar Number |
| | 115 W. 55TH STREET, #400 |
| | Address |
| | CLARENDON HILLS, IL 60514 |
| | City    State    Zip Code |
| | 630/654-0045     630-654-0150 |
| | Phone Number     Fax Number |