E-FILED
Monday, 22 August, 2005  03:00:18 PM
Clerk, U.S. District Court, ILCD

43039.55

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus, <br><br> Defendants. | No.:   **05 CV 2127** <br><br> Judge Harold A. Baker <br><br> Magistrate Judge David G. Bernthal |

### CERTIFICATE OF SERVICE

    I hereby certify that on August 19, 2005, I presented the foregoing Motion for Leave of Court for Conventional Filing and Motion for Leave of Court to File Appearance of Additional Counsel to the Clerk of the Court, *Via Federal Express Mail,* for filing and uploading to the CM/ECF system which will send notification of such filing to Counsel of Record, and I hereby certify that I have mailed by United States Postal Service the documents to the attorneys of record as set forth in the attached Service List.

s/ [signature]
ARDC# 6243417
Attorneys for Defendant, Michael McFatridge
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
(630) 654-0045
(630) 654-0150 *Facsimile*
vmancini@cewpc.com

# SERVICE LIST

RE: Steidl v. City of Paris, et al.
Court Number: 05 CV 2127
Our File Number: 43039.55

G. Flint Taylor
Janis M. Susler
Peoples Law Office
1180 North Milwaukee
Chicago, IL 60622
(773) 235-0070
(773) 235-6699 **FAX**

Michael Metnick
Metnick, Cherry & Frazier
Suite 200, Myers Building
1 West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791
(217) 753-4242
(217) 753-4642 **FAX**

**Counsel for Defendants:**
Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
(630) 654-0045
(630) 654-0150 **FAX**

Mark F. Wolfe
Bollinger, Ruberry & Garvey
500 West Madison Street, Suite 2300
Chicago, IL 60661

Alan J. Brinkmeier
Merlo, Kanofsky, Brinkmeier, Ltd.
208 South LaSalle Street, Suite 950
Chicago, IL 60604
(312) 553-5500
(312) 553-1586 **FAX**

James Sotos
Elizabeth A. Ekl
Jason W. Rose
Sara M. Cliffe
Hervas, Sotos, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143
(630) 773-4774
(630) 773-4851 **FAX**

Karen L. McNaught
Illinois Attorney General
500 Second Street
Springfield, IL 62706
(217) 782-1841
(217) 524-5091 **FAX**

Iain D. Johnston
Holland & Knight LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
(312) 578-6577
(312) 578-6666 **FAX**

Thomas G. DiCianni
Ancel, Glink, Diamond, Bush, DiCianni
 & Rolek, P.C.
140 South Dearborn Street, Suite 600
Chicago, IL 60603
(312) 782-7606
(312) 782-0943 **FAX**