**E-FILED**
Monday, 22 August, 2005   03:23:55 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

GORDON RANDY STEIDL,

v.

CITY OF PARIS, ET AL.

**APPEARANCE**

Case Number: 05 CV 2127

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    MICHAEL MCFATRIDGE

I certify that I am admitted to practice in this court., pending approval of the Court.

| | |
|---|---|
| 8/18/2005 | *[signature]* |
| Date | Signature |
| | TERRY A. EKL       00727105 |
| | Print Name        Bar Number |
| | 115 W. 55TH STREET, #400 |
| | Address |
| | CLARENDON HILLS, IL 60514 |
| | City        State        Zip Code |
| | 630/654-0045        630-654-0150 |
| | Phone Number        Fax Number |