# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

GORDON RANDY STEIDL,

V.

CITY OF PARIS, ET AL.

**APPEARANCE**

Case Number: 05 CV 2127

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   MICHAEL MCFATRIDGE

I certify that I am admitted to practice in this court, pending approval of the Court.

8/18/2005
Date

Signature

PATRICK L. PROVENZALE        6225879
Print Name                    Bar Number

115 W. 55TH STREET, #400
Address

CLARENDON HILLS, IL 60514
City          State         Zip Code

630/654-0045              630/654-0150
Phone Number              Fax Number