✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |
|---|---|---|

GORDON RANDY STEIDL,

     V.

CITY OF PARIS, ET AL.

**APPEARANCE**

Case Number:    05 CV 2127

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for    MICHAEL MCFATRIDGE

    I certify that I am admitted to practice in this court.

| 8/18/2005 | | |
|---|---|---|
| Date | Signature | |
| VINCENT C. MANCINI | | 6243417 |
| Print Name | | Bar Number |
| 115 W. 55TH STREET, #400 | | |
| Address | | |
| CLARENDON HILLS, IL 60514 | | |
| City | State | Zip Code |
| 630/654-0045 | | 630-654-0150 |
| Phone Number | | Fax Number |