E-FILED
Tuesday, 23 August, 2005 03:12:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF PARIS, former Edgar County )<br>State's Attorney Michael McFatridge; )<br>Edgar County, et al )<br>Defendant. )<br>) | Case No. 05-CV-2127<br>Honorable Harold A. Baker |

**DEFENDANT'S MOTION FOR AN EXEMPTION FROM THE ELECTRONIC FILING REQUIREMENT AND FOR LEAVE TO FILE CONVENTIONALLY**

NOW COMES Defendant, EDGAR COUNTY, by and through its attorneys, BOLLINGER, RUBERRY AND GARVEY, and moves for an exemption from electronic filing requirement and for leave to file conventionally. In support of this Motion, Defendant states:

1. Defendant's attorneys Mark Wolfe and Michael Latz have filed applications for admission to the bar for the United States District Court of Illinois, Central Division and also have submitted an application for an electronic filing password which will allow them to comply with the local rule requiring electronic filing. Those applications are pending, and attorneys Mark Wolfe and Michael Latz expect that the respective applications will be granted.

2. In the meantime, attorneys Mark Wolfe and Michael Latz have a duty to protect the Defendant's interests with regard to this lawsuit.

3. Therefore, attorneys Mark Wolfe and Michael Latz move for an exemption from the electronic filing requirement and for permission to file their substitute appearances and Motion to Dismiss in the conventional manner, instanter.

Respectfully submitted,

By: *[signature: Michael P. Latz]*
Edgar County
One of its Attorneys

Michael P. Latz, Esq.
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois 60661-2511
Telephone: (312) 466-8000
Facsimile: (312) 466-8001

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:05-CV-2127 |
| | ) Honorable Harold A. Baker |
| CITY OF PARIS, former Edgar County | ) |
| State's Attorney Michael McFatridge; | ) |
| Edgar County, et al | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:  Michael Bruce Metnick           Thomas G. DiCianni
     Metnick Cherry Frazier & Sabin LLP   Ancel Glink Diamond Bush Dicianni &
     Suite 200 Myers Building        Rolek, P.C.
     PO Box 12140                    140 S. Dearborn, Sixth Floor
     Springfield IL 62791-2140       Chicago, IL 60603

     Mr. Vincent Mancini             G. Flint Taylor and Jan Susler
     Connolly Ekl & William, PC      People's Law Office
     MidAmerica Office Center        1180 North Milwaukee Ave.
     115 West 55th Street - Suite 400   Chicago IL 60622
     Clarendon Hills, IL 60514

PLEASE TAKE NOTICE that the undersigned shall appear on _____, 2005 at _____ a.m., before the Honorable Judge sitting in the U.S.D.C. Central District of Illinois, Urbana Division, 218 U.S. Courthouse, 201 S. Vine Street, Urbana, Illinois, and present the attached Defendant's, *Motion for an Exemption from Electronic Filing Requirement and for Leave to File Conventionally,* copies of which were served upon you and herewith served upon all attorneys of record.

_____
Michael P. Latz
Attorney for the Defendant

Michael P. Latz, Esq.
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois 60661-2511
Telephone: (312) 466-8000
Facsimile: (312) 466-8001

1