UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PARIS, former Edgar County State's Attorney Michael McFatridge; Edgar County, et al<br>        Defendant. | Case No. 2:05-CV-2127<br>Honorable Harold A. Baker |

**MOTION FOR LEAVE TO FILE SUBSTITUTE APPEARANCE, INSTANTER**

NOW COMES Mark Wolfe of the law firm Bollinger, Ruberry & Garvey, an attorney for the Defendants, County of Edgar and Michael McFatridge, and respectfully requests that this Court grant his Motion for Leave to File his substitute Appearance as trial attorney on behalf of Defendants, County of Edgar and Michael McFatridge and allow Tom DiCianni of Ancel, Glink Diamond, Bush, DiCianni & Rolek, P.C. to withdraw his previously filed appearance, instanter.

Respectfully Submitted,

By: _____
Mark F. Wolfe
Bollinger Ruberry & Garvey
500 W. Madison
Suite 2300
Chicago IL 60661
312-466-8000

By: _____
Thomas Dicianni
Ancel, Glink Diamond, Bush,
DiCianni & Rolek P.C.
140 S. Dearborn Street
Chicago IL 60603
(312)782-7606

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:05-CV-2127 |
| ) | Honorable Harold A. Baker |
| CITY OF PARIS, former Edgar County ) | |
| State's Attorney Michael McFatridge; ) | |
| Edgar County, et al ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO: Michael Bruce Metnick
Metnick Cherry Frazier & Sabin LLP
Suite 200 Myers Building
PO Box 12140
Springfield IL 62791-2140

Thomas G. DiCianni
Ancel Glink Diamond Bush Dicianni &
Rolek, P.C.
140 S. Dearborn, Sixth Floor
Chicago, IL 60603

Mr. Vincent Mancini
Connolly Ekl & William, PC
MidAmerica Office Center
115 West 55th Street - Suite 400
Clarendon Hills, IL 60514

G. Flint Taylor and Jan Susler
People's Law Office
1180 North Milwaukee Ave.
Chicago IL 60622

PLEASE TAKE NOTICE that the undersigned shall appear on _____, 2005 at _____ a.m., before the Honorable Judge sitting in the U.S.D.C. Central District of Illinois, Urbana Division, 218 U.S. Courthouse, 201 S. Vine Street, Urbana, Illinois, and present the attached Defendant's, *Motion for Leave to File Substitute Appearance, Instanter,* copies of which were served upon you and herewith served upon all attorneys of record.

_____
Michael P. Latz
Attorney for the Defendant

Michael P. Latz, Esq.
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois 60661-2511
Telephone: (312) 466-8000
Facsimile: (312) 466-8001

1

## CERTIFICATE OF SERVICE

  The undersigned, a non-attorney, states that she served a copy of the foregoing Notice of Motion and the pleading referred to therein upon all attorneys as shown on the attached service list by First Class Mail, postage prepaid, at 500 West Madison Street, Chicago, IL 60661, before 5:00 p.m. on August _____, 2005.

[x] Under penalties as provided by law pursuant to 735 ILCS 5/1-109,
   I certify that the statements set forth herein are true and correct.

                      _____