## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

Gordon Randy Steidl,
                          Plaintiffs,
        vs.
City of Paris, former Edgar County
State's Attorney Michael McFatridge,
Edgar County, et al.,
                          Defendants

Case Number:   2:05 -CV-2127

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

_____Defendants, COUNTY OF EDGAR  and  Michael McFatridge_____

| (A) | (B) |
|---|---|
| SIGNATURE *[signature]* | SIGNATURE *[signature]* |
| NAME MARK F. WOLFE | NAME MICHAEL P. LATZ |
| FIRM BOLLINGER, RUBERRY & GARVEY | FIRM BOLLINGER, RUBERRY & GARVEY |
| STREET ADDRESS 500 WEST MADISON STREET, SUITE 2300 | STREET ADDRESS 500 WEST MADISON STREET, SUITE 2300 |
| CITY/STATE/ZIP CHICAGO, ILLINOIS 60661 | CITY/STATE/ZIP CHICAGO, ILLINOIS 60661 |
| TELEPHONE NUMBER (312) 466-8000 | TELEPHONE NUMBER (312) 466-8000 |
| IDENTIFICATION NUMBER 6186298 | IDENTIFICATION NUMBER 620519 |
| MEMBER OF TRIAL BAR? YES [X]  NO ☐ | MEMBER OF TRIAL BAR? YES [X]  NO ☐ |
| TRIAL ATTORNEY? YES [X]  NO ☐ | TRIAL ATTORNEY? YES []  NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐  NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ☐  NO ☐ | MEMBER OF TRIAL BAR? YES ☐  NO ☐ |
| TRIAL ATTORNEY? YES ☐  NO ☐ | TRIAL ATTORNEY? YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐  NO ☐ |