UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 05 C 2127 |
| CITY OF PARIS, et al., | ) ) ) |
| Defendants. | ) ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2005, I electronically filed the Motion to Dismiss and Memorandum in Support of Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Alan J. Brinkmeier, Sara M. Cliffe, Thomas G. DiCianni, Elizabeth A. Ekl, Karen McNaught, Michael Metnick, Jason W. Rose, James G. Sotos and Janis M. Susler and I hereby certify that I have mailed by U.S. Postal Service the document to the following non CM/ECF participants:

G. Flint Taylor
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622

Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
1125 West 55th Street, Suite 400
Clarendon Hills, IL 60514

Mark F. Wolfe
Bollinger, Ruberry & Garvey
500 West Madison Street
Suite 2300
Chicago, IL 60661

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, the undersigned certifies that the statements set forth in this Certificate of Service are true and Correct.

s/ Iain D. Johnston  
Iain D. Johnston Bar Number 6204667  
Attorney for Defendants Fermon, Carper, Parker, Brueggemann and Kaupus  
Holland & Knight LLP  
131 S. Dearborn St., 30th Floor  
Chicago, IL  60603  
Telephone: (312) 263-3600  
Fax: (312) 578-6666  
E-mail: iain.johnston@hklaw.com

# 3172753_v1