IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police | ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James | ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) | |
| former Edgar County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and Illinois State | ) | |
| Police Officials Steven M. Fermon, Diane Carper, | ) | |
| Charles E. Brueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE OF COURT TO FILE
<u>APPEARANCE OF ADDITIONAL COUNSEL</u>**

<u>        </u>NOW COMES the Defendant, JACK ECKERTY, by and through one of his attorneys, JAMES G. SOTOS of HERVAS, SOTOS, CONDON & BERSANI, P.C., and, respectfully prays that this Honorable Court allow for the filing of an additional appearance on behalf of Defendant, JACK ECKERTY by JAMES G. SOTOS of HERVAS, SOTOS, CONDON & BERSANI, P.C.

In support of said motion, the Defendant states as follows:

1.      Plaintiff has filed a civil rights complaint against several Defendants seeking relief under 42 U.S.C. § 1983 and pendent state law.  Essentially, Plaintiff alleges he was wrongfully arrested, prosecuted, and convicted of a double murder which occurred in Paris, Illinois on July 6, 1986.

2.      James G. Sotos is an attorney who practices in the area of civil rights litigation and has litigated numerous cases within the federal courts on civil rights issues.  Attorney Sotos

has been appointed as a Special Attorney General for purposes of representing Defendant Eckerty in this matter. Mr. Sotos has already appeared in this matter on behalf of Defendants City of Paris, Gene Ray and James Parrish.

3. Attorney Sotos has already been admitted to practice before the Central District of Illinois and has previously practiced before this Honorable Court.

WHEREFORE, the Defendant, JACK ECKERTY, respectfully prays that this Honorable Court enter an order allowing for the filing of an additional appearance by JAMES G. SOTOS of HERVAS, SOTOS, CONDON & BERSANI, P.C. on behalf of Defendant, JACK ECKERTY.

S/JAMES G. SOTOS
James G. Sotos, Bar Number 06191975
Attorney for Defendant Jack Eckerty
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
jsotos@hscblaw.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police | ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James | ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) | |
| former Edgar County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and Illinois State | ) | |
| Police Officials Steven M. Fermon, Diane Carper, | ) | |
| Charles E. Brueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2005, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Suite 200 Myers Building
One West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com

Alan J. Brinkmeier
Merlo, Kanofsky, Brinkmeier & Gregg
208 South LaSalle Street, Suite 950
Chicago, IL 60604
ajb@merlolaw.com

Thomas G. DiCianni
Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
140 S. Dearborn St., Suite 600
Chicago, IL 60603
tdicianni@ancelglink.com

Jan Susler
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622
jsusler@aol.com

Karen L. McNaught
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706
kmcnaught@atg.state.il.us

Iain D. Johnston
Holland & Knight, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
iain.johnston@hklaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF system participant:

G. Flint Taylor
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL  60622

Mark F. Wolfe
Michael P. Latz
Bollinger, Ruberry & Garvey
500 West Randolph Street, Suite 2300
Chicago, IL 60661-2511

Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514

                                                            S/JAMES G. SOTOS
                                                             James G. Sotos, Bar Number 06191975
                                                             Attorney for Defendant Jack Eckerty
                                                             HERVAS, SOTOS, CONDON & BERSANI, P.C.
                                                             333 Pierce Road, Suite 195
                                                             Itasca, IL 60143-3156
                                                             Phone:  630-773-4774
                                                             Fax:  630-773-4851
                                                             jsotos@hscblaw.com