**E-FILED**
Friday, 26 August, 2005  02:57:21 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, et al. | ) | Judge Harold A. Baker |
| | ) | Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE JACK ECKERTY'S
ANSWER TO PLAINTIFF'S COMPLAINT, DEFENDANTS' MOTION TO DISMISS
COUNT III AND MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS COUNT III, INSTANTER**

Defendant JACK ECKERTY, by and through one of his attorneys, JAMES G. SOTOS of

HERVAS, SOTOS, CONDON & BERSANI, P.C., hereby moves this Honorable Court for leave

to file Jack Eckerty's Answer to Plaintiff's Complaint, Defendants' Motion to Dismiss Count III

and Memorandum of Law in Support of Defendants' Motion to Dismiss Count III, instanter.

In support thereof, Defendant Eckerty states as follows:

1.      By prior order of Court, Defendant Eckerty's answer to Plaintiff's complaint,

motion to dismiss count III and supporting memorandum of law was due on August 25, 2005.

2.      Defendant Eckerty's motion to dismiss Plaintiff's complaint and memorandum of

law in support thereof is being filed jointly with Defendant Parrish.

3.      By prior order of Court, Defendant Parrish's answer to Plaintiff's complaint,

motion to dismiss count III and supporting memorandum of law is not due until August 29, 2005.

4.      Defendants Eckerty and Parrish completed their joint motion to dismiss and

supporting memorandum of law on Thursday afternoon, August 29, 2005.  However, due to

Defendants' lawyer's secretary having to leave the office early for an emergency, Defendants were unable to complete the filing of said documents and Defendant Eckerty's answer to the remaining counts in Plaintiff's complaint before the end of the business day.

WHEREFORE, Defendant Eckerty prays this Honorable Court grant Defendant's Motion for Leave to File Defendants Parrish and Eckerty's Motion to Dismiss Count III and Memorandum of Law in Support of Motion to Dismiss Count III, instanter.

S/JAMES G. SOTOS
James G. Sotos, Bar Number 06191975
Attorney for Defendant Jack Eckerty
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
jsotos@hscblaw.com

2

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police | ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James | ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) | |
| former Edgar County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and Illinois State | ) | |
| Police Officials Steven M. Fermon, Diane Carper, | ) | |
| Charles E. Brueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2005, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Suite 200 Myers Building
One West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com

Alan J. Brinkmeier
Merlo, Kanofsky, Brinkmeier & Gregg
208 South LaSalle Street, Suite 950
Chicago, IL 60604
ajb@merlolaw.com

Thomas G. DiCianni
Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
140 S. Dearborn St., Suite 600
Chicago, IL 60603
tdicianni@ancelglink.com

Jan Susler
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622
jsusler@aol.com

Karen L. McNaught
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706
kmcnaught@atg.state.il.us

Iain D. Johnston
Holland & Knight, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
iain.johnston@hklaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF system participant:

G. Flint Taylor
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL  60622

Mark F. Wolfe
Michael P. Latz
Bollinger, Ruberry & Garvey
500 West Randolph Street, Suite 2300
Chicago, IL 60661-2511

Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514

S/JAMES G. SOTOS
James G. Sotos, Bar Number 06191975
Attorney for Defendant Jack Eckerty
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
jsotos@hscblaw.com