IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, et al. | ) | Judge Harold A. Baker |
| | ) | Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO DISMISS COUNT III

Defendants, GENE RAY, JAMES PARRISH and JACK ECKERTY, by and through their attorney, JAMES G. SOTOS of HERVAS, SOTOS, CONDON & BERSANI, P.C., pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss Count III of Plaintiff's Complaint. In support thereof, Defendants state as follows:

1. On May 27, 2005, Plaintiff filed an 11-count Complaint (attached as Exhibit A), against Defendants Gene Ray, James Parrish and Jack Eckerty, and others.

2. Count III of Plaintiff's Complaint purports to set forth a §1983 due process claim against Defendants Ray, Parrish and Eckerty and others for deprivation of access to courts.

3. Specifically, Plaintiff alleges that Defendants Ray, Parrish and Eckerty, in conspiracy with Defendant McFatridge and other named and unnamed private individuals and law enforcement agents, together with Defendants Fermon, Carper, Parker, Kaupus and Brueggemann, violated his right of access to courts by obstructing justice and suppressing evidence favorable to his claims. Plaintiff claims this conduct "potentially" caused him to forfeit several claims, including Fourth Amendment and state law false arrest and illegal search claims,

to delay pursuing his other claims for many years, and to proceed without key evidence. (Exhibit A, ¶ 111.)

4. Plaintiff has pled himself out of court or has otherwise failed to state the essential elements of his claim for access to courts (Count III).

5. Plaintiff's complaint also purports to set forth other claims against Defendants Ray, Parrish and Eckerty, including § 1983 claims of false imprisonment (Count I) and deprivation of right to fair trial for wrongful conviction (Count II); and state law claims of false imprisonment (Count V), malicious prosecution (Count VI), intentional infliction of emotional distress (Count VII) and conspiracy (Count VIII). Defendants Ray, Parrish and Eckerty have answered these remaining Counts.

WHEREFORE, Defendants Ray, Parrish and Eckerty respectfully request that this Honorable Court enter an Order dismissing with prejudice Plaintiff's claim alleging denial of access to courts (Count III).

S/JAMES G. SOTOS
James G. Sotos, Bar Number 06191975
Attorney for Defendants, Gene Ray, James Parrish and Jack Eckerty
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
jsotos@hscblaw.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police | ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James | ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) | |
| former Edgar County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and Illinois State | ) | |
| Police Officials Steven M. Fermon, Diane Carper, | ) | |
| Charles E. Brueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2005, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Suite 200 Myers Building
One West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com

Alan J. Brinkmeier
Merlo, Kanofsky, Brinkmeier & Gregg
208 South LaSalle Street, Suite 950
Chicago, IL 60604
ajb@merlolaw.com

Thomas G. DiCianni
Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
140 S. Dearborn St., Suite 600
Chicago, IL 60603
tdicianni@ancelglink.com

Jan Susler
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622
jsusler@aol.com

Karen L. McNaught
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706
kmcnaught@atg.state.il.us

Iain D. Johnston
Holland & Knight, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
iain.johnston@hklaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF system participant:

G. Flint Taylor
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL  60622

Mark F. Wolfe
Michael P. Latz
Bollinger, Ruberry & Garvey
500 West Randolph Street, Suite 2300
Chicago, IL 60661-2511

Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514

        S/JAMES G. SOTOS
        James G. Sotos, Bar Number 06191975
        Attorney for Defendants Gene Ray, James Parrish and Jack Eckerty
        HERVAS, SOTOS, CONDON & BERSANI, P.C.
        333 Pierce Road, Suite 195
        Itasca, IL 60143-3156
        Phone:  630-773-4774
        Fax:  630-773-4851
        jsotos@hscblaw.com