IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police | ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James | ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) | |
| former Edgar County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and Illinois State | ) | |
| Police Officials Steven M. Fermon, Diane Carper, | ) | |
| Charles E. Brueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |
| | ) | |
| Defendants. | ) | |

**ADDITIONAL APPEARANCE**

THE FOLLOWING ATTORNEY CERTIFIES THAT HE IS ADMITTED TO THE BAR OF THIS COURT AND IS A MEMBER IN GOOD STANDING

TO:  The Clerk of this Court and all parties of record:

   Enter my additional appearance as counsel in this case for:

**JACK ECKERTY**

S/JAMES G. SOTOS
James G. Sotos, Bar Number 06191975
Attorney for Defendant Jack Eckerty
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
jsotos@hscblaw.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police | ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James | ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) | |
| former Edgar County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and Illinois State | ) | |
| Police Officials Steven M. Fermon, Diane Carper, | ) | |
| Charles E. Brueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2005, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Suite 200 Myers Building
One West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com

Thomas G. DiCianni
Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
140 S. Dearborn St., Suite 600
Chicago, IL 60603
tdicianni@ancelglink.com

Alan J. Brinkmeier
Merlo, Kanofsky, Brinkmeier & Gregg
208 South LaSalle Street, Suite 950
Chicago, IL 60604
ajb@merlolaw.com

G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622
gftaylorjr@aol.com
jsusler@aol.com

| | |
|---|---|
| Karen L. McNaught<br>Illinois Attorney General<br>500 S. Second Street<br>Springfield, IL 62706<br>kmcnaught@atg.state.il.us | Iain D. Johnston<br>Holland & Knight, LLP<br>131 South Dearborn Street, 30th Floor<br>Chicago, IL 60603<br>iain.johnston@hklaw.com |
| Mark F. Wolfe<br>Michael P. Latz<br>Bollinger, Ruberry & Garvey<br>500 West Randolph Street, Suite 2300<br>Chicago, IL 60661-2511<br>mark.wolfe@brg-law.net<br>michael.latz@brg-law.net | Patrick L. Provenzale<br>Vincent C. Mancini<br>Connolly, Ekl & Williams, P.C.<br>115 West 55th Street, Suite 400<br>Clarendon Hills, IL 60514<br>pprovenzale@cewpc.com<br>vmancini@cewpc.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF system participant:

Terry A. Ekl
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514

S/JAMES G. SOTOS
James G. Sotos, Bar Number 06191975
Attorney for Defendant Jack Eckerty
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
jsotos@hscblaw.com