## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **No. 05 CV 2127** |
| **CITY OF PARIS, Present and Former Paris** | ) |
| **Police Officials Chief Gene Ray and Detective James** | ) **Honorable Harold A. Baker** |
| **Parrish; former Illinois State Trooper Jack Eckerty;** | ) |
| **former Edgar County State's Attorney Michael** | ) |
| **McFatridge; EDGAR COUNTY; and Illinois State** | ) |
| **Police Officials Steven M. Fermon, Diane Carper,** | ) |
| **Charles E. Brueggemann, Andre Parker, and** | ) |
| **Kenneth Kaupus,** | ) |
| | ) |
| **Defendants.** | ) |

### MOTION FOR EXTENSION OF TIME
### TO RESPOND TO MOTIONS TO DISMISS

Plaintiff Randy Steidl, by his attorneys, moves this Court to enter an order allowing a 14 day extension of time to respond to the four motions to dismiss filed in this matter on August 29, 2005, and in support states:

1. On August 29, 2005, plaintiff was served with four motions to dismiss: one from defendant McFatridge, a separate one from Edgar County, a third from defendants Ray, Parrish and Eckerty, and a fourth from defendants Brueggemann, Carper, Fermon, Parker and Kaupus.

2. Rule 7.1(B)(2) of the Local Rules of the Central District of Illinois provides for a response within 14 days after service of the motion.

3. Given that plaintiff is faced with four simultaneous motions, the intervening holiday

1

weekend, and other pressing work, plaintiff will need an additional 14 days to respond, or until

September 26.

    4. Defendants will not be prejudiced by this short delay.

    WHEREFORE, plaintiff Randy Steidl asks this Court to enter an order allowing him until

September 26 to file his responses to the four pending motions to dismiss.

Dated: September 2, 2005               Respectfully submitted,

                                    s/ G. Flint Taylor
                                    G. Flint Taylor
                                    Jan Susler
                                    People's Law Office
                                    1180 N. Milwaukee Ave.
                                    Chicago, Il. 60622
                                    773/235-0070
                                    gftaylorjr@aol.com
                                    jsusler@aol.com

                                    Michael Bruce Metnick
                                    Metnick, Cherry, Frazier, and Sabin, L.L.P.
                                    Second Floor - Myers Bldg.
                                    P. O. Box 12140
                                    Springfield, IL 62791-2140
                                    217/753-4242
                                    metnick@springfieldlawfirm.com

                                    Attorneys for Plaintiff

2