IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | No. 05 CV 2127 |
| **CITY OF PARIS,** Present and Former Paris ) | |
| Police Officials Chief Gene Ray and Detective James ) | Honorable Harold A. Baker |
| Parrish; former Illinois State Trooper Jack Eckerty; ) | |
| former Edgar County State's Attorney Michael ) | |
| McFatridge; **EDGAR COUNTY**; and Illinois State ) | |
| Police Officials Steven M. Fermon, Diane Carper, ) | |
| Charles E. Brueggemann, Andre Parker, and ) | |
| Kenneth Kaupus, ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTIONS TO DISMISS**

Plaintiff Randy Steidl, by his attorneys, moves this Court to enter an order an additional 10 day extension of time to respond to the four motions to dismiss filed in this matter on August 29, 2005, and in support states:

1. On September 2, 2005, plaintiff sought an extension of time until September 26 to respond to the four pending motions to dismiss: one from defendant McFatridge, a separate one from Edgar County, a third from defendants Ray, Parrish and Eckerty, and a fourth from defendants Brueggemann, Carper, Fermon, Parker and Kaupus.

2. On September 7, the Court granted this motion.

3. But for a bout of strep throat and sinusitis visited upon plaintiff's counsel primarily

responsible for responding (Susler), plaintiff would have met the deadline.  Now plaintiff will need an additional 10 days to respond, or until October 6.

    4.  Defendants will not be prejudiced by this short delay.

WHEREFORE, plaintiff Randy Steidl asks this Court to enter an order allowing him until October 6 to file his responses to the four pending motions to dismiss.

Dated: September 19, 2005        Respectfully submitted,

s/ G. Flint Taylor
G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il. 60622
773/235-0070
gftaylorjr@aol.com
jsusler@aol.com

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242
metnick@springfieldlawfirm.com

Attorneys for Plaintiff