IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Honorable Harold A. Baker |
| **CITY OF PARIS, et al.** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF FILING/CERTIFICATE OF SERVICE

G. Flint Taylor, an attorney, hereby certifies that on October 6, 2005, he electronically filed Plaintiff's Response to Defendants Ray, Parrish and Eckerty's Motion to Dismiss using the EM/ECF system which will send notification of such filing to:

Michael P. Latz
Mark F. Wolfe
Bollinger Ruberry & Garvey
500 W Madison St., Suite 2300
Chicago, IL 60661
312/466-8000
fax 312/466-8001
michael.latz@brg-law.net
mark.wolfe@brg-law.net
Attorneys for Edgar County and Michael McFatridge

Vincent C. Mancini
Patrick L. Provenzale
Connolly, Ekl, & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
630/654-0045
fax 630/654-0150
vmancini@cwepc.com
pprovenzale@cwepc.com
Attorneys for Michael McFatridge

1

Alan J. Brinkmeier
Merlo Kanofsky Brinkmeier & Gregg Ltd.
208 S. LaSalle, Suite 950
Chicago, IL 60604
312/553-5500
ajb@merlolaw.com
alanbrinkmeier@comcast.net
Attorney for City of Paris

James Sotos, Sara Cliffe, Jason Rose, Elizabeth A. Ekl
Hervas, Sotos, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630/773-4774
fax 630/773-4851
jsotos@hscblaw.com , lsego@hscblaw.com
scliffe@hscblaw.com , ckinowski@hscblaw.com
jrose@hscblaw.com , ckinowski@hscblaw.com
eekl@hscblaw.com , lsego@hscblaw.com
Attorneys for City of Paris, Gene Ray, James Parrish, and Jack Eckerty

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
217/782-1841
kmcnaught@atg.state.il.us, jginter@atg.state.il.us , lbrewer@atg.state.il.us
bmyers@atg.state.il.us
Attorney for Illinois State Police defendants

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
312/578-6577
iain.johnston@hklaw.com
Attorney for Steven M Fermon, Diane Carper, Charles E Brueggemann,
Andre Parker, Kenneth Kaupus

He further certifies that he mailed by U.S. Postal Service the document to the non-EM/ECF system participant:

Terry A. Ekl

Connolly, Ekl, & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
630/654-0045
fax 630/654-0150
Attorney for Michael McFatridge

        s/G. Flint Taylor
        _____
        G. Flint Taylor
        Jan Susler
        Ben H. Elson
        People's Law Office
        1180 N. Milwaukee Ave.
        Chicago, Il. 60622
        773/235-0070
        jsusler@aol.com
        gftaylorjr@aol.com

        Michael Bruce Metnick
        Metnick, Cherry, Frazier, and Sabin, L.L.P.
        Second Floor - Myers Bldg.
        P. O. Box 12140
        Springfield, IL 62791-2140
        217/753-4242
        metnick@springfieldlawfirm.com