IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Hon. Harold A. Baker |
| **CITY OF PARIS, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
MEMORANDUM OF LAW IN EXCESS OF 15 PAGES**

Plaintiff Randy Steidl, by his attorneys, moves this court for an order granting him leave to file a memorandum of law in excess of 15 pages, and states as follows:

1.  In responding to Defendant McFatridge's Motion to Dismiss, Plaintiff made every attempt to comply with the 15 page limit of Local Rule 7.1(B)(4)(a), but found it necessary to exceed the limit by only 3 pages.

2.  Given that Plaintiff's 38 page, 138 paragraph complaint covers Defendant McFatridge's conduct from 1986 up to and including the present, and given that in ruling on a motion to dismiss the Court must accept as true plaintiff's well-pleaded allegations and all the reasonable inferences that can be drawn from them, it was important to synthesize these allegations for the Court, which consumed eight pages.

3.  The argument addressing the law with respect to immunity, both absolute and qualified, concise as it was, consumed seven pages, the length of which was necessary to counter the Defendant's assertion that he is entitled to such immunities, including for his non-judicial,

investigative and post-trial conduct.

    4. Defendant McFatridge will not be prejudiced if the Court grants this motion.

    WHEREFORE, Plaintiff asks this Court to enter an order granting him leave to file a memorandum of law in excess of 15 pages in response to Defendant McFatridge's Motion to Dismiss.

Dated: October 6, 2005        Respectfully submitted,

s/ G. Flint Taylor
G. Flint Taylor
Jan Susler
Ben H. Elson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il. 60622
773/235-0070
gftaylorjr@aol.com
jsusler@aol.com

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242
metnick@springfieldlawfirm.com

Attorneys for Plaintiff