IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| Gordon Randy Steidl, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | Honorable Harold A. Baker |
| City of Paris, et al., | ) | Judge Presiding |
| | ) | |
| Defendants. | ) | |

**CURRENT ILLINOIS STATE POLICE OFFICIALS' MOTION FOR LEAVE TO FILE A REPLY BRIEF, OR IN THE ALTERNATIVE FOR ORAL ARGUMENT**

Defendants, Charles Brueggemann, Diane Carper, Steven Fermon, Andre Parker and Kenneth Kaupus (collectively "Current ISP Officials"), by their counsel, Iain D. Johnston of Holland & Knight LLP, Special Assistant Attorney General, hereby move this Honorable Court for leave to file a reply brief in support of their Motion to Dismiss, or in the alternative, for this Court to hold oral argument on the Motion to Dismiss. In support of this motion, the Current ISP Officials state the following:

1. On August 25, 2005, the Current ISP Officials filed a Motion to Dismiss ("Motion") and Memorandum in Support of the Motion to Dismiss ("Memorandum").

2. At the time the Current ISP Officials filed the Motion and Memorandum, pursuant to Local Rule 7.1(A), they requested that this Court hold oral argument on the Motion or be given leave to file a reply brief.

3. Since the filing of the Motion and Memorandum, this Court reminded the Parties not to file motions that need leave of court to do so until leave is granted. Accordingly, the Current ISP Officials now seek leave to file a reply brief in support of their Motion.

1

4.  This Court has discretion to grant motion for leave to file reply briefs. CDIL – LR 7.1(A).

5.  The United States District Court for the Central District of Illinois exercises that discretion to allow the filing of reply briefs. *See, e.g., Glass v. Crimmins Transfer Co.*, 299 F.Supp.2d 878, 881 (C.D. Ill. 2004) ("There is a purpose for the reply brief, especially in cases such as this one that present rather novel issues of law; replies assist the court in ruling on motions on the merits."); *Sornberger v. First Midwest Bank*, 278 F.Supp.2d 935, 938 (C.D. Ill. 2002) (allowing reply brief in support of motion to dismiss); *EEOC v. Mitusubishi Motors*, 960 F.Supp. 164, 170 (C.D. Ill. 1997) (allowing reply brief).

6.  This case involves a complicated set of facts and a novel theory of liability to be imposed on the Current ISP Officials. The Current ISP Officials have moved to dismiss based on qualified immunity. But Plaintiff argues that two cases show that the law was clearly established. One of those cases – *Patterson v. Burge*, 328 F.Supp.2d 878 (N.D.Ill. 2004) – was decided in 2004, after the Current ISP Officials allegedly acted. The other case – *Houston v. Partee*, 978 F.2d 362 (7th Cir. 1992) – involves prosecutors who were actually involved in the investigation and prosecution of the underlying case.[1] It is undisputed that none of the Current ISP Officials were involved in any way with the underlying investigation and prosecution, nor did they learn about the alleged wrongful conviction until Plaintiff had exhausted all of his State trial and post conviction remedies.

7.  The Current ISP Officials would like the opportunity to file a short reply brief addressing the cases that Plaintiff claims show that his rights were clearly established. The Current ISP Officials will file the reply brief within five (5) days of any court order giving them leave. And the reply brief will be no more than five (5) pages. The Current ISP Officials will

---

[1] In response to the Motion, Plaintiff has abandoned his Fourth Amendment claims against the Current ISP Officials.

show in the reply brief why the cases cited by the Plaintiff are inapplicable and do not establish that the rights alleged to be violated were clearly established.

8. Alternatively, the Current ISP Officials request that this Court hold oral argument on the Motion. The Current ISP Officials believe that oral argument will help the Court in reaching the proper resolution of the Motion by giving it the opportunity to ask questions relating to the issues raised.

9. Wherefore, the Current ISP Officials respectfully be given leave to file a reply brief of no more than five (5) pages within five (5) days of any order granting them leave to do so.

Respectfully submitted,

Current ISP Officials


  s/ Iain D. Johnston

Iain D. Johnston
Bar Number: 6204667
Attorney for Defendants
Brueggemann, Fermon,
Carper, Parker and Kaupus
Holland & Knight LLP
131 S. Dearborn 30th Floor
Chicago, IL 60603
Telephone: (312) 263-3600
Fax: (312) 578-6666
E-mail: iain.johnston@hklaw.com

# 3303238_v1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05 C 2127 |
| ) | |
| CITY OF PARIS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2005, I electronically filed the Motion for Leave to File Reply Brief or in the Alternative for Oral Argument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Alan J. Brinkmeier, Sara M. Cliffe, Thomas G. DiCianni, Elizabeth A. Ekl, Karen McNaught, Michael Metnick, Jason W. Rose, James G. Sotos and Janis M. Susler and I hereby certify that I have mailed by U.S. Postal Service the document to the following non CM/ECF participants:

G. Flint Taylor
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622

Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
1125 West 55th Street, Suite 400
Clarendon Hills, IL 60514

Mark F. Wolfe
Bollinger, Ruberry & Garvey
500 West Madison Street
Suite 2300
Chicago, IL 60661

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, the undersigned certifies that the statements set forth in this Certificate of Service are true and Correct.

                          s/ Iain D. Johnston
Iain D. Johnston Bar Number 6204667
Attorney for Defendants Fermon, Carper,
Parker, Brueggemann and Kaupus
Holland & Knight LLP
131 S. Dearborn St., 30th Floor
Chicago, IL  60603
Telephone: (312) 263-3600
Fax: (312) 578-6666
E-mail: iain.johnston@hklaw.com

# 3302796_v1