**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

|  |  |  |
|---|---|---|
| Gordon Randy Steidl, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | Honorable Harold A. Baker |
| City of Paris, et al., | ) | Judge Presiding |
| | ) | |
| Defendants. | ) | |

## CURRENT ILLINOIS STATE POLICE OFFICIALS' MOTION TO CITE SUPPLEMENTAL AUTHORITY

Defendants, Charles Brueggemann, Diane Carper, Steven Fermon, Andre Parker and Kenneth Kaupus (collectively "Current ISP Officials"), by their counsel, Iain D. Johnston of Holland & Knight LLP, Special Assistant Attorney General, hereby move this Honorable Court for leave to cite supplemental authority in support of their to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); specifically, the Current ISP Officials seek to supplement their authority with *Wernsing v. Thompson*, No. 03-3956 (7th Cir. 2005). In support of this motion, the Current ISP Officials state the following:

1.     The Current ISP Officials have moved to dismiss the Complaint against them, asserting that no claim[1] was stated and that they are entitled to qualified immunity.

2.     The Current ISP Officials now seek leave to cite supplemental authority that did not exist at the time they filed their Motion and Memorandum.

3.     As stated above, in their Motion and Memorandum, the Current ISP Officials moved to dismiss the Complaint based on qualified immunity. In their Memorandum, the

---

[1] In response to the Current ISP Officials' motion, Plaintiff has now admitted that he possesses no Fourth Amendment claims against these individuals. Accordingly, Plaintiff has abandoned any Fourth Amendment claims that were plead against the Current ISP Officials.

Current ISP Officials presented the appropriate standard to be applied by a court in making that determination. Plaintiff contests the Current ISP Officials' articulation of the standard and the precise issue this Court must determine.

4.    After the Current ISP Officials filed their Motion and Memorandum, the United States Court of Appeals for the Seventh Circuit released its opinion in *Wernsing v. Thompson*, No. 03-3956 (September 9, 2005); 2005 U.S. App. LEXIS 19467 (7th Cir. 2005).

5.    The Seventh Circuit's opinion in *Wernsing* supports the Current ISP Officials' position regarding both the standard this Court should apply and the scope of the inquiry under the qualified immunity doctrine. First, the Seventh Circuit stated that the plaintiff carried the burden of establishing that a given right is clearly established and must demonstrate either that a court has upheld the purported right in a case factually similar to the one under review, or that the alleged misconduct constituted an obvious violation. *Wernsing*, 2005 U.S. App. LEXIS 19467 at *18 - *19. Second, the Seventh Circuit emphasized the importance of ensuring that the right is truly "clearly established." In doing so, the Seventh Circuit stated, "The relevant question, however, is not whether [the defendant's] actions were expressly authorized by existing law, but whether they were clearly *forbidden* – i.e., whether a reasonable official would have known the actions in question were illegal." *Wernsing*, 2005 U.S. App. LEXIS 19467 at *38 - *39 (emphasis in original). The Seventh Circuit went on to again warn that in determining whether a right is clearly established courts cannot frame the issue in broad, sweeping principles of law as Plaintiff does here; instead, courts must make a more specific analysis. *Wernsing*, 2005 U.S. App. LEXIS 19467 at *41. ("Yet this formulation is exactly what the Supreme Court has instructed courts *not* to do – it frames the clearly established inquiry in terms of a general proposition rather than the specific factual situation that confronted the defendant official.")

6.     Accordingly, the *Wernsing* decision supports the Current ISP Officials' motion to dismiss.

7.     Because the decision in *Wernsing* was not available at the time the Current ISP Officials filed their Motion and Memorandum, they request leave to cite this case as additional authority.

8.     Wherefore, the Current ISP Officials respectfully request that they be given leave to cite the *Wernsing* decision as additional authority.

Respectfully submitted,

Current ISP Officials

_s/ Iain D. Johnston_

Iain D. Johnston
Bar Number: 6204667
Attorney for Defendants
Brueggemann, Fermon,
Carper, Parker and Kaupus
Holland & Knight LLP
131 S. Dearborn 30th Floor
Chicago, IL 60603
Telephone: (312) 263-3600
Fax: (312) 578-6666
E-mail: iain.johnston@hklaw.com

# 3301375_v1

3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05 C 2127 |
| | ) | |
| CITY OF PARIS,  et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I electronically filed the Motion for Leave to File

Supplemental Authority with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following: Alan J. Brinkmeier, Sara M. Cliffe, Thomas G. DiCianni,

Elizabeth A. Ekl, Karen McNaught, Michael Metnick, Jason W. Rose, James G. Sotos and Janis M.

Susler and I hereby certify that I have mailed by U.S. Postal Service the document to the following non

CM/ECF participants:

G. Flint Taylor
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622

Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
1125 West 55th Street, Suite 400
Clarendon Hills, IL 60514

Mark F. Wolfe
Bollinger, Ruberry & Garvey
500 West Madison Street
Suite 2300
Chicago, IL 60661

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, the undersigned certifies that the

statements set forth in this Certificate of Service are true and Correct.

s/ Iain D. Johnston _____
Iain D. Johnston Bar Number 6204667
Attorney for Defendants Fermon, Carper,
Parker, Brueggemann and Kaupus
Holland & Knight LLP
131 S. Dearborn St., 30th Floor
Chicago, IL 60603
Telephone: (312) 263-3600
Fax: (312) 578-6666
E-mail: iain.johnston@hklaw.com

# 3300802_v1