E-FILED
Friday, 28 October, 2005  06:11:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05 CV 2127 |
| v. | ) | |
| | ) | Hon. Harold A. Baker |
| CITY OF PARIS, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO CURRENT ISP OFFICIALS'**
**MOTION TO CITE SUPPLEMENTAL AUTHORITY**

Defendants Brueggemann, Carper, Fermon, Parker and Kaupus (the ISP Defendants) have moved to cite supplemental authority in support of their motion to dismiss on the grounds of qualified immunity. In this motion, they extensively argue the contents of the cited case, and in so doing, have in essence filed, without leave, a reply brief, in violation of Local Rule 7.1(B)(3).[1] Plaintiff Steidl does not object to the citation of the supplemental authority offered,[2] but does object to the argument accompanying the citation, and moves to strike the argument. Alternatively, if the Court orders, as requested by the Defendants' in an accompanying motion, that they be granted leave to file a five page reply brief on the question of qualified

---

[1] The rule provides, quite succinctly, "No reply to the response is permitted."

[2] Although Plaintiff believes that the cited case adds nothing to Defendants' argument, to discuss the merits of the case would be inconsistent with his position that the Court strike the Defendants' argument.

immunity, Plaintiff urges the Court to further order that this argument stand as part of their reply.

Dated:  October 28, 2005	Respectfully submitted,

s/ G. Flint Taylor
G. Flint Taylor
Jan Susler
Ben Elson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il. 60622
773/235-0070
gftaylorjr@aol.com
jsusler@aol.com

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242
metnick@springfieldlawfirm.com

Attorneys for Plaintiff