IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Honorable Harold A. Baker |
| **CITY OF PARIS, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF FILING/CERTIFICATE OF SERVICE

    G. Flint Taylor, an attorney, hereby certifies that on October 28, 2005, he electronically filed Plaintiff's Response to Current ISP Officials' Motion for Leave to File a Reply Brief, or in the Alternative for Oral Argument using the EM/ECF system which will send notification of such filing to:

Michael P. Latz
Mark F. Wolfe
Bollinger Ruberry & Garvey
500 W Madison St., Suite 2300
Chicago, IL 60661
312/466-8000
fax 312/466-8001
michael.latz@brg-law.net
mark.wolfe@brg-law.net
Attorneys for Edgar County and Michael McFatridge

Vincent C. Mancini
Patrick L. Provenzale
Connolly, Ekl, & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
630/654-0045
fax 630/654-0150
vmancini@cewpc.com
pprovenzale@cewpc.com
Attorneys for Michael McFatridge

Alan J. Brinkmeier
Merlo Kanofsky Brinkmeier & Gregg Ltd.
208 S. LaSalle, Suite 950
Chicago, IL 60604
312/553-5500
ajb@merlolaw.com
alanbrinkmeier@comcast.net
Attorney for City of Paris

James Sotos, Sara Cliffe, Elizabeth A. Ekl
Hervas, Sotos, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630/773-4774
fax 630/773-4851
jsotos@jsotoslaw.com, scliffe@jsotoslaw.com,
eekl@jsotoslaw.com
Attorneys for City of Paris, Gene Ray, James Parrish, and Jack Eckerty

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
217/782-1841
kmcnaught@atg.state.il.us, jginter@atg.state.il.us , lbrewer@atg.state.il.us
bmyers@atg.state.il.us
Attorney for Illinois State Police defendants

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
312/578-6577
iain.johnston@hklaw.com
Attorney for Steven M Fermon, Diane Carper, Charles E Brueggemann,
Andre Parker, Kenneth Kaupus

He further certifies that he mailed by U.S. Postal Service the document to the non-EM/ECF system participant:

Terry A. Ekl
Connolly, Ekl, & Williams, P.C.

115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
630/654-0045
fax 630/654-0150
Attorney for Michael McFatridge

                s/G. Flint Taylor
                _____

G. Flint Taylor
Jan Susler
Ben Elson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il. 60622
773/235-0070
jsusler@aol.com
gftaylorjr@aol.com

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242
metnick@springfieldlawfirm.com