E-FILED
Monday, 31 October, 2005  02:51:05 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 CV 2127 |
| ) | |
| CITY OF PARIS, Present and Former Paris Police ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; ) | |
| former Edgar County State's Attorney Michael ) | |
| McFatridge; EDGAR COUNTY; and Illinois State ) | |
| Police Officials Steven M. Fermon, Diane Carper, ) | |
| Charles E. Brueggemann, Andre Parker, and ) | |
| Kenneth Kaupus, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR WITHDRAWAL OF ATTORNEY

NOW COME Defendants GENE RAY and JAMES PARRISH, by and through their attorneys, JAMES G. SOTOS & ASSOCIATES, LTD., to respectfully request that this Honorable Court grant it leave to file the attached Withdrawal of Attorney, and in support thereof state as follows:

1. Recently, the law firm of HERVAS, SOTOS, CONDON & BERSANI, P.C. divided into two separate law firms, now known as JAMES G. SOTOS & ASSOCIATES, LTD., and HERVAS, CONDON & BERSANI, P.C.

2. Defendants GENE RAY and JAMES PARRISH will continue to be represented by JAMES G. SOTOS & ASSOCIATES, LTD.

3. No prejudice will result to any party, and the course of the proceedings will not be delayed if the requested Motion is allowed.

4.      This Motion is not brought for purposes of harassment or delay.

WHEREFORE, Defendants pray that this Honorable Court:

A.      Grant this Motion to Withdraw;

B.      Allow attorney JASON W. ROSE to withdraw his Appearance as counsel of record for Defendants GENE RAY and JAMES PARRISH.

C.      Allow Defendants' counsel to change their firm name to JAMES G. SOTOS & ASSOCIATES, LTD.

s/JAMES G. SOTOS
James G. Sotos, Bar Number 06191975
One of the Attorneys for Defendants
JAMES G. SOTOS & ASSOCIATES, LTD.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phn:   630-773-4774
Fax:   630-773-4851
jsotos@jsotoslaw.com

JAMES G. SOTOS
JAMES G. SOTOS & ASSOC., LTD.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Attorney No. 06191975

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL,           )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>CITY OF PARIS, Present and Former Paris Police )<br>Officials Chief Gene Ray and Detective James )<br>Parrish; former Illinois State Trooper Jack Eckerty; )<br>former Edgar County State's Attorney Michael )<br>McFatridge; EDGAR COUNTY; and Illinois State )<br>Police Officials Steven M. Fermon, Diane Carper, )<br>Charles E. Brueggemann, Andre Parker, and )<br>Kenneth Kaupus,                )<br>                              )<br>     Defendants.             ) | No. 05 CV 2127<br><br>Judge Harold A. Baker<br>Magistrate Judge David G. Bernthal |

**<u>WITHDRAWAL OF ATTORNEY</u>**

Attorney JASON W. ROSE hereby withdraws his appearance on behalf of Defendants

GENE RAY and JAMES PARRISH in the above-captioned matter.


s/Jason W. Rose
JASON W. ROSE
Attorney No. 06208130




JAMES G. SOTOS
JAMES G. SOTOS & ASSOC., LTD.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Attorney No. 06191975

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police | ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James | ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) | |
| former Edgar County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and Illinois State | ) | |
| Police Officials Steven M. Fermon, Diane Carper, | ) | |
| Charles E. Brueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2005, I filed the foregoing Motion for Withdrawal of Attorney with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622
gftaylorjr@aol.com
jsusler@aol.com
Attorneys for Plaintiff

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com
Attorney for Plaintiff

4

Alan J. Brinkmeier
Merlo, Kanofsky, Brinkmeier & Gregg, Ltd.
208 S. LaSalle, Suite 950
Chicago, IL 60604
ajb@merlolaw.com
alanbrinkmeier@comcast.net
Attorney for City of Paris

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
kmcnaught@atg.state.il.us
Attorney for Illinois State Police Defendants

Michael P. Latz
Mark F. Wolfe
Bollinger, Ruberry & Garvey
500 W. Madison St., Suite 2300
Chicago, IL 60661
michael.latz@brg-law.net
mark.wolfe@brg-law.net
Attorneys for Edgar County and Michael McFatridge

Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 W. 5th Street, Suite 400
Clarendon Hills, IL 60514
pprovenzale@cwepc.com
vmancini@cwepc.com
Attorneys for Michael McFatridge

Ian D. Johnston
Holland & Knight, LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
iain.johnston@hklaw.com
Attorney for Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, Kenneth Kaupus

I further certify that I mailed by U.S. Postal Service the document to the non-EM/ECF system participant:

Terry A. Ekl
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
Attorney for Michael McFatridge

                                              s/JAMES G. SOTOS
                                              James G. Sotos, Bar Number 06191975
                                              One of the Attorneys for Defendants
                                              JAMES G. SOTOS & ASSOCIATES, LTD.
                                              333 Pierce Road, Suite 195
                                              Itasca, IL 60143-3156
                                              Phn:    630-773-4774
                                              Fax:    630-773-4851
                                              jsotos@jsotoslaw.com

JAMES G. SOTOS
JAMES G. SOTOS & ASSOC., LTD.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Attorney No. 06191975