IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| v. | ) | No:   2:05-cv-02127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police | ) | |
| Officials Chief Gene Ray and Detective James | ) | |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) | |
| former Edgar County State's Attorney Michael | ) | Judge Harold A. Baker |
| McFatridge; EDGAR COUNTY; and Illinois State | ) | Magistrate Judge David G. Bernthal |
| Police Officials Steven M. Fermon, Diane Carper, | ) | |
| Charles E. Brueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |

**WITHDRAWAL OF ATTORNEY**

Attorney Alan J. Brinkmeier and MERLO KANOFSKY BRINKMEIER & GREGG, Ltd., hereby withdraw Appearance on behalf of Defendant Gene Ray and Defendant James Parrish.

s/ Alan J. Brinkmeier
Alan J. Brinkmeier Bar Number: 6187198
MERLO KANOFSKY BRINKMEIER & GREGG Ltd

Alan J. Brinkmeier, Bar Number: 6187198
Attorney for Defendants City of Paris
MERLO KANOFSKY BRINKMEIER & GREGG Ltd
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
Telephone: 312.553.5500
Fax: 312.553.1586
E-mail:  ajb@merlolaw.com

James G. Sotos, Bar Number 06191975
Attorney for Defendants City of Paris, Gene Ray
and James Parrish and Jack Eckerty
JAMES G. SOTOS & ASSOCIATES, LTD.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Telephone: 630.773.4774
Facsimile: 630.773.4851
E-mail: jsotos@jsotoslaw.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| v. | ) | No:   2:05-cv-02127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police | ) | |
| Officials Chief Gene Ray and Detective James | ) | |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) | |
| former Edgar County State's Attorney Michael | ) | Judge Harold A. Baker |
| McFatridge; EDGAR COUNTY; and Illinois State | ) | Magistrate Judge David G. Bernthal |
| Police Officials Steven M. Fermon, Diane Carper, | ) | |
| Charles E. Brueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |

## MOTION FOR WITHDRAWAL OF ATTORNEY

NOW COMES Gene Ray and James Parrish by counsel, MERLO KANOFSKY BRINKMEIER & GREGG, Ltd., and JAMES G. SOTOS & ASSOCIATES, LTD. to respectfully request that this Honorable Court grant leave to file the attached Withdrawal of Attorney, and in support states:

1.    Both the law firm MERLO KANOFSKY BRINKMEIER & GREGG, Ltd. by Alan J. Brinkmeier and the law firm of JAMES G. SOTOS & ASSOCIATES, LTD. by James G. Sotos and Sara M. Cliffe have filed appearance to represent Defendants Gene Ray and James Parrish. Defendants Gene Ray and James Parrish have timely answered or otherwise responded to the Complaint.

2.    Defendants Gene Ray and James Parrish will continue to be represented in this matter by the law firm JAMES G. SOTOS & ASSOCIATES, LTD., James G. Sotos and Sara M. Cliffe in this matter.

3.    The law firm of MERLO KANOFSKY BRINKMEIER & GREGG, Ltd. will continue to represent Defendant City of Paris in this matter but will not be counsel of record for Defendant Gene Ray and James Parrish.

4.  No prejudice will result to any party, and the course of the proceedings will not be delayed if the requested Motion is granted.

5.  This Motion is not brought for the purpose of harassment or delay.

WHEREFORE, Defendant prays that this Honorable Court:

A.  Grant this Motion to Withdraw;

B.  Allow Alan J. Brinkmeier and MERLO KANOFSKY BRINKMEIER & GREGG, Ltd. to withdraw Appearance as counsel of record for Defendants Gene Ray and James Parrish.

> s/ Alan J. Brinkmeier
> Alan J. Brinkmeier Bar Number: 6187198
> Attorney for Defendants City of Paris
> MERLO KANOFSKY BRINKMEIER & GREGG Ltd
> 208 South LaSalle Street, Suite 950
> Chicago, Illinois 60604
> Telephone: 312.553.5500
> Fax: 312.553.1586
> E-mail: ajb@merlolaw.com
>
> James G. Sotos, Bar Number 06191975
> Attorney for Defendants City of Paris, Chief Gene Ray and Detective James Parrish and Jack Eckerty
> JAMES G. SOTOS & ASSOC. LTD.
> 333 Pierce Road, Suite 195
> Itasca, IL 60143-3156
> Telephone: 630.773.4774
> Facsimile: 630.773.4851
> E-mail: jsotos@jsotoslaw.com