IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  No:   2:05-cv-2127<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2005, I electronically filed the foregoing Motion For Withdrawal of Attorney with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

<u>Counsel for Plaintiff</u>
Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor – Myers Building
P.O. Box 12140
Springfield, IL 62791
metnick@springfieldlawfirm.com  and kerry@springfieldlawfirm.com

G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622
773-235-0070
773-235-6699 fax
gftaylorjr@aol.com
jsusler@aol.com

<u>Counsel for Gene Ray, James Parrish, Jack Eckerty and City of Paris</u>
James G. Sotos
JAMES G. SOTOS & ASSOCIATES LTD.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Telephone: 630.773.4774
Facsmilime: 630.773.4851
jsotos@jsotoslaw.com, jkeith@jsotoslaw.com and tzimmerman@jsotoslaw.com

Counsel for Edgar County and Michael McFatridge
Michael P. Latz
Mark F. Wolf
Bollinger, Ruberry & Garvey
500 West Madison St. Suite 2300
Chicago, IL 60661
michael.latz@brg-law.net and daniel.reilly@brg-law.net
mark.wolf@brg-law.net

Counsel for Michael McFatridge
Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
pprovenzale@cwepc.com
vmancini@cwepc.com

Counsel for Illinois State Police Defendants
Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
kmcnaught@atg.state.il.us

Counsel for Steven M. Fermon, Diane Carper, Charles F. Brueggemann, Andre Parker, Kenneth Kaupus
Ian D. Johnston
Holland & Knight, LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
iain.johnston@hklaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Counsel for Michael McFatridge
Terry A. Ekl
Connolly, Ekl & Williams P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514

Alan J. Brinkmeier Bar Number: 6187198
One of the Attorneys for City of Paris
MERLO KANOFSKY BRINKMEIER & GREGG Ltd
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
Telephone: (312) 553-5500
Fax: (312) 553-1586
E-mail: ajb@merlolaw.com alanbrinkmeier@comcast.net