IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| v. | ) | No: 2:05-cv-02127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police | ) | |
| Officials Chief Gene Ray and Detective James | ) | |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) | |
| former Edgar County State's Attorney Michael | ) | Judge Harold A. Baker |
| McFatridge; EDGAR COUNTY; and Illinois State | ) | Magistrate Judge David G. Bernthal |
| Police Officials Steven M. Fermon, Diane Carper, | ) | |
| Charles E. Brueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |

**MOTION FOR WITHDRAWAL OF ATTORNEY**

NOW COMES CITY OF PARIS by counsel, MERLO KANOFSKY BRINKMEIER & GREGG, Ltd., and JAMES G. SOTOS & ASSOCIATES, LTD. to respectfully request that this Honorable Court grant leave to file the attached Withdrawal of Attorney, and in support states:

1.   Both the law firm MERLO KANOFSKY BRINKMEIER & GREGG, Ltd. by Alan J. Brinkmeier and the law firm of JAMES G. SOTOS & ASSOCIATES, LTD. by James G. Sotos and Sara M. Cliffe have filed appearance to represent Defendant CITY OF PARIS. Defendant CITY OF PARIS has timely answered or otherwise responded to the Complaint.

2.   Defendant CITY OF PARIS will continue to be represented in this matter by the law firm JAMES G. SOTOS & ASSOCIATES, LTD., James G. Sotos and Sara M. Cliffe in this matter.

3.   No prejudice will result to any party, and the course of the proceedings will not be delayed if the requested Motion is granted.

4.   This Motion is not brought for the purpose of harassment or delay.

WHEREFORE, Defendant prays that this Honorable Court:

A. Grant this Motion to Withdraw;

B. Allow Alan J. Brinkmeier and MERLO KANOFSKY BRINKMEIER & GREGG, Ltd. to withdraw Appearance as counsel of record for Defendant CITY OF PARIS.

**s/ Alan J. Brinkmeier**
Alan J. Brinkmeier Bar Number: 6187198
Attorney for Defendant City of Paris
MERLO KANOFSKY BRINKMEIER & GREGG Ltd
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
Telephone: 312.553.5500
Fax: 312.553.1586
E-mail: ajb@merlolaw.com

James G. Sotos, Bar Number 06191975
Attorney for Defendants City of Paris, Chief Gene Ray and Detective James Parrish and Jack Eckerty
JAMES G. SOTOS & ASSOC. LTD.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Telephone: 630.773.4774
Facsimile: 630.773.4851
E-mail: jsotos@jsotoslaw.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| | ) |
| v. | ) No: 2:05-cv-02127 |
| | ) |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus, | ) ) ) ) Judge Harold A. Baker ) Magistrate Judge David G. Bernthal ) ) ) ) |

## WITHDRAWAL OF ATTORNEY

Attorney Alan J. Brinkmeier and MERLO KANOFSKY BRINKMEIER & GREGG, Ltd., hereby withdraw Appearance on behalf of Defendant CITY OF PARIS.

<u>s/ Alan J. Brinkmeier</u>
Alan J. Brinkmeier Bar Number: 6187198
MERLO KANOFSKY BRINKMEIER & GREGG Ltd


Alan J. Brinkmeier, Bar Number: 6187198
Attorney for Defendant City of Paris
MERLO KANOFSKY BRINKMEIER & GREGG Ltd
208 South LaSalle Street, Suite 950
Chicago, Illinois 60604
Telephone: 312.553.5500
Fax: 312.553.1586
E-mail: ajb@merlolaw.com

James G. Sotos, Bar Number 06191975
Attorney for Defendants City of Paris, Gene Ray and James Parrish and Jack Eckerty
JAMES G. SOTOS & ASSOCIATES, LTD.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Telephone: 630.773.4774
Facsimile: 630.773.4851
E-mail: jsotos@jsotoslaw.com