IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police | ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James | ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) | |
| former Edgar County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and Illinois State | ) | |
| Police Officials Steven M. Fermon, Diane Carper, | ) | |
| Charles E. Brueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FIRM NAME
AND TELEPHONE NUMBER CHANGE**

PLEASE TAKE NOTICE that the law firm of HERVAS, SOTOS, CONDON & BERSANI, P.C. has divided into two separate law firms, now known as JAMES G. SOTOS & ASSOC., LTD., and HERVAS, CONDON & BERSANI, P.C.

Defendants CITY OF PARIS, GENE RAY and JAMES PARRISH, will continue to be represented by JAMES G. SOTOS & ASSOCIATES, LTD., whose current telephone number is (630)735-3300.

Please change your records accordingly.

s/JAMES G. SOTOS
James G. Sotos, Bar Number 06191975
One of the Attorneys for Defendants

JAMES G. SOTOS
JAMES G. SOTOS & ASSOC., LTD.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Attorney No. 06191975
(630) 735-3300

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2005, I filed the foregoing Notice of Firm Name and Telephone Number Change using the CM/ECF system which will send notification of such filing to the following:

G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622
gftaylorjr@aol.com
jsusler@aol.com
Attorneys for Plaintiff

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com
Attorney for Plaintiff

Alan J. Brinkmeier
Merlo, Kanofsky, Brinkmeier & Gregg, Ltd.
208 S. LaSalle, Suite 950
Chicago, IL 60604
ajb@merlolaw.com
alanbrinkmeier@comcast.net
Attorney for City of Paris

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
kmcnaught@atg.state.il.us
Attorney for Illinois State Police Defendants

Michael P. Latz
Mark F. Wolfe
Bollinger, Ruberry & Garvey
500 W. Madison St., Suite 2300
Chicago, IL 60661
michael.latz@brg-law.net
mark.wolfe@brg-law.net
Attorneys for Edgar County and Michael McFatridge

Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 W. 5th Street, Suite 400
Clarendon Hills, IL 60514
pprovenzale@cwepc.com
vmancini@cwepc.com
Attorneys for Michael McFatridge

Ian D. Johnston
Holland & Knight, LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
iain.johnston@hklaw.com
Attorney for Steven M. Fermon, Diane Carper, Charles E. Brueggemann,
Andre Parker, Kenneth Kaupus

I further certify that I mailed by U.S. Postal Service the document to the non-EM/ECF system participant:

Terry A. Ekl
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
Attorney for Michael McFatridge

                                          s/JAMES G. SOTOS
                                          James G. Sotos, Bar Number 06191975
JAMES G. SOTOS                    One of the Attorneys for Defendants
JAMES G. SOTOS & ASSOCIATES, LTD.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Attorney No. 06191975
(630) 735-3300