IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:05-CV-2127 |
| | ) Honorable Harold A. Baker |
| CITY OF PARIS, FORMER EDGAR COUNTY | ) |
| STATE'S ATTORNEY MICHAEL | ) |
| MCFATRIDGE; EDGAR COUNTY, ET AL | ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:   Michael Bruce Metnick                 Thomas G. DiCianni
      Metnick Cherry Frazier & Sabin LLP    Ancel Glink Diamond Bush Dicianni &
      Suite 200 Myers Building              Rolek, P.C.
      PO Box 12140                          140 S. Dearborn, Sixth Floor
      Springfield IL 62791-2140             Chicago, IL 60603

      Mr. Vincent Mancini                   G. Flint Taylor and Jan Susler
      Connolly Ekl & William, PC            People's Law Office
      MidAmerica Office Center              1180 North Milwaukee Ave.
      115 West 55th Street - Suite 400      Chicago IL 60622
      Clarendon Hills, IL 60514

PLEASE TAKE NOTICE that the undersigned shall appear on _____, 2005 at _____ a.m., before the Honorable Judge sitting in the U.S.D.C. Central District of Illinois, Urbana Division, 218 U.S. Courthouse, 201 S. Vine Street, Urbana, Illinois, and present the attached Defendant's, *Motion to Dismiss,* copies of which were served upon you and herewith served upon all attorneys of record.

_____
Michael P. Latz
Attorney for the Defendant

Michael P. Latz, Esq.
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois 60661-2511
Telephone: (312) 466-8000
Facsimile: (312) 466-8001

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF PARIS, FORMER EDGAR ) <br> COUNTY STATE'S ATTORNEY ) <br> MICHAEL MCFATRIDGE; EDGAR ) <br> COUNTY, ET AL ) <br> Defendant. ) <br> ) | Case No. 2:05-CV-2127 <br> Honorable Harold A. Baker |

### MOTION FOR LEAVE TO WITHDRAW SUBSTITUTE APPEARANCE , INSTANTER

NOW COMES Mark Wolfe of the law firm Bollinger, Ruberry & Garvey, an attorney for the Defendants, County of Edgar and Michael McFatridge, and respectfully requests that this Court grant his Motion for Leave to File to withdraw his Appearance as attorney and trial attorney on behalf of Michael McFatridge and allow Vince Mancini of the law firm Connolly Ekl & William, PC to continue as counsel for Michael McFatridge.

Respectfully Submitted,

By: _____
Mark F. Wolfe
Bollinger Ruberry & Garvey
500 W. Madison
Suite 2300
Chicago IL 60661
312-466-8000

## CERTIFICATE OF SERVICE

    The undersigned, a non-attorney, states that she served a copy of the foregoing Notice of Motion and the pleading referred to therein upon all attorneys as shown on the attached service list by First Class Mail, postage prepaid, at 500 West Madison Street, Chicago, IL 60661, before 5:00 p.m. on December 5, 2005.

[x]    Under penalties as provided by law pursuant to 735 ILCS 5/1-109,
       I certify that the statements set forth herein are true and correct.

_/s/ [signature]_