✎AO 458 (Rev. 10/95)   Appearance

**E-FILED**
Tuesday, 13 December, 2005  11:13:13 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

v.

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| Date | Signature |
|---|---|
| | Print Name                                    Bar Number |
| | Address |
| | City                        State                    Zip Code |
| | Phone Number                               Fax Number |