E-FILED
Tuesday, 13 December, 2005  11:44:53 AM
Clerk, U.S. District Court, ILCD

✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |
| --- | --- | --- |

GORDON RANDY STEIDL

**APPEARANCE**

v.

CITY OF PARIS, et al.

Case Number:  05 CV 2127

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JACK ECKERTY

I certify that I am admitted to practice in this court.

| 12/13/2005 | s/ELIZABETH A. EKL |
| --- | --- |
| Date | Signature |

| ELIZABETH A. EKL | 06242840 |
| --- | --- |
| Print Name | Bar Number |

JAMES G. SOTOS & ASSOC., LTD., 333 Pierce Rd., Suite 195
Address

| Itasca | IL | 60143 |
| --- | --- | --- |
| City | State | Zip Code |

| (630) 735-3300 | (630) 773-4851 |
| --- | --- |
| Phone Number | Fax Number |