IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 CV 2127 |
| ) | |
| CITY OF PARIS, Present and Former Paris Police ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; ) | |
| former Edgar County State's Attorney Michael ) | |
| McFatridge; EDGAR COUNTY; and Illinois State ) | |
| Police Officials Steven M. Fermon, Diane Carper, ) | |
| Charles E. Brueggemann, Andre Parker, and ) | |
| Kenneth Kaupus, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FIRM ADDRESS CHANGE

PLEASE TAKE NOTICE that effective January 16, 2006, JAMES G. SOTOS & ASSOCIATES, LTD., Counsel for Defendants GENE RAY, JAMES PARRISH, JACK ECKERTY and CITY OF PARIS, has a new address.

The new address is 550 E. Devon Ave., Suite 150, Itasca, Illinois, 60143

The new telephone number is (630) 735-3300.

The new fax number is (630) 773-0980.

The attorneys' email addresses are as follows:    jsotos@jsotoslaw.com
jtimbo@jsotoslaw.com
scliffe@jsotoslaw.com
eekl@jsotoslaw.com
s/Elizabeth A. Ekl
ELIZABETH A. EKL, One of the Attorneys
for the Defendants

JAMES G. SOTOS & ASSOCIATES, LTD
550 E. Devon Ave., Suite 150
Itasca, IL 60143
630/735-3300
Fax: 630/773-0980

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF DUPAGE     )

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, February 28, 2006, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60622
gftaylorjr@aol.com
jsusler@aol.com
Attorneys for Plaintiff

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com
Attorney for Plaintiff

Alan J. Brinkmeier
Merlo, Kanofsky, Brinkmeier & Gregg, Ltd.
208 S. LaSalle, Suite 950
Chicago, IL 60604
ajb@merlolaw.com
alanbrinkmeier@comcast.net
Attorney for City of Paris

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
kmcnaught@atg.state.il.us
Attorney for Illinois State Police Defendants

**CERTIFICATE OF SERVICE CONTINUED**

Michael P. Latz
Mark F. Wolfe
Bollinger, Ruberry & Garvey
500 W. Madison St., Suite 2300
Chicago, IL 60661
michael.latz@brg-law.net
mark.wolfe@brg-law.net
Attorneys for Edgar County and Michael McFatridge

Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 W. 5th Street, Suite 400
Clarendon Hills, IL 60514
pprovenzale@cwepc.com
vmancini@cwepc.com
Attorneys for Michael McFatridge

Ian D. Johnston
Holland & Knight, LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
iain.johnston@hklaw.com
Attorney for Steven M. Fermon, Diane Carper, Charles E. Brueggemann,
Andre Parker, Kenneth Kaupus

I further certify that I mailed by U.S. Postal Service the document to the non-EM/ECF system participant:

Terry A. Ekl
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
Attorney for Michael McFatridge

                s/Elizabeth A. Ekl
                JAMES G. SOTOS, Bar Number 06242840
                One of the Attorneys for Defendants

JAMES G. SOTOS & ASSOCIATES, LTD.
550 E. Devon Ave., Suite 150
Itasca, IL 60143
Phn:    630-735-3300
Fax:    630-773-0980