IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupas,<br><br>Defendants. | No. 0 5 CV 2127 |

## DOCKETING STATEMENT

Defendants, Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker and Kenneth Kaupas, by and through their attorney, Iain D. Johnston of Holland & Knight LLP, Special Assistant Attorney General, hereby state the following as their docketing statement pursuant to Seventh Circuit Rule 3(c).

1.   District Court Jurisdiction

On May 27, 2005, Plaintiff, Gordon "Randy" Steidl, filed a complaint in the District Court pursuant to §1983, alleging that Defendants Fermon, Carper, Brueggemann, Parker and Kaupas violated his rights under the Fourth Amendment, Fifth Amendment and the Fourteenth Amendment's due process clause. The District Court had jurisdiction over these claims against Defendants pursuant to 28 U.S.C. §§1331, 1343. Plaintiff's complaint also contained supplemental state-law claims alleging false imprisonment, malicious prosecution, intentional

1

infliction of emotional distress and conspiracy. The District Court had jurisdiction over these claims pursuant to 28 U.S.C. §1367(a).

2. Earlier Appellate Proceedings Possibly Related To This Appeal

Although there have been no prior appeals in this particular matter, out of an abundance of caution, Defendants note that there is currently pending an appeal before the Court of Appeals in a case captioned *Callahan v. Brueggemann*, Nos. 05-4313, 06- 1098. The *Callahan* case involves some of the same Defendants and there is some overlap in some of the factual allegations. But the *Callahan* case involves a different plaintiff asserting a different claim and involves only three (3) of the eleven (11) defendants named in this case. The Plaintiff in this case, Gordon "Randy" Steidl, claims he was wrongfully convicted. In contrast, the Plaintiff in *Callahan* claims he was transferred in retaliation for, among other things, speaking out regarding Steidl's conviction. The jury in the *Callahan* case found in favor of Charles Brueggemann but against Steven Fermon and Diane Carper. The *Callahan* case is set for a settlement conference on May 19, 2006, at 10:30 a.m. and no briefs have been filed yet in that case.

3. Appellate Court Jurisdiction

On August 25, 2005, the Defendants filed a motion to dismiss all three federal claims alleged against them, and moved to dismiss the supplemental state-law claims for lack of jurisdiction once the federal claims were dismissed. On March 31, 2006, the District Court entered an order granting in part and denying in part Defendants' motion to dismiss, which raised the defense of qualified immunity. The District Court granted Defendants' motion to dismiss them from Count I of the Complaint, which was based upon the Fourth Amendment. However, the District Court denied Defendants' motion to dismiss them from Counts II and III, which alleged violations of the due process clause of the Fourteenth Amendment and violations of the

2

Fifth Amendment, respectively. As a result, the District Court also denied Defendants' motion to dismiss the supplemental state-law claims.

The Court of Appeals' jurisdiction to review the portions of the District Court's March 31, 2006, order denying the motion to dismiss is based upon the collateral order doctrine, 28 U.S.C. §1291 and Federal Rules of Appellate Procedure 3 and 4. The denial of parts of Defendant's motion is immediately appealable. *See Behrens v. Pelletier*, 516 U.S. 299, 306 (1996) ("Thus, *Mitchell* clearly establishes that an order rejecting the defense of qualified immunity at *either* the dismissal stage *or* the summary judgment state is a 'final' judgment subject to immediate appeal."); *Leaf v. Shelnutt*, 400 F.3d 1070, 1078-79 (7th Cir. 2005) ("A plaintiff often seeks relief for a single incident on multiple theories of liability. When this occurs, the defendant does not lose his right to appeal the denial of qualified immunity as to one theory of liability even when he still will be required to go to trial on another theory."); *Levenstein v. Salafsky*, 164 F.3d 345, 347 (7th Cir. 1998) (in hearing interlocutory appeal from the denial of a motion to dismiss raising qualified immunity, Seventh Circuit noted that if denial of qualified immunity rests on legal conclusions, the Supreme Court encourages immediate appeal). Defendants' Notice of Appeal has been filed concurrently with this Docketing Statement.

Respectfully submitted,

s/ Iain D. Johnston
Iain D. Johnston
Bar Number: 6204667
Attorney for Defendants
Brueggemann, Fermon,
Carper, Parker and Kaupas
Holland & Knight LLP
131 S. Dearborn 30th Floor
Chicago, IL 60603
Telephone: (312) 263-3600
Fax: (312) 578-6666
E-mail:iain.johnston@hklaw.com

3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05 C 2127 |
| | ) |
| CITY OF PARIS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2005, I electronically filed the Docketing Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jan Susler
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622
jsusler@aol.com

Alan J. Brinkmeier
Merlo, Kanofsky, Brinkmeier & Gregg, Ltd.
208 S. LaSalle Street, Suite 950
Chicago, IL 60604
ajb@merlolaw.com
alanbrinkmeier@comcast.net

Michael P. Latz
Mark F. Wolfe
Bollinger, Ruberry & Garvey
500 W. Madison St., Suite 2300
Chicago, IL 60661
Michael.latz@brg-law.net
Mark.wolfe@brg-klaw.net

James G. Sotos
James G. Sotos & Associates, Ltd.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Jsotos@jsotoslaw.com

Michael Bruce Metnick
Metnick, Cherry, Frazier and Sabin, LLP
Second Floor – Myers Bldg.
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
kmcnaught@atg.state.il.us

Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 W. 5th Street, Suite 400
Clarendon Hills, IL 60514
pprovenzale@cwepc.com
vmancini@cwepc.com

and I hereby certify that I have mailed by U.S. Postal Service the document to the following non CM/ECF

participants:

G. Flint Taylor
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622

Terry A. Ekl
Connolly, Ekl & Williams, P.C.
1125 West 55th Street, Suite 400
Clarendon Hills, IL 60514

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, the undersigned certifies that the

statements set forth in this Certificate of Service are true and Correct.

                                                s/ Iain D. Johnston
                                                Iain D. Johnston Bar Number 6204667
                                                Attorney for Defendants Fermon, Carper,
                                                Parker, Brueggemann and Kaupus
                                                Holland & Knight LLP
                                                131 S. Dearborn St., 30th Floor
                                                Chicago, IL  60603
                                                Telephone: (312) 263-3600
                                                Fax: (312) 578-6666
                                                E-mail: iain.johnston@hklaw.com

# 3709892_v1