## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois              Docket No.: 05-2127

Division: Urbana

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

Gordon Randy Steidl, Plaintiff-Appellee       v.     City of Paris, et al., Defendants-Appellants

---

**Current Counsel for Plaintiff (Petitioner):**           **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: G. Flint Taylor                                              Name: James G. Sotos

Firm: Peoples Law Office                                         Firm: James G. Sotos & Associates, Ltd.

Address: 1180 N Milwaukee                                   Address: 333 Pierce Rd Ste 195

Chicago, IL 60622                                                    Itasca, IL 60143-3156

Phone: 773-235-0070                                              Phone: 630-773-4774

---

Judge: Harold A. Baker                          Nature of Suit Code:  440

Court Reporter:                                         Date Filed in District Court:  5/27/05

                                                                     Date of Judgment: Non Entered - Interlocutory

                                                                     Date of Notice of Appeal: 4/11/06

Counsel:   ___Appointed     XX  Retained    ___Pro Se

Fee Status:    ___Paid      XX  Due  ___IFP       ___IFP Pending      ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     XX Yes          ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

**Additional Attorneys for Plaintiff:**

**Janis M Susler**
PEOPLES LAW OFFICE
1180 N Milwaukee
Chicago, IL 60622
773-235-0070

**Michael Metnick**
METNICK CHERRY & FRAZIER
Ste 200 Myers Bldg
1 West Old State Capitol Plaza
P O Box 12140
Springfield, IL 62791

**Additional Attorneys for Defendants:**
**City of Paris, Chief Gene Ray, Detective James Parrish, Jack Eckerty** :

**Elizabeth A Ekl**
JAMES G SOTOS & ASSOCIATES LTD
Suite 150
550 E Devon Ave
Itasca, IL 60143

**Sara M Cliffe**
JAMES G SOTOS & ASSOCIATES LTD
Suite 150
550 E Devon Ave
Itasca, IL 60143

**Additional Attorneys for Defendants:**
**Jack Eckerty, Steven Fermon, Dian Carper, Charles Brueggemann, Andre Parker, Kenneth Kaupus:**

**Karen L McNaught**
ILLINOIS ATTORNEY GENERAL
500 S Second St
Springfield, IL 62706
217-782-1841

**Iain D Johnston**
HOLLAND & KNIGHT LLP
30th Floor
131 S Dearborn St
Chicago, IL 60603
312-578-6577

**Attorneys for Defendant Michael McFatridge**

**Michael P Latz**
BOLLINGER RUBERRY & GARVEY
Northwestern Atrium Center
500 W Madison St
Ste 2300
Chicago, IL 60661
312-466-8000


**Patrick L Provenzale**
CONNOLLY EKL & WILLIAMS PC
Suite 400
115 W 55th St
Clarendon Hills, IL 60514
630-654-0045


**Terry A Ekl**
CONNOLLY EKL & WILLIAMS PC
Suite 400
115 W 55th St
Clarendon Hills, IL 60514
630-654-0045


**Vincent C Mancini**
CONNOLLY EKL & WILLIAMS PC
Suite 400
115 W 55th St
Clarendon Hills, IL 60514
630-654-0045


**Thomas G DiCianni**
ANCEL GLINK DIAMOND BUSH DICIANNI & ROLEK PC
Suite 600
140 S Dearborn St
Chicago, IL 60603
312-782-7606