43039.55

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | |
| Plaintiff, | |
| v. | No.: **05 CV 2127** |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus, | Judge Harold A. Baker  Magistrate Judge David G. Bernthal |
| Defendants. | |

## NOTICE OF FILING

TO:    See attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, April 14, 2006**, we filed Defendant's, Michael McFatridge, Answer to Complaint, with the Clerk of the United States District Court, Central District - Springfield Division, through the CM/ECF system which will send notification of such filing to Counsel of Record and I hereby certify that I have mailed by United States Postal Service said pleadings to the attorneys of record as set forth in the attached Service List.

Respectfully submitted by:

By: **s/ Vincent C. Mancini**
Attorneys for Defendant, Michael McFatridge

Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
CONNOLLY, EKL & WILLIAMS, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
(630) 654-0045
(630) 654-0150 *Facsimile*
ARDC# 6243417
vmancini@cewpc.com

## CERTIFICATE OF SERVICE

Vincent C. Mancini, hereby certifies that on Thursday, April 14, 2006, he caused Defendant's, Michael McFatridge, Answer to Complaint in the above-captioned matter to be served on the parties of record listed below in the attached Service List, electronically by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court.

s/ **Vincent C. Mancini**

# SERVICE LIST

RE: Steidl v. City of Paris, et al.
Court Number: 05 CV 2127
Our File Number: 43039.55

G. Flint Taylor
Janis M. Susler
Peoples Law Office
1180 North Milwaukee
Chicago, IL 60622
(773) 235-0070
(773) 235-6699 **FAX**
gftaylorjr@aol.com

Michael Metnick
Metnick, Cherry & Frazier
Suite 200, Myers Building
1 West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791
(217) 753-4242
(217) 753-4642 **FAX**
metnick@springfieldlawfirm.com
*Attorneys for Plaintiff, Gordon Randy Steidl*

**Counsel for Defendants:**
Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
(630) 654-0045
(630) 654-0150 **FAX**
tekl@cewpc.com
pprovenzale@cewpc.com
vmancini@cewpc.com
*Attorneys for Defendant, Michael McFatridge*

James Sotos
Elizabeth A. Ekl
Sara M. Cliffe
550 East Devon Avenue, Suite 150
Itasca, IL 60143
(630) 735-3300
(630) 735-0980 **FAX**
jsotos@jsotoslaw.com
eekl@jsotoslaw.com
scliffe@jsotoslaw.com
*Attorneys for City of Paris, Chief Gene Ray, Detective James Parrish and Jack Eckerty*

Karen L. McNaught
Illinois Attorney General
500 Second Street
Springfield, IL 62706
(217) 782-1841
(217) 524-5091 **FAX**
kmcnaught@atg.state.il.us

Iain D. Johnston
Holland & Knight LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
(312) 578-6577
(312) 578-6666 **FAX**
iain.johnston@hklaw.com
*Attorneys for Steven M. Fermon, Diane Carper, Charles E. Brueggeman, Andre Parker, Kenneth Kaupus (Illinois State Police Officials)*