E-FILED
Monday, 17 April, 2006  03:14:05 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES COURT OF APPEALS**

**SEVENTH CIRCUIT**

| | | |
|---|---|---|
| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |

**TO:  District Court Clerk's Office**

**RE:  Notice of Docketing**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:  06-2017          Docketed on: 4/11/06
Short Caption:          Steidle, Gordon R. v. Fermon, Steven M.
District Court Judge: Harold A. Baker
District Court No.:    05 C 2127

If you have any questions regarding this appeal, please call this office.

(1003-012490)

**FILED**

APR 1 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

# United States Court of Appeals

## For the Seventh Circuit

## Chicago, Illinois 60604

### CIRCUIT RULE 3(b) NOTICE

**Date: April 11, 2006**
**Re:** Steidle, Gordon R. v. Fermon, Steven M.
    Appeal No.: 06-2017

Appeal from the United States District Court for the
Central District of Illinois, 201 S. Vine Street
No. 05 C 2127, Harold A. Baker, Judge

To:     Iain D. Johnston, Esq.
        HOLLAND & KNIGHT
        30th Floor
        131 S. Dearborn Street
        Chicago, IL  60603

        Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.  This appeal was docketed on 4/11/06.
The District Court has indicated that as of 4/11/06 the docket
fee has not been paid.  Depending on your situation, you should:

1. Pay the required $450.00 docketing fee PLUS the $5.00
   notice of appeal filing fee to the District Court Clerk,
   **if you have not already done so.**  The Court of Appeals
   cannot accept this fee.  You should keep a copy of the
   receipt for your records.

2. File a motion to proceed on appeal in forma pauperis
   with the District Court, **if you have not already done so.**
   An original and three copies of that motion, with proof
   of service on your opponent, is required.  This motion must be
   supported by a sworn affidavit in the form prescribed by Form 4
   of the Appendix of Forms to the Federal Rules of Appellate Procedur
   (as amended 12/1/98), listing the assets and income of the
   appellant(s).

3. If the motion to proceed on appeal in forma pauperis is
   denied by the district court, you must either pay the
   required $450.00 docketing fee PLUS the $5.00 notice of
   appeal filing fee to the District Court Clerk, within 14
   days after service of notice of the action of the district
   court, or within 30 days of that date, renew your motion
   to proceed on appeal in forma pauperis with this court.
   If the motion is renewed in this court, it must comply with
   the terms of Fed. R. App. P. 24(a).

        If one of the above stated actions is not taken, the appeal
will be dismissed.

(1258-020300)