```
            RECEIPT FOR PAYMENT
            U.S. DISTRICT COURT
              URBANA DIVISION

                                       U004830
         ----------------------------------
         RECEIVED FROM:
         HOLLAND & KNIGHT LLP
         2115 HARDEN BOULEVARD
         LAKELAND, FL 338035918
         ----------------------------------
         Case Number: 05-2127
         ----------------------------------
         F/U/B/O:
         Party ID:

         Tender Type:          CHECK
         06-086400                    $200.00
         Notice of Appeal - 086400

         Remarks:Check No. 75015134
         06-510000                    $150.00
         Notice of Appeal-510000

         Remarks:
         06-086900                    $105.00
         Notice of Appeal-086900

         Remarks:
         ----------------------------------
             Subtotal:             $455.00




         ----------------------------------
         Receipt Total:            $455.00
         ==================================
         * Checks and drafts are accepted
         subject to collections and full
         credit will only be given when
         the check or draft has been
         accepted by the financial
         institution on which it was drawn.

            Date:    4/18/06
            Clerk:-------------------
                        MTU
```