IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 05 CV 2127 |
| CITY OF PARIS, Present and Former Paris | ) |
| Police Officials Chief Gene Ray and Detective James | ) Honorable Harold A. Baker |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) |
| former Edgar County State's Attorney Michael | ) |
| McFatridge; EDGAR COUNTY; and Illinois State | ) |
| Police Officials Steven M. Fermon, Diane Carper, | ) |
| Charles E. Brueggemann, Andre Parker, and | ) |
| Kenneth Kaupus, | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF COMPLIANCE
WITH ORDER OF MARCH 31, 2006

Plaintiff Randy Steidl, by his attorneys, submits this Certificate of Compliance with this Court's Order of March 31, 2006, and Rule 26(f), Fed.R.Civ.Proc., and states:

1. On April 14, 2006, counsel for all parties conferred by way of telephone conference call, arranged by Plaintiff's counsel. Participating were Jan Susler for Plaintiff Randy Steidl, Vince Mancini for Defendant Michael McFatridge, Michael Latz for Defendant Edgar County, Iain Johnston for the current ISP defendants (Fermon, Carper, Brueggemann, Kaupus, and Parker), and Elizabeth Ekl for Defendants City of Paris, James Parrish, James Eckerty and Gene Ray.

2. Counsel discussed the nature and basis of their claims and defenses and the

1

possibilities for a prompt settlement or resolution of the case.

    3.  Counsel also discussed making arrangements for the disclosures required by Rule 26(a)(1) and developing a proposed discovery plan indicating their views and proposals regarding the timing for making Rule 26(a)(1); areas, phases and a date for concluding discovery; and potential changes on limitations of discovery.

    4.  Counsel agreed to continue to confer in order to solidify the discovery plan, which will be filed on or before April 27, as per this Court's Order of March 31, 2006.

Dated: April 20, 2006          Respectfully submitted,

/s/ Jan Susler
G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il. 60622
773/235-0070
gftaylorjr@aol.com
jsusler@aol.com
Attorneys for Plaintiff