# Holland + Knight

Tel 312 263 3600
Fax 312 578 6666

Holland & Knight LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
www.hklaw.com

Iain D. Johnston
312 578 6577
iain.johnston@hklaw.com

April 27, 2006

John W. Waters
Clerk, U.S. District Court
Central District of Illinois
201 South Vine Street
Suite 218
Urbana, IL  61802

RECEIVED
MAY 0 1 2006
U.S. CLERK'S OFFICE
URBANA, IL

FILED
MAY 0 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

Re:   Steidl v. City of Paris, et al., 05 CV 2127

Dear John M. Waters:

I am writing to obtain the record in this matter.

On April 11, 2006, I filed a notice of appeal on behalf of five defendants. On April 19, 2006, the U.S. Court of Appeals for the Seventh Circuit set a briefing schedule in this case. The appellants' opening brief is due May 19, 2006.

I will return the record to you before the appellants file their opening brief with the Court of Appeals.

If you have any questions about this matter, please contact me at (312) 578-6577.

Thank you for your cooperation with this matter.

Sincerely,

Iain D. Johnston

# 3749051_v1