

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

May 2, 2006

Iain D. Johnston
Holland & Knight LLP
131 S Darborn St, 30th Fl
Chicago, IL 60603

Re: Gordon Randy Steidl v. City of Paris, et al., No. 05-2127

Dear Mr. Johnston:

Enclosed please find the Appeal Record for the above captioned case consisting of:

    __1__ volumes of pleadings
    _____ volumes of depositions
    _____ loose pleadings
    _____ other

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Appeals with the record. They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

s/ John M. Waters, Clerk

JMW/mkt/enc.

This is to acknowledge receipt of the appeal Record on _____.

_____