2:05-cv-02127-HAB-DGB # 107 Page 1 of 19
E-FILED
Tuesday, 02 May, 2006 11:17:05 AM
Clerk, U.S. District Court, ILCD

21, 23, APPEAL, REFER

# U.S. District Court
# Central District of Illinois (Urbana)
# CIVIL DOCKET FOR CASE #: 2:05-cv-02127-HAB-DGB

Steidl v. City of Paris et al
Assigned to: Judge Harold A. Baker
Referred to: Magistrate Judge David G. Bernthal
Cause: 42:1983 Civil Rights Act

Date Filed: 05/27/2005
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Gordon Randy Steidl** represented by

**G Flint Taylor**
PEOPLES LAW OFFICE
1180 N Milwaukee
Chicago, IL 60622
773-235-0070
Fax: 773-235-6699
Email: gftaylorjr@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janis M Susler**
PEOPLES LAW OFFICE
1180 N Milwaukee
Chicago, IL 60622
773-235-0070
Fax: 773-235-6699
Email: jsusler@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Metnick**
METNICK CHERRY & FRAZIER
Ste 200 Myers Bldg
1 West Old State Capitol Plaza
P O Box 12140
Springfield, IL 62791
217-753-4242
Fax: 217-753-4642
Email:
metnick@springfieldlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Paris** represented by

**Alan J Brinkmeier**
MERLO KANOFSKY BRINKMEIER LTD
208 S LaSalle St
Ste 950
Chicago, IL 60604
(312) 553-5500
Fax: 312-553-1586
Email: ajb@merlolaw.com
*TERMINATED: 12/06/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James G Sotos**
JAMES G. SOTOS & ASSOCIATES, LTD.
Ste 195
333 Pierce Rd
Itasca, IL 60143-3156
630-773-4774
Fax: 630-773-4851
Email: jsotos@jsotoslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A Ekl**
JAMES G SOTOS & ASSOCIATES LTD
Suite 150
550 E Devon Ave
Itasca, IL 60143
US
630-735-3300
Fax: 630-773-0980
Email: eekl@jsotoslaw.com
*ATTORNEY TO BE NOTICED*

**Jason W Rose**
HERVAS CONDON & BERSANI
Ste 195
333 Pierce Rd
Itasca, IL 60143-3156
(630) 773-4774
Fax: 630-773-4851
Email: jrose@hcbattorneys.com
*TERMINATED: 10/27/2005*
*ATTORNEY TO BE NOTICED*

**Sara M Cliffe**
JAMES G SOTOS & ASSOCIATES

2:05-cv-02127-HAB-DGB # 107 Page 3 of 19

LTD
Suite 150
550 E Devon Ave
Itasca, IL 60143
US
630-735-3300
Fax: 630-773-0980
Email: scliffe@jsotoslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chief Gene Ray**
*Present Paris Police Official*

represented by **Alan J Brinkmeier**
(See above for address)
*TERMINATED: 11/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James G Sotos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A Ekl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason W Rose**
(See above for address)
*TERMINATED: 11/01/2005*
*ATTORNEY TO BE NOTICED*

**Sara M Cliffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Detective James Parrish**
*Former Paris Police Official*

represented by **Alan J Brinkmeier**
(See above for address)
*TERMINATED: 11/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James G Sotos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A Ekl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason W Rose**
(See above for address)
*TERMINATED: 11/01/2005*
*ATTORNEY TO BE NOTICED*

**Sara M Cliffe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jack Eckerty**
*Former Illinois State Trooper*

represented by **James G Sotos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen L McNaught**
ILLINOIS ATTORNEY GENERAL
500 S Second St
Springfield, IL 62706
217-782-1841
Fax: 217-524-5091
Email: kmcnaught@atg.state.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A Ekl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael McFatridge**
*Former Edgar County State's Attorney*

represented by **Mark F Wolfe**
BOLLINGER RUBERRY & GARVEY

Northwestern Atrium Center
500 W Madison St
Ste 2300
Chicago, IL 60661
312-466-8000
Email: mark.wolfe@brg-law.net
*TERMINATED: 12/06/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P Latz**
BOLLINGER RUBERRY & GARVEY

Northwestern Atrium Center
500 W Madison St
Ste 2300

Chicago, IL 60661
312-466-8000
Fax: 312-466-8001
Email: michael.latz@brg-law.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick L Provenzale**
CONNOLLY EKL & WILLIAMS PC
Suite 400
115 W 55th St
Clarendon Hills, IL 60514
630-654-0045
Fax: 630-654-0150
Email: pprovenzale@cewpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry A Ekl**
CONNOLLY EKL & WILLIAMS PC
Suite 400
115 W 55th St
Clarendon Hills, IL 60514
630-654-0045
Email: tekl@cewpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent C Mancini**
CONNOLLY EKL & WILLIAMS PC
Suite 400
115 W 55th St
Clarendon Hills, IL 60514
630-654-0045
Fax: 630-654-0150
Email: vmancini@cewpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas G DiCianni**
ANCEL GLINK DIAMOND BUSH
DICIANNI & ROLEK PC
Suite 600
140 S Dearborn St
Chicago, IL 60603
312-782-7606
Fax: 312-782-0943
Email: tdicianni@ancelglink.com
*TERMINATED: 08/23/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Edgar County** | represented by | **Mark F Wolfe**<br>(See above for address)<br>*TERMINATED: 12/06/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael P Latz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas G DiCianni**<br>(See above for address)<br>*TERMINATED: 08/23/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Steven M Fermon**<br>*Illinois State Police Official* | represented by | **Karen L McNaught**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Iain D Johnston**<br>HOLLAND & KNIGHT LLP<br>30th Floor<br>131 S Dearborn St<br>Chicago, IL 60603<br>312-578-6577<br>Fax: 312-578-6666<br>Email: iain.johnston@hklaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Diane Carper**<br>*Illinois State Police Official* | represented by | **Karen L McNaught**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Iain D Johnston**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Charles E Brueggemann**<br>*Illinois State Police Official* | represented by | **Karen L McNaught**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Iain D Johnston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andre Parker**
*Illinois State Police Official*

