**E-FILED**
Friday, 05 May, 2006 02:12:54 PM
Clerk, U.S. District Court, ILCD

# Holland ✛ Knight

Tel 312 263 3600
Fax 312 578 6666

Holland & Knight LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
www.hklaw.com

Iain D. Johnston
312 578 6577
iain.johnston@hklaw.com

May 4, 2006
*VIA UPS*

John W. Waters
Clerk, U.S. District Court
Central District of Illinois
201 South Vine Street
Suite 218
Urbana, IL 61802

**RECEIVED**

MAY 0 5 2006

U.S. CLERK'S OFFICE
URBANA, IL

Re:    Steidl v. City of Paris, et al., USCA #06-2017, USDC #05-2127

Dear Mr. Waters:

Enclosed is the record on appeal in this case.

Sincerely,

Iain D. Johnston

IDJ:rp

Enc.

# 3761871_v1

Atlanta • Bethesda • Boston • Chicago • Fort Lauderdale • Jacksonville • Lakeland • Los Angeles
Miami • New York • Northern Virginia • Orlando • Portland • San Francisco
Tallahassee • Tampa • Washington, D.C. • West Palm Beach