IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 05 CV 2127<br>)<br>)  Honorable Harold A. Baker<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION FOR LEAVE TO FILE
APPEARANCE AS ADDITIONAL COUNSEL

NOW COMES Plaintiff, Gordon Randy Steidl, and respectfully requests that this Court allow Ben H. Elson, attorney at the People's Law Office, to file an appearance as additional counsel for Plaintiff, Gordon Randy Steidl.

Dated: May 17, 2006

Respectfully submitted,

/s/ Ben H. Elson
Ben H. Elson
ARDC #6286106
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622
(773) 235-0070
ElsonBen@aol.com

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

CENTRAL                     DISTRICT OF                     ILLINOIS

Gordon Randy Steidl,                                **APPEARANCE**

v.

City of Paris, et al.                               Case Number: 05 CV 2127

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Gordon Randy Steidl

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/17/2006 | *[signature]* |
| Date | Signature |
| | Ben H. Elson     6286106 |
| | Print Name     Bar Number |
| | 1180 N. Milwaukee Ave. |
| | Address |
| | Chicago    Illinois    60622 |
| | City    State    Zip Code |
| | (773) 235-0070    (773) 235-6699 |
| | Phone Number    Fax Number |