## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Hon. Harold A. Baker |
| **CITY OF PARIS, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF'S MOTION TO SET SCHEDULING CONFERENCE
### AND ORDER THE OPENING OF DISCOVERY

Plaintiff Randy Steidl, by his attorneys, moves this Court to set a Rule 16 Scheduling Conference and enter an order opening discovery. In support he states:

1. On May 27, 2005, Plaintiff filed his complaint in this cause, the Defendants subsequently filed motions to dismiss, which were denied, in predominant part, by this Court on March 31, 2006.

2. That same day, this Court entered an order setting a Rule 16 Scheduling Conference to take place on May 4.

3. On April 11, 2006, the current ISP defendants filed a notice of an interlocutory appeal on the question of the Court's denial of their defense of qualified immunity.

4. Counsel for all parties conferred on April 14, 2006 in preparation for the Rule 16 Scheduling Conference, and Plaintiff so indicated in the Certificate of Compliance filed on April 20. At the time, all parties were aware of the ISP defendants' interlocutory appeal.

5. During the April 14 conference, the parties agreed to a proposed discovery schedule,

1

which Plaintiff intended to file on or before April 27, in compliance with the Court's March 31 scheduling order, with the understanding that discovery would go forward for all parties except the current ISP defendants.

6. On April 25, 2006, this Court entered an order postponing the May 4 Scheduling Conference, stating that the postponement was due to the qualified immunity appeal filed by the current ISP defendants. However, the Court did not enter an order staying discovery.

7. The briefing schedule set by the Court of Appeals for the Seventh Circuit originally was to have extended to July 3, 2006 for the appellants' reply brief. Exhibit A, Order of April 19, 2006.

8. Through no fault of Plaintiff's, the briefing schedule has now been extended to August 21 for the appellants' reply brief. Exhibit B, Order of May 3, 2006.

9. According to the latest Annual Report of the Seventh Circuit, the median time interval for civil cases, from filing notice of appeal to final disposition, is 10.5 months.[1] This timing is consistent with Plaintiff's counsel's experience in similar appeals. Of course, motions for extensions of time will affect the time for final disposition. Based on the reported median, initially, this appeal would likely not have been disposed of until mid February 2007. Because of the extension, that projected date has gone by the wayside, in favor of one that is more likely the end of March 2007.

10. For discovery purposes, Plaintiff's claims against the remaining parties are easily segregable from those against the ISP defendants, i.e., while the claims against Defendants Gene Ray, James Parrish, Jack Eckerty, the City of Paris, Michael McFatridge and Edgar County

---

[1] http://www.ca7.uscourts.gov/rpt/statistics.htm, Annual Report 2004.

commence on or before July 6, 1986, or shortly thereafter, the claims against the ISP defendants commence many years later.  Hence, the remaining parties can and should proceed with discovery during the pendency of the ISP defendants' appeal.

11.  No defendant will be prejudiced if the Court grants this motion.  However, if the Court denies this motion, Plaintiff will be prejudiced, in that his 20 year quest for justice will be further delayed.

WHEREFORE, Plaintiff asks this Court to enter an order setting a Rule 16 Scheduling Conference, and to order that discovery be opened forthwith.

Dated:  June 7, 2006                                   Respectfully submitted,

                                                                           s/ G. Flint Taylor
                                                                           G. Flint Taylor
                                                                           Jan Susler
                                                                           Ben H. Elson
                                                                           People's Law Office
                                                                           1180 N. Milwaukee Ave.
                                                                           Chicago, Il. 60622
                                                                           773/235-0070
                                                                           gftaylorjr@aol.com
                                                                           jsusler@aol.com
                                                                           ElsonBen@aol.com

                                                                           Attorneys for Plaintiff