# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: April 19, 2006

By the Court:

No. 06-2017

GORDON R. STEIDLE,
        Plaintiff - Appellee

  v.

STEVEN M. FERMON, DIANE CARPER, CHARLES E. BRUEGGEMANN, et al.,
        Defendants - Appellants


Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 2127, Harold A. Baker, Judge

      This court received notice from the District Court that the appellant paid the required docketing fee.

      Briefing will now proceed as follows:

1. The brief and required short appendix of the appellant(s) are due by 5/19/06.

2. The brief of the appellee is due by 6/19/06.

3. The reply brief of the appellant(s), if any, are due by 7/3/06.

NOTE:    Circuit Rule 31(e)(amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

          Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.


(1142-020397)