# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 3, 2006

| | |
|---|---|
| GORDON R. STEIDLE,<br>    Plaintiff-Appellee, | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 06-2017     v. | ] Illinois.<br>] |
| STEVEN M. FERMON, DIANE CARPER,<br>CHARLES E. BRUEGGEMANN, et al.,<br>    Defendants-Appellants. | ] No. 05 C 2127<br>]<br>] Harold A. Baker,<br>]    Judge. |

Pursuant to Circuit Rule 33, briefing shall proceed as follows:

1. The brief and required short appendix of the appellant(s) will be due by July 6, 2006.

2. The brief of the appellee(s) will be due by August 7, 2006.

3. The reply brief of the appellant(s), if any, will be due by August 21, 2006.

Note: Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.