IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,**  )  )  **Plaintiff,**  )  )     **No. 05 CV 2127**  v.  )  )     **Honorable Harold A. Baker**  **CITY OF PARIS, et al.**  )  )  **Defendants.**  ) | |

NOTICE OF FILING/CERTIFICATE OF SERVICE

Jan Susler, an attorney, hereby certifies that on June 7, 2006, she electronically filed Plaintiff's **MOTION TO SET SCHEDULING CONFERENCE AND ORDER THE OPENING OF DISCOVERY**, using the EM/ECF system which will send notification of such filing to:

Michael P. Latz
Mark Wolfe
Bollinger Ruberry & Garvey
500 W Madison St., Suite 2300
Chicago, IL 60661
312/466-8000 (switchboard)
fax 312/466-8001
michael.latz@brg-law.net
mark.wolfe@brg-law.net
Attorneys for Edgar County

Vincent C. Mancini
Terry A. Ekl
Patrick L. Provenzale
Connolly, Ekl, & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
630/654-0045
fax 630/654-0150
vmancini@cewpc.com
Attorneys for Michael McFatridge

James Sotos
Elizabeth A. Ekl
Sara Cliffe
James G. Sotos & Associates, Ltd.
550 E. Devon, Suite 150
Itasca, IL 60143
630/735-3300 (switchboard)
fax 630/773-0980
jsotos@jsotoslaw.com , lsego@jsotoslaw.com
scliffe@jsotoslaw.com , ckinowski@jsotoslaw.com
eekl@jsotoslaw.com , lsego@jsotoslaw.com
jtimbo@jsotoslaw.com
Attorneys for Defendants City of Paris, Parrish, Ray and Eckerty

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
312/578-6577 (switchboard)
fax 312/578-6666
iain.johnston@hklaw.com
Attorney for Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
217/782-1841
kmcnaught@atg.state.il.us, jginter@atg.state.il.us , lbrewer@atg.state.il.us
bmyers@atg.state.il.us
Attorney for Illinois State Police defendants

    /s/ Jan Susler
    Jan Susler
    People's Law Office
    1180 N. Milwaukee Ave.
    Chicago, Il. 60622
    (773) 235-0070