UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-2127 |
| ) | |
| CITY OF PARIS, GENE RAY, ) | |
| JAMES PARRISH, JACK ECKERTY, ) | |
| MICHAEL McFATRIDGE, EDGAR ) | |
| COUNTY, STEVEN M. FERMON, ) | |
| DIANE CARPER, CHARLES E. ) | |
| BRUEGGEMANN, ANDRE PARKER ) | |
| and KENNETH KAUPUS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 31, 2006, the court entered an order setting a Rule 16 scheduling conference for May 4, 2006. On April 11, 2006, defendants Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker and Kenneth Kaupus (the "ISP defendants") filed a notice of appeal challenging the denial of their motion to dismiss on the basis of qualified immunity. Due to the pending appeal, this court vacated the May 4, 2006 conference.

Steidl has filed a motion to set a scheduling conference and order the opening of discovery. He argues that the claims against the ISP defendants are segregable from those against the other defendants, and discovery can reasonably commence against the other defendants while the ISP defendants pursue their appeal.

The court does not agree that the claims are necessarily segregable. Defendant Jack Eckerty is a former ISP official, and the claims against the ISP defendants may touch on Eckerty's involvement in the underlying case, even though the ISP defendants' conduct occurred years after Eckerty investigated the case.

By vacating the Rule 16 scheduling conference, the court sought to avoid piecemeal discovery. The court is not unsympathetic to the plaintiff's desire for a prompt adjudication of his claims, but the inefficiency in conducting discovery against some defendants while others pursue an appeal serves no real purpose. The case will be tried against all defendants simultaneously. Under the circumstances, it will be most efficient to conduct discovery against all defendants at once.

The motion to set a scheduling conference and order the opening of discovery [#110] is denied. Discovery is stayed pending the outcome of the ISP defendants' appeal.

Entered this 4th day of August, 2006.

                                **s\Harold A. Baker**
                        _____
                                HAROLD A. BAKER
                           UNITED STATES DISTRICT JUDGE