E-FILED
Wednesday, 13 September, 2006  10:23:52 AM
Clerk, U.S. District Court, ILCD

05975-R1013
JCK:tlp
G:\13\R1013\R1013EOA 001

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) No.: 05-2127 |
| | ) |
| CITY OF PARIS, Present and Former Paris | ) |
| Police Officials Chief Gene Ray and | ) |
| Detective James Parrish; former Illinois | ) |
| State Trooper Jack Eckerty; former Edgar | ) |
| County State's Attorney Michael | ) |
| McFatridge; EDGAR COUNTY; and | ) |
| Illinois State Police Officials Steven M. | ) |
| Fermon, Diane Carper, Charles E. | ) |
| Brueggemann, Andre Parker, and Kenneth | ) |
| Kaupus, | ) |
| | ) |
|     Defendants. | ) |

### ENTRY OF APPEARANCE

NOW COMES the Defendant, EDGAR COUNTY, by JAMES C. KEARNS of HEYL,

ROYSTER, VOELKER & ALLEN, its attorneys, and hereby enters his appearance in the

above-captioned cause on behalf of said Defendant.

Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar

of this Court.

> s/ James C. Kearns
> Attorney for Defendant, Edgar County
> IL ARDC #: 1422251
> Heyl, Royster, Voelker & Allen
> 102 E. Main Street, Suite 300
> P.O. Box 129
> Urbana, IL 61803-0129
> 217-344-0060 Phone
> 217-344-9295 Fax
> E-mail: jkearns@hrva.com

**HEYLROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. G. Flint Taylor
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622

Ms. Janis M. Susler
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622

Mr. Michael B. Metnick
Metnick, Cherry & Frazier
Suite 200 Myers Bldg.
1 West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791

Mr. James G. Sotos
Ms. Elizabeth A. Ekl
Ms. Sara M. Cliffe
James G. Sotos & Associates
333 Pierce Road, Suite 195
Itasca, IL 60143

Ms. Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706

Mr. Michael P. Latz
Bollinger, Ruberry & Garvey
Northwestern Atrium Center
500 West Madison Street, Suite 2300
Chicago, IL 60661-2511

Mr. Patrick L. Provenzale
Mr. Terry A. Ekl
Mr. Vincent C. Mancini
Connolly, Ekl & Williams
115 W. 55th St., Suite 400
Claredon Hills, IL 60514

Mr. Iain D. Johnston
Holland & Knight, LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603

s/ James C. Kearns
Attorney for Defendant, Edgar County
IL ARDC #: 1422251
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: jkearns@hrva.com

**HEYLROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060