E-FILED
Wednesday, 08 November, 2006  05:06:22 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Hon. Harold A. Baker |
| **CITY OF PARIS, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

### AFFIDAVIT OF BILL CLUTTER

Bill Clutter, duly sworn on oath, states the following:

1. I am a private investigator and have worked on Randy Steidl's case since 1991.

2. At the request of Plaintiff's counsel, on November 2, 2006, I went to interview Darrell Herrington at his home in Paris, IL.

3. When Mr. Herrington answered the door, I observed him to appear to be in approximately the same physical condition as on September 23, 1996 when I attended a deposition at which he testified in another lawsuit.

4. On November 2, 2006, Mr. Herrington told me that his doctors told him he had a year or two to live.

5. Mr. Herrington cut short the interview, stating that he had no interest in helping Mr.

Steidl.

      6.  Further affiant sayeth not.

                                                                           _____
                                                                           Bill Clutter, Affiant

Subscribed and sworn to before me
this 8th day of November, 2006

_____
Notary Public