# PEOPLE'S LAW OFFICE

1180 N. Milwaukee
Chicago, Illinois, 60622
(773) 235-0070
Fax (773) 235-6699

PeoplesLaw@aol.com

Michael E. Deutsch
Ben H. Elson
Janine L. Hoft
Joey L. Mogul
John L. Stainthorp
Jan Susler
G. Flint Taylor, Jr.
Erica L. Thompson

*Of Counsel*
Jeffrey H. Haas

RECEIVED

OCT 1 0 2006

JAMES G. SOTOS &
ASSOCIATES, LTD.

October 5, 2006
Via fax and regular mail

Dear Counsel:

We received Ms. Ekl's notice of deposition of Darrell Herrington. It is our understanding that you are seeking an exception to the court's order of August 4 staying discovery pending the outcome of the Current ISP Defendants' appeal. This exception must certainly include your answering interrogatories and producing all the documentary evidence in your possession relating to Mr. Herrington, in order that we may prepare for his deposition. We have attached interrogatories and a document request, and will expect your compliance in advance of the deposition noticed for October 11. If you are unable to comply by that date, we are amenable to postponing the deposition for a week to allow you the time you may need to respond.

Yours,

Jan Susler
Flint Taylor
Ben Elson
Counsel for Randy Steidl

601 MBE