**JAMES G. SOTOS & ASSOCIATES, LTD.**

Attorneys & Counselors at Law

550 E. Devon Ave., Suite 150, Itasca, IL 60143
(630) 735-3300
(630) 773-0980 Fax

-----

Chicago Office
20 N. Clark St., #800
Chicago, IL 60602
(312) 443-1253

James G. Sotos

-----

John J. Timbo
Sara M. Cliffe
Elizabeth A. Ekl

October 6, 2006

**VIA FACSIMILE & ELECTRONIC MAIL**
Counsel of Record

          RE:    *Steidl v. City of Paris*
                Case No. 05 C 2127
                Our File No. 05-1040.2

Dear Counsel:

At the request of Mr. Darrell Herrington, his deposition previously scheduled for Wednesday, October 11, 2006 at 10:00 a.m. in Paris, Illinois is being cancelled. Mr. Herrington's son is scheduled for surgery on the 10th and, therefore, Mr. Herrington has matters that he must attend to for the entire week. Mr. Herrington expressed his apologies and indicated that he is willing and able to sit for a deposition at a later time.

Please check your schedules for the next few weeks and let me know your availability so that I can re-schedule the deposition. Mr. Herrington receives treatment every Monday and Friday. Therefore, the deposition will need to take place on a Tuesday, Wednesday and/or Thursday.

I apologize for any inconvenience.

                                  Very truly yours,

                                  **JAMES G. SOTOS & ASSOCIATES, LTD.**

                                  Elizabeth A. Ekl

EAE

<u>**SERVICE LIST**</u>

**GORDON RANDY STEIDL v. CITY OF PARIS, ET AL**
**05 C 2127**

**Attorneys for Gordon Randy Steidl**

Michael Bruce Metnick
METNICK CHERRY & FRAZIER
Suite 200 Myers Building
One West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com

G. Flint Taylor; Jan Susler
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60622
jsusler@aol.com
gftaylorjr@aol.com

**Attorneys for Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus, Andre Parker**

Karen L. McNaught
(also counsel for Jack Eckerty)
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706
kmcnaught@atg.state.il.us

Iain D. Johnston
HOLLAND & KNIGHT, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
iain.johnston@hklaw.com

**Attorney for Edgar County & Michael McFatridge**

Michael P. Latz
BOLLINGER, RUBERRY & GARVEY
Northwestern Atrium Center
500 West Randolph Street, Suite 2300
Chicago, IL 60661-2511
michael.latz@brg-law.net

**Attorneys for Michael McFatridge**

Terry A. Ekl; Patrick L. Provenzale; Vincent C. Mancini
Ekl Williams, PLLC
115 W. 55th Street, Suite 400
Clarendon Hills, Illinois 60514
Phone: 630-654-0045
Fax: 630-654-0150
tekl@eklwilliams.com
pprovenzale@eklwilliams.com
vmancini@eklwilliams.com