# JAMES G. SOTOS & ASSOCIATES, LTD.
Attorneys & Counselors at Law

550 E. Devon Ave., Suite 150, Itasca, IL 60143
(630) 735-3300
(630) 773-0980 Fax
-----
Chicago Office
20 N. Clark St., #800
Chicago, IL 60602
(312) 443-1253

James G. Sotos
-----
John J. Timbo
Sara M. Cliffe
Elizabeth A. Ekl

Writer's Direct Dial:
630-735-3303
eekl@jsotoslaw.com

November 5, 2006

Ms. Jan Susler
PEOPLE'S LAW OFFICE
1180 N. Milwaukee
Chicago, IL 60622

RE:  *Steidl v. City of Paris*
     Case No. 05 C 2127
     Our File No. 05-1040.2

Dear Ms. Susler:

I am writing in regard to the interrogatories served upon Defendants in regard to their contact with Darryl Herrington. Due to Mr. Herrington's medical condition, the parties have agreed to take his deposition in order to preserve his testimony. Federal Rule of Civil Procedure 27(b), allows for the taking of a deposition during a pending appeal under such circumstances. Defendants are not aware of any provision that allows for Plaintiff to serve Defendants with interrogatories in contravention of the Court's order staying discovery during the pending appeal. As a result, Defendants do not intend to answer Plaintiff's interrogatories until discovery has been re-opened.

Very truly yours,

JAMES G. SOTOS & ASSOCIATES, LTD.

Elizabeth A. Ekl

EAE
cc:   Attorneys of Record