**JAMES G. SOTOS & ASSOCIATES, LTD.**
Attorneys & Counselors at Law

550 E. Devon Ave., Suite 150, Itasca, IL 60143
(630) 735-3300
(630) 773-0980 Fax
-----
Chicago Office
20 N. Clark St., #800
Chicago, IL 60602
(312) 443-1253

James G. Sotos
-----
John J. Timbo
Sara M. Cliffe
Elizabeth A. Ekl

Writer's Direct Dial:
630-735-3303
eekl@jsotoslaw.com

November 5, 2006

Ms. Jan Susler
PEOPLE'S LAW OFFICE
1180 N. Milwaukee
Chicago, IL 60622

RE: *Steidl v. City of Paris*
Case No. 05 C 2127
Our File No. 05-1040.2

Dear Ms. Susler:

In response to your request that we update Defendants' Rule 26(a)(1) disclosures regarding contact information for Darryl Herrington, please be advised that Mr. Herrington's phone number is (217) 822-4510.

Very truly yours,

**JAMES G. SOTOS & ASSOCIATES, LTD.**


Elizabeth A. Ekl

EAE
cc:   Attorneys of Record