IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
|     Plaintiff, ) | |
| v. ) | No. 05 CV 2127 |
| CITY OF PARIS, et al. ) | Judge Harold A. Baker |
|     Defendants. ) | Magistrate Judge David G. Bernthal |

### AFFIDAVIT OF DARRELL HERRINGTON

Darrell Herrington, being first duly sworn upon oath, deposes and states as follows:

1. I was born on November 24, 1940.

2. I currently reside in Paris, Illinois.

3. I have been diagnosed with stage IV lung cancer. My understanding is that this is the most advanced stage of cancer. This is the third time, since 1985, that I have been diagnosed with a form of cancer.

4. In April of 2006, I had one of my lungs removed because of the cancer.

5. My condition has worsened over the past month causing me to lose between 12 to 15 pounds.

6. I had been receiving chemotherapy treatment for my lung cancer. However, my doctor recently stopped treatment because my system is too deteriorated to handle the treatment.

7. My doctor has told me that I have at most a year or two to live.

FURTHER AFFIANT SAYETH NOT.

_____
DARRELL HERRINGTON

Subscribed and sworn to before me
this 13 day of November, 2006.

_____
Notary Public

"OFFICIAL SEAL"
CHARLENE CREECH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 05-31-07