

# United States District Court
### Central District of Illinois

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

November 24, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: STEIDL v. CITY OF PARIS, ET AL
D. C. Docket No. 05-2127
U. S. C. A. Docket No. 06-2017

Dear Mr. Agnello:

　　I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

　　1 Volumes of Pleadings

　　　Volumes of Transcript

　　　Volumes of Depositions

　　　Volumes of Exhibits:

　　　Impounded Exhibits:

　　　Other (specify):

　　Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　s/John M. Waters
　　　　　　　　　　　　JOHN M. WATERS, CLERK
　　　　　　　　　　　　U. S. DISTRICT COURT

　　　　　　　　　　　　BY: s/V. Ball
　　　　　　　　　　　　Deputy Clerk