E-FILED
Friday, 01 December, 2006
Friday, 24 November, 2006 10:42 AM
Clerk, U.S. District Court, ILCD




# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

November 24, 2006

**06-2017**

**FILED**
DEC 01 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: STEIDL v. CITY OF PARIS, ET AL.
D. C. Docket No. 05-2127
U. S. C. A. Docket No. 06-2017

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    1 Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

    Volumes of Exhibits:

    Impounded Exhibits:

    Other (specify):

U.S.C.A. – 7th Circuit
RECEIVED
NOV 28 2006 RJT
GINO J. AGNELLO
CLERK

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

U.S.C.A. – 7th Circuit
FILED
NOV 28 2006   DW
GINO J. AGNELLO
CLERK
DOC. # 2049289-1

Very truly yours,
s/John M. Waters
JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

BY: s/V. Ball
Deputy Clerk

ON AIMS
NOV 28 2006
DW