IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Gordon Randy Steidl, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 CV 2127 |
| ) | Honorable Harold A. Baker |
| City of Paris, et al., ) | Judge Presiding |
| ) | |
| Defendants. ) | |

**CURRENT ISP OFFICIALS' MOTION FOR PROTECTIVE ORDER**

The Current ISP Officials (Charles Brueggemann, Steven Fermon, Diane Carper, Kenneth Kaupas and Andre Parker), by their counsel, Iain D. Johnston and Steffanie N. Garrett of Holland & Knight LLP, Special Assistant Attorneys General, hereby moves this Honorable Court pursuant to Federal Rule of Civil Procedure 26(c) for a protective order to prevent the disclosure of certain documents and information sought by Plaintiff and his counsel. The Current ISP Officials are invoking the law enforcement investigatory privilege. In support of this motion and the invocation of the privilege, the Current ISP Officials have attached a Memorandum of Law and supporting documents, pursuant to Local Rule 7.1(B) and state the following:

1.   Plaintiff is currently a subject of an ongoing criminal investigation regarding the murders of Dyke and Karen Rhoads. Pursuant to a production request, Plaintiff seeks documents from this ongoing investigation.

2.   Counsel for the Current ISP Officials possesses several documents responsive to Plaintiff's production request relating to Darrell Herrington. Counsel for the Current ISP

Officials has agreed to produce many responsive documents, but not those documents that are protected by the law enforcement investigatory privilege.

3. Counsel for the Current ISP Officials does <u>not</u> possess and has <u>never</u> seen or heard the most recent interview of Darrell Herrington conducted by the Illinois State Police. Counsel for the Current ISP Officials will not produce this document (or related documents) not only because the documents are privileged, but also because counsel does not possess these documents.

4. The law enforcement investigatory privilege applies to numerous documents sought by Plaintiff's production request. These documents have been identified for Plaintiff in a privilege log, and letter dated December 22, 2006. (See Exhibit A.)

5. Both the Director of the Illinois State Police and the Director of the Illinois Office of the State's Attorneys Appellate Prosecutor have invoked the privilege.

6. Because Plaintiff is a subject to an ongoing criminal investigation and seeks documents relating to that ongoing criminal investigation, the documents are privileged from disclosure to him and his attorneys. By way of the supporting declarations, the Current ISP Officials have established that all of the relevant factors weigh in favor of the privilege.

7. Pursuant to Federal Rule of Civil Procedure 26(c), the undersigned certifies that he has in good faith conferred with Plaintiff's counsel to resolve this dispute without court intervention. Counsel for the parties have held several telephonic conferences and written each other numerous letters regarding the issue raised in this motion. (See Exhibits A & B.)

8. The Current ISP Officials ask this Court for either of the following alternative relief: (1) grant their Motion for Protective Order and allow their counsel to participate in the deposition of Darrell Herrington without producing the privileged documents, or (2) allow the

deposition of Darrell Herrington to proceed without counsel for the Current ISP Officials producing the privileged documents and without his participation, but allow their counsel to depose Darrell Herrington, if available, without prejudice, at a later date following the conclusion of the investigation.

9. Because the law enforcement investigatory privilege has been properly invoked and supported by showing that all the relevant factors weigh in favor of non-disclosure, the Current ISP Officials' Motion for Protective Order should be granted.

Respectfully submitted,

The Current ISP Officials

s/ Iain D. Johnston

Iain D. Johnston
Bar Number: 6204667
Attorney for Current ISP Officials
Holland & Knight LLP
131 S. Dearborn 30th Floor
Chicago, IL 60603
Telephone: (312) 263-3600
Fax: (312) 578-6666
E-mail: iain.johnston@hklaw.com

# 4313902_v1

**EXHIBIT A**

# Holland+Knight

Tel 312 263 3600
Fax 312 578 6666

Holland & Knight LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
www.hklaw.com

Iain D. Johnston
312 578 6577
iain.johnston@hklaw.com

December 22, 2006

Jan Susler
People's Law Office
1180 North Milwaukee Avenue
Chicago, IL 60622

Re: *Steidl v. City of Paris, et al.*

Dear Jan:

Per our discussion the other day, I am providing you with additional information regarding the documents.

First, I have contacted Ivize Copy Service. It charges $25 to copy a CD, and $10 - $15 to copy regular audio cassette tapes.

