**E-FILED**
Wednesday, 24 January, 2007  10:58:29 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

GORDON RANDY STEIDL )
)
Plaintiff, )
)
v. ) Case No. 05 C 2127
)
CITY OF PARIS,  et al., )
)
Defendants. )
)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2007, I electronically filed the Current ISP Officials' Motion

for Protective Order and Current ISP Officials" Memorandum of Law in Support of Their Motion for

Protective Order with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following:

G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622
jsusler@aol.com

James G. Sotos
Elizabeth A. Ekl
James G. Sotos & Associates, Ltd.
550 E. Devon, Suite 150
Itasca, IL 60143
Jsotos@jsotoslaw.com

Michael P. Latz
Mark F. Wolfe
Bollinger, Ruberry & Garvey
500 W. Madison St., Suite 2300
Chicago, IL 60661
Michael.latz@brg-law.net
Mark.wolfe@brg-klaw.net

Michael Bruce Metnick
Metnick, Cherry, Frazier and Sabin, LLP
Second Floor – Myers Bldg.
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
kmcnaught@atg.state.il.us

Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 W. 5th Street, Suite 400
Clarendon Hills, IL 60514
pprovenzale@cwepc.com
vmancini@cwepc.com

Michael E. Raub
James C. Kearns
Heyl, Royster, Voelker & Allen
102 Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com
jkearns@hrva.com

and I hereby certify that I have mailed by U.S. Postal Service the document to the following non CM/ECF

participants:


G. Flint Taylor
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, the undersigned certifies that the

statements set forth in this Certificate of Service are true and correct.

s/ Iain D. Johnston
Iain D. Johnston Bar Number 6204667
Attorney for Defendants Fermon, Carper,
Parker, Brueggemann and Kaupus
Holland & Knight LLP
131 S. Dearborn St., 30th Floor
Chicago, IL 60603
Telephone: (312) 263-3600
Fax: (312) 578-6666
E-mail: iain.johnston@hklaw.com

# 4318909_v1