E-FILED
Wednesday, 07 February, 2007 01:40:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| Gordon Randy Steidl, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 05 CV 2127 Honorable Harold A. Baker |
| City of Paris, et al., | ) ) | Judge Presiding |
| Defendants. | ) | |

## MOTION TO WITHDRAW PENDING MOTION FOR PROTECTIVE ORDER

The Current ISP Officials, by their counsel, Iain D. Johnston of Holland & Knight LLP, Special Assistant Attorney General, hereby notify this Court of a fact that makes the pending Motion for Protective Order (Docket Entries #121, 122) moot.

1. The pending motion for protective order related to whether the Current ISP Officials were required to produce documents protected by the law enforcement investigatory privilege. Plaintiff's counsel contended that before the deposition of Darrell Herrington could proceed the Current ISP Officials were required to produce the documents.

2. On Monday, February 5, 2007, Darrell Herrington passed away. As a result, obviously, no deposition will occur. Consequently, the issue of whether the contested documents must be disclosed before the deposition of Darrell Herrington is now moot.

Wherefore, the Current ISP Officials move to withdraw the pending motion for protective order.

Respectfully submitted,

The Current ISP Officials


  s/ Iain D. Johnston

Iain D. Johnston
Bar Number: 6204667
Attorney for Current ISP Officials
Holland & Knight LLP
131 S. Dearborn 30th Floor
Chicago, IL  60603
Telephone: (312) 263-3600
Fax: (312) 578-6666
E-mail: iain.johnston@hklaw.com

# 4349695_v1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05 C 2127 |
| ) | |
| CITY OF PARIS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2007, I electronically filed the Motion to Withdraw Motion for Protective Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622
jsusler@aol.com

Michael Bruce Metnick
Metnick, Cherry, Frazier and Sabin, LLP
Second Floor – Myers Bldg.
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com

James G. Sotos
Elizabeth A. Ekl
James G. Sotos & Associates, Ltd.
550 E. Devon, Suite 150
Itasca, IL 60143
Jsotos@jsotoslaw.com

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
kmcnaught@atg.state.il.us

Michael P. Latz
Mark F. Wolfe
Bollinger, Ruberry & Garvey
500 W. Madison St., Suite 2300
Chicago, IL 60661
Michael.latz@brg-law.net
Mark.wolfe@brg-klaw.net

Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
Connolly, Ekl & Williams, P.C.
115 W. 5th Street, Suite 400
Clarendon Hills, IL 60514
pprovenzale@cwepc.com
vmancini@cwepc.com

Michael E. Raub
James C. Kearns
Heyl, Royster, Voelker & Allen
102 Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com
jkearns@hrva.com

G. Flint Taylor
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622
gftaylorjr@aol.com

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

        s/ Iain D. Johnston
        Iain D. Johnston Bar Number 6204667
        Attorney for Defendants Fermon, Carper, Parker, Brueggemann and Kaupus
        Holland & Knight LLP
        131 S. Dearborn St., 30th Floor
        Chicago, IL 60603
        Telephone: (312) 263-3600
        Fax: (312) 578-6666
        E-mail: iain.johnston@hklaw.com

# 4349749_v1