E-FILED
Thursday, 19 April, 2007  02:35:53 PM
Clerk, U.S. District Court, ILCD

05975-R1013
MER/njk
G:\13\R1013\R1013PMI 003

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 05-2127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris | ) | |
| Police Officials Chief Gene Ray and | ) | |
| Detective James Parrish; former Illinois | ) | |
| State Trooper Jack Eckerty; former Edgar | ) | |
| County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and | ) | |
| Illinois State Police Officials Steven M. | ) | |
| Fermon, Diane Carper, Charles E. | ) | |
| Brueggemann, Andre Parker, and Kenneth | ) | |
| Kaupus, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

NOW COMES the Defendant, EDGAR COUNTY, by its attorneys, HEYL, ROYSTER,

VOELKER & ALLEN, and pursuant to Fed.R.Civ.P. 12(c) moves for partial judgment on the

pleadings, and in support thereof states:

1. On May 27, 2005, the plaintiff, Gordon Randy Steidl, filed an 11 count complaint

seeking damages for alleged wrongful conduct of the defendants which resulted in his conviction

on charges of murder and arson in June of 1987 in Edgar County, Illinois.  Attached hereto as

Appendix A is an outline of the theories pled by the plaintiff in each count and against whom the

plaintiff seeks recovery on each of the pled theories.  As can be seen, the plaintiff only seeks

recovery against Edgar County in count XI, charging the County is liable for the wrongful

conduct of Michael McFatridge, the Edgar County State's Attorney at the time of the plaintiff's

conviction.

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

2.  The plaintiff's complaint contains 138 separate paragraphs in 38 pages.  For the convenience of Court and counsel, this defendant attaches to this motion as Appendix B an abstract of facts pled in the plaintiff's complaint relevant to the issues raised in this motion and accompanying memorandum.

3.  On February 21, 2007, the Supreme Court of the United States released its opinion in *Wallace v. Kato*, _____ US _____ 127 S.Ct.1091 (2007).

4.  In *Wallace*, the Supreme Court addressed the issue of when the statute of limitations begins to run on a false imprisonment claim filed as a claim under 42 USC §1983.

5.  The court's ruling makes it clear that the statute of limitations on the false imprisonment claim alleged in count I of the plaintiff's complaint expired many years before he filed his complaint in this case.

6.  The accrual rule applicable to the plaintiff's state law false imprisonment claim, contained in count V, is identical to the federal rule announced in *Wallace v. Kato*.  Thus, the statute of limitations expired before the plaintiff filed his state law false imprisonment claim and the court should also enter judgment in favor of the movant on the claim asserted in count V.

7.  Under the facts of this case, a motion for partial judgment on the pleadings is an appropriate vehicle for bringing this issue to the Court for resolution.

8.  Contemporaneously with the filing of this Motion, this defendant has also submitted a detailed Memorandum in support of this Motion.

WHEREFORE, the Defendant, Edgar County, asks the Court to enter judgment on the pleadings in its favor and against the plaintiff, Gordon Randy Steidl, on the claims alleged in counts I and V of his complaint.

**HEYLROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

s/ Michael E. Raub
Attorney for Defendant, Edgar County
IL ARDC #: 1422251
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: mraub@hrva.com

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## **CERTIFICATE OF SERVICE**

        I hereby certify that on April 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. G. Flint Taylor
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622

Ms. Janis M. Susler
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622

Mr. Michael B. Metnick
Metnick, Cherry & Frazier
Suite 200 Myers Bldg.
1 West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791

Mr. James G. Sotos
Ms. Elizabeth A. Ekl
Ms. Sara M. Cliffe
James G. Sotos & Associates
550 East Devon Avenue
Suite 150
Itasca, IL 60143

Ms. Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706

Mr. Michael P. Latz
Bollinger, Ruberry & Garvey
Northwestern Atrium Center
500 West Madison Street, Suite 2300
Chicago, IL 60661-2511

Mr. Patrick L. Provenzale
Mr. Terry A. Ekl
Mr. Vincent C. Mancini
Ekl Williams PLLC
115 W. 55th St., Suite 400
Claredon Hills, IL 60514

Mr. Iain D. Johnston
Holland & Knight, LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603

s/ Michael E. Raub
Attorney for Defendant, Edgar County
IL ARDC #: 1422251
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: mraub@hrva.com

**HEYLROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060