05975-R1013
MER/cp
G:\13\R1013\R1013PMI 002

# APPENDIX A

# SUMMARY OF RELIEF SOUGHT

In his Complaint, the plaintiff seeks the following relief:

| COUNT | CLAIMS | AGAINST DEFENDANTS |
|---|---|---|
| I | § 1983 claim for false imprisonment | Ray, Parrish, Eckerty, McFatridge, Fermon, Carper, Parker, Brueggemann and Kaupus |
| II | § 1983 claim for deprivation of right to fair trial & for wrongful conviction | Ray, Parrish, Eckerty, McFatridge, Fermon, Carper, Parker, Brueggemann and Kaupus |
| III | § 1983 due process claim for deprivation of access to court | Ray, Parrish, Eckerty, McFatridge, Fermon, Carper, Parker, Brueggemann and Kaupus |
| IV | § 1983 *Monell* policy claim | City of Paris |
| V | State law claim for false imprisonment | Ray, Parrish, Eckerty, McFatridge, Fermon, Carper, Parker, Brueggemann and Kaupus |
| VI | State law claim for malicious prosecution | Ray, Parrish, Eckerty, McFatridge, Fermon, Carper, Parker, Brueggemann and Kaupus |
| VII | State law claim for intentional infliction of emotional distress | Ray, Parrish, Eckerty, McFatridge, Fermon, Carper, Parker, Brueggemann and Kaupus |
| VIII | State law claim for conspiracy | Ray, Parrish, Eckerty, McFatridge, Fermon, Carper, Parker, Brueggemann and Kaupus |
| VIX | State law *respondeat superior* claim | City of Paris |
| X | Common law plus 745 ILCS §10/9-102 claims | City of Paris |
| XI | Claim alleging responsibility for alleged wrongful conduct of its alleged employee, Michael McFatridge, State's Attorney | Edgar County |

2