**E-FILED**
Friday, 27 April, 2007  03:41:30 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, et al. | ) | Judge Harold A. Baker |
| | ) | Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

### CERTAIN DEFENDANTS' MOTION TO JOIN EDGAR COUNTY'S
### MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

Defendants, City of Paris, Gene Ray, Jim Parrish and Jack Eckerty, by their attorneys, James G. Sotos and Elizabeth A. Ekl of James G. Sotos and Associates, Ltd., and Michael McFatridge, by his attorney Terry A. Ekl of Ekl Williams, PLLC, (collectively, "Certain Defendants") move this Honorable Court to allow them to join Edgar County's Motion for Partial Judgment on the Pleadings. In support thereof, Certain Defendants state as follows:

1.      On April 19, 2007, defendant Edgar County ("the County") filed a motion for partial judgment on the pleadings. (Dkt. 125.)

2.      The motion seeks dismissal of Counts I and V of Plaintiff's complaint.

3.      Count I asserts that defendants falsely arrested and imprisoned Plaintiff in violation of his Fourth Amendment rights. This count is asserted against Certain Defendants and others.

4.      Count V alleges that defendants falsely arrested and imprisoned Plaintiff in violation of Illinois law. This Count is also asserted against Certain Defendants and others.

5.    The County's motion for partial judgment on the pleadings argues that both claims are time-barred.  The argument is based in part on the recent ruling by the United States Supreme Court in *Wallace v. Kato,* S.Ct. 1091 (2007).  *Wallace* establishes that accrual of § 1983 false arrest claims based on a violation of the Fourth Amendment occurs at the time the claimant become detained pursuant to legal process.  *Id.*, at 1097.

6.    The County's arguments are equally applicable to the same claims filed against Certain Defendants.

WHEREFORE, Defendants, City of Paris, Gene Ray, James Parrish, Jack Eckerty and Michael McFatridge respectfully request this Honorable Court grant their motion to allow them to join Edgar County's Motion for Partial Judgment on the Pleadings which seeks dismissal of Counts I and V of Plaintiff's complaint.

Date:  April 27, 2007                                        RESPECTFULLY SUBMITTED,


                                                   s/ Elizabeth A. Ekl
                                                   Elizabeth A. Ekl Bar No: 06242840
                                                   Attorney for Defendants, City of Paris, Gene Ray,
                                                   James Parrish, and Jack Eckerty
                                                   JAMES G. SOTOS & ASSOCIATES, LTD.
                                                   550 East Devon Avenue, Suite 150
                                                   Itasca, IL  60143-2632
                                                   Telephone:  (630) 735-3300
                                                   Fax:  (630) 773-0980
                                                   E-mail: eekl@jsotoslaw.com

                                                   s/ Terry A. Ekl
                                                   Attorney for Defendant Michael McFatridge
                                                   EKL WILLIAMS, PLLC
                                                   115 W. 55th Street, Suite 400
                                                   Clarendon Hills, Illinois 60514
                                                   Tel:    (630) 654-0045
                                                   Fax:    (630) 654-0150
                                                   E-mail: tekl@eklwilliams.com

**CERTIFICATE OF SERVICE**

The undersigned having first been duly sworn under oath, states that she electronically filed a complete copy of the foregoing **Defendants' Motion to Join Edgar County's Motion for Partial Judgment on the Pleadings** with the Clerk of the Court on **April 27, 2007** using the CM/ECF system, which will send notification of such filing to the following counsel of record: See Attached Service List.

> s/ Elizabeth A. Ekl
> Elizabeth A. Ekl Bar No: 06242840
> Attorney for Defendants, City of Paris, Gene Ray,
> James Parrish, and Jack Eckerty
> JAMES G. SOTOS & ASSOCIATES, LTD.
> 550 East Devon Avenue, Suite 150
> Itasca, IL  60143-2632
> Tel:    (630) 735-3300
> Fax:    (630) 773-0980
> E-mail: eekl@jsotoslaw.com

## SERVICE LIST

**GORDON RANDY STEIDL v. CITY OF PARIS, ET AL - 05 C 2127**

**Attorneys for Gordon Randy Steidl:**

Michael Bruce Metnick
METNICK CHERRY & FRAZIER
Suite 200 Myers Building
One West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791-2140
Tel:   (217) 753-4242
Fax:   (217) 753-4642
E-mail:  metnick@springfieldlawfirm.com

G. Flint Taylor; Jan Susler
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60622
Tel:   (773) 235-0070
Fax:   (773) 235-6699
E-mail:  gftaylorjr@aol.com
       jsusler@aol.com

**Attorneys for Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus, and Andre Parker:**

Karen L. McNaught
(also counsel for Jack Eckerty)
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706
Tel:   (217) 782-1841
Fax:   (217) 524-5091
E-mail:  kmcnaught@atg.state.il.us

Iain D. Johnston
HOLLAND & KNIGHT, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Tel:   (312) 578-6577
Fax:   (312) 578-6666
E-mail:  iain.johnston@hklaw.com

**Attorneys for Edgar County:**

Michael P. Latz; Mark F. Wolfe
BOLLINGER, RUBERRY & GARVEY
Northwestern Atrium Center
500 West Randolph Street, Suite 2300
Chicago, IL 60661-2511
Tel:   (312) 466-8000
Fax:   (312) 466-8001
E-mail:  michael.latz@brg-law.net
       mark.wolfe@brg-law.net

Michael E. Raub; James C. Kearns
HEYL, ROYSTER, VOELKER & ALLEN
102 East Main Street
Suite 3000
P.O. Box 129
Urbana, Illinois 61801-0129
Tel:   (217) 344-0060
Fax:   (217) 344-9295
E-mail:  mraub@hrva.com
       jkearns@hrva.com

**Attorneys for Michael McFatridge:**

Terry A. Ekl; Patrick L. Provenzale; Vincent C. Mancini
EKL & WILLIAMS, PLLC
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
Tel:   (630) 654-0045
Fax:   (630) 654-0150
E-mail:  tekl@cewpc.com
       vmancini@cewpc.com
       pprovenzale@cewpc.com

4