IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Hon. Harold A. Baker |
| **CITY OF PARIS, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
EDGAR COUNTY AND CITY OF PARIS DEFENDANTS'
MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Plaintiff Randy Steidl, by his attorneys, moves this Court to enter an order granting him an extension of time until May 29, 2007, to respond to the Motion for Partial Judgment on the Pleadings filed by Defendant Edgar County and joined in by the City of Paris Defendants. In support he states:

1. On April 19, 2007, Defendant Edgar County filed a Motion for Partial Judgment on the Pleadings [Docket 126], a motion which the City of Paris Defendants joined on April 27, 2007.

2. On April 27, 2007, a docket entry [Docket 127] indicated that Plaintiff's response to this motion would be due on May 14, 2007.

3. Plaintiff's counsel needs an additional two weeks to respond, or until May 29, 2007, as other professional and personal responsibilities have required their attention, including preparing for and attending depositions in *Cannon v. Burge et al.*, 05 C 2192 (N.D. Ill.) and *Paul Terry v. City of Chicago*, No. 04 L 8141 (Cook County Cir. Court) including one in Florida next week;

1

preparing answers to interrogatories in *Paul Terry v. City of Chicago*; researching and drafting several briefs in discovery litigation in *Cannon v. Burge et al.*, 05 C 2192 (N.D. Ill.) and *Belbachir v. McHenry County et al*, 06 C 1392 (N.D. Ill.); preparing for arguing a summary judgment motion in *Tepler v. Urban Outfitters*, 05 L 6730 (Cook County Cir. Court); working with a wrongful conviction client recently released on parole after 23 years in prison; travelling out of the country.

    4. In compliance with Local Rule 6.1, Plaintiff's counsel has communicated with counsel for the Edgar County defendants and with counsel for the City of Paris defendants, and neither objects to this motion.

    5. Granting this motion will result in no prejudice, as, on August 4, 2006, this Court ordered a stay of discovery pending the resolution of the current Illinois State Police defendants' appeal of the denial of their motion to dismiss based on qualified immunity [Docket 113], which appeal is still pending.

    WHEREFORE, Plaintiff Randy Steidl asks this Court to enter an order granting him an extension of time until May 29, 2007, to respond to Defendants' Motion for Partial Judgment on the Pleadings.

Dated: May 10, 2007                      Respectfully submitted,

                                                  s/ Jan Susler
                                                  G. Flint Taylor
                                                  Jan Susler
                                                  Ben H. Elson
                                                  People's Law Office
                                                  1180 N. Milwaukee Ave.
                                                  Chicago, Il. 60622
                                                  773/235-0070
                                                  gftaylorjr@aol.com

jsusler@aol.com
ElsonBen@aol.com


Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242
metnick@springfieldlawfirm.com

Attorneys for Plaintiff