IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Honorable Harold A. Baker |
| CITY OF PARIS, et al. ) | |
| ) | |
| Defendants. ) | |

NOTICE OF FILING/CERTIFICATE OF SERVICE

Ben H. Elson, an attorney, hereby certifies that on May 29, 2007, he electronically filed **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** using the EM/ECF system which will send notification of such filing to:

Michael P. Latz, Mark F. Wolfe
Bollinger Ruberry & Garvey
500 W Madison St., Suite 2300
Chicago, IL 60661
312/466-8000
fax 312/466-8001
michael.latz@brg-law.net
mark.wolfe@brg-law.net
Attorneys for Edgar County and Michael McFatridge

Vincent C. Mancini, Patrick L. Provenzale, Terry A. Ekl
Connolly, Ekl, & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
630/654-0045
fax 630/654-0150
vmancini@cewpc.com
pprovenzale@cewpc.com
Attorneys for Michael McFatridge

Michael E. Raub, James C. Kearns
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129

Urbana, IL 61803-0129
217/344/0060
fax 217/344-9295
mraub@hrva.com
jkearns@hrva.com
Attorneys for Edgar County

James Sotos, Sara Cliffe, Elizabeth A. Ekl
James G. Sotos & Associates
550 East Devon Avenue
Itasca, IL 60143
630/773-4774
fax 630/773-4851
jsotos@jsotoslaw.com, scliffe@jsotoslaw.com,
eekl@jsotoslaw.com
Attorneys for City of Paris, Gene Ray, James Parrish, and Jack Eckerty

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
217/782-1841
kmcnaught@atg.state.il.us
Attorney for Illinois State Police defendants

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
312/578-6577
iain.johnston@hklaw.com
Attorney for Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus

/s/ Ben H. Elson
ARDC # 6286106
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il. 60622
773/235-0070
ElsonBen@aol.com