05975-R1013
MER:tlp
G:\13\R1013\R1013PMI 005

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 05-2127 |
| | ) |
| CITY OF PARIS, Present and Former Paris | ) |
| Police Officials Chief Gene Ray and | ) |
| Detective James Parrish; former Illinois | ) |
| State Trooper Jack Eckerty; former Edgar | ) |
| County State's Attorney Michael | ) |
| McFatridge; EDGAR COUNTY; and | ) |
| Illinois State Police Officials Steven M. | ) |
| Fermon, Diane Carper, Charles E. | ) |
| Brueggemann, Andre Parker, and Kenneth | ) |
| Kaupus, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO ISSUE SUBPOENAS
AND MEMORANDUM IN SUPPORT THEREOF**

NOW COMES the Defendant, EDGAR COUNTY, by MICHAEL E. RAUB of HEYL, ROYSTER, VOELKER & ALLEN, its attorneys, and asks the Court to enter an order permitting it to issue subpoenas to discover information concerning potential insurance coverage, and in support thereof states:

1. Discovery in this matter remains stayed pending a ruling from the United States Court of Appeals for the Seventh Circuit on the qualified immunity issues raised by the Illinois State Police Defendants.

2. During this hiatus, counsel for the County of Edgar has been pursuing information concerning insurance coverage for the County of Edgar that may be applicable to the claims asserted by the Plaintiff in this case.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

3. Many of the wrongful acts alleged against the Defendant Michael McFatridge, the Edgar County State's Attorney at the time of the Plaintiff's conviction, occurred during the mid-1980's, and counsel for the County of Edgar has run into significant difficulties in obtaining copies of insurance policies covering the County written some 20 years in the past.

4. That attached to this motion as Exhibit "A" is a portion of the minutes of the Edgar County Board indicating that at a Board meeting on May 14, 1984, the County Board authorized the payment of $4,240 to the Adams Insurance Agency for a premium on Policy No. L181733 to Jefferson Insurance Company of New York for insurance coverage described as a "false arrest policy."

5. Given the nature and character of the claims asserted by the Plaintiff in this case, it seems likely, if not probable, that some of the Plaintiff's claims would be covered under a "false arrest policy."

6. Jefferson Insurance Company of New York no longer transacts business under that name. Research has indicated that the assets and liabilities of Jefferson Insurance Company of New York were purchased by the Allianz Insurance Group, a large insurance conglomerate headquartered in Munich, Germany, but who has a significant presence in the United States.

7. Contact with Allianz Insurance Group has revealed that the Fireman's Fund Insurance Company, a member of the Allianz Insurance Group, took over the claims formerly insured by Jefferson Insurance Company of New York.

8. Counsel for Edgar County have made numerous attempts to obtain a copy of the policy described in the County Board minutes from Fireman's Fund Insurance Company, but thus far have been unable to obtain a copy of that policy. Counsel for Edgar County believes that personnel from Fireman's Fund Insurance Company have made a computer search for this

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2

policy but have not made a physical search of Jefferson Insurance Company of New York's records in an attempt to locate this policy.

9. In addition, Adams Insurance Company, the agent who wrote this policy, no longer transacts business. Investigation revealed that, through a series of transactions, Adams Insurance was ultimately acquired by Dimond Insurance Company. Counsel for this Defendant has spoken with Dimond Brothers Insurance Company, who have advised that they no longer have copies of any policies issued in 1984.

10. Other avenues to gain more information concerning this insurance policy have been pursued, without success.

11. Though under the current rules, the existence and amount of insurance coverage is a matter subject to the mandatory initial disclosure provisions of Fed. R. Civ. P. 26(a)(1), the nature and extent of insurance coverage providing coverage for the Defendant has long been held a proper subject within the scope of discovery under the federal rules. *Wegner v. Cliff Viessman, Inc.*, 153 FRD 154 (N.D. Iowa 1994).

12. If the Court so permits, Edgar County proposes to issue subpoenas pursuant to Fed. R. Civ. P. 45(a)(2)(C), which will not require the appearance of any representative from an insurance company, but will merely require the insurance company to mail or otherwise dispatch insurance information to counsel for Edgar County at its offices in Urbana, Illinois. In *Stewart v. Mitchell Transport*, 2002 WL 1558210 (D. Kan.), the court sanctioned the issue of a subpoena to an insurance carrier, where the subpoena only required the production of records to the requesting attorney, and not any sort of personal appearance.

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

13. The attorneys for Edgar County are continuing their investigation regarding potential insurance coverage and may discover the existence of other insurance carriers who may have written applicable insurance policies.

14. Insurance coverage for Edgar County for the claims asserted by this Plaintiff are matters of significant and urgent importance. Already, one declaratory judgment action has been decided adversely to Edgar County in *TIG Insurance v. Michael McFatridge and Gordon Randy Steidl*, U.S. District Court Case No. 06-2008, and another declaratory judgment case is pending in this Court, *National Cas. Co. and Scottsdale Indemnity Co. v. Michael McFatridge, The County of Edgar and Gordon Randy Steidl*, U.S. District Court Case No. 07-CV-2056.

15. Allowing this Defendant to use the discovery and subpoena rules of the Federal Rules of Civil Procedure to obtain information concerning potential coverage will not adversely prejudice any party to this case.

WHEREFORE, the Defendant, EDGAR COUNTY, asks the Court to enter an order granting it leave to issue subpoenas pursuant to Fed. R. Civ. P. 45(a)(2)(C) to obtain information concerning insurance coverage which might provide a defense and/or indemnity to the claims asserted by the Plaintiff in this case, and for such other relief as the Court deems just and proper.

EDGAR COUNTY, Defendant

s/ Michael E. Raub
Attorney for Defendant, Edgar County
IL ARDC #: 1422251
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: mraub@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. G. Flint Taylor
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622

Ms. Janis M. Susler
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622

Mr. Michael B. Metnick
Metnick, Cherry & Frazier
Suite 200 Myers Bldg.
1 West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791

Mr. James G. Sotos
Ms. Elizabeth A. Ekl
Ms. Sara M. Cliffe
James G. Sotos & Associates
550 East Devon Avenue
Suite 150
Itasca, IL 60143

Ms. Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706

Mr. Michael P. Latz
Bollinger, Ruberry & Garvey
Northwestern Atrium Center
500 West Madison Street, Suite 2300
Chicago, IL 60661-2511

Mr. Patrick L. Provenzale
Mr. Terry A. Ekl
Mr. Vincent C. Mancini
Ekl Williams PLLC
115 W. 55th St., Suite 400
Claredon Hills, IL 60514

Mr. Iain D. Johnston
Holland & Knight, LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603

                          s/ Michael E. Raub
                          Attorney for Defendant, Edgar County
                          IL ARDC #: 1422251
                          Heyl, Royster, Voelker & Allen
                          102 E. Main Street, Suite 300
                          P.O. Box 129
                          Urbana, IL 61803-0129
                          217-344-0060 Phone
                          217-344-9295 Fax
                          E-mail: mraub@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060