05/16/2007 15:22 IFAX HPARKS@HRVA.COM          → Kim Rutledge      ☐002/002
05/16/2007  15:22    2174667454     EDGAR STATES ATTY              PAGE  02

Co. Bd Record 30                     379

May 16, 1984

### COUNTY CLERK'S CLAIMS

Illinois Office Supply Company
  (#19236) Deed record #251 - $103.37;
  (#19348) 5000 County Warrants-Vacation = $872.75
  (#19577) 100 Petition-Order/Issuance of Tax Deed - $22.87                K-3     998.99 - 2242
Manatron, Inc. - (Partial #43984) 1944 collector book pages - $89.50/M= $173.99;
  1497 unit & county-wide alpha index pages @69.00/M = $103.29; 2 post binders @
  29.60 ea. = $59.20; 1/2 UPS charges = $26.19 (Total $435.48)
  (Partial #44932) - 1984 Consulting and On-Line Services, 5/1/84 through 4/30/85
  15,811 parcels @$.876 ea. = $13,850.44
  1/3 of total cost = $4,616.81                                            K-3   3,052.29 - 2243
T.R.S. (#54073) 3 hand cleaners & 10 reams paper                           K-3      76.01 - 2244
Xerox Corporation (8088767432) April, 1984 machine rental & meter usage    K-3     395.00 - 2245

                                                                         TOTAL   $6,522.29

### ELECTION CLAIMS

Frank Thornber Co. (#6444) vote recorder                                   O-1     133.90 - 941
Frank Thornber Co. (#6654) 10 - one sided disks                            O-6      51.62 - 942

                                                                         TOTAL    $185.52

### SUPERVISOR OF ASSESSMENTS' CLAIMS

The International Association of Assessing Officers (Inv.#6333333)
  Renewal of IAAO Membership dues 5/1/84 thru 4/30/85                      P-2      65.00 - 943
T.R.S. (#57076) 1 case - OD Xerographic Paper 8½x11                        W-4      39.60 - 944
Manatron, Inc. (Partial #43984) 314 Update pages                           W-5       9.81 - 945
Manatron, Inc. (Partial #44932) 1/3 cost of 1984 Consulting and On-Line
  Service for 15,811 parcels                                               W-5   4,616.82 - 946
Linda J. Kendall - expenses for attending County Official Conference       P-3     244.50 - 947
Kathy Outright - Expense for attending County Officials Conference         P-3      19.29 - 948

                                                                         TOTAL   $4,995.02

### COUNTY TREASURER'S CLAIMS

T.R.S. - Inv. #54083                                                       S-3       8.64 - 2246
Manatron, Inc. - Partial #43984 - 1st installment of 1983 pay 1984
  accelerated taxes: 15,311 tax statements @$100.70/M = $1,541.82
  15,814 parcels processed @.44 ea. = $6,958.16
  1/2 UPS bill for shipping = $26.19                                       V-2   8,526.17 - 949
Manatron, Inc. - Partial #44932 - 1/3 consulting and On-Line services for
  15,811 parcels @.876 ea.                                                 V-2   4,616.81 - 950

                                                                         TOTAL  $13,151.62

### CLAIMS

Beacon-News
  4/24 - notice of May 2nd Board Mtg. - $9.60;
  4/11 - notice of April 18th Board Mtg. - $9.60                           B-2      19.20 - 2247
Operations Fund, Bob Miller, Regional Superintendent
  2nd installment of funds for operation budget                            C-4   8,728.50 - 2248

                                                                         TOTAL   $8,747.70

### INSURANCE CLAIMS

Adams Insurance
  Policy # L 181733 for 5/25/84 to 5/25/85
  Jefferson Insurance Company of New York - False Arrest Policy            3-6  $4,240.00 - 2249

### CORONER'S CLAIMS

Adlai C. Ferguson - Coroner's page service for May '84                     D-4      27.50 - 2250
Kay Humphrey - Tapes of Inquest on Robert Weidner. (D-4 credited 5/11 for $410.00
  for tapes, transcript, & reports on same)                                D-4     186.00 - 2251
James E. Honnold - County Officials Convention-Springfield
  April 30-May 2, 1984: Mileage, room, meals & registration                D-4     341.56 - 2252

                                                                         TOTAL    $555.06

### JUDICIARY CLAIMS

T.R.S. (#50533) 1 dz. parker cartridges                                    D-5      10.80 - 2253
Chief Judge Ralph S. Fearman - Edgar County's pro rata share of a $1,200.00 fund
  for the expenses of the Chief Judge's Office, and the work therein, including
  but not limited to telephone, postage, office supplies, services, printing
  & reproduction costs                                                     D-6     132.00 - 2254

                                                                         TOTAL    $142.80

### RABIES CONTROL CLAIMS

Bouslog Farm Supply, Inc. (#1734) 500# dog food                            F-1      87.50 - 2255
Drs. Hart, Taylor & Climer
  3/16/84 Euth. 25 dogs = $25.00; 4/28/84 Euth. 40 dogs = $45.00           F-6      70.00 - 2256