05975-R1013
MER:njk
G:\13\R1013\R1013PMI 006

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 05-2127 |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus, | ) |
| Defendants. | ) |

## MOTION TO MODIFY DATE OF RULE 16 CONFERENCE

NOW COMES the Defendant, EDGAR COUNTY, by MICHAEL E. RAUB of HEYL, ROYSTER, VOELKER & ALLEN, its attorneys, and moves to modify the date of the Rule 16 Scheduling Conference, and in support thereof states:

1. The Court has entered an order setting a Rule 16 Scheduling Conference on this case for October 24, 2007, at 1:30 p.m., by personal appearance.

2. Local Rule 16.2(C) strongly encourages participation in the scheduling conference by lead counsel, and must be prepared to address all issues in the scheduling order and have full authority to bind his client in such matters.

3. The two attorneys who have familiarity with the instant case, James C. Kearns and Michael E. Raub, both have conflicts on October 24, 2007, which cannot be readily cleared.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

James C. Kearns is scheduled for out-of-town physician depositions, and Michael E. Raub is scheduled for vacation out of the country on that date.

    4. Given the complex nature of this case and number of parties involved, lead counsel prefer to attend the Rule 16 Conference, as opposed to sending substitute counsel.

    5. Given the large number of attorneys who have entered their appearance in this case, as well as the fact that many of them must travel several hours to reach Urbana, counsel for this defendant would be willing to arrange a conference call with all counsel and a member of the Court staff for the purpose of arriving at a Rule 16 date convenient for the Court's schedule and one which all lead counsel could personally attend.

    WHEREFORE, the Defendant, EDGAR COUNTY, asks the Court to modify the current Rule 16 setting to allow lead counsel to attend.

EDGAR COUNTY, Defendant

s/ Michael E. Raub
Attorney for Defendant, Edgar County
IL ARDC #: 1422251
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: mraub@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. G. Flint Taylor  
People's Law Office  
1180 N. Milwaukee  
Chicago, IL 60622  

Ms. Janis M. Susler  
People's Law Office  
1180 N. Milwaukee  
Chicago, IL 60622  

Mr. Michael B. Metnick  
Metnick, Cherry & Frazier  
Suite 200 Myers Bldg.  
1 West Old State Capitol Plaza  
P.O. Box 12140  
Springfield, IL 62791  

Mr. James G. Sotos  
Ms. Elizabeth A. Ekl  
Ms. Sara M. Cliffe  
James G. Sotos & Associates  
550 East Devon Avenue  
Suite 150  
Itasca, IL 60143  

Ms. Karen L. McNaught  
Illinois Attorney General  
500 S. Second St.  
Springfield, IL 62706  

Mr. Michael P. Latz  
Bollinger, Ruberry & Garvey  
Northwestern Atrium Center  
500 West Madison Street, Suite 2300  
Chicago, IL 60661-2511  

Mr. Patrick L. Provenzale  
Mr. Terry A. Ekl  
Mr. Vincent C. Mancini  
Ekl Williams PLLC  
115 W. 55th St., Suite 400  
Claredon Hills, IL 60514  

Mr. Iain D. Johnston  
Holland & Knight, LLP  
131 S. Dearborn Street, 30th Floor  
Chicago, IL 60603  

      s/ Michael E. Raub  
      Attorney for Defendant, Edgar County  
      IL ARDC #: 1422251  
      Heyl, Royster, Voelker & Allen  
      102 E. Main Street, Suite 300  
      P.O. Box 129  
      Urbana, IL 61803-0129  
      217-344-0060 Phone  
      217-344-9295 Fax  
      E-mail: mraub@hrva.com  

HEYL ROYSTER VOELKER & ALLEN

Suite 300  
102 E. Main Street  
P.O. Box 129  
Urbana, IL 61803-0129  
Fax (217) 344-9295  
(217) 344-0060