AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

| | |
|---|---|
| **GORDON RANDY STEIDL** <br> V. <br> **CITY OF PARIS, EDGAR CO., et al.** | **SUBPOENA IN A CIVIL CASE** <br><br> Case Number:[1] 05-2127 |

TO:  Jefferson Insurance Company, c/o CT Corporation,
     Agent for Service of Process,
     818 W. Seventh Street, Los Angels, CA 90017

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**SEE ATTACHMENT**

| PLACE | DATE AND TIME |
|---|---|
| Heyl, Royster, Voelker & Allen, Suite 300, 102 E. Main Street, P. O. Box 129 Urbana, IL 61803-0129 | Mon. Sept. 10, 2007, 9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) <br> Michael E. Raub, attorney for Defendant Edgar County | DATE <br> 8/15/2007 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER <br> Michael E. Raub, Heyl, Royster, Voelker & Allen <br> Suite 300, 102 E. Main Street, P. O. Box 129 <br> Urbana, IL 61803-0129 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 09-07-07 | 818 W. 7th St.<br>LOS ANGELES, CA 90017 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| BJORN FLOR | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| MINH TRING | DUSM |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   09-07-07
                 DATE

*signature*
SIGNATURE OF SERVER

255 E. TEMPLE ST. LA, CA. 90012
ADDRESS OF SERVER

05975-R1013
MER/njk
G:\13\R1013\R1013SUB 001

## ATTACHMENT

Copies of all insurance policies issued by Jefferson Insurance Company of New York, or any successor thereof, providing insurance coverage to Edgar County, Illinois, the Edgar County Sheriff's Office, the Edgar County States Attorney or any officer or office of Edgar County, Illinois, issued from 1983 to 1989.

Without limiting the scope of this subpoena, it is believed that Jefferson Insurance Company of New York issued a policy bearing No. L181733 effective 5-25-84 and is believed to be a false arrest policy.