IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, et al. | ) | Judge Harold A. Baker |
| | ) | Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO RECONSIDER CERTAIN DEFENDANTS'**
**MOTION TO DISMISS COUNT III BASED ON NEW 7TH CIRCUIT AUTHORITY**

Defendants, Gene Ray, James Parrish and Jack Eckerty ("Certain Defendants"), by and through their attorneys, Elizabeth A. Ekl & James G. Sotos of JAMES G. SOTOS & ASSOCIATES, LTD., move this Honorable Court to reconsider its March 21, 2006 order denying dismissal of Count III of Plaintiff's Complaint. In support thereof, Certain Defendants state as follows:

1. On July 18, 2007, the Seventh Circuit Appellate Court issued an opinion reversing this Court's order denying dismissal of Count III against Defendants Fermon, Carper, Parker, Kaupus and Brueggemann (collectively "ISP Officials").

2. Count III of Plaintiff's Complaint purports to set forth a claim of denial of access to courts. Specifically, it alleges that Certain Defendants and other named and unnamed private individuals and law enforcement agents, together with ISP Officials, violated his right of access to courts by obstructing justice and suppressing evidence favorable to his claims. (Exhibit A, Dkt 1.)

3.  On August 29, 2005, Certain Defendants filed a motion to dismiss count III. (Dkt. 59, 60.) The ISP Officials filed a separate motion to dismiss, which also sought dismissal of count III. (Dkt 51.) Both motions argued that Plaintiff failed to sufficiently allege an underlying cause of action and a specific legal remedy that was not otherwise sought in the remaining counts in the Complaint.

4.  On March 31, 2006, this Court denied all motions to dismiss in their entirety. (Dkt 90.) In denying Certain Defendants' motion to dismiss count III, this Court recognized that, "[a] denial of access claim is based on the existence of an impediment that hinders a 'litigating opportunity yet to be gained or an opportunity already lost.'" Order at 6, citing *Christopher v. Harbury*, 536 U.S. 403, 414 (2002) (Exhibit B, Order dated March 31, 2006). This Court found that Plaintiff's lost opportunity was the timely reversal of Plaintiff's conviction and his release from prison. The court noted "[n]ot only was Steidl unable to defend himself against fabricated evidence, he had no meaningful access to the usual remedies on appeal and post-conviction review." *Id.*

5.  The ISP Officials appealed this Court's March 31, 2006 ruling and on July 18, 2007 the Seventh Circuit Court of Appeals reversed the dismissal of count III against the ISP Officials. (*See* attached Exhibit C, *Steidl v. Fermon, et al.*, 494 F.3d 623 (7th Cir. 2007).)

6.  The Seventh Circuit court held that Plaintiff failed to sufficiently plead a claim of denial of access to courts (count III). The court noted that to state a claim for denial of access to courts, Plaintiff must: (1) "give the Defendant 'fair notice' of the access claim, including the identification of the underlying claim that was lost; (2) a description of the 'official acts frustrating the litigation'; and (3) the identification of a 'remedy that may be awarded as recompense but not otherwise available in some suit that may yet be brought.' *Steidl* at 633 (internal citations omitted) (Exhibit B).

2

7. The Seventh Circuit court noted that the official action Plaintiff claimed was causing his loss was the "defendants' perpetuation of the concealment of exculpatory evidence." (*Id.*) The court further noted that Plaintiff "would like to be compensated for the additional time he spent in prison after the ISP Officials became aware of the exculpatory evidence and facilitated its suppression and the resources he spent on a futile post-conviction relief process, and he has also requested punitive damages and attorneys' fees." (*Id.*)

8. In dismissing Plaintiff's claim, the Seventh Circuit court held that Plaintiff would receive essentially the same relief if he prevailed in other counts of the Complaint and, therefore, Plaintiff "is [] not asking for any remedy relating to the denial of access to courts that he cannot 'still . . . obtain[] through another procedure.'" (Internal citations omitted) (Exhibit B at 18).

9. The authority of a district judge to reconsider a previous ruling in the same litigation is governed by the doctrine of the law of the case, which authorizes such reconsideration if there is a compelling reason, such as a change in, or clarification of, law that makes clear that the earlier ruling was erroneous. See *Santamarina v. Sears, Roebuck & Co.* 466 F.3d 570 (7th Cir. 2006) (internal citations omitted).

