1402.000

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | | |
| Plaintiff, | | |
| v. | No.: | **05 CV 2127** |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus, | Judge Harold A. Baker Magistrate Judge David G. Bernthal | |
| Defendants. | | |

**DEFENDANT'S MOTION TO JOIN IN DEFENDANTS' MOTION
TO RECONSIDER CERTAIN DEFENDANTS' MOTION TO DISMISS COUNT III
BASED ON NEW 7^(TH) CIRCUIT AUTHORITY**

NOW COMES the Defendant, MICHAEL McFATRIDGE, by and through his attorneys, **Ekl**Williams PLLC, moves this Honorable to allow Defendant to join in Defendants', Gene Ray, James Parrish and Jack Eckerty, Motion to Reconsider its March 21, 2006 order denying dismissal of Count III of Plaintiff's Complaint (**DKT #136,** filed Tuesday, 18 September, 2007).

Respectfully submitted by:

By: **s/ Vincent C. Mancini**
Vincent C. Mancini, Attorney No: 6243417
**Ekl**Williams PLLC
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
(630) 654-0045
(630) 654-0150 *Facsimile*
vmancini@eklwilliams.com
*Attorneys for Defendant, Michael McFatridge*

## CERTIFICATE OF SERVICE

    The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Defendant's Motion to Join in Defendants' Motion to Reconsider Certain Defendants' Motion to Dismiss Count III Based on New 7th Circuit Authority** with the Clerk of the Court on **September 21, 2007** using the CM/EDF system, which will send notification of such filing to the following counsel of record: See attached Service List.

    Respectfully submitted by:

By: **s/ Vincent C. Mancini**
Vincent C. Mancini, Attorney No: 6243417
**Ekl**Williams PLLC
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
(630) 654-0045
(630) 654-0150 *Facsimile*
vmancini@eklwilliams.com
*Attorneys for Defendant*

# SERVICE LIST

RE: Steidl v. City of Paris, et al.
Court Number: 05 CV 2127 - Our File Number: 1402.000

**Attorneys for Plaintiff, Gordon Randy Steidl:**
G. Flint Taylor
Janis M. Susler
Peoples Law Office
1180 North Milwaukee
Chicago, IL 60622
(773) 235-0070
(773) 235-6699 **FAX**
gftaylorjr@aol.com

Michael Metnick
Metnick, Cherry & Frazier
Suite 200, Myers Building
1 West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791
(217) 753-4242
(217) 753-4642 **FAX**
metnick@springfieldlawfirm.com

**Attorneys for Defendants:**
James Sotos
Elizabeth A. Ekl
Sara M. Cliffe
550 East Devon Avenue, Suite 150
Itasca, IL 60143
(630) 735-3300
(630) 735-0980 **FAX**
jsotos@jsotoslaw.com
eekl@jsotoslaw.com
scliffe@jsotoslaw.com
*Defendants, City of Paris, Chief Gene Ray, Detective James Parrish and Jack Eckerty*

Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
Ekl Williams PLLC
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
(630) 654-0045
(630) 654-0150 **FAX**
tekl@cewpc.com

pprovenzale@cewpc.com
vmancini@cewpc.com
*Michael McFatridge*

Michael E. Raub
James C. Kearns
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
(217) 344-0060
(217) 344-9295 **FAX**
mraub@hrva.com
jkearns@hrva.com
*Defendant, Edgar County*

Karen L. McNaught
Illinois Attorney General
500 Second Street
Springfield, IL 62706
(217) 782-1841
(217) 524-5091 **FAX**
kmcnaught@atg.state.il.us

Iain D. Johnston
Holland & Knight LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
(312) 578-6577
(312) 578-6666 **FAX**
iain.johnston@hklaw.com
*Defendants, Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus and Andre Parker (ISP)*