MPL/las                                                                          Our File: 04401-074-GOST

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:05-CV-2127 |
| ) | |
| CITY OF PARIS, former Edgar County ) | Honorable Harold A. Baker |
| State's Attorney Michael McFatridge; ) | |
| Edgar County, et al, ) | |
| ) | Magistrate Judge Bernthal |
| Defendant. ) | |

### MOTION TO WITDRAW

NOW COMES Mark F. Wolfe and Michael P. Latz, GARVEY, attorneys on behalf of BOLLINGER, RUBERRY & GARVEY, and Move this Honorable Court for the entry of an Order allowing Mark F. Wolfe and Michael P. Latz to withdraw as attorneys of record on behalf of Defendants, COUNTY OF EDGAR and MICHAEL MCFATRIDGE.

Attorney Patrick L. Provensale of CONNOLLY, EKL & WILLIAMS, P.C., has filed an Appearance on behalf of MICHAEL MCFATRIDGE, and Attorney Michael E. Raub of HEYL, ROYSTER, VOELKER & ALLEN has filed an Appearance on behalf of EDGAR COUNTY.

_____
Michael P. Latz

Mark F. Wolfe
Michael P. Latz
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois  60661-2511
Telephone:  (312) 466-8000
Facsimile:  (312) 466-8001
F:\USERS\mlatz\04401\074GOST\pleadings\Motion to Withdraw.doc