IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | No. 05 CV 2127 |
| **CITY OF PARIS,** Present and Former Paris ) | |
| Police Officials Chief Gene Ray and Detective James ) | Honorable Harold A. Baker |
| Parrish; former Illinois State Trooper Jack Eckerty; ) | |
| former Edgar County State's Attorney Michael ) | |
| McFatridge; **EDGAR COUNTY;** and Illinois State ) | |
| Police Officials Steven M. Fermon, Diane Carper, ) | |
| Charles E. Brueggemann, Andre Parker, and ) | |
| Kenneth Kaupus, ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF COMPLIANCE
## WITH ORDER OF OCTOBER 1, 2007

Plaintiff Randy Steidl, by his attorneys, submits this Certificate of Compliance with this Court's Order of October 1, 2007, and Rule 26(f), Fed.R.Civ.Proc., and states:

1.  On October 16, 2007, counsel for all parties conferred by way of telephone conference call, arranged by Plaintiff's counsel. Participating were Jan Susler for Plaintiff Randy Steidl; Vince Mancini for Defendant Michael McFatridge; James Kearns for Defendant Edgar County; Iain Johnston for ISP defendants Fermon, Carper, Brueggemann, Kaupus, and Parker; and Elizabeth Ekl for Defendants City of Paris, James Parrish, James Eckerty and Gene Ray.

2.  Counsel discussed the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case.

3. Counsel also discussed making arrangements for the disclosures required by Rule 26(a)(1) and developing a proposed discovery plan indicating their views and proposals regarding the timing for making Rule 26(a)(1); areas, phases and a date for concluding discovery; and potential changes on limitations of discovery.

4. Counsel agreed to continue to confer in order to solidify the discovery plan, which will be filed on or before November 1, as per this Court's Order of October 1, 2007.

Dated: October 18, 2007                    Respectfully submitted,

s/ G. Flint Taylor
G. Flint Taylor
Jan Susler
Ben Elson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il. 60622
773/235-0070
gftaylorjr@aol.com
jsusler@aol.com
elsonben@aol.com

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242
metnick@springfieldlawfirm.com

Attorneys for Plaintiff