# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05 CV 2127 |
| vs. ) | |
| ) | Honorable Harold A. Baker |
| **CITY OF PARIS, et al.** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING/CERTIFICATE OF SERVICE

Jan Susler, an attorney, hereby certifies that on October 18, 2007, she electronically filed a Certificate of Compliance with Order of October 1, 2007, using the EM/ECF system which will send notification of such filing to:

Terry Ekl
Vincent C. Mancini
Patrick L. Provenzale
Connolly, Ekl, & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
630/654-0045
tekl@eklwilliams.com
vmancini@eklwilliams.com
pprovenzale@eklwilliams.com
Attorneys for Michael McFatridge

Michael Raub
James Kearns
Heyl Royster Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217/344-0060
fax 217/344-9295
mraub@hrva.com
jkearns@hrva.com
Attorneys for Edgar County

James Sotos, Sara Cliffe, Elizabeth A. Ekl
James Sotos & Associates
550 E. Devon Ave., Suite 150
Itasca, IL 60143
630/735-3300
jsotos@jsotoslaw.com, scliffe@jsotoslaw.com,
eekl@jsotoslaw.com
Attorneys for City of Paris, Gene Ray, James Parrish, and Jack Eckerty

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
312/578-6577
iain.johnston@hklaw.com
Attorney for Steven M Fermon, Diane Carper, Charles E Brueggemann,
Andre Parker, Kenneth Kaupus

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
217/782-1841
kmcnaught@atg.state.il.us
Attorney for Illinois State Police defendants

                                                      s/Jan Susler
                                        _____
                                        G. Flint Taylor
                                        Jan Susler
                                        Ben Elson, Law Graduate
                                        People's Law Office
                                        1180 N. Milwaukee Ave.
                                        Chicago, Il. 60622
                                        773/235-0070
                                        jsusler@aol.com
                                        gftaylorjr@aol.com

                                        Michael Bruce Metnick
                                        Metnick, Cherry, Frazier, and Sabin, L.L.P.
                                        Second Floor - Myers Bldg.
                                        P. O. Box 12140
                                        Springfield, IL 62791-2140
                                        217/753-4242
                                        metnick@springfieldlawfirm.com

Attorneys for Plaintiff