IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | No. 05 CV 2127 |
| **CITY OF PARIS,** Present and Former Paris ) | |
| Police Officials Chief Gene Ray and Detective James ) | Honorable Harold A. Baker |
| Parrish; former Illinois State Trooper Jack Eckerty; ) | |
| former Edgar County State's Attorney Michael ) | |
| McFatridge; **EDGAR COUNTY;** and Illinois State ) | |
| Police Officials Steven M. Fermon, Diane Carper, ) | |
| Charles E. Brueggemann, Andre Parker, and ) | |
| Kenneth Kaupus, ) | |
| ) | |
| **Defendants.** ) | |

**PROPOSED DISCOVERY PLAN
AGREED TO IN PART**

Plaintiff Randy Steidl, by his attorneys, submits this Proposed Discovery Plan Agreed to in Part, in compliance with this Court's Orders of October 1, 2007, and Rule 26(f), Fed.R.Civ.Proc., and states:

1. On October 16, 2007, counsel for all parties conferred by way of telephone conference call, arranged by Plaintiff's counsel. Participating were Jan Susler for Plaintiff Randy Steidl; Vince Mancini for Defendant Michael McFatridge; James Kearns for Defendant Edgar County; Iain Johnston for ISP defendants Fermon, Carper, Brueggemann, Kaupus, and Parker; and Elizabeth Ekl for Defendants City of Paris, James Parrish, James Eckerty and Gene Ray.

2. Counsel discussed making arrangements for the disclosures required by Rule 26(a)(1) and developing a proposed discovery plan indicating their views and proposals regarding the

1

timing for making Rule 26(a)(1) disclosures; areas, phases and a date for concluding discovery; and potential changes on limitations of discovery.

    3. Counsel discussed the following discovery plan, and were able to agree to only part of the schedule. Counsel were unable to arrive at an agreement as to part c, as indicated below. Given that the date in part c affects the subsequent schedule, the dates proposed by Plaintiff are reflected first, with the dates proposed by all defendants reflected in italics:

    a. Rule 26(a)(1) disclosures to be made simultaneously on December 1, 2007;

    b. Interrogatories/Requests to Produce to be promulgated by January 15, 2008, responses due February 15, 2008;

    c. Plaintiff proposed that all depositions other than experts be completed by September 14, 2008; all Defendants proposed that all depositions other than experts be completed by *February 2, 2009*;

    d. Expert depositions to be completed by January 15, 2009 [*September 2, 2009*], as follows:

        i. Plaintiff's experts opinions to be disclosed by October 15, 2008 *[March 2, 2009]*;

        ii. Plaintiff's expert depositions to be completed by December 15, 2008 [*May 2, 2009*];

        iii. Defendants' experts opinions to be disclosed by February 15, 2009 [*July 2, 2009*];

        iv. Defendants' expert depositions to be completed by April 15, 2009 [*September 2, 2009*];

e. Dispositive motions to be filed by June 15, 2009 [*November 2, 2009*],

responses due July 30, 2009 [*December 17, 2009*].

WHEREFORE, Plaintiff offers the foregoing discovery plan in compliance with this Court's Orders of October 1, 2007.

Dated: October 31, 2007                 Respectfully submitted,

s/ Jan Susler
G. Flint Taylor
Jan Susler
Ben Elson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il. 60622
773/235-0070
gftaylorjr@aol.com
jsusler@aol.com
elsonben@aol.com

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242
metnick@springfieldlawfirm.com

Attorneys for Plaintiff