## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | No. 05 CV 2127 |
| **CITY OF PARIS, Present and Former Paris** ) | |
| **Police Officials Chief Gene Ray and Detective James** ) | Honorable Harold A. Baker |
| **Parrish; former Illinois State Trooper Jack Eckerty;** ) | |
| **former Edgar County State's Attorney Michael** ) | |
| **McFatridge; EDGAR COUNTY; and Illinois State** ) | |
| **Police Officials Steven M. Fermon, Diane Carper,** ) | |
| **Charles E. Brueggemann, Andre Parker, and** ) | |
| **Kenneth Kaupus,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF FILING/CERTIFICATE OF SERVICE

Jan Susler, an attorney, hereby certifies that on October 31, 2007, she electronically filed Proposed Discovery Plan Agreed to in Part using the EM/ECF system which will send notification of such filing to:

Vincent C. Mancini, Terry Ekl, Patrick L. Provenzale
Connolly, Ekl, & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
vmancini@cwepc.com, tekl@cwepc.com, pprovenzale@cwepc.com
Attorneys for Michael McFatridge

Michael E. Raub, James Kearns
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com, jkearns@hrva.com
Attorneys for Edgar County

1

James Sotos, Sara Cliffe, Elizabeth A. Ekl
James Sotos & Associates
550 E. Devon Ave., Suite 150
Itasca, IL 60143
jsotos@jsotoslaw.com , scliffe@jsotoslaw.com, eekl@jsotoslaw.com
Attorneys for City of Paris, Gene Ray, James Parrish and Jack Eckerty

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
kmcnaught@atg.state.il.us
Attorney for Steven M. Fermon, Diane Carper, Charles E. Brueggemann,
Andre Parker, Kenneth Kaupus

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
iain.johnston@hklaw.com
Attorney for Steven M. Fermon, Diane Carper, Charles E. Brueggemann,
Andre Parker, Kenneth Kaupus

    s/Jan Susler
_____
G. Flint Taylor
Jan Susler
Ben Elson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il. 60622
773/235-0070
jsusler@aol.com
gftaylorjr@aol.com
elsonben@aol.com

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242
metnick@springfieldlawfirm.com