## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **No. 05 CV 2127** |
| **CITY OF PARIS, Present and Former Paris** ) | |
| **Police Officials Chief Gene Ray and Detective James** ) | **Honorable Harold A. Baker** |
| **Parrish; former Illinois State Trooper Jack Eckerty;** ) | |
| **former Edgar County State's Attorney Michael** ) | |
| **McFatridge; EDGAR COUNTY; and Illinois State** ) | |
| **Police Officials Steven M. Fermon, Diane Carper,** ) | |
| **Charles E. Brueggemann, Andre Parker, and** ) | |
| **Kenneth Kaupus,** ) | |
| ) | |
| **Defendants.** ) | |

### PROPOSED AGREED DISCOVERY PLAN

Plaintiff Randy Steidl, by his attorneys, submits this Proposed Agreed Discovery Plan, in compliance with this Court's Orders of October 1, 2007 and November 8, and Rule 26(f), Fed.R.Civ.Proc., and states:

1.  In conformity with the Court's order of November 8, 2007, setting this case for trial on March 30, 2009, counsel for all parties conferred in person on November 8, 2007 to agree to a discovery plan to accommodate that trial date.  Participating were Jan Susler and Michael Metnick for Plaintiff Randy Steidl; Terry Ekl for Defendant Michael McFatridge; Michael Raub for Defendant Edgar County; Iain Johnston for ISP defendants Fermon, Carper, Brueggemann, Kaupus, and Parker; and James Sotos and Elizabeth Ekl for Defendants City of Paris, James Parrish, James Eckerty and Gene Ray.

1

2.  Counsel discussed making arrangements for the disclosures required by Rule 26(a)(1) and developing a proposed discovery plan indicating their views and proposals regarding the timing for making Rule 26(a)(1) disclosures; areas, phases and a date for concluding discovery; and potential changes on limitations of discovery.

3.  Counsel agreed to following discovery plan:

a.  Rule 26(a)(1) disclosures to be made simultaneously on December 1, 2007;

b.  Interrogatories/Requests to Produce to be promulgated by January 15, 2008, responses due February 15, 2008;

c.  All depositions other than experts to be completed by January 16, 2009;

d.  Expert depositions to be completed by January 30, 2009, as follows:

i.  Plaintiff's experts opinions to be disclosed by September 26, 2008;

ii.  Plaintiff's expert depositions to be completed by October 31, 2008;

iii.  Defendants' experts opinions to be disclosed by November 28, 2008;

iv.  Defendants' expert depositions to be completed by January 2, 2009;

e.  Dispositive motions to be filed by January 13, 2009.

WHEREFORE, Plaintiff offers the foregoing discovery plan in compliance with this Court's order of November 8, 2007, setting this matter for trial on March 30, 2009.

Dated: November 13, 2007                    Respectfully submitted,

s/ Jan Susler
G. Flint Taylor
Jan Susler
Ben Elson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il. 60622

2

773/235-0070
gftaylorjr@aol.com
jsusler@aol.com
elsonben@aol.com

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242
metnick@springfieldlawfirm.com

Attorneys for Plaintiff

3