IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 CV 2127 |
| ) | |
| CITY OF PARIS, Present and Former Paris Police ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; ) | |
| former Edgar County State's Attorney Michael ) | |
| McFatridge; EDGAR COUNTY; and Illinois State ) | |
| Police Officials Steven M. Fermon, Diane Carper, ) | |
| Charles E. Brueggemann, Andre Parker, and ) | |
| Kenneth Kaupus, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that Defendants City of Paris, Ray, Parrish and Eckerty's INITIAL RULE 26 DISCLOSURES were served on all attorneys of record as designated below via facsimile and by depositing copies of same, with the proper postage prepaid, in the U.S. Mail at 550 E. Devon Avenue, Itasca, IL 60143, on December 3, 2007.

Michael Bruce Metnick
METNICK CHERRY & FRAZIER
Suite 200 Myers Building
One West Old State Capitol Plaza
P. O. Box 12140
Springfield, IL 62791-2140
Fax: 217-753-4642

G. Flint Taylor; Jan Susler
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60622
Fax: 773-235-6699

Karen L. McNaught
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706
Fax: 217-524-5091

Iain D. Johnston
HOLLAND & KNIGHT, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Fax: 312-578-6666

Terry A. Ekl; Patrick L. Provenzale; Vincent C. Mancini
Ekl Williams, PLLC
115 W. 55th Street, Suite 400
Clarendon Hills, IL 60514
Fax: 630-654-0150

James C. Kearns
Michael E. Raub
HEYL, ROYSTER, VOELKER & ALLEN
102 East Main Street, Suite 300
Urbana, IL 61803-0129
Fax: 217-344-9295

Michael P. Latz
Mark F. Wolfe
BOLLINGER RUBERRY & GARVEY
Suite 2300
500 W Madison Street
Chicago, IL 60661
Fax: 312-466-8001

      As requested by the Federal Court of the Central District of Illinois, the originals of said Rule 26 Initial Disclosures were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

      s/Sara M. Cliffe
One of the Attorneys for Defendants
Gene Ray, James Parrish and Jack Eckerty
James G. Sotos and Associates, Ltd.
550 E. Devon, Suite 150
Itasca, IL 60143
(630) 735-3300 Phone
(630) 773-0980 Fax
Email: scliffe@sotoslaw.com