05975-R1013
BMS/dkl
G:\13\R1013\R1013DCC 003

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 05-2127 |
| | ) |
| CITY OF PARIS, Present and Former Paris | ) |
| Police Officials Chief Gene Ray and | ) |
| Detective James Parrish; former Illinois | ) |
| State Trooper Jack Eckerty; former Edgar | ) |
| County State's Attorney Michael | ) |
| McFatridge; EDGAR COUNTY; and | ) |
| Illinois State Police Officials Steven M. | ) |
| Fermon, Diane Carper, Charles E. | ) |
| Brueggemann, Andre Parker, and Kenneth | ) |
| Kaupus, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE FOR DISCOVERY**

The undersigned attorney hereby certifies that on the 3rd day of January, 2008, he served copies of **INTERROGATORIES** to the Plaintiff by depositing same in the U.S. Mails at Urbana, Illinois, with proper postage affixed thereto, to:

Mr. G. Flint Taylor
Ms. Janis M. Susler
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622

Mr. Michael B. Metnick
Metnick, Cherry & Frazier
Suite 200 Myers Bldg.
1 West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791

Mr. James G. Sotos
Ms. Elizabeth A. Ekl
Ms. Sara M. Cliffe
James G. Sotos & Associates
550 East Devon Avenue
Suite 150
Itasca, IL 60143

Mr. Terry A. Ekl
Mr. Vincent C. Mancini
Ekl Williams PLLC
115 W. 55th St., Suite 400
Claredon Hills, IL 60514

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

| | |
|---|---|
| Mr. Iain D. Johnston | Ms. Karen L. McNaught |
| Holland & Knight, LLP | Illinois Attorney General |
| 131 S. Dearborn Street, 30th Floor | 500 S. Second St. |
| Chicago, IL  60603 | Springfield, IL 62706 |

As requested by the Federal Court of the Central District of Illinois, the original of said Interrogatories was not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

        s/ Michael E. Raub
        Attorney for Defendants
        Heyl, Royster, Voelker & Allen
        Suite 300
        102 E. Main Street
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail: mraub@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060