05975-R1013
MER/dkl
G:\13\R1013\R1013DCC 002

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 05-2127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris | ) | |
| Police Officials Chief Gene Ray and | ) | |
| Detective James Parrish; former Illinois | ) | |
| State Trooper Jack Eckerty; former Edgar | ) | |
| County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and | ) | |
| Illinois State Police Officials Steven M. | ) | |
| Fermon, Diane Carper, Charles E. | ) | |
| Brueggemann, Andre Parker, and Kenneth | ) | |
| Kaupus, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EDGAR COUNTY'S FIRST SUPPLEMENTAL
RULE 26 DISCLOSURES**

Defendant, EDGAR COUNTY, by and through its attorneys, Heyl, Royster, Voelker & Allen, hereby certifies that on the 9th day of January, 2008, pursuant to the requirements of Fed. R. Civ. P. 26, a copy of the following document was served upon the attorneys of record of all parties to the above cause, by depositing same in the U.S. Mails at Urbana, Illinois, with proper postage affixed thereto:

1.     A list titled "Edgar County Witness List" which provides the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claim or defenses, unless solely for impeachment, identifying the subjects of the information, to the extent now known.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

Copies were mailed to:

| | |
|---|---|
| Mr. G. Flint Taylor<br>Ms. Janis M. Susler<br>People's Law Office<br>1180 N. Milwaukee<br>Chicago, IL 60622 | Mr. James G. Sotos<br>Ms. Elizabeth A. Ekl<br>Ms. Sara M. Cliffe<br>James G. Sotos & Associates<br>550 East Devon Avenue<br>Suite 150<br>Itasca, IL 60143 |
| Mr. Michael B. Metnick<br>Metnick, Cherry & Frazier<br>Suite 200 Myers Bldg.<br>1 West Old State Capitol Plaza<br>P.O. Box 12140<br>Springfield, IL 62791 | Mr. Terry A. Ekl<br>Mr. Vincent C. Mancini<br>Ekl Williams PLLC<br>115 W. 55th St., Suite 400<br>Claredon Hills, IL 60514 |
| Mr. Iain D. Johnston<br>Holland & Knight, LLP<br>131 S. Dearborn Street, 30th Floor<br>Chicago, IL 60603 | Ms. Karen L. McNaught<br>Illinois Attorney General<br>500 S. Second St.<br>Springfield, IL 62706 |

As requested by the Federal Court of the Central District of Illinois, the original of said document was not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

                                                s/ Michael E. Raub
                                                Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: mraub@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2