Steidl v. City of Paris, et al
Case No.    05-2127

**Exhibit
A**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| Plaintiff, | ) |
| v. | ) No. 05 CV 2127 |
| CITY OF PARIS, et al. | ) Judge Harold A. Baker |
| | ) Magistrate Judge David G. Bernthal |
| Defendants. | ) |

### AFFIDAVIT OF JOHN MAZZOLA

1. I am the licensed investigator in charge of the firm Delorto, Mazzola & Associates, Ltd. and have been in my current position for twelve years.

2. Delorto, Mazzola & Associates, Ltd. is a firm that specializes in private investigation.

3. On or about September 21, 2005, Delorto, Mazzola & Associates was retained by defense counsel in the *Steidl v. City of Paris* litigation to investigate allegations arising out of the Complaint, which had already been filed.

4. Ken Glowski is one of the investigators employed by Delorto, Mazzola & Associates to investigate the *Steidl* matter.

5. Mr. Glowski and Delorto, Mazzola & Associates keep files regarding the investigation into the *Steidl* case. The files include non-verbatim summaries of interviews conducted at the direction of Defendants' attorneys, which highlight topics of discussion relevant to Defendants' litigation strategy; memos to counsel discussing litigation strategy and analyzing certain pieces of evidence; as well as documents provided to Delorto by Defendants' attorneys in preparation for their interviews of witnesses.

6. The files regarding Delorto, Mazzola & Associates' investigation do not include any verbatim transcripts or recordings or sworn witness affidavits, which have not otherwise been provided in this litigation.

_____
JOHN MAZZOLA

Subscribed and sworn to before me
this 10th day of January, 2008.

_____
Notary Public

OFFICIAL SEAL
CARRIE A. KINOWSKI
Notary Public - State of Illinois
My Commission Expires May 31, 2011