Steidl v. City of Paris, et al
Case No.    05-2127

**Exhibit
B**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 CV 2127 |
| ) | |
| CITY OF PARIS, et al. ) | Judge Harold A. Baker |
| ) | Magistrate Judge David G. Bernthal |
| Defendants. ) | |

## AFFIDAVIT OF KEN GLOWSKI

Ken Glowski, being first duly sworn upon oath, deposes and states as follows:

1. I am an investigator employed by Delorto, Mazzola & Associates, Ltd. and have been in so employed for 2 years.

2. On or around October 2005 I was assigned to investigate allegations found in the complaint in the *Steidl v. City of Paris* litigation.

3. The course and direction of my investigation has been determined by counsel from James G. Sotos & Associates, Ltd. and Ekl Williams, PLLC in preparation for the litigation of Plaintiff, Randy Steidl's claims.

4. I keep files regarding my investigation into the *Steidl* case. The files include non-verbatim summaries of interviews conducted at the direction of Defendants' attorneys which highlight topics of discussion relevant to Defendants' litigation strategy; memos to counsel discussing litigation strategy and analyzing certain pieces of evidence; as well as documents provided to me by Defendants' attorneys for the purpose of assisting me in preparing for the interviews of witnesses.

5. My files regarding my investigation do not include any verbatim transcripts or recordings or sworn witness affidavits, which have not otherwise been provided in this litigation.

/s/ KEN GLOWSKI

Subscribed and sworn to before me
this 10th day of January, 2008.

/s/ Carrie A. Kinowski
Notary Public

```
OFFICIAL SEAL
CARRIE A. KINOWSKI
Notary Public - State of Illinois
My Commission Expires May 31, 2011
```