IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, et al. | ) | Judge Harold A. Baker |
| | ) | Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

**DEFENDANTS' EMERGENCY MOTION TO COMPEL DEPOSITIONS**
**TO PROCEED THE WEEK OF JANUARY 21, 2008**

Defendants City of Paris, Gene Ray, Jim Parrish and Jack Eckerty, by their attorneys James G. Sotos and Elizabeth A. Ekl of James G. Sotos & Associates, Ltd., Michael McFatridge by his attorney, Terry A. Ekl of Ekl Williams, PLLC, Michael Raub on behalf of Edgar County and Iain Johnston on behalf of Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus, and Andre Parker, (collectively "Defendants") hereby move this Honorable Court to compel depositions to proceed the week of January 21, 2008.

**BACKGROUND**

1. **Discovery Schedule Set.**  On November 8, 2007, this Court imposed a discovery schedule in this case, which allows for an anticipated 100+ depositions to take place over the next twelve months and to be completed by January 15, 1009.  (Dkt. 146, Proposed Agreed Discovery Plan; Text Order dated November 14, 2007.)

2. **Agreement of the Parties.**  Immediately following the hearing, the Parties agreed to set aside one week a month to take the depositions of witnesses who reside in Central Illinois.  (*See* Ex. A, E-mail from Terry Ekl dated November 27, 2007.)  In the next several weeks, the

Parties agreed that the depositions would proceed in Urbana and that the Parties would alternate months during which one side would be provided with three days in which to schedule depositions and the other side would be provided the remaining two days. (Ex. B, e-mail communications of counsel Nov. 27-30.) It was agreed that if the opposing party had not issued a subpoena for a deposition within 30 days of the deposition time slot, the other side was free to fill that time period. (*Id.*) The Parties further agreed to set aside the week of January 21st for depositions in this case. (*Id.*)

3. **Request for Documents.** On December 12, 2007, Defendants sent Plaintiff a letter seeking prompt receipt of documents in Plaintiff's possession so that they could determine which depositions to notice for the upcoming month.[1] (Ex. C, December 12 letter to Susler.) Despite Plaintiff's apparent misunderstanding regarding when they should provide Defendants with the documents listed in their Initial Rule 26(a)(1) Disclosures (see Ex D, December 13 letter to Ekl), Defendants advised Plaintiff that prompt receipt of the documents was necessary to allow them to prepare for the upcoming depositions (Group Ex. E, December 13 e-mails to Susler ). Plaintiff thereafter agreed to provide the documents in his possession to Defendants after they were Bates-stamped and scanned. (Ex. F, Dec 13 e-mail from Susler.)

4. **Plaintiff Declines to Take January Depositions.** December 18, Plaintiff advised that he would not be issuing subpoenas for depositions in January and indicated that Defendants were permitted to use Plaintiff's allotted time. (Ex. G, Dec. 18, e-mail from Susler.)

---

[1] Defendants had already supplied thousands of pages of their own documents to Plaintiff in connection with their Rule 26(a)(1) Disclosures.

5.  **Defendants Notice January Depositions.**  Despite the fact that they still had not received any documents from Plaintiff, on January 7, 2008, Defendants noticed the depositions of ten witnesses to take place during the week of January 21. (Ex. H, notice of depositions.)

6.  **Plaintiff Attempts to Cancel Depositions.**  On January 9, Plaintiff's counsel advised Defendants that they were no longer available the week of January 21 and advanced their belief that the parties had made some sort of agreement to provide each other with 30 days notice of depositions. (Ex. I, Jan. 9 letter from Susler.) Defendants responded that Plaintiff's understanding was incorrect and they intended on proceeding with the depositions as scheduled. (Ex. J, Jan. 10 e-mails from Defendants.) Defendants further advised that all but one witness had been served with a subpoena and it was believed that all but one of those witnesses was available to be deposed the week of January 21. (Ex. K, Jan. 10 e-mail from Ekl.)

7.  **Parties Are Unsuccessful in Reaching an Accord.**  Additional communication between the parties clearly indicates that we are at an impasse. (Ex. L, Jan. 10 e-mails from Plaintiff and Defendants.)

8.  **Defendants Seek Court Intervention.**  Accordingly, Defendants seek to compel the January depositions to proceed as agreed during the week of January 21st.

## ARGUMENT

9.  Federal Rule of Civil Procedure 37 allows a party, upon reasonable notice to other parties and all person affected thereby, to apply for an order compelling discovery. Fed.R.Civ.P. 37.

10. Defendants, in an attempt to heed the demanding discovery schedule in this case, proposed a plan that would effectively allow both sides to take the necessary depositions in this case by the end of fact discovery.

11. In accordance with that proposal, Plaintiff's agreed to set aside one week a month for the purpose of taking those depositions. The plan was intended to ensure that all parties were available to attend the depositions scheduled each month and to prevent any unfair surprise.

12. Additionally, Defendants' proposal to allow the other opposing side to fill any unused time slots, if a deposition was not noticed for that slot 30 days prior to the allotted date, necessarily implied that the other side could serve their subpoenas less then 30 days prior to the deposition date. Accordingly, here, after receiving notice by Plaintiff that he did not intend to take any depositions in January, Defendants began filling all allotted January time with witnesses whom they wished to depose.

13. Plaintiff's excuse that his counsel is "no longer available" the week of January 21st is untenable given the fact that four attorneys have filed appearances on his behalf, three of whom are listed as lead counsel.

