> You forwarded this message on 11/27/2007 5:52 PM.

**Elizabeth A. Ekl**

| | | | |
|---|---|---|---|
| **From:** | Terry Ekl [TEkl@eklwilliams.com] | **Sent:** | Tue 11/27/2007 5:01 PM |
| **To:** | jsusler@aol.com | | |
| **Cc:** | Jim Sotos; Elizabeth A. Ekl; Vince Mancini; iain.johnston@hklaw.com; Michael Raub | | |
| **Subject:** | Steidl case | | |
| **Attachments:** | | | |

Dear Jan;

      I am sure you will agree that in order to complete discovery in a timely fashion the parties need to come to an agreement as to the procedure we follow concerning the taking of depositions. We briefly discussed, following court on November 8, 2007 the idea of picking out one week per month for all of the parties to notice up depositions of witnesses who reside in central Illinois. The defense attorneys have discussed this matter and the following are our suggestions.

1. We use the second full week of each month to take depositions of witnesses who reside within 100 miles of Urbana, Illinois.

2. Mike Raub has offered the use of his large conference room at his office in Urbana.

3. We schedule depositions beginning at 10:00 am on Monday and completing the depositions for the week by 2:00 pm on Friday.

4. We alternate months wherein the plaintiffs will schedule depositions Monday, Wednesday and Friday and the defendants schedule depositions Tuesday and Thursday. The following month the schedule would be reversed. For example, in January the plaintiffs would have three days and the defense two days. In February the defense would have three days and the plaintiffs two days.

5. If the opposing party or parties do not issue a subpoena for deposition for their allotted time within 30 days of the deposition time slot the other side is free to fill that time period. For example, if the defendants have Tuesday morning, March 11th, but have not issued a subpoena for that time period by February 10th then the plaintiff is free to issue a subpoena for that time slot but not to conflict with another previously scheduled deposition.

6.  The depositions of all parties will last no longer than two days or a total of 14 hours of questioning.

7.  The depositions of all parties take place in the Chicago area.

8.  Depositions of witnesses who do not reside within 100 miles of Urbana can be taken at any time and location consistent with the Federal Rules, any applicable local rule, or by agreement of the witness at a convenient location.

As I indicated to you following court, I think it is particularly important in this case that all of the attorneys engage in a sincere sense of mutual cooperation. Otherwise, it is going to be extremely difficult, if not impossible, to complete all necessary work consistent with Judge Baker's order. Please let me know your thoughts on this proposal and all of the defense attorneys would embrace any suggestions to expedite the discovery process.

Thank you for your cooperation in this matter.

Terry