**Elizabeth A. Ekl**

| | | | |
|---|---|---|---|
| **From:** | jsusler@aol.com [jsusler@aol.com] | **Sent:** | Fri 11/30/2007 12:43 PM |
| **To:** | TEkl@eklwilliams.com | | |
| **Cc:** | iain.johnston@hklaw.com; Jim Sotos; Elizabeth A. Ekl; VMancini@eklwilliams.com; mraub@hrva.com; gftaylorjr@aol.com; elthompson@aol.com; springlaw@aol.com | | |
| **Subject:** | Re: Steidl case-modification | | |
| **Attachments:** | | | |

Terry: thanks. We'll be glad to take the 3 days in January. Jan Susler


-----Original Message-----
From: Terry Ekl <TEkl@eklwilliams.com>
To: jsusler@aol.com
Cc: iain.johnston@hklaw.com; Jim Sotos <jsotos@jsotoslaw.com>; Elizabeth A. Ekl <eekl@jsotoslaw.com>; Vince Mancini <VMancini@eklwilliams.com>; Michael Raub <mraub@hrva.com>
Sent: Wed, 28 Nov 2007 7:41 pm
Subject: RE: Steidl case-modification

Dear Jan;

Thank you for your response.  The following are the dates of the Mondays of the third full week of each month in 2008:

January 21st
Feb. 18th
March 17th
April 21st
May 19th
June 16th
July 21st
Aug. 18th
Sept. 15th
Oct. 20th
Nov. 17th
Dec. 15th (the 2nd week since the following is Christmas week)

I agree with your suggestions that the 26 (a) disclosures be filed by Dec. 3rd.  If any defense attorney disagrees please let us know.  Please let me know if you would like to have 3 days of plaintiff depositions during January or have the three days in February.  I offer you the option.  If any of the lawyers can think of additional ways to facilitate this difficult schedule please let everyone know.

Again, thank you for your cooperation.

Terry Ekl


**From:** jsusler@aol.com [mailto:jsusler@aol.com]
**Sent:** Wednesday, November 28, 2007 5:30 PM
**To:** Terry Ekl; iain.johnston@hklaw.com; eekl@jsotoslaw.com; jsotos@jsotoslaw.com; mraub@hrva.com; Vince Mancini
**Cc:** Springlaw@aol.com; gftaylorjr@aol.com; elthompson@aol.com; jsusler@aol.com
**Subject:** Re: Steidl case-modification

Dear Defense Counsel:

We appreciate the defendants' setting forth this proposal. We agree that cooperation will be key in meeting the schedule set by the court. We think we can live with this. To avoid any confusion, perhaps you could come up with a concrete schedule, spelling out precisely what we understand to be "the 3rd week" of each month, for example, January 15 to 19, February 19 to 23, and so on.

We see that the agreed plan calls for Rule 26(a)(1) initial disclosures on December 1, which is a Saturday. Please let us know if you agree to exchange the initial disclosures on the following Monday, December 3. Thanks.

Jan Susler


-----Original Message-----
From: Terry Ekl <TEkl@eklwilliams.com>
To: jsusler@aol.com
Sent: Tue, 27 Nov 2007 5:04 pm
Subject: FW: Steidl case-modification

Dear Jan;

> I apologize for an error in my message.  We are suggesting the 3rd week of the month.
>
> Terry

---

**From:** Terry Ekl
**Sent:** Tuesday, November 27, 2007 5:02 PM
**To:** 'jsusler@aol.com'
**Cc:** 'Jim Sotos'; 'Elizabeth A. Ekl'; Vince Mancini; 'iain.johnston@hklaw.com'; 'Michael Raub'
**Subject:** Steidl case

Dear Jan;

    I am sure you will agree that in order to complete discovery in a timely fashion the parties need to come to an agreement as to the procedure we follow concerning the taking of depositions.  We briefly discussed, following court on November 8, 2007 the idea of picking out one week per month for all of the parties to notice up depositions of witnesses who reside in central Illinois.  The defense attorneys have discussed this matter and the following are our suggestions.

1.     We use the second full week of each month to take depositions of witnesses who reside within 100 miles of Urbana, Illinois.

2.     Mike Raub has offered the use of his large conference room at his office in Urbana.

3.     We schedule depositions beginning at 10:00 am on Monday and completing the depositions for the week by 2:00 pm on Friday.

4. We alternate months wherein the plaintiffs will schedule depositions Monday, Wednesday and Friday and the defendants schedule depositions Tuesday and Thursday. The following month the schedule would be reversed. For example, in January the plaintiffs would have three days and the defense two days. In February the defense would have three days and the plaintiffs two days.

5. If the opposing party or parties do not issue a subpoena for deposition for their allotted time within 30 days of the deposition time slot the other side is free to fill that time period. For example, if the defendants have Tuesday morning, March 11$^{th,}$ but have not issued a subpoena for that time period by February 10th then the plaintiff is free to issue a subpoena for that time slot but not to conflict with another previously scheduled deposition.

6. The depositions of all parties will last no longer than two days or a total of 14 hours of questioning.

7. The depositions of all parties take place in the Chicago area.

8. Depositions of witnesses who do not reside within 100 miles of Urbana can be taken at any time and location consistent with the Federal Rules, any applicable local rule, or by agreement of the witness at a convenient location.

As I indicated to you following court, I think it is particularly important in this case that all of the attorneys engage in a sincere sense of mutual cooperation. Otherwise, it is going to be extremely difficult, if not impossible, to complete all necessary work consistent with Judge Baker's order. Please let me know your thoughts on this proposal and all of the defense attorneys would embrace any suggestions to expedite the discovery process.

Thank you for your cooperation in this matter.

Terry

---

size=2 width="100%" align=center>

More new features than ever. Check out the new AOL Mail!

---

More new features than ever. Check out the new AOL Mail!