# JAMES G. SOTOS & ASSOCIATES, LTD.
Attorneys & Counselors at Law

550 E. Devon Ave., Suite 150, Itasca, IL 60143
(630) 735-3300
(630) 773-0980 Fax
-----
Chicago Office
20 N. Clark St., #800
Chicago, IL 60602
(312) 443-1253

James G. Sotos
-----
John J. Timbo
Sara M. Cliffe
Elizabeth A. Ekl
John H. Boyd
Christina S. White

Writer's Direct Dial:
630-735-3303
eekl@jsotoslaw.com

December 12, 2007

**VIA ELECTRONIC MAIL**
Ms. Jan Susler
PEOPLE'S LAW OFFICE
1180 N. Milwaukee
Chicago, IL 60622

RE: *Steidl v. City of Paris*
Case No. 05 C 2127
Our File No. 05-1040.2

Dear Ms. Susler:

Thank you for Plaintiff's Initial Rule 26(a)(1) Disclosures. In accordance with the agreement made during the parties' telephone conference, we had anticipated also receiving a CD from Plaintiff containing the documents listed in Schedule B of his Initial Disclosures. If the CD has already been mailed, please disregard this request. However, if it has not, please provide us with a CD containing all of the documents set forth in Schedule B of Plaintiff's Initial Disclosures, including but not limited to all documents received by your office from Mr. Clutter. Please also provide us with copies of all photographs, dvds, video and cassette tapes also referenced in Schedule B.

As agreed by you in early October, please also provide an affidavit from Mr. Clutter verifying that all of the documents previously in his possession responsive to our subpoena to him have now been turned over to you.

I appreciate your prompt attention to this matter. It is imperative that we receive the documents as soon as possible to avoid any undue delay in preparing for the depositions scheduled to begin next month.

Very truly yours,

JAMES G. SOTOS & ASSOCIATES, LTD.

**Elizabeth A. Ekl**

EAE
cc:    Attorneys of Record