# PEOPLE'S LAW OFFICE

1180 N. Milwaukee
Chicago, Illinois, 60622
(773) 235-0070
Fax (773) 235-6699

PeoplesLaw@aol.com

Michael E. Deutsch
Ben H. Elson
Janine L. Hoft
Joey L. Mogul
John L. Stainthorp
Jan Susler
G. Flint Taylor, Jr.
Erica L. Thompson

*Of Counsel*
Jeffrey H. Haas

December 13, 2007

Elizabeth A. Ekl
James Sotos & Associates
550 E. Devon Ave., Suite 150
Itasca, IL 60143

Re: Steidl v. City of Paris et al.

Dear Ms. Ekl:

    I write in response to your letter of December 12. I made no representation or agreement in the conference call of October 16, 2007, that I would produce a cd of Plaintiff's documents with his Rule 26(a)(1) initial disclosures. We have fully complied with our obligations under the Rule, and we will produce the documents (in cd's comprised of searchable pdf's) and other items in timely fashion pursuant to the discovery schedule ordered by the court.

                                     Very truly yours,

                                       Jan Susler
                                       Attorney at Law

cc: attorneys of record