**Elizabeth A. Ekl**

| | | | |
|---|---|---|---|
| **From:** | Jim Sotos | **Sent:** | Thu 12/13/2007 1:25 PM |
| **To:** | Michael Raub; jsusler@aol.com; tekl@eklwilliams.com; VMancini@eklwilliams.com; iain.johnston@hklaw.com; Elizabeth A. Ekl | | |
| **Cc:** | elsonben@aol.com; elthompson@aol.com; gftaylorjr@aol.com; springlaw@aol.com | | |
| **Subject:** | RE: Steidl: correspondence attached | | |
| **Attachments:** | | | |

That's exactly when it was discussed. Jan, this does not need to be a problem if you would agree to get a CD together in the next several days so that everyone is on the same page for the onset of depositions. The vague statement that cd's will be produced "in timely fashion pursuant to the discovery schedule ordered by the court" does not inspire a lot of confidence. Can you commit to reciprocating even if you do not recall the agreement that was discussed in Urbana? Thanks,

Jim

---

**From:** Michael Raub [mailto:mraub@hrva.com]
**Sent:** Thursday, December 13, 2007 12:43 PM
**To:** jsusler@aol.com; tekl@eklwilliams.com; VMancini@eklwilliams.com; iain.johnston@hklaw.com; Elizabeth A. Ekl; Jim Sotos
**Cc:** elsonben@aol.com; elthompson@aol.com; gftaylorjr@aol.com; springlaw@aol.com
**Subject:** Re: Steidl: correspondence attached


My recollection is that this topic was discussed outside the courtroom right after our Rule 16 conference and everyone agreed to produce their documents as PDF's on a disc. It is going to be difficult to start deposing people when some parties have not disclosed relevant documents.

Michael E. Raub
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
(217) 344-0060
FAX (217) 344-9295
mraub@hrva.com


>>> <jsusler@aol.com> 12/13/2007 12:14 PM >>>


More new features than ever. Check out the new AOL Mail!