**Elizabeth A. Ekl**

| | | | |
|---|---|---|---|
| **From:** | jsusler@aol.com [jsusler@aol.com] | **Sent:** | Thu 12/13/2007 5:19 PM |
| **To:** | tekl@eklwilliams.com; VMancini@eklwilliams.com; mraub@hrva.com; Jim Sotos; Elizabeth A. Ekl; iain.johnston@hklaw.com | | |
| **Cc:** | jsusler@aol.com; gftaylorjr@aol.com; elthompson@aol.com; elsonben@aol.com; springlaw@aol.com | | |
| **Subject:** | Steidl correspondence | | |
| **Attachments:** | | | |

Dear Counsel:

In response to December 13, 2007 emails from Terry Ekl, Mike Raub and Jim Sotos: While there was agreement as to the form we would all use for production of documents (searchable pdf's produced on cd's), there was never any discussion as to timing of production, as evidenced by the fact that not all the defendants produced cd's with their initial disclosures (namely the ISP defendants and McFatridge). In addition, one defendant, Edgar County, has yet to provide the names and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information, as required by Rule 26(a)(1)(A).

Nonetheless, when we complete the process of bates stamping and scanning the documents in our possession, we will provide you with cd's. If the process is complete prior to the deadline as set by the court for responses to discovery, we will provide them in advance of the deadline. In the interim, once you notice depositions, we are willing to make every effort to provide you in advance of the depositions with documents in our possession relevant to the noticed witnesses.

Very truly yours,

Jan Susler
Attorney at Law

More new features than ever. Check out the new AOL Mail!