**Elizabeth A. Ekl**

| | | | |
|---|---|---|---|
| **From:** | jsusler@aol.com [jsusler@aol.com] | **Sent:** | Tue 12/18/2007 5:29 PM |
| **To:** | tekl@eklwilliams.com; VMancini@eklwilliams.com; Elizabeth A. Ekl; Jim Sotos; mraub@hrva.com; bsmith@hrva.com; iain.johnston@hklaw.com | | |
| **Cc:** | jsusler@aol.com; elsonben@aol.com; elthompson@aol.com; Springlaw@aol.com | | |
| **Subject:** | depositions | | |
| **Attachments:** | | | |

Dear Counsel:

We have determined that we will not be issuing subpoenas for deposition in January. Should you wish to occupy the days allotted to Plaintiff, you should feel free to do so.

Yours truly,

Jan Susler
One of Plaintiff's Attorneys

More new features than ever. Check out the new AOL Mail!