IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police | ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James | ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; | ) | |
| former Edgar County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and Illinois State | ) | |
| Police Officials Steven M. Fermon, Diane Carper, | ) | |
| Charles E. Brueggemann, Andre Parker, and | ) | |
| Kenneth Kaupus, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUBPOENAED DEPOSITIONS

**TO:** *See Attached Service List*

**PLEASE TAKE NOTICE** that the undersigned shall take the discovery depositions of the below-named deponents before a notary public or other officer duly authorized to administer oaths by the laws of the State of Illinois, upon oral interrogatories propounded pursuant to the Federal Rules of Civil Procedure by stenographic means:

| DEPONENT | DATE | TIME | LOCATION |
|---|---|---|---|
| Penny Cash Chase | January 21, 2008 | 10:00 a.m. | Heyl, Royster, Voelker & Allen<br>102 East Main Street, Suite 300<br>Urbana, Illinois 61803 |
| Debbie Hopper-Sinclair | January 21, 2008 | 1:30 p.m. | Heyl, Royster, Voelker & Allen<br>102 East Main Street, Suite 300<br>Urbana, Illinois 61803 |
| Tammy Pine | January 22, 2008 | 10:00 a.m. | Heyl, Royster, Voelker & Allen<br>102 East Main Street, Suite 300<br>Urbana, Illinois 61803 |
| Troy Kauffman | January 22, 2008 | 1:00 p.m. | Heyl, Royster, Voelker & Allen<br>102 East Main Street, Suite 300<br>Urbana, Illinois 61803 |

| Donald Curl | January 22, 2008 | 3:00 p.m. | Heyl, Royster, Voelker & Allen<br>102 East Main Street, Suite 300<br>Urbana, Illinois 61803 |
| --- | --- | --- | --- |
| Dick Hale | January 23, 2008 | 10:00 a.m. | Heyl, Royster, Voelker & Allen<br>102 East Main Street, Suite 300<br>Urbana, Illinois 61803 |
| Kristen Mazely-Fitzgerald | January 23, 2008 | 1:00 p.m. | Heyl, Royster, Voelker & Allen<br>102 East Main Street, Suite 300<br>Urbana, Illinois 61803 |
| Nancy Land | January 24, 2008 | 10:00 a.m. | Heyl, Royster, Voelker & Allen<br>102 East Main Street, Suite 300<br>Urbana, Illinois 61803 |
| Carol Arbuckle | January 24, 2008 | 1:30 p.m. | Heyl, Royster, Voelker & Allen<br>102 East Main Street, Suite 300<br>Urbana, Illinois 61803 |
| Ruth Murphy | January 25, 2008 | 10:00 a.m. | Heyl, Royster, Voelker & Allen<br>102 East Main Street, Suite 300<br>Urbana, Illinois 61803 |
| Marsha Edwards (Swinford) | January 25, 2008 | 1:00 p.m. | Heyl, Royster, Voelker & Allen<br>102 East Main Street, Suite 300<br>Urbana, Illinois 61803 |

The deponents are by this notice required to present themselves at the date, time and place aforesaid.

ELIZABETH A. EKL
One of the Attorneys for the City of Paris, Chief Gene Ray, Detective James Parrish and Illinois State Trooper Jack Eckerty

JAMES G. SOTOS
ELIZABETH A. EKL
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, IL 60143-2632
(630) 735-3300

2

STATE OF ILLINOIS )
) SS.
COUNTY OF DUPAGE )

### PROOF OF SERVICE

I, Carrie A. Kinowski, a non-attorney, on oath, state: I served this Notice of Subpoenaed Depositions on the attorneys of record, as shown, via facsimile and U.S. mail at 550 East Devon, Itasca, Illinois on January 7, 2008, by 5:00 p.m.

_____
Carrie A. Kinowski

SUBSCRIBED and SWORN to before
me this 7th day of January, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
CHRISTINA SHAVON WHITE
Notary Public - State of Illinois
My Commission Expires Jul 16, 2011

3

## SERVICE LIST

**GORDON RANDY STEIDL v. CITY OF PARIS, ET AL**
**05 C 2127**

**Attorneys for Gordon Randy Steidl**

Michael Bruce Metnick
METNICK CHERRY & FRAZIER
Suite 200 Myers Building
One West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com

G. Flint Taylor; Jan Susler
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60622
jsusler@aol.com
gftaylorjr@aol.com

**Attorneys for Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus, Andre Parker**

Karen L. McNaught
(also counsel for Jack Eckerty)
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706
kmcnaught@atg.state.il.us

Iain D. Johnston
HOLLAND & KNIGHT, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
iain.johnston@hklaw.com

**Attorney for Edgar County & Michael McFatridge**

Michael P. Latz, Mark F. Wolfe
BOLLINGER, RUBERRY & GARVEY
Northwestern Atrium Center
500 West Randolph Street, Suite 2300
Chicago, IL 60661-2511
michael.latz@brg-law.net

**Attorneys for Michael McFatridge**

Terry A. Ekl; Patrick L. Provenzale; Vincent C. Mancini
Ekl Williams, PLLC
115 W. 55th Street, Suite 400
Clarendon Hills, Illinois 60514
Phone: 630-654-0045
Fax: 630-654-0150
tekl@cewpc.com
vmancini@cewpc.com
pprovenzale@cewpc.com

**Attorneys for Edgar County**
James C. Kearns
Michael E. Raub
HEYL, ROYSTER, VOELKER & ALLEN
102 East Main Street, Suite 300
Urbana, Illinois 61803-0129
217-344-0060
217-344-9295 (fax)
jkearns@hrva.com
mraub@hrva.com