**Elizabeth A. Ekl**

| | | | |
|---|---|---|---|
| **From:** | jsusler@aol.com [jsusler@aol.com] | **Sent:** | Wed 1/9/2008 2:56 PM |
| **To:** | Elizabeth A. Ekl; Jim Sotos; tekl@eklwilliams.com; VMancini@eklwilliams.com; mraub@hrva.com; iain.johnston@hklaw.com | | |
| **Cc:** | jsusler@aol.com; gftaylorjr@aol.com; ElsonBen@aol.com; Springlaw@aol.com | | |
| **Subject:** | January depositions | | |
| **Attachments:** | | | |

January 9, 2008

Dear Ms. Ekl:

On January 7, 2008, after close of business, your notice of deposition arrived by fax. We were surprised to see that you were noticing deps for January, given there was an agreed upon provision between the parties for 30 days notice (see Terry Ekl's email of November 27, 2007 memorializing that agreement). When we received no deposition notice or subpoenas by December 21, 2007, we scheduled other work for the week of January 21 and are now, unfortunately, not available. While we will all obviously want some flexibility in the scheduling of depositions as discovery proceeds, you need to let us know in advance if you need accomodation. We have no problem if you would like to take three days in February. Please let us know thirty days in advance of the February's deposition schedule.

Yours truly,

Jan Susler
One of Plaintiff's Attorneys

cc: counsel of record

More new features than ever. Check out the new AOL Mail!