## AMENDED CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Defendants' Emergency Motion to Compel Depositions to Proceed the Week of January 21, 2008** with the Clerk of the Court on **January 14, 2008** using the CM/ECF system, which will send notification of such filing to the following counsel of record: See Attached Service List.

    s/ James G. Sotos
    James G. Sotos
    JAMES G. SOTOS & ASSOCIATES, LTD.
    550 East Devon Avenue, Suite 150
    Itasca, IL  60143-2632
    Telephone:  (630) 735-3300
    Fax:  (630) 773-0980
    jsotos@jsotoslaw.com

*Attorney for Defendants, City of Paris, Gene Ray, James Parrish, and Jack Eckerty*