**E-FILED**
Friday, 25 January, 2008  02:36:51 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# ILLINOIS STATE POLICE
## INVESTIGATIVE REPORT

| Case # | Reporting Date(s) | Reporting Agents(s) | | ID # | Lead No. |
|---|---|---|---|---|---|
| 86L3365 | 03/09/06 | S/A Jeff Marlow | | 3094 | |

| Title | | Case Agent | ID # | Dist./Off. | Typed by: | Date |
|---|---|---|---|---|---|---|
| Dyke and Karen Rhoads Homicide | | Sgt. Miller 4352 | | Zone 5 | JAM | 03/09/06 |

**Purpose**

Document a telephone conversation with Ken Glowski, Private Investigator

On 03/09/06 at approximately 9:45 a.m., the Reporting Agent, R/A, S/A Jeff Marlow, 3094, Illinois State Police, Zone 5 Investigations, Champaign IL, received a telephone call from a male subject who identified himself as Ken Glowski. Glowski explained to the R/A that he is employed as a private investigator and is currently working in behalf of the ISP, Edgar County IL, and Paris IL in regards to the civil lawsuit filed by Gordon Randy Steidl.

Glowski had obtained the R/A's name through a previous conversation with Edgar County Deputy Roger Hopper. According to Glowski, Hopper had advised Glowski the R/A is currently involved in the investigation of the Rhoads homicide. Glowski wanted to speak about the homicide. The R/A had spoke to Hopper on 03/08/06 concerning this topic. The R/A allowed Hopper to give the investigator the work telephone number of the R/A.

The R/A explained to Glowski that I could not and would not discuss any part of an ongoing case. If information was to be disseminated, it would have to be with the authority of Keith Jensen, Chief Legal Council for the ISP. Glowski stated he was not aware of whom Keith Jensen is.

Glowski stated he understood my inability to discuss the case and asked if there was indeed an ongoing investigation. The R/A replied that my opinion is there is an ongoing investigation being conducted. Appellate Prosecutor David Rands has authority in the case and the assigned agents work at Rands discretion, however are not solely limited to his discretion.

Glowski stated he worked for Delorto, Thomas, Mazzola and Associates Private Investigators from Chicago IL. Glowski stated the investigators are retired ATF agents. At approximately 11:15 a.m., 03/09/06, the R/A contacted the private investigators firm of Delorto, Mazzola and Associates Ltd., TX 630/761/0620. The R/A spoke with an unidentified male. The male confirmed there is a Glowski employed by the firm and that he is a retired federal agent. Furthermore, according to the male, Glowski is currently working in the Paris IL area concerning the Steidl lawsuit.

Glowski stated that he understood that I could not discuss the case and then asked if I was interested in what his investigation was revealing. The R/A stated " I'm all ears". Glowski stated he and his associates have conducted in excess of fifty interviews in reference to a Lt. Mike Callahan, (Retired ISP), memorandum.

Dissemination:

**002192**



IL493-0117

This document contains neither recommendations nor conclusions of the Illinois State Police.
It and its contents are not to be disseminated outside your agency.

ISP 4-3(1/94)

86L3365
Rhoads Homicide  𝒯𝒜𝓇
03/09/06
Page 2

Glowski stated the investigative firm for which he works has been hired    by lawyers Terry and Beth Ekl and Jim Sotos.

Glowski stated David Rands knows the above lawyers.

Glowski stated he has spoken to Ted Todd, retired Edgar County Investigator, Norm Grable, retired Chrisman IL Police Chief, Carol Robinson, Paris Il resident and Pat Bradley, Paris IL resident. Glowski stated that all of the afore named have stated that information Callahan alleged in his memorandum is not accurate. The R/A explained to Glowski that I was not interested in the civil lawsuit since I am not named. The R/A told Glowski the objective of the ISP Investigators is to attempt to find out the truth about the deaths of Dyke and Karen Rhoads.

002193