IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Honorable Harold A. Baker |
| **CITY OF PARIS, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF FILING/CERTIFICATE OF SERVICE

Jan Susler, an attorney, hereby certifies that on January 25, 2008, she electronically filed Plaintiff's Response to Defendants' Motion to Quash Subpoena, using the EM/ECF system which will send notification of such filing to the following counsel of record:

Vincent C. Mancini
Patrick L. Provenzale
Connolly, Ekl, & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
630/654-0045
vmancini@cewpc.com, pprovenzale@cewpc.com
Attorneys for Michael McFatridge

James Sotos, Sara Cliffe, Elizabeth A. Ekl
James Sotos & Associates
550 E. Devon Ave., Suite 150
Itasca, IL 60143
630/735-3300
jsotos@jsotoslaw.com, scliffe@jsotoslaw.com, eekl@jsotoslaw.com
Attorneys for City of Paris, Gene Ray, James Parrish, and Jack Eckerty

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
312/578-6577

1

iain.johnston@hklaw.com
Attorney for Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus

Michael E. Raub, James Kearns, Brian Smith
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com, jkearns@hrva.com, bsmith@hrva.com
Attorneys for Edgar County and Michael McFatridge

      /s/ Jan Susler
      G. Flint Taylor
      Jan Susler
      Ben H. Elson
      People's Law Office
      1180 N. Milwaukee Ave.
      Chicago, Il. 60622
      773/235-0070
      jsusler@aol.com
      gftaylorjr@aol.com
      elsonben@aol.com

      Michael Bruce Metnick
      Metnick, Cherry, Frazier, and Sabin, L.L.P.
      Second Floor - Myers Bldg.
      P. O. Box 12140
      Springfield, IL 62791-2140
      217/753-4242
      metnick@springfieldlawfirm.com