IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, et al., | ) | Judge Harold A. Baker |
| | ) | Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

**PETITION FOR THE RULE TO SHOW CAUSE AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM MICHALE CALLAHAN**

Defendants City of Paris, Gene Ray, Jim Parrish and Jack Eckerty (collectively "Defendants"), by their attorneys James G. Sotos and Elizabeth A. Ekl of James G. Sotos & Associates, Ltd., hereby move this Honorable Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure for the issuance of a rule to show cause why witness Michale Callahan should not be held in contempt for failing to comply with a subpoena and to compel the production of documents requested in the subpoena. In support thereof, Defendants state as follows:

**Background**

1. On November 29, 2007, one of Defendants' attorneys, Elizabeth A. Ekl, of James G. Sotos & Associates, Ltd. issued a subpoena (the "subpoena") to Michale Callahan for the production of documents.

2. Michale Callahan is a retired Illinois State Police Detective who investigated Randy Steidl and/or Herbert Whitlock's involvement in a fire and double murder that occurred on July 6, 1986 at a house located at 433 Clinton Avenue, Paris, Illinois. Mr. Callahan's investigation is based on the same set of facts as this litigation.

3.  The subpoena issued to Callahan requested documents relating to the investigation including the following: any and all investigative files; photographs; maps; plats; charts; computer media; videotapes; audiotapes; reports; witness interviews; notes; and interoffice memoranda created, in whole or part, by or at the direction of Callahan or any of his agents.

4.  The subpoena was served by process server on December 11, 2007, and returned to the Offices of James G. Sotos & Associates, Ltd. (Exhibit A). The return date on the subpoena was December 31, 2007.

5.  As of January 10, 2008, Michale Callahan had not responded to the subpoena. Ms. Ekl contacted Mr. Callahan by certified mail, and requested that he produce the documents by January 17, 2008. Further, Ms. Ekl stated that she would assume any failure to comply was willful (Exhibit B).

6.  Mr. Callahan received the letter on January 14, 2008, and as of the filing of this motion has failed to respond in any fashion.

**Applicable Standard**

7.  Rule 26 of the Federal Rules of Civil Procedure allows that parties may discover "any nonprivileged matter that is relevant to any party's claim or defense—including the existence, description, nature, custody, condition and location of any documents or other tangible things . . . of any matter relevant to the subject matter relevant to the action." Fed. R. Civ. P. 26(b)(1). Defendants' subpoena issued to Mr. Callahan expressly requests information regarding his investigation which is the subject matter of this litigation. Any and all information discovered in the course of Callahan's investigation is relevant to Plaintiff's cause of action and as such is discoverable.

8.  Rule 45 of the Federal Rules of Civil Procedure governs the issue of subpoenas on third parties. Defendants have fully complied with the mandates of Rule 45. Conversely, Mr. Callahan has failed to respond in any manner to the subpoena, let alone any manner prescribed by Rule 45; he has not moved to quash, raised objections, or claimed any privilege regarding the requested information. *See* Fed. R. Civ. P. 45.

9.  Defendants have fruitlessly attempted to communicate with Mr. Callahan regarding this matter, but due to his noncompliance are now forced to request this Honorable Court's intervention.

For the foregoing reasons, Defendants respectfully request this Honorable Court to grant their petition and enter a rule to show cause as to why Mr. Callahan should not be held in contempt of court for his deliberate and wilful refusal to produce the documents in question, that this Court order Mr. Callahan to immediately produce all documents requested by the subpoena, award Defendants sanctions, including attorneys' fees and costs incurred in order to procure the documents, and for any other relief as this Court may deem appropriate.

Date: February 4, 2008                    RESPECTFULLY SUBMITTED,

s/ James G. Sotos
James G. Sotos, Attorney No. 06191975
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon Avenue, Suite 150
Itasca, IL  60143-2632
Telephone: (630) 735-3300
Fax: (630) 773-0980
jsotos@jsotoslaw.com

*Attorney for Defendants, City of Paris, Gene Ray, James Parrish, and Jack Eckerty*

3

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Defendants' Petition for Rule to Show Cause and Motion to Compel Production of Documents from Michale Callahan** with the Clerk of the Court on **February 4, 2008** using the CM/ECF system, which will send notification of such filing to the following counsel of record: See Attached Service List.

> s/ James G. Sotos
> James G. Sotos, Attorney No. 06191975
> JAMES G. SOTOS & ASSOCIATES, LTD.
> 550 East Devon Avenue, Suite 150
> Itasca, IL 60143-2632
> Telephone: (630) 735-3300
> Fax: (630) 773-0980
> jsotos@jsotoslaw.com
>
> *Attorney for Defendants, City of Paris, Gene Ray, James Parrish, and Jack Eckerty*

4

## SERVICE LIST
## GORDON RANDY STEIDL v. CITY OF PARIS, ET AL - 05 C 2127

**Attorneys for Gordon Randy Steidl:**

Michael Bruce Metnick
METNICK CHERRY & FRAZIER
Suite 200 Myers Building
One West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791-2140
Tel:     (217) 753-4242
Fax:    (217) 753-4642
E-mail:  metnick@springfieldlawfirm.com

G. Flint Taylor; Jan Susler; Ben Elson
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60622
Tel:     (773) 235-0070
Fax:    (773) 235-6699
E-mail:  gftaylorjr@aol.com
         jsusler@aol.com
         elsonben@aol.com

**Attorneys for Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus, and Andre Parker:**

Karen L. McNaught
(also counsel for Jack Eckerty)
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706
Tel:     (217) 782-1841
Fax:    (217) 524-5091
E-mail:  kmcnaught@atg.state.il.us

Iain D. Johnston
HOLLAND & KNIGHT, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Tel:     (312) 578-6577
Fax:    (312) 578-6666
E-mail:  iain.johnston@hklaw.com

**Attorneys for Edgar County:**

Michael E. Raub; James C. Kearns;
Brian Michael Smith
HEYL, ROYSTER, VOELKER & ALLEN
102 East Main Street
Suite 3000
P.O. Box 129
Urbana, Illinois 61801-0129
Tel:     (217) 344-0060
Fax:    (217) 344-9295
E-mail:  mraub@hrva.com
         jkearns@hrva.com
         bsmith@hrva.com

**Attorneys for Michael McFatridge:**

Terry A. Ekl; Patrick L. Provenzale;
Vincent C. Mancini
EKL & WILLIAMS, PLLC
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
Tel:     (630) 654-0045
Fax:    (630) 654-0150
E-mail:  tekl@cewpc.com
         vmancini@cewpc.com
         pprovenzale@cewpc.com

5