E-FILED
Monday, 04 February, 2008  12:35:51 PM
Clerk, U.S. District Court, ILCD

*Steidl v. City of Paris, et al.*
Case No.: 05 C 2127
Our Case No.:  05-1040.2

# EXHIBIT B

# JAMES G. SOTOS & ASSOCIATES, LTD.
**Attorneys & Counselors at Law**

Main Office
550 E. Devon, Suite 150 • Itasca, IL 60143
(630) 735-3300
(630) 773-0980 Fax

-----

Chicago Office
20 N. Clark St., #800
Chicago, IL 60602
(312) 443-1253

James G. Sotos
-----
John J. Timbo
Sara M. Cliffe
Elizabeth A. Ekl
John H. Boyd
Christina S. White
Julie K. Bisbee

Writer's Direct Dial:
630-735-3303
eekl@jsotoslaw.com

January 10, 2008

**VIA CERTIFIED MAIL**
Mr. Michale Callahan
2406 Valleybrook South Drive
Champaign, Illinois 61822

RE:     *Steidl v. City of Paris*
Case No. 05 C 2127
Our File No. 05-1040.2

Dear Mr. Callahan:

On December 11, 2007 you accepted service of a *subpoena duces tecum* issued by my office in the above-captioned case.  That subpoena was returnable December 31, 2007.  (I have attached a copy hereto.)  However, I have not received any of the requested documents from you.

Please contact me at your earliest convenience at (630) 735-3303 to provide me with a date certain upon which I can expect receipt of the requested documents.  If I do not receive the requested documents or hear from you by next Thursday, January 17, 2008, I will assume that your failure to comply with the subpoena is willful and will be forced to seek the assistance of the court.

Very truly yours,

JAMES G. SOTOS & ASSOCIATES, LTD.

Elizabeth A. Ekl

EAE
Attachment
cc:     Attorneys of Record