IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 CV 2127 |
| ) | |
| CITY OF PARIS, Present and Former Paris Police ) | Judge Harold A. Baker |
| Officials Chief Gene Ray and Detective James ) | Magistrate Judge David G. Bernthal |
| Parrish; former Illinois State Trooper Jack Eckerty; ) | |
| former Edgar County State's Attorney Michael ) | |
| McFatridge; EDGAR COUNTY; and Illinois State ) | |
| Police Officials Steven M. Fermon, Diane Carper, ) | |
| Charles E. Brueggemann, Andre Parker, and ) | |
| Kenneth Kaupus, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF**

Defendants City of Paris, Gene Ray, Jim Parrish and Jack Eckerty, by their attorneys James G. Sotos and Elizabeth A. Ekl of James G. Sotos & Associates, Ltd., Michael McFatridge by his attorney Terry Ekl of Ekl Williams, PLLC,(collectively, "Defendants") hereby move this Honorable Court to grant this motion for leave to file a reply to Plaintiff's Response to Defendants' Motion to Quash Subpoena. In support thereof Defendants state the following:

1. Plaintiff issued a subpoena to Delorto, Mazzola & Associates(DMA), a private investigative firm, to produce documents related to its investigation of the Rhoads' murders, Randy Steidl, Herbert Whitlock and other suspects on December 28, 2007.

2. On January 11, 2008, Defendants filed a motion to quash the subpoena and a motion for protective order which asserted that, because DMA are agents of Defendants, any records in their possession are privileged under the work-product doctrine.

3.  On January 25, 2008, Plaintiffs filed a Response to Defendants' Motion to Quash Subpoena. Plaintiffs claim that Defendants waived the work-product privilege by disclosing the subpoenaed information to a third party; and by failing to provide a description of the privileged material as required under Fed. R. Civ. P 45(d)(2)(A).

4.  Plaintiff contends that one of the investigators at DMA, Ken Glowski, shared information from his investigation with Jeff Marlow, an investigator with the Illinois State police who is investigating the Dyke and Karen Rhoads homicides.

5.  Specifically, on March 9, 2006, Marlow documented a telephone conversation he had with Glowski. Marlow reported that Glowski stated he worked for Defendants' attorneys and had interviewed over fifty witnesses in reference to Mike Callahan. Glowski named four interviewees who stated the information in Callahan's report is inaccurate.

6.  Marlow's report does not indicate that Glowski discussed any strategies for talking with witnesses; he did not discuss any substantive information or facts alleged by the witnesses, let alone their implications. Mr. Glowski did not share any of his thoughts regarding the witnesses' credibility or knowledge, or any information that would otherwise fall within the work-product doctrine.

7.  Plaintiff further contends that Defendants have also waived privilege under the work-product doctrine as they did not provide a privilege log. However, Defendants submitted affidavits of one of DMA's partners, and of Ken Glowski, which are sufficient to preserve the privilege claimed.

8. As of the filing of this motion, Defendants have not had a chance to address the waiver issues raised for the first time in response to Defendants' motion to quash and Local Rule 7.1(b)(3) does not permit Defendants to file a reply.

WHEREFORE, Defendants respectfully request this Court grant this Motion for Leave to File a Reply Brief.

Date:   February 4, 2008                    RESPECTFULLY SUBMITTED,

s/ James G. Sotos
Attorney for Defendants, City of Paris, Gene Ray, James Parrish, and Jack Eckerty
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon Avenue, Suite 150
Itasca, IL  60143-2632
Telephone:  (630) 735-3300
Fax:  (630) 773-0980
jsotos@jsotoslaw.com

s/ Terry A. Ekl
Attorney for Defendant Michael McFatridge
EKL WILLIAMS, PLLC
115 W. 55th Street, Suite 400
Clarendon Hills, Illinois 60514
Tel:    (630) 654-0045
Fax:   (630) 654-0150
tekl@eklwilliams.com

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Defendants' Motion for Leave to File Reply Brief** with the Clerk of the Court on **February 4, 2008** using the CM/ECF system, which will send notification of such filing to the following counsel of record: See Attached Service List.

> s/ James G. Sotos
> James G. Sotos, Attorney No. 06191975
> JAMES G. SOTOS & ASSOCIATES, LTD.
> 550 East Devon Avenue, Suite 150
> Itasca, IL 60143-2632
> Telephone: (630) 735-3300
> Fax: (630) 773-0980
> jsotos@jsotoslaw.com
>
> *Attorney for Defendants, City of Paris, Gene Ray, James Parrish, and Jack Eckerty*

## SERVICE LIST
## GORDON RANDY STEIDL v. CITY OF PARIS, ET AL - 05 C 2127

**Attorneys for Gordon Randy Steidl:**

Michael Bruce Metnick
METNICK CHERRY & FRAZIER
Suite 200 Myers Building
One West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791-2140
Tel:   (217) 753-4242
Fax:   (217) 753-4642
E-mail: metnick@springfieldlawfirm.com

G. Flint Taylor; Jan Susler; Ben Elson
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60622
Tel:   (773) 235-0070
Fax:   (773) 235-6699
E-mail: gftaylorjr@aol.com
        jsusler@aol.com
        elsonben@aol.com

**Attorneys for Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus, and Andre Parker:**

Karen L. McNaught
(also counsel for Jack Eckerty)
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706
Tel:   (217) 782-1841
Fax:   (217) 524-5091
E-mail: kmcnaught@atg.state.il.us

Iain D. Johnston
HOLLAND & KNIGHT, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Tel:   (312) 578-6577
Fax:   (312) 578-6666
E-mail: iain.johnston@hklaw.com

**Attorneys for Edgar County:**

Michael E. Raub; James C. Kearns;
Brian Michael Smith
HEYL, ROYSTER, VOELKER & ALLEN
102 East Main Street
Suite 3000
P.O. Box 129
Urbana, Illinois 61801-0129
Tel:   (217) 344-0060
Fax:   (217) 344-9295
E-mail: mraub@hrva.com
        jkearns@hrva.com
        bsmith@hrva.com

**Attorneys for Michael McFatridge:**

Terry A. Ekl; Patrick L. Provenzale;
Vincent C. Mancini
EKL & WILLIAMS, PLLC
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
Tel:   (630) 654-0045
Fax:   (630) 654-0150
E-mail: tekl@cewpc.com
        vmancini@cewpc.com
        pprovenzale@cewpc.com