IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   No. 05 cv 02127 |
| | )   Judge Harold Baker |
| | )   Magistrate Judge Bernthal |
| **CITY OF PARIS,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT HIS RESPONSE TO DEFENDANTS' MOTION TO QUASH SUBPOENA WITH ADDITIONAL EXHIBITS RELEVANT TO THE ISSUE OF WAIVER**

Now comes the plaintiff, Gordon Randy Steidl, by and through his attorneys and moves this Court for leave to supplement his Response to Defendants' Motion to Quash Subpoena with additional exhibits relevant to the issue of waiver. In support, Plaintiff states as follows:

1. On December 28, 2007, plaintiff issued a subpoena to the private investigative firm of Delorto, Mazzola & Associates seeking production of any and all materials and documents related to the Rhoads' murders, Randy Steidl, Herbert Whitlock, or other suspects.

2. Defendants did not produce the subpoenaed documents but rather, on January 11, 2008, filed a motion to quash the subpoena, claiming a blanket work product privilege.

3. On January 25, 2008, Plaintiff filed a response to defendants' motion to quash asserting that defendants waived any alleged claim of privilege based upon their disclosure of the

      materials to third parties and their failure to provide a description of the withheld materials sufficient to enable the demanding party to contest the claim.

4. Subsequent to the date Plaintiff filed his response, Plaintiff's counsel received some highly significant documents that impact the resolution of the defendants' motion to quash, including but not limited to whether the subpoenaed documents are entitled to the blanket application of the work product privilege as claimed by the defendants and whether any such privilege has been waived.

5. Therefore, Plaintiff's counsel deem it imperative to tender these documents to the court, under seal if the court deems it necessary.[1]

WHEREFORE Plaintiff respectfully requests leave to supplement his Response to Defendants' Motion to Quash Subpoena with additional exhibits relevant to the issue of defendants' waiver of any asserted work product privilege.

February 11, 2008
                           Respectfully submitted,

                           /s/   Jan Susler
                           Jan Susler
                           G. Flint Taylor
                           Ben Elson
                           People's Law Office
                           1180 N. Milwaukee Avenue
                           Chicago, Illinois 60622
                           773/235-0070

                           Michael Bruce Metnick
                           Metnick, Cherry, Frazier, and Sabin, L.L.P.
                           Second Floor - Myers Bldg.
                           P. O. Box 12140
                           Springfield, IL 62791-2140
                           217/753-4242

---

[1] Plaintiff will bring these documents to court on February 13.

Attorneys for Plaintiff