IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **No. 05 cv 02127** |
| ) | **Judge Harold Baker** |
| ) | **Magistrate Judge Bernthal** |
| **CITY OF PARIS,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

**AGREED MEMORANDUM TO COURT**
**PER ORDER OF FEBRUARY 13, 2008**

Dear Judge Baker:

In compliance with your order of February 13, 2008, the parties in *Steidl v. City of Paris et al.*, No. 05 CV 2127, together with counsel on behalf of Herbert Whitlock, who represented that they will file within fourteen days [February 26, 2008] a suit, offer the following memorandum of the agreements we reached on February 13.

1. Consolidation:
*Steidl v. City of Paris et al.*, No. 05 CV 2127 and the *Whitlock* case will be consolidated for purposes of discovery but not for trial, with the following qualifications:
   a. if the discovery in the *Whitlock* case is postponed or stayed for any reason, the discovery and trial date in *Steidl* will not be adversely affected but rather will proceed as scheduled; and
   b. Nothing herein shall prohibit Whitlock from adding deponents pertaining to his case.

2. Written discovery:
   a. The parties in *Steidl* will exchange answers to written discovery within 30 days [March 17, 2008], and shall continue thereafter with paper discovery.
   b. Between February 13, 2008 and May 1, 2008, the parties in *Whitlock* will file, serve and answer the complaint and exchange written discovery.

3. Depositions:
   a. Depositions in *Steidl* and *Whitlock* will commence on May 1, 2008.

   b. The parties will select lead counsel for each deposition. Each deposition will be conducted by a maximum of two lawyers a side. On the plaintiffs' side, Whitlock and Steidl shall each be entitled to have one lawyer "conducting" at the deposition.
   c. Within the next 30 days [March 17, 2008], the parties will attempt to agree on a limit on the number of fact witness depositions to be conducted, by establishing "will call" and "may call" lists between 40 and 90 fact witnesses, not including expert witnesses, per side. If the parties cannot agree on the number of depositions, they will ask the court's intervention to set an appropriate limitation.
   d. *Whitlock* is not required to adhere to the 30 day limitation on naming "will call" and "may call" witnesses. *Whitlock* will name his witnesses at a later time.

  4. *Steidl* trial:
   a. Final pretrial conference will take place October 26, 2009;
   b. Trial will commence on November 2, 2009.

Very truly yours,

Jan Susler
Flint Taylor
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622
773/235-0070

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242
Attorneys for Plaintiff

Michael E. Raub
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217/344-0060
Attorney for Edgar County

Terry Ekl
Ekl Williams, PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, Illinois 60532

630/654-0045 x 35 (Mancini); x16 (Ekl)
Attorney for Michael McFatridge

James Sotos, Elizabeth A. Ekl
James Sotos & Associates
550 E. Devon Ave., Suite 150
Itasca, IL 60143
630/735-3300
Attorneys for City of Paris, Gene Ray, James Parrish, and Jack Eckerty

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
312/578-6577
Attorney for Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus

Rich Kling, Susana L. Ortiz
IIT Kent School of Law
Law Offices, Suite 600
565 W. Adams St.
Chicago, Illinois 60661-3691
312/906-5050

Ron Balson, Carrie Hall
Michael Best & Friedrich LLP
Two Prudential Plaza, Suite 2000
180 N. Stetson Ave.
Chicago, IL 60601-6710
(312) 222-0800
Attorneys for Herb Whitlock