IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | No. 05 CV 2127 |
| **CITY OF PARIS,** Present and Former Paris ) | |
| Police Officials Chief Gene Ray and Detective James ) | Honorable Harold A. Baker |
| Parrish; former Illinois State Trooper Jack Eckerty; ) | |
| former Edgar County State's Attorney Michael ) | |
| McFatridge; **EDGAR COUNTY;** and Illinois State ) | |
| Police Officials Steven M. Fermon, Diane Carper, ) | |
| Charles E. Brueggemann, Andre Parker, and ) | |
| Kenneth Kaupus, ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF FILING/CERTIFICATE OF SERVICE**

Jan Susler, an attorney, hereby certifies that on February 15, 2008, she electronically filed Agreed Memorandum to Court per Order of February 13, 2008 using the EM/ECF system which will send notification of such filing to:

Terry Ekl, Vincent C. Mancini
Ekl Williams, PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, Illinois 60532
vmancini@cwepc.com, tekl@cwepc.com, pprovenzale@cwepc.com
Attorneys for Michael McFatridge

Michael E. Raub, James Kearns
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com, jkearns@hrva.com
Attorneys for Edgar County

1

James Sotos, Sara Cliffe, Elizabeth A. Ekl
James Sotos & Associates
550 E. Devon Ave., Suite 150
Itasca, IL 60143
jsotos@jsotoslaw.com , scliffe@jsotoslaw.com, eekl@jsotoslaw.com
Attorneys for City of Paris, Gene Ray, James Parrish and Jack Eckerty

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
iain.johnston@hklaw.com
Attorney for Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, Kenneth Kaupus

Rich Kling, Susana L. Ortiz
IIT Kent School of Law
Law Offices, Suite 600
565 W. Adams St.
Chicago, Illinois 60661-3691
312/906-5050
rkling@kentlaw.edu
sortiz@kentlaw.edu

Ron Balson, Carrie Hall
Michael Best & Friedrich LLP
Two Prudential Plaza, Suite 2000
180 N. Stetson Ave.
Chicago, IL 60601-6710
(312) 222-0800
rhbalson@michaelbest.com
cahall@michaelbest.com
Attorneys for Herb Whitlock

                s/Jan Susler
                _____
                G. Flint Taylor
                Jan Susler
                Ben Elson
                People's Law Office
                1180 N. Milwaukee Ave.
                Chicago, Il. 60622
                773/235-0070

jsusler@aol.com
gftaylorjr@aol.com
elsonben@aol.com

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242
metnick@springfieldlawfirm.com

3