E-FILED
Friday, 29 February, 2008  03:49:27 PM
Clerk, U.S. District Court, ILCD

*Steidl v. City of Paris, et al*
Case No.        05-2127
Our File No.   1040

**Exhibit**

**A**

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, et al., | ) | Judge Harold A. Baker |
| | ) | Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

## AFFIDAVIT OF JAMES G. SOTOS

I, JAMES G. SOTOS, being first duly sworn upon oath, do state and depose that I have

personal knowledge of all facts which follow, and, if called, I could testify to the following:

1.  On February 13, 2008, after a hearing in the above captioned matter, Plaintiff's counsel, Jan Susler, handed me a stack of investigative memoranda created by Delorto, Mazzola and Associates.

2.  When I asked Ms. Susler how she had obtained the documents, Ms. Susler suggested I contact Dan Curry, whose handwritten name appeared on one of the documents.

3.  I called Mr. Curry who advised that he had received the documents from defense counsel for Michael McFatridge, Terry Ekl, who had advised him to treat them confidentially.

4.  Mr. Curry further advised that he later shared the documents with a Champaign, Illinois News-Gazette reporter, Jim Dey, and had instructed Mr. Dey to not share the documents with anyone.

5.  On February 28, 2008, Mr. Dey sent me an email explaining that he had given a copy of the documents to Michale Callahan who later told Mr. Dey that he disclosed them to Plaintiff's counsel.

FURTHER AFFIANT SAYETH NOT.

_____
JAMES G. SOTOS

SUBSCRIBED and SWORN to before me ths 29 day of February, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
LINDSEY M. PIASECKI
Notary Public - State of Illinois
My Commission Expires May 31, 2011