*Steidl v. City of Paris, et al*
Case No.      05-2127
Our File No.  1040

**Exhibit
B**

STATE OF ILLINOIS )
)SS.
COUNTY OF DUPAGE )

I, DANIEL CURRY, being first duly sworn upon oath, do state and depose that I have personal knowledge of all facts which follow and, if called, I could testify to the following:

1. I, Dan Curry, am at times an advisor to Robert Morgan, a non-party whose name has surfaced in connection with matters related to the *Steidl v. City of Paris* et al. litigation.

2. In January and May of 2006, I received email communication from Terry Ekl, defense counsel to Michael McFatridge which included portions of investigative memos prepared by Delorto, Mazzola and Associates.

3. I understood upon receipt of the documents that they had been created by agents of Mr. Ekl and his co-counsel and that they were strictly confidential and were not to be distributed to anyone.

4. In 2007, I shared the documents that I had received from Mr. Ekl with Jim Dey, a reporter with the Champaign, Illinois News-Gazette, upon his pledge that he would keep them confidential.

5. Mr. Dey is not a party to the *Steidl v. City of Paris, et al* litigation and is not, to my knowledge, adversarial to the Defendants.

Further affiant sayeth not.

_____
DANIEL CURRY

SUBSCRIBED and SWORN to before me this 29th day of February, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
CARRIE A. KINOWSKI
Notary Public - State of Illinois
My Commission Expires May 31, 2011