*Steidl v. City of Paris, et al*
Case No.     05-2127
Our File No. 1040

**Exhibit
C**

STATE OF ILLINOIS     )
                      )SS.
COUNTY OF DUPAGE      )

    I, TERRY EKL, being first duly sworn upon oath, do state and depose that I have personal knowledge of all facts which follow and, if called, I could testify to the following:

1. As counsel to Defendant Michael McFatridge I had access to investigative memoranda prepared by our agents Delorto, Mazzola and Associates prepared in furtherance of the defense in the *Steidl v. City of Paris*, et al. litigation.

2. In January and May of 2006 I shared portions of the investigative memoranda with Dan Curry, an advisor to a non-adversarial third party.

3. I instructed Mr. Curry that the memos were not to be shared with any one else, and were strictly confidential.

4. I have had no further communication with Mr. Curry regarding his possible distribution of the investigative memoranda.

Further affiant sayeth not.

_____
TERRY EKL

SUBSCRIBED and SWORN to before
me this _____ day of February, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
MARY NASH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9/14/2010