*Steidl v. City of Paris, et al*
Case No.     05-2127
Our File No.  1040

**Exhibit
D**

STATE OF ILLINOIS      )
                       )SS.
COUNTY OF DUPAGE       )

    I, JIM DEY, being first duly sworn upon oath, do state and depose that I have personal knowledge of all facts which follow and, if called, I could testify to the following:

1. I am a news reporter with the News-Gazette newspaper in Champaign, Illinois.

2. In 2007, at the offices of the News-Gazette, I received investigative memos regarding the *Steidl v. City of Paris, et al* litigation from Dan Curry.

3. I pledged to Mr. Curry that I would not share the information with anyone.

4. However, in or around January 2008, Michale Callahan came to the News-Gazette to bring me some reports on the *Steidl* case. At that time, I showed Michale Callahan the investigative reports that I received from Dan Curry.

5. I agreed to provide copies of the reports to Mr. Callahan and I believe I explained to him that the investigative reports were to remain between the two of us.

6. Michale Callahan later told me that he gave the copies to Plaintiff's lawyers. Subsequently, Attorney Jan Susler telephoned me and said that she would keep my name out of it, but that she intended to use the documents as she saw fit.

7. On February 28, 2008, I informed defense counsel, James G. Sotos, that I had in fact disclosed the investigative memoranda to Michale Callahan despite my promise to Dan Curry that I would not share the documents.

Further affiant sayeth not.

                                    _____
                                    JIM DEY

SUBSCRIBED and SWORN to before
me this 29 day of February, 2008.

_____
      NOTARY PUBLIC



"OFFICIAL SEAL"
BLAKE WEAVER
COMMISSION EXPIRES 04/27/08