# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) No. 05 CV 2127 |
| **CITY OF PARIS, Present and Former Paris** | ) |
| **Police Officials Chief Gene Ray and Detective James** | ) Honorable Harold A. Baker |
| **Parrish; former Illinois State Trooper Jack Eckerty;** | ) |
| **former Edgar County State's Attorney Michael** | ) |
| **McFatridge; EDGAR COUNTY; and Illinois State** | ) |
| **Police Officials Steven M. Fermon, Diane Carper,** | ) |
| **Charles E. Brueggemann, Andre Parker, and** | ) |
| **Kenneth Kaupus,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING/CERTIFICATE OF SERVICE

Jan Susler, an attorney, hereby certifies that on March 3, 2008, she electronically filed Plaintiff's Renewed Motion for Leave to Supplement His Response to Defendants' Motion to Quash Subpoena with Additional Exhibits (exhibits filed Under Seal) Relevant to the Issue of Waiver, using the EM/ECF system which will send notification of such filing to:

Terry Ekl, Vincent C. Mancini
Ekl Williams, PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, Illinois 60532
vmancini@cwepc.com, tekl@cwepc.com, pprovenzale@cwepc.com
Attorneys for Michael McFatridge

Michael E. Raub, James Kearns
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com, jkearns@hrva.com
Attorneys for Edgar County

James Sotos, Sara Cliffe, Elizabeth A. Ekl
James Sotos & Associates
550 E. Devon Ave., Suite 150
Itasca, IL 60143
jsotos@jsotoslaw.com , scliffe@jsotoslaw.com, eekl@jsotoslaw.com
Attorneys for City of Paris, Gene Ray, James Parrish and Jack Eckerty

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
iain.johnston@hklaw.com
Attorney for Steven M. Fermon, Diane Carper, Charles E. Brueggemann,
Andre Parker, Kenneth Kaupus

         s/Jan Susler
         G. Flint Taylor
         Jan Susler
         Ben Elson
         People's Law Office
         1180 N. Milwaukee Ave.
         Chicago, Il. 60622
         773/235-0070

         Michael Bruce Metnick
         Metnick, Cherry, Frazier, and Sabin, L.L.P.
         Second Floor - Myers Bldg.
         P. O. Box 12140
         Springfield, IL 62791-2140
         217/753-4242

         Attorneys for Plaintiff