05975-R1013
MER/BMS/dkl
G:\13\R1013\R1013DCC 005

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 05-2127 |
| | ) |
| CITY OF PARIS, Present and Former Paris | ) |
| Police Officials Chief Gene Ray and | ) |
| Detective James Parrish; former Illinois | ) |
| State Trooper Jack Eckerty; former Edgar | ) |
| County State's Attorney Michael | ) |
| McFatridge; EDGAR COUNTY; and | ) |
| Illinois State Police Officials Steven M. | ) |
| Fermon, Diane Carper, Charles E. | ) |
| Brueggemann, Andre Parker, and Kenneth | ) |
| Kaupus, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT EDGAR COUNTY'S SECOND
SUPPLEMENTAL RULE 26 DISCLOSURES**

The undersigned attorney hereby certifies that supplemental disclosures were served upon the attorneys of record of all parties to the above cause. The documents are contained on one DVD, marked as "Edgar County 2nd Supplemental Rule 26 Disclosures", and contains the following documents:

Bates stamped documents titled "Edgar County Circuit Clerk File 00001 - 05489"

The above-referenced disclosure documents contained on the DVD were served by enclosing the same in an envelope addressed to the following attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Urbana, Illinois, on the 11th day of March, 2008:

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

| | |
|---|---|
| Mr. G. Flint Taylor<br>Ms. Janis M. Susler<br>People's Law Office<br>1180 N. Milwaukee<br>Chicago, IL 60622 | Mr. Patrick L. Provenzale<br>Mr. Terry A. Ekl<br>Mr. Vincent C. Mancini<br>Ekl Williams PLLC<br>115 W. 55th St., Suite 400<br>Claredon Hills, IL 60514 |
| Mr. Michael B. Metnick<br>Metnick, Cherry & Frazier<br>Suite 200 Myers Bldg.<br>1 West Old State Capitol Plaza<br>P.O. Box 12140<br>Springfield, IL 62791 | Mr. Iain D. Johnston<br>Holland & Knight, LLP<br>131 S. Dearborn Street, 30th Floor<br>Chicago, IL 60603 |
| Ms. Karen L. McNaught<br>Illinois Attorney General<br>500 S. Second St.<br>Springfield, IL 62706 | Mr. James G. Sotos<br>Ms. Elizabeth A. Ekl<br>Ms. Sara M. Cliffe<br>James G. Sotos & Associates<br>550 East Devon Avenue<br>Suite 150<br>Itasca, IL 60143 |

As requested by the Federal Court of the Central District of Illinois, the originals of said supplemental disclosures were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

s/ Michael E. Raub
Attorney for Defendant, Edgar County
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: mraub@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2