IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 05 cv 2127 |
| ) | Judge Harold Baker |
| **CITY OF PARIS,** *et al.* ) | Magistrate Judge Bernthal |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S MOTION TO WITHDRAW
MOTION FOR A PROTECTIVE ORDER TO BAR
DEFENDANTS FROM PROCEEDING WITH DEPOSITIONS
THE WEEK OF JANUARY 21, 2008**

Plaintiff, Randy Steidl, by his attorneys, and pursuant to this Court's order of March 14, 2008, moves for leave to withdraw his motion for a protective order to bar defendants from proceeding with depositions the week of January 21, 2008. In support, plaintiff states as follows:

1. On March 14, 2008, this Court entered an order [Doc. 172] ordering the parties to move to withdraw any of the motion that may be moot by virtue of the agreed discovery memorandum.

2. Plaintiff's motion for a protective order to bar defendants from proceeding with depositions the week of January 21, 2008 [Doc. 155] became moot by virtue of this Court's order of January 18, 2008 (no docket number assigned) staying discovery until February 13, 2008, and the subsequent agreed discovery memorandum.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting him leave to withdraw his motion for a protective order to bar defendants from proceeding with

depositions the week of January 21, 2008.

Dated: March 19, 2008

        s/Jan Susler
        Jan Susler
        G. Flint Taylor
        Ben Elson
        People's Law Office
        1180 N. Milwaukee Avenue
        Chicago, IL 60622
        773/235-0070

        Michael Bruce Metnick
        Metnick, Cherry, Frazier, and Sabin, L.L.P.
        Second Floor - Myers Building
        P. O. Box 12140
        Springfield, IL 62791-2140
        217/753-4242

        Attorneys for Plaintiff