IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Honorable Harold A. Baker |
| **CITY OF PARIS, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF FILING/CERTIFICATE OF SERVICE

Jan Susler, an attorney, hereby certifies that on March 19, 2008, she electronically filed Plaintiff's Motion to Withdraw his Motion for a Protective Order to Bar Defendants from Proceeding with Depositions the Week of January 21, 2008, using the EM/ECF system which will send notification of such filing to the following counsel of record:

Terry Ekl, Vincent C. Mancini, Patrick L. Provenzale
Connolly, Ekl, & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
630/654-0045
vmancini@cewpc.com, pprovenzale@cewpc.com
Attorneys for Michael McFatridge

James Sotos, Sara Cliffe, Elizabeth A. Ekl
James Sotos & Associates
550 E. Devon Ave., Suite 150
Itasca, IL 60143
630/735-3300
jsotos@jsotoslaw.com, scliffe@jsotoslaw.com, eekl@jsotoslaw.com
Attorneys for City of Paris, Gene Ray, James Parrish, and Jack Eckerty

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
312/578-6577
iain.johnston@hklaw.com
Attorney for Steven M Fermon, Diane Carper, Charles E Brueggemann, Andre Parker, Kenneth Kaupus

Michael E. Raub, James Kearns, Brian Smith
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com, jkearns@hrva.com, bsmith@hrva.com
Attorneys for Edgar County

        s/Jan Susler
        _____
        G. Flint Taylor
        Jan Susler
        Ben Elson
        People's Law Office
        1180 N. Milwaukee Ave.
        Chicago, Il. 60622
        773/235-0070
        jsusler@aol.com
        gftaylorjr@aol.com
        elsonben@aol.com

        Michael Bruce Metnick
        Metnick, Cherry, Frazier, and Sabin, L.L.P.
        Second Floor - Myers Bldg.
        P. O. Box 12140
        Springfield, IL 62791-2140
        217/753-4242
        metnick@springfieldlawfirm.com