# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 cv 2127 |
| ) | Judge Harold Baker |
| CITY OF PARIS, *et al.* ) | Magistrate Judge Bernthal |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO WITHDRAW
MOTION FOR LEAVE TO SUPPLEMENT HIS RESPONSE TO
DEFENDANTS' MOTION TO QUASH SUBPOENA WITH
ADDITIONAL EXHIBITS RELEVANT TO THE ISSUE OF WAIVER**

Plaintiff, Randy Steidl, by his attorneys, and pursuant to this Court's order of March 14, 2008, moves for leave to withdraw his Motion for Leave to Supplement His Response to Defendants' Motion to Quash Subpoena With Additional Exhibits Relevant to the Issue of Waiver. In support, plaintiff states as follows:

1. On March 14, 2008, this Court entered an order [Doc. 172] ordering the parties to move to withdraw any of the motions that may be moot by virtue of the agreed discovery memorandum [Doc. 165].

2. Plaintiff's Motion for Leave to Supplement His Response to Defendants' Motion to Quash Subpoena With Additional Exhibits Relevant to the Issue of Waiver became moot by virtue of this Court's verbal order of February 13, 2008, instructing Plaintiff's counsel to deliver the documents to counsel for defendants claiming the work product privilege. Plaintiff's counsel instantly complied with that order.

3. However, Plaintiff's Renewed Motion for Leave to Supplement His Response to

Defendants' Motion to Quash Subpoena with Additional Exhibits (exhibits filed Under Seal) Relevant to the Issue of Waiver [Doc. 168], and the exhibits filed under seal [Doc. 170], are *not* moot; and Plaintiff asks the Court to consider them, and his Response [Doc. 159], when ruling on Defendants' Motion to Quash Subpoena and for Entry of Protective Order . [Doc. 153].

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting him leave to withdraw his Motion for Leave to Supplement His Response to Defendants' Motion to Quash Subpoena With Additional Exhibits Relevant to the Issue of Waiver.

Dated: March 19, 2008

s/Jan Susler
Jan Susler
G. Flint Taylor
Ben Elson
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622
773/235-0070

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Building
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242

Attorneys for Plaintiff