E-FILED
Wednesday, 19 March, 2008  04:50:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | |
| CITY OF PARIS, et al. | ) | Judge Harold A. Baker |
| | ) | Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO WITHDRAW EMERGENCY MOTION TO COMPEL DEPOSITIONS TO PROCEED THE WEEK OF JANUARY 21, 2008 [157]**[1]

Defendants City of Paris, Gene Ray, Jim Parrish and Jack Eckerty, by their attorneys James G. Sotos and Elizabeth A. Ekl of James G. Sotos & Associates, Ltd., Michael McFatridge by his attorney, Terry A. Ekl of Ekl Williams, PLLC, Michael Raub on behalf of Edgar County and Iain Johnston on behalf of Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus, and Andre Parker, (collectively "Defendants") hereby move for leave to withdraw their emergency motion to compel depositions to proceed the week of January 21, 2008 [Doc. 157].

1.      On March 14, 2008, this Court entered an order requiring the parties to file, within five days of the date of the order, a motion to withdraw any of the motions that may be moot by virtue of the agreed discovery memorandum.

---

[1] Defendants' motion to quash subpoena and for entry of a protective order [Doc. 153] and Defendants' motion for leave to file a reply brief to Plaintiff's response thereto [Doc. 162] are still pending before the Court. Defendants' motion for an order to show cause and motion to compel production of documents from Michale Callahan [Doc. 161] is also still pending before this Court.

2. On January 18, 2008, this Court ordered that discovery be stayed until February 13, 2008. [Doc. 155.] The parties subsequently filed an agreed discovery memorandum which allows for depositions to commence May 1, 2008. As a result, Defendants' Emergency Motion to Compel Depositions to Proceed the Week of January 21, 2008 [Doc. 157] is moot.

Wherefore, Defendants request this Honorable Court grant their request to withdraw their Emergency Motion to Compel Depositions to Proceed the Week of January 21, 2008 [Doc. 157].

| | |
|---|---|
| Date: March 19, 2008 | RESPECTFULLY SUBMITTED, |
| s/ James G. Sotos<br>Attorney for Defendants, City of Paris, Gene Ray, James Parrish, and Jack Eckerty<br>JAMES G. SOTOS & ASSOCIATES, LTD.<br>550 East Devon Avenue, Suite 150<br>Itasca, IL  60143-2632<br>Telephone:  (630) 735-3300<br>Fax:  (630) 773-0980<br>jsotos@jsotoslaw.com | s/Michael E. Raub<br>Attorney for Edgar County<br>HEYL, ROYSTER, VOELKER & ALLEN<br>102 East Main Street<br>Suite 3000<br>P.O. Box 129<br>Urbana, Illinois 61801-0129<br>Tel:    (217) 344-0060<br>Fax:    (217) 344-9295<br>mraub@hrva.com |
| s/ Terry A. Ekl<br>Attorney for Defendant Michael McFatridge<br>EKL WILLIAMS, PLLC<br>115 W. 55th Street, Suite 400<br>Clarendon Hills, Illinois 60514<br>Tel:    (630) 654-0045<br>Fax:    (630) 654-0150<br>tekl@eklwilliams.com | s/Iain D. Johnston<br>Attorney for Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus, and Andre Parker<br>HOLLAND & KNIGHT, LLP<br>131 South Dearborn Street, 30th Floor<br>Chicago, IL 60603<br>Tel:    (312) 578-6577<br>Fax:    (312) 578-6666<br>iain.johnston@hklaw.com |

# CERTIFICATE OF SERVICE

    The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Defendants' Motion to Withdraw Emergency Motion to Compel Depositions to Proceed the Week of January 21, 2008** with the Clerk of the Court on **March 19, 2008** using the CM/ECF system, which will send notification of such filing to the following counsel of record: See Attached Service List.

                                          s/ James G. Sotos
                                          James G. Sotos
                                          JAMES G. SOTOS & ASSOCIATES, LTD.
                                          550 East Devon Avenue, Suite 150
                                          Itasca, IL  60143-2632
                                          Telephone:  (630) 735-3300
                                          Fax:  (630) 773-0980
                                          jsotos@jsotoslaw.com

                                          *Attorney for Defendants, City of Paris, Gene Ray, James Parrish, and Jack Eckerty*

## SERVICE LIST
## GORDON RANDY STEIDL v. CITY OF PARIS, ET AL - 05 C 2127

**Attorneys for Gordon Randy Steidl:**

Michael Bruce Metnick
METNICK CHERRY & FRAZIER
Suite 200 Myers Building
One West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791-2140
Tel:     (217) 753-4242
Fax:    (217) 753-4642
E-mail:  metnick@springfieldlawfirm.com

G. Flint Taylor; Jan Susler; Ben Elson
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60622
Tel:     (773) 235-0070
Fax:    (773) 235-6699
E-mail:  gftaylorjr@aol.com
         jsusler@aol.com
         elsonben@aol.com

**Attorneys for Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus, and Andre Parker:**

Karen L. McNaught
(also counsel for Jack Eckerty)
Illinois Attorney General
500 S. Second Street
Springfield, IL  62706
Tel:     (217) 782-1841
Fax:    (217) 524-5091
E-mail:  kmcnaught@atg.state.il.us

Iain D. Johnston
HOLLAND & KNIGHT, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Tel:     (312) 578-6577
Fax:    (312) 578-6666
E-mail:  iain.johnston@hklaw.com

**Attorneys for Edgar County:**

Michael E. Raub; James C. Kearns;
Brian Michael Smith
HEYL, ROYSTER, VOELKER & ALLEN
102 East Main Street
Suite 3000
P.O. Box 129
Urbana, Illinois 61801-0129
Tel:     (217) 344-0060
Fax:    (217) 344-9295
E-mail:  mraub@hrva.com
         jkearns@hrva.com
         bsmith@hrva.com

**Attorneys for Michael McFatridge:**

Terry A. Ekl; Patrick L. Provenzale;
Vincent C. Mancini
EKL & WILLIAMS, PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, Illinois 60532
Tel:     (630) 654-0045
Fax:    (630) 654-0150
E-mail:  tekl@cewpc.com
         vmancini@cewpc.com
         pprovenzale@cewpc.com