05975-R1013
BMS/dkl
G:\13\R1013\R1013DCC 006

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 05-2127 |
| | ) |
| CITY OF PARIS, Present and Former Paris | ) |
| Police Officials Chief Gene Ray and | ) |
| Detective James Parrish; former Illinois | ) |
| State Trooper Jack Eckerty; former Edgar | ) |
| County State's Attorney Michael | ) |
| McFatridge; EDGAR COUNTY; and | ) |
| Illinois State Police Officials Steven M. | ) |
| Fermon, Diane Carper, Charles E. | ) |
| Brueggemann, Andre Parker, and Kenneth | ) |
| Kaupus, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE FOR DISCOVERY**

The undersigned attorney hereby certifies that on the 24th day of March, 2008, he served copies of **EDGAR COUNTY'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS** and **ANSWERS TO INTERROGATORIES TO DEFENDANT, EDGAR COUNTY** to the Plaintiff by depositing same in the U.S. Mails at Urbana, Illinois, with proper postage affixed thereto, to:

| | |
|---|---|
| Mr. G. Flint Taylor | Mr. Michael B. Metnick |
| Ms. Janis M. Susler | Metnick, Cherry & Frazier |
| Mr. Ben Elson | Suite 200 Myers Bldg. |
| People's Law Office | 1 West Old State Capitol Plaza |
| 1180 N. Milwaukee | P.O. Box 12140 |
| Chicago, IL 60622 | Springfield, IL 62791 |

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

Mr. James G. Sotos
Ms. Elizabeth A. Ekl
Ms. Sara M. Cliffe
James G. Sotos & Associates
550 East Devon Avenue
Suite 150
Itasca, IL  60143

Mr. Terry A. Ekl
Mr. Vincent C. Mancini
Ekl Williams PLLC
115 W. 55th St., Suite 400
Clarendon Hills, IL 60514

Mr. Iain D. Johnston
Holland & Knight, LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL  60603

Ms. Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706

Ms. Carrie Hall
Michael Best & Friedrich LLP
Suite 1900
401 N. Michigan Avenue
Chicago, IL  60611

s/ Michael E. Raub
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: mraub@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL, 61803-0129
Fax (217) 344-9295
(217) 344-0060