IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | |
| ) | No. 05 cv 02127 |
| ) | Judge Harold Baker |
| CITY OF PARIS, *et al.*       ) | Magistrate Judge Bernthal |
| ) | |
| Defendants.       ) | |
| ) | |

**PLAINTIFF'S MOTION TO REFILE AS A MOTION HIS RENEWED
MOTION FOR LEAVE TO SUPPLEMENT HIS RESPONSE
TO DEFENDANTS' MOTION TO QUASH SUBPOENA
WITH ADDITIONAL (UNDER SEAL) EXHIBITS
RELEVANT TO THE ISSUE OF WAIVER (MISTAKENLY FILED AS A RESPONSE)
AND TO WITHDRAW IT AS A "RESPONSE"**

Plaintiff, Gordon Randy Steidl, by his attorneys, moves this Court for leave to withdraw his Renewed Motion to Supplement his Response to Defendants' Motion to Quash Subpoena With Additional (Under Seal) Exhibits Relevant to the Issue of Waiver [ Doc.168] (mistakenly filed as a response) and to Refile It As a Motion.  In support, Plaintiff states as follows:

1. This Court issued an order on March 20, 2008, instructing that Plaintiff's Renewed Motion for Leave to Supplement his Response [Doc. 168] was filed *as a response*, not as a motion, and that it is therefore not pending before the Court, and granting Plaintiff leave to file a motion to withdraw it and seek leave to refile it using the proper docketing event.

2. By this motion, Plaintiff seeks to correct his error and refile Plaintiff's Renewed Motion for Leave to Supplement his Response [Doc. 168] *as a motion*. Said motion is attached

1

hereto.

WHEREFORE, Plaintiff asks this Court for leave to file his Renewed Motion to Supplement his Response to Defendants' Motion to Quash Subpoena With Additional (Under Seal) Exhibits Relevant to the Issue of Waiver (mistakenly filed as a response) as a Motion, attached hereto, and to withdraw it as a response.

Dated: March 24, 2008

 s/Jan Susler 
Jan Susler
G. Flint Taylor
Ben Elson
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622
773/235-0070

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Building
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242

Attorneys for Plaintiff