IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 05 CV 2127 |
| CITY OF PARIS, et al., | ) Honorable Harold A. Baker |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING/CERTIFICATE OF SERVICE**

Jan Susler, an attorney, hereby certifies that on March 24, 2008, she electronically filed Plaintiff's Motion to Refile as a Motion His Renewed Motion for Leave to Supplement His Response to Defendants' Motion to Quash Subpoena with Additional (Under Seal) Exhibits Relevant to the Issue of Waiver (Mistakenly Filed as a Response) and to Withdraw it as a "Response," using the EM/ECF system which will send notification of such filing to:

Terry Ekl, Vincent C. Mancini
Ekl Williams, PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, Illinois 60532
vmancini@cwepc.com, tekl@cwepc.com, pprovenzale@cwepc.com
Attorneys for Michael McFatridge

Michael E. Raub, James Kearns
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com, jkearns@hrva.com
Attorneys for Edgar County

James Sotos, Sara Cliffe, Elizabeth A. Ekl
James Sotos & Associates
550 E. Devon Ave., Suite 150
Itasca, IL 60143
jsotos@jsotoslaw.com , scliffe@jsotoslaw.com, eekl@jsotoslaw.com

1

Attorneys for City of Paris, Gene Ray, James Parrish and Jack Eckerty

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
iain.johnston@hklaw.com
Attorney for Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, Kenneth Kaupus

                                            s/Jan Susler
                                            G. Flint Taylor
                                            Jan Susler
                                            Ben Elson
                                            People's Law Office
                                            1180 N. Milwaukee Ave.
                                            Chicago, Il. 60622
                                            773/235-0070

                                            Michael Bruce Metnick
                                            Metnick, Cherry, Frazier, and Sabin, L.L.P.
                                            Second Floor - Myers Bldg.
                                            P. O. Box 12140
                                            Springfield, IL 62791-2140
                                            217/753-4242

                                            Attorneys for Plaintiff