1402.000

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | |
| Plaintiff, | |
| v. | No.: **05 CV 2127** |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus, | Judge Harold A. Baker  Magistrate Judge David G. Bernthal |
| Defendants. | |

## NOTICE OF FIRM ADDRESS CHANGE

**TO:** See attached Service List

PLEASE TAKE NOTICE that effective February 1, 2008, **Ekl**Williams PLLC, Counsel for Defendant, Michael McFatridge, has a new address.

**Ekl**Williams PLLC
Two Arboretum Lakes, 901 Warrenville Road, Suite 175, Lisle, Illinois 60532.
(630) 654-0045
(630) 654-0150 *Facsimile*

Respectfully submitted by:
By: s/ **Terry A. Ekl**
Terry A. Ekl, Attorney No.: 00727105
**Ekl**Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
tekl@eklwilliams.com
*Attorneys for Defendant, Michael McFatridge*

# SERVICE LIST

RE: Steidl v. City of Paris, et al.
Court Number: 05 CV 2127 - Our File Number: 1402.000

**Attorneys for Plaintiff, Gordon Randy Steidl:**
G. Flint Taylor
Janis M. Susler
Peoples Law Office
1180 North Milwaukee
Chicago, IL 60622
(773) 235-0070
(773) 235-6699 **FAX**
gftaylorjr@aol.com

Michael Metnick
Metnick, Cherry & Frazier
Suite 200, Myers Building
1 West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791
(217) 753-4242
(217) 753-4642 **FAX**
metnick@springfieldlawfirm.com

**Attorneys for Defendants:**
James Sotos
Elizabeth A. Ekl
Sara M. Cliffe
550 East Devon Avenue, Suite 150
Itasca, IL 60143
(630) 735-3300
(630) 735-0980 **FAX**
jsotos@jsotoslaw.com
eekl@jsotoslaw.com
scliffe@jsotoslaw.com
*Defendants, City of Paris, Chief Gene Ray, Detective James Parrish and Jack Eckerty*

Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
Ekl Williams PLLC
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
(630) 654-0045
(630) 654-0150 **FAX**
tekl@cewpc.com
pprovenzale@cewpc.com

vmancini@cewpc.com
*Michael McFatridge*

Michael E. Raub
James C. Kearns
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
(217) 344-0060
(217) 344-9295 **FAX**
mraub@hrva.com
jkearns@hrva.com
*Defendant, Edgar County*

Karen L. McNaught
Illinois Attorney General
500 Second Street
Springfield, IL 62706
(217) 782-1841
(217) 524-5091 **FAX**
kmcnaught@atg.state.il.us

Iain D. Johnston
Holland & Knight LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
(312) 578-6577
(312) 578-6666 **FAX**
iain.johnston@hklaw.com
*Defendants, Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus and Andre Parker (ISP)*