**E-FILED**
Monday, 31 March, 2008  08:44:57 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05 C 2127 |
| | ) |
| CITY OF PARIS,  et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective April 1, 2008, the address of Iain D. Johnston will be:

IAIN D. JOHNSTON
Johnston Greene LLC
542 S. Dearborn Street
Suite 1310
Chicago, IL 60605
312/341-3900
FAX:  312/341-0700
E-mail:  ijohnston@johnstongreene.com


_____
IAIN D. JOHNSTON

Iain D. Johnston
Holland & Knight LLP (#37472)
131 S. Dearborn Street
Chicago, IL 60603
312/578-6577

# 5233921_v1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05 C 2127 |
| | ) | |
| CITY OF PARIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed Notice of Change of Address with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:

G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622
jsusler@aol.com
gftaylorjr@aol.com

Michael Bruce Metnick
Metnick, Cherry, Frazier and Sabin, LLP
Second Floor – Myers Bldg.
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com

James G. Sotos
Elizabeth A. Ekl
James G. Sotos & Associates, Ltd.
550 E. Devon, Suite 150
Itasca, IL 60143
Jsotos@jsotoslaw.com

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
kmcnaught@atg.state.il.us

Terry A. Ekl
Patrick L. Provenzale
Ekl Williams, PLLC
Two Arboretum Lakes
Lisle, IL 60532
vmancini@eklwilliams.com
tekl@eklwilliams.com
pprovenzale@eklwilliams.com

Michael E. Raub
James C. Kearns
Heyl, Royster, Voelker & Allen
102 Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com
jkearns@hrva.com

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

> s/ Iain D. Johnston
> Iain D. Johnston Bar Number 6204667
> Attorney for Defendants Fermon, Carper,
> Parker, Brueggemann and Kaupus
> Holland & Knight LLP
> 131 S. Dearborn St., 30th Floor
> Chicago, IL 60603
> Telephone: (312) 263-3600
> Fax: (312) 578-6666
> E-mail: iain.johnston@hklaw.com

# 5233921_v1