UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 05 C 2127 |
| CITY OF PARIS, et al., | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective April 1, 2008, the address of Iain D. Johnston will be:

IAIN D. JOHNSTON
Johnston Greene LLC
542 S. Dearborn Street
Suite 1310
Chicago, IL 60605
312/341-3900
FAX: 312/341-0700
E-mail: ijohnston@johnstongreene.com

                              s/ Iain D. Johnston
                              IAIN D. JOHNSTON

Iain D. Johnston
Bar Number 6204667
Holland & Knight LLP
131 S. Dearborn Street
Chicago, IL 60603
312/578-6577

# 5233921_v1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05 C 2127 |
| | ) |
| CITY OF PARIS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, I electronically filed Notice of Change of Address with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622
jsusler@aol.com
gftaylorjr@aol.com

James G. Sotos
Elizabeth A. Ekl
James G. Sotos & Associates, Ltd.
550 E. Devon, Suite 150
Itasca, IL 60143
Jsotos@jsotoslaw.com

Terry A. Ekl
Patrick L. Provenzale
Ekl Williams, PLLC
Two Arboretum Lakes
Lisle, IL 60532
vmancini@eklwilliams.com
tekl@elkwilliams.com
pprovenzale@eklwilliams.com

Michael Bruce Metnick
Metnick, Cherry, Frazier and Sabin, LLP
Second Floor – Myers Bldg.
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701-1705
kmcnaught@atg.state.il.us

Michael E. Raub
James C. Kearns
Heyl, Royster, Voelker & Allen
102 Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com
jkearns@hrva.com

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

s/ Iain D. Johnston<br>
Iain D. Johnston Bar Number 6204667<br>
Attorney for Defendants Fermon, Carper,<br>
Parker, Brueggemann and Kaupus<br>
Holland & Knight LLP<br>
131 S. Dearborn St., 30th Floor<br>
Chicago, IL 60603<br>
Telephone: (312) 263-3600<br>
Fax: (312) 578-6666<br>
E-mail: iain.johnston@hklaw.com