05975-R1013
BMS/dkl
G:\13\R1013\R1013DCC 007

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 05-2127 |
| | ) |
| CITY OF PARIS, Present and Former Paris | ) |
| Police Officials Chief Gene Ray and | ) |
| Detective James Parrish; former Illinois | ) |
| State Trooper Jack Eckerty; former Edgar | ) |
| County State's Attorney Michael | ) |
| McFatridge; EDGAR COUNTY; and | ) |
| Illinois State Police Officials Steven M. | ) |
| Fermon, Diane Carper, Charles E. | ) |
| Brueggemann, Andre Parker, and Kenneth | ) |
| Kaupus, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE FOR DISCOVERY**

The undersigned attorney hereby certifies that on the 15th day of April, 2008, he served copies of WILL CALL/MAY CALL WITNESS LIST AND SUPPLEMENT TO RULE 26(a)(1) DISCLOSURES to the Plaintiff by hand delivery in open court to:

Mr. G. Flint Taylor
Ms. Janis M. Susler
Mr. Ben Elson
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622

Mr. Michael B. Metnick
Metnick, Cherry & Frazier
Suite 200 Myers Bldg.
1 West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791

Mr. James G. Sotos
Ms. Elizabeth A. Ekl
Ms. Sara M. Cliffe
James G. Sotos & Associates
550 East Devon Avenue
Suite 150
Itasca, IL 60143

Mr. Iain D. Johnston
Johnston Greene LLC
Suite 1310
542 S. Dearborn Street
Chicago, IL 60605

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

| | |
|---|---|
| Mr. Terry A. Ekl | Ms. Carrie Hall |
| Mr. Vincent C. Mancini | Mr. Ronald H. Balson |
| Ekl Williams PLLC | Michael Best & Friedrich LLC |
| Two Arboretum Lakes | Two Prudential Plaza |
| Suite 175 | Suite 2000 |
| 901 Warrenville Road | 180 N. Stetson Avenue |
| Lisle, IL 60532 | Chicago, IL 60601 |

Copies were sent to the following attorneys by depositing same in the U.S. Mails at Urbana, Illinois, with proper postage affixed thereto, to:

Mr. Richard S. Kling
Chicago-Kent College of Law
565 West Adams Street
Chicago, IL 60661-3691

Ms. Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706

 As requested by the Federal Court of the Central District of Illinois, the original of said document was not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

 

s/ Michael E. Raub
Attorney for Defendant Edgar County
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: mraub@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2