IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-CV-2127 |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E.Brueggemann, Andre Parker, and Kenneth Kaupus, | ) Honorable Harold A. Baker ) Judge Presiding |
| Defendants. | ) |

**MOTION FOR PRIVACY ACT ORDER PURSUANT TO 5 U.S.C. § 522a(b)(11)**

NOW COMES the Plaintiff, GORDON RANDY STEIDL, by and through one of his attorney, MICHAEL B. METNICK, and for his Motion for Privacy Act Order pursuant to 5 U.S.C. § 522a(b)(11), states as follows, that

1. On November 29, 2007, Plaintiff served a subpoena duces tecum under Rule 45 of the Federal Rules of Civil Procedure to the Federal Bureau of Investigations-Springfield, Illinois Division seeking all FBI investigative files regarding Gordon Randy Steidl (d.o.b. 6/29/51), a fire and double murder of Dyke and Karen Rhoads that occurred on July 6, 1986 at a house located at 433 Clinton Avenue, Paris, IL, including, but not limited to, any and all files of the FBI investigation of the Rhoads' murder investigation, including but not limited to: any and all documents, FBI 302 interview reports, photographs, maps, videotapes, audiotapes, emails, charts, plats, notes, and interoffice memorandum.

2. On March 28, 2008, Plaintiff served a subpoena duces tecum under Rule 45 of the Federal Rules of Civil Procedure to the United States Marshall for the Central District of Illinois requesting any and all documents, reports, summaries, recordings, interview notes, correspondence, logs, emails, documentation of phone calls, documentation of payments, expenses and/or benefits made to or associated with Debra Rienbolt and/or Philip Sinclair, memoranda and all other documentation in the possession of and/or prepared by and/or for Deputy United States Marshal David Sroka and any other Deputy United States Marshal regarding Debra Rienbolt, Philip Sinclair, James Slifer, Paris Illinois Police Detective James Parrish, and former Edgar County State's Attorney Michael McFatridge, including, but not limited to, a federal investigation which took place in or around late 1988-early 1989.

3. Pursuant to 5 U.S.C. § 552a(b)(11), disclosure of Privacy Act-protected records may be allowed pursuant to an order of a court of competent jurisdiction.

4. In the instant case, the subpoenaed materials requested from the FBI-Springfield Division and United States Marshal are located exclusively within in the Central District of Illinois.

5. The requested subpoenaed materials are relevant under Rule 26(b)(1) of the Federal Rules of Civil Procedure or reasonably calculated to lead to the discovery of admissible evidence

6. The general protections of the Privacy Act are superceded by the need of the litigants to have full, un-redacted disclosure of the requested materials.

7. The proposed Order contains conditions to allow appropriate access for qualified persons to the requested information, while otherwise protecting the privacy interest of persons who might be identified in the information.

8. Assistant United States Attorney James Lewis, representative counsel for the United States Marshal and Federal Bureau of Investigations, has no objection to the granting of the Motion and entry of the Order.

WHEREFORE, the Plaintiff, GORDON RANDY STEIDL, prays that this Honorable Court enter a Privacy Act Order pursuant to 5 U.S.C. § 522a(b)(11).

        Respectfully submitted,

        GORDON RANDY STEIDL, Plaintiff


        By: /s/ Michael B. Metnick
         One of His Attorneys

Michael B. Metnick (1893335)
METNICK, CHERRY, FRAZIER, SABIN & PERRIN, L.L.P.
Attorneys at Law
Suite 200 Myers Building
P.O. Box 12140
Springfield, IL 62791
(217) 753-4242

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to the following:

       Terry Ekl
       Vincent Mancini
       Patrick L. Provenzale
       EklWilliams, PLLC
       Two Arboretum Lakes
       901 Warrenville Road, Suite 175
       Lisle, IL 60532

       Michael Raub
       James Kearns
       Heyl, Royster, Voelker & Allen
       102 E. Main Street, Suite 300
       P.O. Box 129
       Urbana, IL 61803-0129

       James Sotos
       Elizabeth Ekl
       Sara Cliffe
       James Sotos & Associates
       550 E. Devon Avenue, Suite 150
       Itasca, IL 60143

       Iain Johnston
       Johnston Greene LLC
       542 South Dearborn, Suite 1310
       Chicago, IL 60605

       G. Flint Taylor
       Jan Susler
       E. L. Thompson
       People's Law Office
       1180 N. Milwaukee Avenue
       Chicago, IL 60622

                                                  /s/ Michael B. Metnick