1402.000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | | |
| Plaintiff, | | |
| v. | No.: | **05 CV 2127** |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus, | Judge Harold A. Baker<br><br>Magistrate Judge David G. Bernthal | |
| Defendants. | | |

## CERTIFICATE OF COMPLIANCE

**TO:**   G. Flint Taylor
Janis M. Susler
Peoples Law Office
1180 North Milwaukee
Chicago, IL 60622

cc.:   See attached Service List

The undersigned attorney hereby certifies that Defendant Michael McFatridge's Responses to Plaintiff's Requests for Production of Documents, was served on all attorneys of record as designated in the attached Service List by depositing copies of same, with the proper postage prepaid, in the U.S. Mail at Two Arboretum Lakes, 901 Warrenville Road, Lisle, Illinois 60532, on Friday, May 9, 2008.

/MN CLIENTFILES\MCFATRIDGE.1402.000\DISCOVERY.RRP.CERTIFICATE (5/9/08)

As requested by the Federal Court of the Central District of Illinois, the originals of said Defendant Michael McFatridge's Responses to Plaintiff's Requests for Production of Documents was not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

    s/ Vincent C. Mancini
Vincent C. Mancini, Atty. #6243417
**Ekl**Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
vmancini@eklwilliams.com

# SERVICE LIST

RE: Steidl v. City of Paris, et al.
Court Number: 05 CV 2127 - Our File Number: 1402.000

**Attorneys for Plaintiff, Gordon Randy Steidl:**
G. Flint Taylor
Janis M. Susler
Peoples Law Office
1180 North Milwaukee
Chicago, IL 60622
(773) 235-0070
(773) 235-6699 **FAX**
gftaylorjr@aol.com

Michael Metnick
Metnick, Cherry & Frazier
Suite 200, Myers Building
1 West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791
(217) 753-4242
(217) 753-4642 **FAX**
metnick@springfieldlawfirm.com

**Attorneys for Defendants:**
James Sotos
Elizabeth A. Ekl
Sara M. Cliffe
550 East Devon Avenue, Suite 150
Itasca, IL 60143
(630) 735-3300
(630) 735-0980 **FAX**
jsotos@jsotoslaw.com
eekl@jsotoslaw.com
scliffe@jsotoslaw.com
*Defendants, City of Paris, Chief Gene Ray, Detective James Parrish and Jack Eckerty*

Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
Ekl Williams PLLC
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514
(630) 654-0045

(630) 654-0150 **FAX**
tekl@cewpc.com
pprovenzale@cewpc.com
vmancini@cewpc.com
*Michael McFatridge*

Michael E. Raub
James C. Kearns
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
(217) 344-0060
(217) 344-9295 **FAX**
mraub@hrva.com
jkearns@hrva.com
*Defendant, Edgar County*

Karen L. McNaught
Illinois Attorney General
500 Second Street
Springfield, IL 62706
(217) 782-1841
(217) 524-5091 **FAX**
kmcnaught@atg.state.il.us

Iain D. Johnston
Johnston Greene LLC
542 South Dearborn Street
Suite 1310
Chicago, IL 60605
(312) 341-3900
(312) 341-0700 **FAX**
ijohnston@johnstongreene.com
*Defendants, Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus and Andre Parker (ISP)*

/MN FORMS\CICERO\MCFATRIDGE\SERVICE.LST (5/9/08)