05975-R1013
MER/BMS/dkl
G:\13\R1013\R1013DCC 008

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 05-2127 |
| | ) |
| CITY OF PARIS, Present and Former Paris | ) |
| Police Officials Chief Gene Ray and | ) |
| Detective James Parrish; former Illinois | ) |
| State Trooper Jack Eckerty; former Edgar | ) |
| County State's Attorney Michael | ) |
| McFatridge; EDGAR COUNTY; and | ) |
| Illinois State Police Officials Steven M. | ) |
| Fermon, Diane Carper, Charles E. | ) |
| Brueggemann, Andre Parker, and Kenneth | ) |
| Kaupus, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE FOR DISCOVERY**

The undersigned attorney hereby certifies that supplemental responses to Plaintiff's Request for Production of Documents were served upon the attorneys of record of all parties to the above cause. The documents are contained on one DVD, marked as "**DEFENDANT EDGAR COUNTY'S FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**", and contains the following documents:

Confidential documents Bates stamped 00689 - 00712

Ray Sutton's deposition taken on December 30, 2002, in *Board, et al. v. Farnham, et al.*, No. 01-2190 (Central District of Illinois), Bates stamped 00713 - 00732.

Confidential documents Bates stamped 00234 - 00403

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

The above-referenced disclosure documents contained on the DVD were served by enclosing the same in an envelope addressed to the following attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Urbana, Illinois, on the 23rd day of May, 2008: using the CM/ECF system which will send notification of such filing to the following:

Mr. G. Flint Taylor
Ms. Janis M. Susler
Mr. Ben Elson
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622

Mr. Michael B. Metnick
Metnick, Cherry & Frazier
Suite 200 Myers Bldg.
1 West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL  62791

Mr. James G. Sotos
Ms. Elizabeth A. Ekl
Ms. Sara M. Cliffe
James G. Sotos & Associates
550 East Devon Avenue
Suite 150
Itasca, IL  60143

Mr. Richard S. Kling
Chicago-Kent College of Law
565 West Adams Street
Chicago, IL  60661-3691

Mr. Terry A. Ekl
Mr. Vincent C. Mancini
Ekl Williams PLLC
Two Arboretum Lakes
Suite 175
901 Warrenville Road
Lisle, IL 60532

Mr. Iain D. Johnston
Johnston Greene LLC
Suite 1310
542 S. Dearborn Street
Chicago, IL 60605

Ms. Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706

Ms. Carrie Hall
Mr. Ronald H. Balson
Michael Best & Friedrich LLC
Two Prudential Plaza
Suite 2000
180 N. Stetson Avenue
Chicago, IL  60601

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Ms. Deborah Reinbolt
2116 E. Keys Ave.
Springfield, IL 62702

HEYL ROYSTER VOELKER & ALLEN
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

        s/ Michael E. Raub
        Attorney for Defendant, Edgar County
        Heyl, Royster, Voelker & Allen
        102 E. Main Street, Suite 300
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail: mraub@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3