E-FILED
Thursday, 29 May, 2008  11:56:55 PM
Clerk, U.S. District Court, ILCD

*Steidl v. City of Paris, et al.*
Case No. 05-2127

# EXHIBIT B

STATE OF ILLINOIS    )
                                  ) SS.
COUNTY OF DUPAGE    )

I, DANIEL CURRY, being first duly sworn upon oath, do state and depose that I have personal knowledge of all facts which follow and, if called, I could testify to the following:

1. I, Dan Curry am at times an advisor to Robert Morgan, a non-party whose name surfaced in connection with matters related to the *Steidl v. City of Paris, et al.* litigation.

2. In January and May of 2006, I received e-mail communication from Terry Ekl, defense counsel to Michael McFatridge which included portions of investigative memos prepared by Delorto Mazzola & Associates.

3. The investigative memos consisted of seventy-one (71) pages.

4. I understood upon receipt of the documents that they had been created by agents of Mr. Ekl and his co-counsel and that they were strictly confidential and were not to be distributed to anyone.

5. In 2007, I shared investigative memos that I received from Mr. Ekl with Jim Dey, a reporter with the Champaign, Illinois News-Gazette, upon his pledge that he would keep them confidential.

6. I do not recall if I provided Mr. Dey with all seventy-one (71) pages of investigative reports that I received from Mr. Ekl.

7. Mr. Dey is not a party to the *Steidl v. City of Paris, et al.* litigation and is not, to my knowledge, adversarial to the Defendants.

FURTHER AFFIANT SAYETH NOT.

*Daniel Curry*
DANIEL CURRY

SUBSCRIBED and SWORN to before me this 29th day of May, 2008

*Carrie A. Kinowski*
Notary Public

OFFICIAL SEAL
CARRIE A. KINOWSKI
Notary Public - State of Illinois
My Commission Expires May 31, 2011