represented by **Karen L McNaught**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Iain D Johnston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth Kaupus**
*Illinois State Police Official*

represented by **Karen L McNaught**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Iain D Johnston**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2005 | 1 | COMPLAINT against Michael McFatridge, Edgar County, Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus, City of Paris, Chief Gene Ray, Detective James Parrish, Jack Eckerty (Filing fee $ 250.) filed by Gordon Randy Steidl. (Receipt #U4033)(SKD, ilcd) Modified on 5/27/2005 to add receipt number (SKD, ilcd). (Entered: 05/27/2005) |
| 06/03/2005 | 2 | WAIVER OF SERVICE Returned Executed by Gordon Randy Steidl. Charles E Brueggemann waiver sent on 6/1/2005, answer due 8/1/2005. (Metnick, Michael) (Entered: 06/03/2005) |
| 06/03/2005 | 3 | WAIVER OF SERVICE Returned Executed by Gordon Randy Steidl. Edgar County waiver sent on 6/1/2005, answer due 8/1/2005. (Metnick, Michael) (Entered: 06/03/2005) |
| 06/03/2005 | 4 | WAIVER OF SERVICE Returned Executed by Gordon Randy Steidl. Detective James Parrish waiver sent on 5/31/2005, answer due 8/1/2005. (Metnick, Michael) (Entered: 06/03/2005) |
| 06/06/2005 | 5 | WAIVER OF SERVICE Returned Executed by Gordon Randy Steidl. Kenneth Kaupus waiver sent on 5/27/2005, answer due 7/26/2005. (Metnick, Michael) (Entered: 06/06/2005) |
| 06/06/2005 | 6 | WAIVER OF SERVICE Returned Executed by Gordon Randy Steidl. |

| | | |
|---|---|---|
| | | City of Paris waiver sent on 5/27/2005, answer due 7/26/2005. (Metnick, Michael) (Entered: 06/06/2005) |
| 06/06/2005 | 7 | WAIVER OF SERVICE Returned Executed by Gordon Randy Steidl. Steven M Fermon waiver sent on 5/27/2005, answer due 7/26/2005. (Metnick, Michael) (Entered: 06/06/2005) |
| 06/09/2005 | 8 | WAIVER OF SERVICE Returned Executed by Gordon Randy Steidl. Jack Eckerty waiver sent on 5/27/2005, answer due 7/26/2005. (Metnick, Michael) (Entered: 06/09/2005) |
| 06/09/2005 | 9 | WAIVER OF SERVICE Returned Executed by Gordon Randy Steidl. Andre Parker waiver sent on 5/27/2005, answer due 7/26/2005. (Metnick, Michael) (Entered: 06/09/2005) |
| 06/14/2005 | 10 | WAIVER OF SERVICE Returned Executed by Gordon Randy Steidl. Diane Carper waiver sent on 5/27/2005, answer due 7/26/2005. (Metnick, Michael) (Entered: 06/14/2005) |
| 07/07/2005 | 11 | WAIVER OF SERVICE Returned Executed by Gordon Randy Steidl. Chief Gene Ray waiver sent on 5/27/2005, answer due 7/26/2005. (Metnick, Michael) Modified on 7/8/2005. Document stricken pursuant to Text Order entered 7/8/05.(SLJ, ilcd). (Entered: 07/07/2005) |
| 07/07/2005 | 12 | WAIVER OF SERVICE Returned Executed by Gordon Randy Steidl. Michael McFatridge waiver sent on 5/27/2005, answer due 7/26/2005. (Metnick, Michael) Modified on 7/8/2005. Document stricken pursuant to Text Order entered 7/8/05. (SLJ, ilcd). (Entered: 07/07/2005) |
| 07/08/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 7/8/05. On July 7, 2005, the plaintiff filed executed waivers of service of summons on Chief Gene Ray and Michael McFatridge. The font size on the documents is too small to read. Accordingly, the waivers [#11, #12] are stricken. The plaintiff is ordered to re-efile the documents using a font size that is large enough to read. (SLJ, ilcd) (Entered: 07/08/2005) |
| 07/08/2005 | 13 | NOTICE of Appearance of Attorney by Thomas G DiCianni on behalf of Edgar County (DiCianni, Thomas) (Entered: 07/08/2005) |
| 07/08/2005 | 14 | MOTION for Extension of Time to File Answer *or Otherwise Plead to Plaintiff's Complaint* by Defendant Edgar County. Responses due by 7/22/2005 (DiCianni, Thomas) (Entered: 07/08/2005) |
| 07/11/2005 | 15 | WAIVER OF SERVICE Returned Executed by Gordon Randy Steidl. (Metnick, Michael) (Entered: 07/11/2005) |
| 07/11/2005 | 16 | WAIVER OF SERVICE Returned Executed by Gordon Randy Steidl. (Metnick, Michael) (Entered: 07/11/2005) |
| 07/13/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 7/13/05. On July 8, 2005, defendant Edgar County filed a motion for extension of time in which to file its answer or otherwise plead. The motion [#14] is granted; Edgar County shall file its answer or other response on or before July 22, 2005. (SLJ, ilcd) (Entered: 07/13/2005) |