Second, after having reviewed a scanned, searchable PDF (which we did not previous have), and having gone through the documents again, the following is a privileged log of documents that are privileged pursuant to the law enforcement investigatory privilege. As you can see, while attempting to not breach the privilege, I have provided you with more information describing the document as you requested.

1. Investigative Report Dated January 4, 2006, with Reporting Date of November 2, 2005 by Rodney Miller regarding records at Edgar County Courthouse (Labeled 000897)
2. Investigative Report Dated December 7, 2005, with Reporting Dates of December 2 – 5, 2005 by Jeff Marlow regarding conference with Bill Clutter (Labeled 001347)
3. Investigative Report Dated May 14, 2004, with Reporting Date of May 13, 2002 (sic) regarding encounter with Darrell Herrington by Ken Kaupas (Labeled 000388 – 90)
4. Investigative Report Dated July 7, 2004 by Jeff Marlow regarding interview with Andrea Trapp (Labeled 000442- 47)
5. Investigative Reports Dated August 13, 2004, with Reporting Date of August 12, 2004 by Jeff Marlow regarding interview of Nancy Land (Labeled 000456-58) and interview of Larca Ludeks (Labeled 000459-62)
6. Investigative Report Dated September 15, 2004 by Jeff Marlow regarding interview of Mary Eastman (Labeled 000466 – 67)
7. Investigative Report Dated January 27, 2006, by Rodney Miller regarding grand jury testimony including identities of witnesses (Bates Labeled 002039)

Atlanta • Bethesda • Boston • Chicago • Fort Lauderdale • Jacksonville • Los Angeles
Miami • New York • Northern Virginia • Orlando • Portland • San Francisco
Tallahassee • Tampa • Washington, D.C. • West Palm Beach

Jan Susler
December 22, 2006
Page 2

8. Investigative Report Dated March 3, 2006, by Rodney Miller and Jeffrey Marlow regarding interview of Jeb Ashley (Bates Labeled 002137 through 2141)
9. Investigative Report Dated, March 17, 2006, by Rodney Miller regarding documents received from FBI relating to murder investigation (Bates Labeled 002196 through 2257)
10. Investigative Report Dated March 25, 2006, by Rodney Miller regarding exhibits in evidence vault (Bates Labeled 002260)
11. Confidential Report Dated December 28, 2005, by Jeffrey Marlow regarding interview with and use of confidential informant (Bates Labeled 001566 through 001567)
12. Investigative Report Dated September 15, 2005, by Jeff Marlow regarding interview with former cellmate (Labeled 584)
13. Investigative Report Dated September 29, 2005, by Greg Dixon regarding interview with former cellmate (Labeled 626)
14. Investigative Report Dated December 2, 2005, by Rodney Miller regarding notes relating to polygraph examinations administered to Lisa Wheeler, Timothy Busby, Darrell Herrington, Nancy Land and Phillip Sinclair
15. Investigative Report Dated January 10, 2006, by Rodney Miller regarding summary, analysis and evaluation of proceedings and witnesses and description of investigative file (Labeled 827-844)

Additionally, as I mentioned before, we will not produce Jeff Marlow's recent interview of Darrell Herrington, which I have not seen and possess no details other than it was an interview conducted pursuant to an ongoing criminal investigation in which your client is a suspect.

Sincerely,

Iain D. Johnston

# 4266992_v1

**EXHIBIT B**

# PEOPLE'S LAW OFFICE
**1180 North Milwaukee Avenue**
**Chicago, Illinois 60622**
**773.235.0070**

January 2, 2007

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583

Via email iain.johnston@hklaw.com

Re: Steidl v. City of Paris et al.

Dear Iain:

    We're writing in response to your letter of December 22. Thank you for providing a revised privilege log. However, regarding the materials listed in your privilege log, as well as the recent Marlow interview with Mr. Herrington, we think we are entitled to full and complete disclosure in response to our pending discovery request. You had previously indicated that you would move for a protective order in the event we maintained this position. Please let us know whether you will reconsider and make full disclosure, or whether you will pursue a protective order. I can always be reached by my cell phone: 773/252-4049.

                                        Happy new year,

                                        Jan Susler
                                        One of Randy Steidl's attorneys

cc: all counsel of record