10. The Seventh Circuit court's reversal of this Court's denial of the ISP Officials motion to dismiss count III makes clear that this Court's denial of Certain Defendants' motion to dismiss count III was also in error.

11. Plaintiff seeks the same remedy for his claim that he was denied access to courts against Certain Defendants that was sought against the ISP Officials. Accordingly, the Seventh Circuit court's ruling regarding Plaintiff's denial of access to courts claims against the ISP Officials is equally applicable to the same claim against Certain Defendants.

WHEREFORE, Defendants Ray, Parrish and Eckerty respectfully request that this Honorable Court enter an Order vacating its March 31, 2006 Order and dismissing with prejudice Plaintiff's claim against Certain Defendants alleging denial of access to courts (Count III).

Date:   September 18, 2007                    RESPECTFULLY SUBMITTED,

                                              s/ Elizabeth A. Ekl
                                              Elizabeth A. Ekl, Attorney No: 06242840
                                              JAMES G. SOTOS & ASSOCIATES, LTD.
                                              550 East Devon Avenue, Suite 150
                                              Itasca, IL  60143-2632
                                              Telephone:  (630) 735-3300
                                              Fax:  (630) 773-0980
                                              E-mail:  eekl@jsotoslaw.com
                                              *Attorney for Defendants, City of Paris, Gene Ray,
                                              James Parrish, and Jack Eckerty*

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that she electronically filed a complete copy of the foregoing **Defendants' Motion to Reconsider Certain Defendants' Motion to Dismiss Count III Based on New 7th Circuit Authority** with the Clerk of the Court on **September 18, 2007** using the CM/ECF system, which will send notification of such filing to the following counsel of record: See Attached Service List.

                                        s/ Elizabeth A. Ekl
                                        Elizabeth A. Ekl, Attorney No: 06242840
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon Avenue, Suite 150
Itasca, IL  60143-2632
Telephone:  (630) 735-3300
Fax:  (630) 773-0980
E-mail: eekl@jsotoslaw.com
*Attorney for Defendants, City of Paris, Gene Ray, James Parrish, and Jack Eckerty*

5

## SERVICE LIST

**GORDON RANDY STEIDL v. CITY OF PARIS, ET AL - 05 C 2127**

**Attorneys for Gordon Randy Steidl:**

Michael Bruce Metnick
METNICK CHERRY & FRAZIER
Suite 200 Myers Building
One West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791-2140
Tel:    (217) 753-4242
Fax:    (217) 753-4642
E-mail: metnick@springfieldlawfirm.com

G. Flint Taylor; Jan Susler
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60622
Tel:    (773) 235-0070
Fax:    (773) 235-6699
E-mail: gftaylorjr@aol.com
        jsusler@aol.com

**Attorneys for Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus, and Andre Parker:**

Karen L. McNaught
(also counsel for Jack Eckerty)
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706
Tel:    (217) 782-1841
Fax:    (217) 524-5091
E-mail: kmcnaught@atg.state.il.us

Iain D. Johnston
HOLLAND & KNIGHT, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Tel:    (312) 578-6577
Fax:    (312) 578-6666
E-mail: iain.johnston@hklaw.com

**Attorneys for Edgar County:**

Michael P. Latz; Mark F. Wolfe
BOLLINGER, RUBERRY & GARVEY
Northwestern Atrium Center
500 West Randolph Street, Suite 2300
Chicago, IL 60661-2511
Tel:    (312) 466-8000
Fax:    (312) 466-8001
E-mail: michael.latz@brg-law.net
        mark.wolfe@brg-law.net

Michael E. Raub; James C. Kearns
HEYL, ROYSTER, VOELKER & ALLEN
102 East Main Street
Suite 3000
P.O. Box 129
Urbana, Illinois 61801-0129
Tel:    (217) 344-0060
Fax:    (217) 344-9295
E-mail: mraub@hrva.com
        jkearns@hrva.com

**Attorneys for Michael McFatridge:**

Terry A. Ekl; Patrick L. Provenzale; Vincent C. Mancini
EKL & WILLIAMS, PLLC
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
Tel:    (630) 654-0045
Fax:    (630) 654-0150
E-mail: tekl@cewpc.com
        vmancini@cewpc.com
        pprovenzale@cewpc.com