14. Defense counsel optimistically believed that the parties could work together in a concerted effort to comply with this Court's schedule. Unfortunately, that optimism has been short-lived and we again find ourselves forced to seek court intervention in order to move forward with this litigation.

15. Plaintiff's attempt to block Defendants' depositions from proceeding, if permitted, will have a detrimental effect on Defendants' ability to conduct all the necessary discovery by the discovery deadlines imposed by the Court.

16. As a result, Defendants seek an Order of the Court compelling depositions to proceed during the week of January 21 and to further order Plaintiff to participate in the depositions as scheduled, or otherwise waive his right to be present.

17. Defendants certify that they have in good faith attempted to confer with Plaintiff in an effort to resolve this matter without court action.

For the foregoing reasons, Defendants respectfully request that this Honorable Court enter an order compelling the depositions noticed by Defendants to proceed during the week of January 21, 2008.

| | |
|---|---|
| Date:   January 13, 2008 | RESPECTFULLY SUBMITTED, |
| s/ James G. Sotos | s/Michael E. Raub |
| Attorney for Defendants, City of Paris, Gene Ray, James Parrish, and Jack Eckerty<br>JAMES G. SOTOS & ASSOCIATES, LTD.<br>550 East Devon Avenue, Suite 150<br>Itasca, IL  60143-2632<br>Telephone:  (630) 735-3300<br>Fax:  (630) 773-0980<br>jsotos@jsotoslaw.com | Attorney for Edgar County<br>HEYL, ROYSTER, VOELKER & ALLEN<br>102 East Main Street<br>Suite 3000<br>P.O. Box 129<br>Urbana, Illinois 61801-0129<br>Tel:    (217) 344-0060<br>Fax:    (217) 344-9295<br>mraub@hrva.com |
| s/ Terry A. Ekl | s/Iain D. Johnston |
| Attorney for Defendant Michael McFatridge<br>EKL WILLIAMS, PLLC<br>115 W. 55th Street, Suite 400<br>Clarendon Hills, Illinois 60514<br>Tel:    (630) 654-0045<br>Fax:    (630) 654-0150<br>tekl@eklwilliams.com | Attorney for Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus, and Andre Parker<br>HOLLAND & KNIGHT, LLP<br>131 South Dearborn Street, 30th Floor<br>Chicago, IL 60603<br>Tel:    (312) 578-6577<br>Fax:    (312) 578-6666<br>iain.johnston@hklaw.com |

**CERTIFICATE OF SERVICE**

      The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Defendants' Emergency Motion to Compel Depositions to Proceed the Week of January 21, 2008** with the Clerk of the Court on **January 13, 2008** using the CM/ECF system, which will send notification of such filing to the following counsel of record: See Attached Service List.

      s/ James G. Sotos
      James G. Sotos
      JAMES G. SOTOS & ASSOCIATES, LTD.
      550 East Devon Avenue, Suite 150
      Itasca, IL  60143-2632
      Telephone:  (630) 735-3300
      Fax:  (630) 773-0980
      jsotos@jsotoslaw.com

*Attorney for Defendants, City of Paris, Gene Ray, James Parrish, and Jack Eckerty*

**SERVICE LIST**
**GORDON RANDY STEIDL v. CITY OF PARIS, ET AL - 05 C 2127**

**Attorneys for Gordon Randy Steidl:**

Michael Bruce Metnick
METNICK CHERRY & FRAZIER
Suite 200 Myers Building
One West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791-2140
Tel:      (217) 753-4242
Fax:      (217) 753-4642
E-mail:   metnick@springfieldlawfirm.com

G. Flint Taylor; Jan Susler; Ben Elson
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL  60622
Tel:      (773) 235-0070
Fax:      (773) 235-6699
E-mail:   gftaylorjr@aol.com
          jsusler@aol.com
          elsonben@aol.com

**Attorneys for Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus, and Andre Parker:**

Karen L. McNaught
(also counsel for Jack Eckerty)
Illinois Attorney General
500 S. Second Street
Springfield, IL  62706
Tel:      (217) 782-1841
Fax:      (217) 524-5091
E-mail:   kmcnaught@atg.state.il.us

Iain D. Johnston
HOLLAND & KNIGHT, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Tel:      (312) 578-6577
Fax:      (312) 578-6666
E-mail:   iain.johnston@hklaw.com

**Attorneys for Edgar County**:

Michael P. Latz; Mark F. Wolfe
BOLLINGER, RUBERRY & GARVEY
Northwestern Atrium Center
500 West Randolph Street, Suite 2300
Chicago, IL 60661-2511
Tel:      (312) 466-8000
Fax:      (312) 466-8001
E-mail:   michael.latz@brg-law.net
          mark.wolfe@brg-law.net

Michael E. Raub; James C. Kearns;
Brian Michael Smith
HEYL, ROYSTER, VOELKER & ALLEN
102 East Main Street
Suite 3000
P.O. Box 129
Urbana, Illinois 61801-0129
Tel:      (217) 344-0060
Fax:      (217) 344-9295
E-mail:   mraub@hrva.com
          jkearns@hrva.com
          bsmith@hrva.com

**Attorneys for Michael McFatridge:**

Terry A. Ekl; Patrick L. Provenzale;
Vincent C. Mancini
EKL & WILLIAMS, PLLC
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
Tel:      (630) 654-0045
Fax:      (630) 654-0150
E-mail:   tekl@cewpc.com
          vmancini@cewpc.com
          pprovenzale@cewpc.com