| | | |
|---|---|---|
| 07/14/2005 | 17 | NOTICE of Appearance of Attorney by Alan J Brinkmeier on behalf of City of Paris (Brinkmeier, Alan) (Entered: 07/14/2005) |
| 07/14/2005 | 18 | MOTION for Extension of Time to File *Responsive Pleading* by Defendant City of Paris. Responses due by 7/28/2005 (Brinkmeier, Alan) (Entered: 07/14/2005) |
| 07/14/2005 | 19 | NOTICE *of Filing Motion to Extend Time To Answer or Otherwise Plead* by City of Paris (Brinkmeier, Alan) (Entered: 07/14/2005) |
| 07/14/2005 | 20 | Amicus Curiae APPEARANCE entered by Alan J Brinkmeier on behalf of City of Paris. (Brinkmeier, Alan) (Entered: 07/14/2005) |
| 07/15/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 7/15/05. On July 14, 2005, the defendant, City of Paris, filed a motion for extension of time to answer or otherwise plead to the plaintiff's complaint 18. The motion is granted. The City of Paris shall file its answer or other response on or before August 29, 2005. (VB, ilcd) (Entered: 07/15/2005) |
| 07/15/2005 | | Set/Reset Deadlines: Pursuant to Text Order entered 7/15/05, the City of Paris' answer is due on or before 8/29/2005. (VB, ilcd) (Entered: 07/15/2005) |
| 07/20/2005 | 21 | NOTICE of Appearance of Attorney by Thomas G DiCianni on behalf of Michael McFatridge (DiCianni, Thomas) (Entered: 07/20/2005) |
| 07/20/2005 | 22 | MOTION for Extension of Time to File Answer *or Otherwise Plead to Plaintiff's Complaint* by Defendant Michael McFatridge. Responses due by 8/3/2005 (DiCianni, Thomas) (Entered: 07/20/2005) |
| 07/20/2005 | 23 | MOTION for Leave to File *appearance of additional counsel* by Defendants City of Paris, Chief Gene Ray, Detective James Parrish. Responses due by 8/3/2005 (Sotos, James) (Entered: 07/20/2005) |
| 07/20/2005 | 24 | CERTIFICATE *of service (amended)*. (Sotos, James) (Entered: 07/20/2005) |
| 07/21/2005 | 25 | MOTION for Extension of Time to File Answer *or Otherwise Plead to Plaintiff's Complaint* by Defendant Edgar County. Responses due by 8/4/2005 (DiCianni, Thomas) (Entered: 07/21/2005) |
| 07/25/2005 | 26 | First MOTION for Extension of Time to File Answer *or otherwise plead to Plaintiff's Complaint at Law* by Defendant Chief Gene Ray. Responses due by 8/8/2005 (Brinkmeier, Alan) (Entered: 07/25/2005) |
| 07/25/2005 | 27 | CERTIFICATE OF SERVICE by Chief Gene Ray *of Motion for extension of time to answer or otherwise plead to Plaintiff's Complaint at Law.* (Brinkmeier, Alan) (Entered: 07/25/2005) |
| 07/25/2005 | 28 | First MOTION for Extension of Time to File Answer *or otherwise plead to Plaintiff's Complaint at Law* by Defendant Detective James Parrish. Responses due by 8/8/2005 (Brinkmeier, Alan) (Entered: 07/25/2005) |
| 07/25/2005 | 29 | CERTIFICATE OF SERVICE by Detective James Parrish *of Motion for Extension of Time to Answer or otherwise plead to Plaintiff's Complaint* |

| | | |
|---|---|---|
| | | *at Law* (Brinkmeier, Alan) (Entered: 07/25/2005) |
| 07/26/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 7/26/05. On July 20, 2005, defendant Michael McFatridge filed a motion for extension of time. Also on that date, defendants City of Paris, Chief Gene Ray, and Detective James Parrish filed a motion for leave to enter the appearance of additional counsel. On July 21, 2005, defendant Edgar County filed a motion for extension of time in which to answer or otherwise respond to the plaintiff's complaint. On July 25, 2005, Chief Gene Ray and Detective James Parrish filed a motion for extension of time to file an answer or otherwise plead to the complaint. McFatridge's motion for extension of time [#22] is granted; he shall file his answer or other response on or before August 19, 2005. The motion for leave to enter the appearance of additional counsel [#23] is granted. Attorneys James Sotos, Jason Rose and Sara Cliffe shall file an entry of appearance within seven days of the date of this order. Edgar County's motion for extension of time [#25] is also granted; the County shall file its answer or other response on or before August 29, 2005. However, since this is the County's second request for an extension of time, any requests by the County for further extensions of time shall be viewed unfavorably by this court. The motion for an extension of time by defendants Ray and Parrish [#28] is granted; they shall file their responsive pleading on or before August 29, 2005. Ray and Parrish filed their certificate of service as a motion [#26], and then filed another certificate of service. Accordingly, docket #26 is stricken as duplicative. (MT, ilcd) Modified on 7/26/2005 to add the word "TEXT". (MT, ilcd). (Entered: 07/26/2005) |
| 07/26/2005 | | Set/Reset Deadlines: Miscellaneous Deadline 8/2/2005 for entry of additional counsel James Sotos, Jason Rose and Sara Cliffe (MT, ilcd) (Entered: 07/26/2005) |
| 07/26/2005 | 30 | MOTION for Extension of Time to File Answer by Defendants Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus, Jack Eckerty. Responses due by 8/9/2005 (McNaught, Karen) (Entered: 07/26/2005) |
| 07/26/2005 | 31 | NOTICE of Appearance of Attorney by James G Sotos on behalf of City of Paris, Chief Gene Ray, Detective James Parrish (Sotos, James) (Entered: 07/26/2005) |
| 07/26/2005 | 32 | NOTICE of Appearance of Attorney by Jason W Rose on behalf of City of Paris, Chief Gene Ray, Detective James Parrish (Rose, Jason) (Entered: 07/26/2005) |
| 07/26/2005 | 33 | NOTICE of Appearance of Attorney by Sara M Cliffe on behalf of City of Paris, Chief Gene Ray, Detective James Parrish (Cliffe, Sara) (Entered: 07/26/2005) |
| 07/26/2005 | | Notice of Docket Text or Event Modification. Order entered 7/26/05 was modified on 7/26/05 to add the word "TEXT". (MT, ilcd) (Entered: 07/26/2005) |
| 07/26/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 7/26/05. On July |

| | | |
|---|---|---|
| | | 26, 2005, defendants Jack Eckerty, Steve Fermon, Diane Carper, Charles Brueggemann, Andre Parker and Kenneth Kaupas filed a motion for enlargement of time up to and including August 25, 2005, to answer or otherwise plead in this matter. The defendants state that the Office of the Illinois Attorney General has determined it has a conflict in representing these defendants. The motion 30 is granted. The defendants shall file their answer or other response on or before August 25, 2005. Because the Attorney General's Office has known of the potential conflict for some time, further requests for extensions of time will be viewed unfavorably by the court.(VB, ilcd) (Entered: 07/26/2005) |
| 08/04/2005 | 34 | NOTICE of Appearance of Attorney by Elizabeth A Ekl on behalf of City of Paris, Chief Gene Ray, Detective James Parrish (Ekl, Elizabeth) (Entered: 08/04/2005) |
| 08/15/2005 | 35 | NOTICE of Appearance of Attorney by Iain D Johnston on behalf of Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus (Johnston, Iain) Modified on 8/15/2005 striking document pursuant to Text Order entered 8/15/05. (SLJ, ilcd). (Entered: 08/15/2005) |
| 08/15/2005 | 36 | NOTICE of Appearance of Attorney by Iain D Johnston on behalf of Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus (Johnston, Iain) (Entered: 08/15/2005) |
| 08/15/2005 | 37 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 by Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus. (Johnston, Iain) (Entered: 08/15/2005) |
| 08/15/2005 | 38 | CERTIFICATE OF SERVICE by Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus re 36 Notice of Appearance of Attorney, 37 Certificate of Interest (Johnston, Iain) Modified on 8/16/2005 striking document pursuant to Text Order entered 8/16/05. (SLJ, ilcd). (Entered: 08/15/2005) |
| 08/15/2005 | | TEXT ORDER STRIKING DOCUMENT entered by Judge Harold A. Baker on 8/15/05. On August 15, 2005, defendants Steven Fermon, Diane Carper, Charles Brueggemann, Andre Parker and Kenneth Kaupas filed an entry of appearance by Iain Johnston [#35]. The document is blank. Also on that date, the same defendants filed a second entry of appearance by Iain Johnston. The blank document [#35] is stricken as it has been replaced by the second document, [#36]. (SLJ, ilcd) (Entered: 08/15/2005) |
| 08/16/2005 | | TEXT ORDER STRIKING DOCUMENT entered by Judge Harold A. Baker on 8/16/05. On August 15, 2005, defendants Steven Fermon, Diane Carper, Charles Brueggemann, Andre Parker and Kenneth Kaupas filed a certificate of service. The document has no caption or case number, and the electronic signature does not conform to the format specified in this court's Administrative Procedures for Electronic Filing, Section II(C)(2). Therefore, the document [#38] is stricken. The defendants are ordered to correct the deficiencies and file the corrected |

| | | |
|---|---|---|
| | | document. (SLJ, ilcd) Modified on 8/16/2005 to add the word TEXT to ORDER. (SLJ, ilcd). (Entered: 08/16/2005) |
| 08/19/2005 | 39 | CERTIFICATE OF SERVICE by Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus (Johnston, Iain) Modified on 8/19/2005 striking document pursuant to Text Order entered 8/19/05. (SLJ, ilcd). (Entered: 08/19/2005) |
| 08/19/2005 | 40 | CERTIFICATE OF SERVICE by Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus (Johnston, Iain) (Entered: 08/19/2005) |
| 08/19/2005 | | TEXT ORDER STRIKING DOCUMENT entered by Judge Harold A. Baker on 8/19/05. On August 19, 2005, defendants Steven Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker and Kenneth Kaupas filed a certificate of service [#39], which is blank, and another certificate of service [#40] in reference to the court's text order of August 16, 2005. The blank document [#39] is stricken. (SLJ, ilcd) (Entered: 08/19/2005) |
| 08/22/2005 | 41 | MOTION for Leave of Court for Conventional Filing by Defendant Michael McFatridge. Responses due by 9/5/2005 (SLJ, ilcd) (Entered: 08/22/2005) |
| 08/22/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 8/22/05. On August 22, 2005, defendant Michael McFatridge filed a motion for leave of the court to file documents by conventional filing [#41]. Counsel states that they have submitted their ECF Attorney Registration Form to the clerk of this court and are awaiting confirmation and approval for electronic filing. The defendant also has submitted, conventionally, a motion for leave to file the appearance of additional counsel. The motion for leave to file documents by conventional filing [#41] is granted, but only as it relates to the motion for leave to file the appearance of additional counsel. (SLJ, ilcd) (Entered: 08/22/2005) |
| 08/22/2005 | 42 | MOTION for Leave of Court to File Appearance of Additional Counsel by Defendant Michael McFatridge. Responses due by 9/5/2005 (SLJ, ilcd) (Entered: 08/22/2005) |
| 08/22/2005 | 43 | CERTIFICATE of service regarding documents #41 and #42. (SLJ, ilcd) (Entered: 08/22/2005) |
| 08/22/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 8/22/05. On August 22, 2005, defendant Michael McFatridge filed a motion for leave of the court to file the appearance of additional counsel by conventional filing. The motion [#42] is granted. All further filings must be made electronically. McFatridge's answer was due on August 19, 2005. In order to allow time for counsel to obtain approval for electronic filing, that deadline is extended to August 29, 2005. (SLJ, ilcd) (Entered: 08/22/2005) |
| 08/22/2005 | 44 | NOTICE of Appearance of Attorney by Terry A Ekl on behalf of Michael McFatridge (SLJ, ilcd) (Entered: 08/22/2005) |

| | | |
|---|---|---|
| 08/22/2005 | 45 | NOTICE of Appearance of Attorney by Patrick L Provenzale on behalf of Michael McFatridge (SLJ, ilcd) (Entered: 08/22/2005) |
| 08/22/2005 | 46 | NOTICE of Appearance of Attorney by Vincent C Mancini on behalf of Michael McFatridge (SLJ, ilcd) (Entered: 08/22/2005) |
| 08/22/2005 | | Reset Deadlines: Michael McFatridge answer due 8/29/2005. (SLJ, ilcd) (Entered: 08/22/2005) |
| 08/23/2005 | 47 | MOTION for an Exemption From the Electronic Filing Requirement and for Leave to File Conventionally by Defendant Edgar County. Responses due by 9/6/2005 (SLJ, ilcd) (Entered: 08/23/2005) |
| 08/23/2005 | 48 | MOTION for an Exemption From the Electronic Filing Requirement and for Leave to File Conventionally by Defendant Michael McFatridge. Responses due by 9/6/2005 (SLJ, ilcd) (Entered: 08/23/2005) |
| 08/23/2005 | 49 | MOTION for Leave to File Substitute Appearance, Instanter. Tom DiCianni to be replaced by Mark F. Wolfe, by Defendants Michael McFatridge and Edgar County. Responses due by 9/6/2005 (SLJ, ilcd) (Entered: 08/23/2005) |
| 08/23/2005 | 50 | NOTICE of Appearance of Attorney by Mark F Wolfe, Michael P Latz on behalf of Defendants Michael McFatridge and Edgar County (SLJ, ilcd) (Entered: 08/23/2005) |
| 08/23/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 8/23/05. On August 23, 2005, defendants Edgar County and Michael McFatridge submitted to the court by conventional filing motions for an exemption from the electronic filing requirement and for leave to file conventionally [#47, #48]. Also submitted in conventional form were a motion for leave to file substitute appearance of Mark Wolfe, withdrawing Thomas DiCianni [#49] and an entry of appearance of Mark Wolfe and Michael Latz [#50]. Also submitted in conventional form were motions to dismiss by Edgar County and Michael McFatridge. The motions for an exemption from the electronic filing requirement and for leave to file conventionally [#47, #48] are granted only as to the motion for leave to file a substitute appearance [#49], which is granted, and the entry of appearance of Mark Wolfe and Michael Latz [#50]. Attorney Thomas G DiCianni is withdrawn . All other documents must be filed electronically. On August 22, 2005, the court established a deadline of August 29, 2005 for McFatridge to answer the complaint. On July 26, 2005, the court established a deadline of August 29, 2005 for Edgar County to answer the complaint. The parties are ordered to electronically file the motions to dismiss immediately upon registration to file electronically, which should be before the deadline. The clerk is directed to return the motions to dismiss to the defendants' counsel. In the event that counsel is not registered for electronic filing by the deadline, the defendants should file a motion for leave to file the motions to dismiss instanter, explaining to the court why it was not able to file the motions electronically by the court's deadline, and await the court's ruling on that motion before filing the motions to dismiss. (SLJ, ilcd) (Entered: 08/23/2005) |

| | | |
|---|---|---|
| 08/25/2005 | 51 | MOTION to Dismiss by Defendants Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus. Responses due by 9/8/2005 (Johnston, Iain) (Entered: 08/25/2005) |
| 08/25/2005 | 52 | MEMORANDUM in Support re 51 MOTION to Dismiss filed by Defendants Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus. (Johnston, Iain) (Entered: 08/25/2005) |
| 08/25/2005 | 53 | CERTIFICATE of Service/Counsel re 51 MOTION to Dismiss, 52 Memorandum in Support of Motion by Iain D Johnston on behalf of Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus (Johnston, Iain) (Entered: 08/25/2005) |
| 08/26/2005 | 54 | MOTION for Leave to File *appearance of additional counsel* by Defendant Jack Eckerty. Responses due by 9/9/2005 (Sotos, James) (Entered: 08/26/2005) |
| 08/26/2005 | 55 | MOTION for Leave to File *defendant Eckerty's answer, defendants' motion to dismiss and supporting memorandum of law* by Defendant Jack Eckerty. Responses due by 9/9/2005 (Sotos, James) (Entered: 08/26/2005) |
| 08/26/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 8/26/05. On August 26, 2005, defendant Jack Eckerty filed a motion for leave to file his answer, motion to dismiss, and supporting memorandum instanter. The motion [#55] is granted. Eckerty shall file his answer, motion and memorandum on or before August 29, 2005. (MT, ilcd) (Entered: 08/26/2005) |
| 08/29/2005 | 56 | MOTION to Dismiss by Defendant Michael McFatridge. Responses due by 9/12/2005 (Latz, Michael) (Entered: 08/29/2005) |
| 08/29/2005 | 57 | MOTION to Dismiss by Defendant Edgar County. Responses due by 9/12/2005 (Latz, Michael) (Entered: 08/29/2005) |
| 08/29/2005 | 58 | ANSWER AND AFFIRMATIVE DEFENSES to Complaint, with Jury Demand by Defendant Jack Eckerty.(Sotos, James) (Entered: 08/29/2005) |
| 08/29/2005 | 59 | MOTION to Dismiss *Count III* by Defendants Chief Gene Ray, Detective James Parrish, Jack Eckerty. Responses due by 9/12/2005 (Attachments: # 1 Exhibit A)(Sotos, James) (Entered: 08/29/2005) |
| 08/29/2005 | 60 | MEMORANDUM in Support re 59 MOTION to Dismiss *Count III* filed by Defendants Chief Gene Ray, Detective James Parrish, Jack Eckerty. (Sotos, James) (Entered: 08/29/2005) |
| 08/29/2005 | 61 | ANSWER AND AFFIRMATIVE DEFENSES to Complaint, with Jury Demand by Defendant Detective James Parrish.(Sotos, James) (Entered: 08/29/2005) |
| 08/29/2005 | 62 | ANSWER AND AFFIRMATIVE DEFENSES to Complaint, with Jury Demand by Defendant City of Paris.(Sotos, James) (Entered: 08/29/2005) |

2:05-cv-02127-HAB-DGB # 107 Page 15 of 19

| | | |
|---|---|---|
| 08/29/2005 | 63 | ANSWER AND AFFIRMATIVE DEFENSES to Complaint, with Jury Demand by Defendant Chief Gene Ray.(Sotos, James) (Entered: 08/29/2005) |
| 08/29/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 8/29/05. On August 26, 2005, defendant Jack Eckerty filed a motion for leave to file appearance of additional counsel. The motion [#54] is granted. Attorney James Sotos shall file an entry of appearance within two (2) days of the date of this order. (SLJ, ilcd) (Entered: 08/29/2005) |
| 08/30/2005 | 64 | NOTICE of Appearance of Attorney by James G Sotos on behalf of Jack Eckerty (Sotos, James) (Entered: 08/30/2005) |
| 09/02/2005 | 65 | MOTION for Extension of Time to File Response/Reply as to 56 MOTION to Dismiss, 51 MOTION to Dismiss, 57 MOTION to Dismiss, 59 MOTION to Dismiss *Count III* by Plaintiff Gordon Randy Steidl. Responses due by 9/16/2005 (Susler, Janis) (Entered: 09/02/2005) |
| 09/02/2005 | 66 | CERTIFICATE of Service/Counsel re 65 MOTION for Extension of Time to File Response/Reply as to 56 MOTION to Dismiss, 51 MOTION to Dismiss, 57 MOTION to Dismiss, 59 MOTION to Dismiss *Count III* by Janis M Susler on behalf of Gordon Randy Steidl (Susler, Janis) (Entered: 09/02/2005) |
| 09/07/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 9/7/05. On September 2, 2005, the plaintiff filed a motion for extension of time to respond to four motions to dismiss that were filed by various defendants. The plaintiff seeks an extension of time to and including September 26, 2005 to respond to the motions. The motion for extension of time [#65] is granted. The plaintiff shall file his responses to the motions on or before September 26, 2005. The plaintiff is ordered to file separate responses for each of the motions (documents #51, #56, #57 and #59), clearly identifying in the title of the responsive document the defendant(s) to which each responsive document is directed. (SLJ, ilcd) (Entered: 09/07/2005) |
| 09/19/2005 | 67 | MOTION for Extension of Time to File Response/Reply by Plaintiff Gordon Randy Steidl. Responses due by 10/3/2005 (Susler, Janis) (Entered: 09/19/2005) |
| 09/19/2005 | 68 | CERTIFICATE of Service/Counsel by Janis M Susler on behalf of Gordon Randy Steidl (Susler, Janis) (Entered: 09/19/2005) |
| 09/20/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 9/20/05. On September 19, 2005, the plaintiff filed a motion for extension of time to respond to the defendants' motions to dismiss. The plaintiff's motion 67 is granted. The plaintiff shall file his responses on or before October 6, 2005. (VB, ilcd) (Entered: 09/20/2005) |
| 10/06/2005 | 69 | RESPONSE to Motion re 57 MOTION to Dismiss *by Edgar County* filed by Plaintiff Gordon Randy Steidl. (Attachments: # 1)(Susler, Janis) (Entered: 10/06/2005) |
| | | |

| | | |
|---|---|---|
| 10/06/2005 | 70 | RESPONSE to Motion re 59 MOTION to Dismiss *Count III* filed by Plaintiff Gordon Randy Steidl. (Attachments: # 1)(Susler, Janis) (Entered: 10/06/2005) |
| 10/06/2005 | 71 | RESPONSE to Motion re 56 MOTION to Dismiss *McFatridge* filed by Plaintiff Gordon Randy Steidl. (Attachments: # 1)(Susler, Janis) (Entered: 10/06/2005) |
| 10/06/2005 | 72 | MOTION for Leave to File Excess Pages *in Response to the Motion to Dismiss of Defendant McFatridge* by Plaintiff Gordon Randy Steidl. Responses due by 10/20/2005 (Attachments: # 1)(Susler, Janis) (Entered: 10/06/2005) |
| 10/06/2005 | 73 | RESPONSE to Motion re 51 MOTION to Dismiss *Illinois State Police Defendants* filed by Plaintiff Gordon Randy Steidl. (Attachments: # 1) (Susler, Janis) (Entered: 10/06/2005) |
| 10/06/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 10/6/05. On October 6, 2005, the plaintiff filed a response [#71] to defendant Michael McFatridge's motion to dismiss, as well as a motion for leave to file a memorandum in excess of 15 pages [#72]. Since the response memorandum has already been filed, the motion [#72] is moot. In the future, the parties shall await leave of the court before filing a document for which they seek leave to file. (SLJ, ilcd) (Entered: 10/06/2005) |
| 10/14/2005 | 74 | MOTION for Leave to File by Defendants Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus. Responses due by 10/28/2005 (Johnston, Iain) (Entered: 10/14/2005) |
| 10/14/2005 | 75 | MOTION to Cite Authority by Defendants Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus. Responses due by 10/28/2005 (Johnston, Iain) (Entered: 10/14/2005) |
| 10/25/2005 | 76 | MOTION to Withdraw by Defendant City of Paris. Responses due by 11/8/2005 (Sotos, James) (Entered: 10/25/2005) |
| 10/27/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 10/27/05. The defendant City of Paris has filed a motion for withdrawal of attorney Jason Rose, due to a division of the law firm of Hervas, Sotos, Condon & Bersani. The motion [#76] is granted; the clerk is directed to reflect the withdrawal of Jason Rose on behalf of the City of Paris, and the remaining attorneys who were affiliated with Hervas, Sotos, Condon & Bersani are now affiliated with James G. Sotos & Associates, Ltd. The court notes that Jason Rose has entered an appearance on behalf of Chief Gene Ray and Detective James Parish, and he has not filed a motion to withdraw on their behalf. The docket will continue to reflect that he represents these defendants until and unless he files a motion to withdraw as their counsel. (SLJ, ilcd) (Entered: 10/27/2005) |
| 10/28/2005 | 77 | RESPONSE to Motion re 75 MOTION to Cite Authority filed by Plaintiff Gordon Randy Steidl. (Attachments: # 1)(Taylor, G) (Entered: 10/28/2005) |

| | | |
|---|---|---|
| 10/28/2005 | 78 | RESPONSE to Motion re 74 MOTION for Leave to File filed by Plaintiff Gordon Randy Steidl. (Attachments: # 1)(Taylor, G) (Entered: 10/28/2005) |
| 10/31/2005 | 79 | MOTION to Withdraw *Jason W. Rose as Attorney of Record* by Defendants Chief Gene Ray, Detective James Parrish. Responses due by 11/14/2005 (Sotos, James) (Entered: 10/31/2005) |
| 11/01/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 11/1/05. On October 31, 2005, defendants filed a motion to withdraw Jason Rose as attorney of record [#79]. The motion is granted. (SLJ, ilcd) (Entered: 11/01/2005) |
| 11/04/2005 | 80 | MOTION to Withdraw as Attorney *by Defendant Gene Ray and* by Defendant Detective James Parrish. Responses due by 11/18/2005 (Brinkmeier, Alan) (Entered: 11/04/2005) |
| 11/04/2005 | 81 | CERTIFICATE OF SERVICE by Chief Gene Ray re 80 MOTION to Withdraw as Attorney *by Defendant Gene Ray and Defendant James Parrish* (Brinkmeier, Alan) (Entered: 11/04/2005) |
| 11/04/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 11/4/05. Defendants Chief Gene Ray and Detective James Parrish have filed a motion for withdrawal of attorney Alan J, Brinkmeier of the law firm Merlo Kanofsky Brinkmeier & Gregg. The motion 80 is granted. The clerk is directed to terminate Alan Brinkmeier for Chief Gene Ray and Detective James Parrish. Alan Brinkmeier will continue to represent defendant City of Paris. James G. Sotos and Sara Cliffe will continue to represent defendants Chief Gene Ray and Detective James Parrish. (SLJ, ilcd) (Entered: 11/04/2005) |
| 11/18/2005 | 82 | CERTIFICATE OF SERVICE by City of Paris *for Motion For Withdrawal of Attorney* (Brinkmeier, Alan) (Entered: 11/18/2005) |
| 11/18/2005 | 83 | MOTION to Withdraw as Attorney *Merlo Kanofsky Brinkmeier & Gregg, Ltd. and Alan J. Brinkmeier* by Defendant City of Paris. Responses due by 12/2/2005 (Brinkmeier, Alan) (Entered: 11/18/2005) |
| 11/21/2005 | 84 | NOTICE *of Firm Name and Telephone Number Change* by City of Paris, Chief Gene Ray, Detective James Parrish (Sotos, James) (Entered: 11/21/2005) |
| 12/05/2005 | 85 | MOTION to Withdraw *Substitute Appearance, Instanter* by Defendant Michael McFatridge. Responses due by 12/19/2005 (Latz, Michael) (Entered: 12/05/2005) |
| 12/05/2005 | 86 | NOTICE *of Motion* by Michael McFatridge (Latz, Michael) (Entered: 12/05/2005) |
| 12/06/2005 | | TEXT ORDER entered by Judge Harold A. Baker on 12/6/05. On November 18, 2005, defendant City of Paris filed a motion to withdraw the appearance of attorney Alan J. Brinkmeier. The motion 83 is granted. The clerk is directed to terminate Alan J. Brinkmeier as attorney of record for the City of Paris. On December 5, 2005, defendants Edgar |

2:05-cv-02127-HAB-DGB # 107 Page 18 of 19

| | | |
|---|---|---|
| | | County and Michael McFatridge filed a motion for leave to withdraw the appearance of attorney Mark Wolfe. The motion 85 is granted. The clerk is directed to terminate Mark Wolfe as attorney of record for Edgar County and Michael McFatridge. (SLJ, ilcd) (Entered: 12/06/2005) |
| 12/13/2005 | 87 | NOTICE of Appearance of Attorney by Elizabeth A Ekl on behalf of Jack Eckerty (Ekl, Elizabeth) (Entered: 12/13/2005) |
| 12/13/2005 | 88 | NOTICE of Appearance of Attorney by Elizabeth A Ekl on behalf of Jack Eckerty (Ekl, Elizabeth) (Entered: 12/13/2005) |
| 12/13/2005 | | TEXT ORDER STRIKING DOCUMENT entered by Judge Harold A. Baker on 12/13/05. On December 13, 2005, defendant Jack Eckerty filed a notice of appearance of attorney 87 which was a blank document. Eckerty then filed a corrected filing 88. Accordingly, docket entry 87 is STRICKEN. (VB, ilcd) (Entered: 12/13/2005) |
| 02/28/2006 | 89 | NOTICE of Change of Address by Elizabeth A Ekl (Ekl, Elizabeth) (Entered: 02/28/2006) |
| 03/31/2006 | 90 | ORDER entered by Judge Harold A. Baker on 3/31/06. The motions to dismiss 56 57 and 59 are denied in their entirety. The ISP defendants' motion to dismiss 51 is granted in part and denied in part; Count I is dismissed against the ISP defendants only, and their motion to dismiss Counts II and III is denied. The motion to cite supplemental authority 75 is granted. The motion for leave to file a reply brief or for oral argument 74 is denied. All defendants who have not yet filed an answer to the allegations against them shall file their answers within two weeks of the date of this order. (MT, ilcd) (Entered: 03/31/2006) |
| 03/31/2006 | | Set/Reset Deadlines: Miscellaneous Deadline 4/14/2006 for all remaining defendants to file answer (MT, ilcd) (Entered: 03/31/2006) |
| 03/31/2006 | 91 | ORDER setting Rule 16 Scheduling Conference entered by Judge Harold A. Baker on 3/31/06. Rule 16 Scheduling Conference set for 5/4/2006 at 1:30 PM in Courtroom B before Judge Harold A. Baker. See written order.(VB, ilcd) (Entered: 03/31/2006) |
| 04/11/2006 | 92 | NOTICE OF APPEAL by Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus. (Johnston, Iain) (Entered: 04/11/2006) |
| 04/11/2006 | 93 | JURISDICTIONAL STATEMENT by Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus re 92 Notice of Appeal (Johnston, Iain) (Entered: 04/11/2006) |
| 04/11/2006 | 94 | Short Record of Appeal Sent to US Court of Appeals re 92 Notice of Appeal (MT, ilcd) (Entered: 04/11/2006) |
| 04/14/2006 | 95 | ANSWER AND AFFIRMATIVE DEFENSES to Complaint, with Jury Demand by Defendant Michael McFatridge.(Mancini, Vincent) (Entered: 04/14/2006) |
| 04/14/2006 | 96 | NOTICE *of Filing* by Michael McFatridge re 95 Answer to Complaint |

| | | |
|---|---|---|
| | | (Mancini, Vincent) (Entered: 04/14/2006) |
| 04/14/2006 | 97 | *Amended* ANSWER AND AFFIRMATIVE DEFENSES to Complaint, with Jury Demand by Defendant City of Paris.(Ekl, Elizabeth) (Entered: 04/14/2006) |
| 04/14/2006 | 98 | *Amended* ANSWER AND AFFIRMATIVE DEFENSES to Complaint, with Jury Demand by Defendant Jack Eckerty.(Ekl, Elizabeth) (Entered: 04/14/2006) |
| 04/14/2006 | 99 | ANSWER AND AFFIRMATIVE DEFENSES to Complaint by Defendant Edgar County.(Latz, Michael) (Entered: 04/14/2006) |
| 04/14/2006 | 100 | *Amended* ANSWER AND AFFIRMATIVE DEFENSES to Complaint, with Jury Demand by Defendant Detective James Parrish.(Ekl, Elizabeth) (Entered: 04/14/2006) |
| 04/14/2006 | 101 | *Amended* ANSWER AND AFFIRMATIVE DEFENSES to Complaint, with Jury Demand by Defendant Chief Gene Ray.(Ekl, Elizabeth) (Entered: 04/14/2006) |
| 04/14/2006 | 102 | NOTICE of Docketing Record on Appeal from USCA re 92 Notice of Appeal filed by Charles E Brueggemann, Diane Carper, Steven M Fermon, Andre Parker, Kenneth Kaupus. USCA Case Number 06-2017 (SLJ, ilcd) (Entered: 04/17/2006) |
| 04/18/2006 | 103 | USCA Appeal Fees received $455 receipt number U4830 re 92 Notice of Appeal filed by Charles E Brueggemann, Diane Carper, Steven M Fermon, Andre Parker, Kenneth Kaupus, (SLJ, ilcd) (Entered: 04/18/2006) |
| 04/20/2006 | 104 | CERTIFICATE *of Compliance With Order of March 31, 2006.* (Attachments: # 1)(Susler, Janis) (Entered: 04/20/2006) |
| 04/25/2006 | | TEXTORDER entered by Judge Harold A. Baker on 4/25/06. On March 31, 2006, the court set a Rule 16 scheduling conference for May 4, 2006 at 1:30 p.m. On April 11, 2006, defendants Steven M. Fermon, Diane Carper, Charles Brueggemann, Andre Parker, and Kenneth Kaupus filed a notice of appeal of this court's denial of their motion to dismiss based on qualified immunity. In view of the pending appeal, the May 4, 2006 scheduling conference is vacated and will be rescheduled at a later date. (SLJ, ilcd) (Entered: 04/25/2006) |
| 05/01/2006 | 105 | Letter construed as a MOTION to Withdraw Record on Appeal by Defendants Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus. Responses due by 5/15/2006 (MT, ilcd) (Entered: 05/01/2006) |
| 05/01/2006 | | TEXT ORDER granting 105 Motion to Withdraw Record on Appeal. Entered by Judge Harold A. Baker on 5/1/06. (MT, ilcd) (Entered: 05/01/2006) |