*Steidl v. City of Paris, et al.*
Case No. 05-2127

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| GORDON RANDY STEIDL, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No. 05 CV 2127 |
| CITY OF PARIS, et al., | ) | Judge Harold A. Baker |
| Defendants. | ) | |

**PRIVILEGE LOG DELORTO, MAZZOLA & ASSOCIATES DOCUMENTS[1]**

| # of Pages | Description | Date & Location of Interview | Privilege |
| --- | --- | --- | --- |
| 2 | Non-Verbatim Summary by Investigators James M. DeLorto & John Mazzola RE: interview of LEWANNE ROGERS | January 6, 2006 - 643 Menlo Park Road Green Bay, WI | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator Kenneth J. Glowski RE: a follow-up interview of WYATT HUGHES | January 10, 2006 - telephonic | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator Kenneth J. Glowski RE: interview of DONNA HIGGINSON | January 15, 2006 - telephonic | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James M. DeLorto RE: interview of CINDY GORDON LEWSADER | February 8, 2006 - Chrisman, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator Kenneth J. Glowski RE: interview of PATRICIA BLYE | February 9, 2006 - telephonic | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James M. DeLorto RE: interview of MICHAEL J. DAVID | February 9, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |

---

[1] Unless otherwise noted, the documents contained herein have been reviewed by counsel for the City of Paris, Gene Ray, James Parrish and Jack Eckerty, counsel for Michael McFatridge and the investigative firm Delorto & Mazzola and their agents. In addition to the basis for privilege stated herein, the documents are also maintained under a joint-defense privilege.

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James M. DeLorto RE: interview of JOHN HENRY | February 9, 2006 - Marshall, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James M. DeLorto RE: interview of RICHARD JAMES | February 9, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James M. DeLorto RE: interview of JOHN PIPER | February 9, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J, Glowski & James M. DeLorto RE: interview of PAT BRADLEY | February 10, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James M. DeLorto RE: interview of JANE THOMEY | February 10, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James M. DeLorto RE: interview of JUSTIN HALL | February 11, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of NANCY J. COOMBES GALEY | February 28, 2006 - Farmersville, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of HILDA WASHBURN | February 28, 2006 - Morrisonville, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator Kenneth J. Glowski RE: interview of THEODORE & KATHERINE WASHBURN | March 6, 2006 - telephonic | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of ROGER HOPPER | March 8, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of KILE NAVE (Marshall P.D.) | March 8, 2006 - Marshall, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of JERRY BOARD | March 9, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of LARRY DAILY | March 9, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of JAMES LAWTON | March 9, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of WILLIAM MILBOURN | March 9, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of NORMA PRUIETT | March 9, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of RICHARD CASH | March 10, 2006 - Chrisman, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of LEO SHANKS | March 10, 2006 - Kansas, IL | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 1 | Non-Verbatim Summary by Investigator Kenneth J. Glowski RE: interview of WILLIAM WINKLER | March 12, 2006 - telephonic | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigator Kenneth J. Glowski RE: interview of BRENDA LICOCCI | March 13, 2006 - Mundelein, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator Kenneth J. Glowski RE: interview of ROGER HOPPER | March 27, 2006 | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James M. DeLorto RE: interview of LEE ANNE CHAMBERS | March 29, 2006 - Muncie, IN | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James M. DeLorto RE: interview of WAYNE GRIFFIN | March 31, 2006 - Newman, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of MIKE DRAKE | April 19, 2006 - Marshall, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of BRIAN GRIFFIN | April 19, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of MIKE WILHOIT | April 19, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of TAMI HOPPER PINE | April 20, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 5 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of DEBBIE HOPPER SINCLAIR | April 20, 2006 - Charleston, IL | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of WESTLEY STEWART | April 20, 2006 - Indianapolis, IN | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of SHIRLEY KAUFFMAN | April 21, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of PHILIP SINCLAIR | April 27, 2006 - Illinois River Correctional Center, Canton, IL | Attorney-Client Privilege and Work Product Doctrine |
| 4 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of JEB ASHLEY | May 23, 2006 - Melbourne, FL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of MARY FAYE KENNEDY | May 24, 2006 - Moore Haven, FL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of MIKE STOWE | May 24, 2006 - Jacksonville, FL | Attorney-Client Privilege and Work Product Doctrine |
| 3 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of OVID CHAMBERS | May 26, 2006 - Orlando, FL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of BOB SINCLAIR | June 14, 2006 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of MIKE STOFFERS | June 15, 2006 - Terre Haute, IN | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of JULIA LAND-DAWSON | October 24, 2006 - 14471 Hawthorne Drive Carmel, IN | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of TIMOTHY BUSBY | October 24, 2006 - Danville, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of RICHARD HALE | November 1, 2006 - 106 Monterey Street Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of NANNETTE KLEIN ELLIOTT | November 1, 2006 - Marshall, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigator Kenneth J. Glowski RE: a follow-up interview of RICHARD HALE | November 14, 2006 - 106 Monterey Street Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 3 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of KRISTIN MAZELY FITZGERALD | February 19, 2007 - 6 Highland Court Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of RALPH GOLDSBERRY | February 20, 2007 - 314 North 14th Street Marshall, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of JAMES TATE | February 20, 2007 - 401 West Woodyard Ave. Ridge Farm, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of CHRISTIE FERRIS TROVER | February 21, 2007 - 2095 West Jonestown Rd. Clinton, IN | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of BENJAMIN H. JENNESS | February 21, 2007 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of CHARLES DORSETT | February 22, 2007 - Champaign, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator Kenneth J. Glowski RE: interview of MIKE HOLLEY (telephonic) | March 12, 2007 - 309-662-3413 | Attorney-Client Privilege and Work Product Doctrine |
| 5 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of JAMES "MIKE" DUNLAP | March 14, 2007 - Terre Haute, IN | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of FRED COSTA | March 15, 2007 - 3202 North Howe Place West Terre Haute, IN | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator Kenneth J. Glowski RE: interview of KARLA WOODYARD (telephonic) | March 15, 2007 - 217-269-3038 | Attorney-Client Privilege and Work Product Doctrine |
| 3 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of MICHAEL R. ELLEDGE | March 15, 2007 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of PAT OCHS | March 16, 2007 - 1505 ½ Marshall St. Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of PRISCELLA DUNLAP WEAVER | April 2, 2007 - 12 East Velvet Dr. Terre Haute, IN | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: a second interview of KRISTIN MAZELY FITZGERALD | April 2, 2007 - 6 Highland Court Paris, IL | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of JOSEPH McCOSKEY | April 2, 2007 - Urbana, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of SUZANNE ELLEDGE | April 3, 2007 - 8228 East 2000th Rd. Metcalf, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of SHERRY HERBEK HALL | April 3, 2007 - 13432 East 1200th Rd. Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigator Kenneth J. Glowski RE: interview of KATHY RHOADS | April 3, 2007 - Beacon News 218 Main St. Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 4 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: a second interview of MIKE DUNLAP | April 4, 2007 - Terre Haute, IN | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator James Kalkman RE: interview of VICTOR HERRINGTON (telephonic) | April 4, 2007 - 217-822-4510 | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of THOMAS TUTTLE | April 4, 2007 - Cargill Company 616 South Jefferson St. Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of BETTY HERRINGTON | April 5, 2007 - 1307 South Central St. Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator James Kalkman RE: interview of ELLEN LAWLER (telephonic) | April 18, 2007 - 217-853-3801 | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of LON GARDNER | April 19, 2007 - Terre Haute, IN | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of HARRY ROSENBERGER | April 19, 2007 - 212 Steidl Rd. Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of WILLIAM SHEPARD | April 19, 2007 - 711 West Elizabeth St. Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of BEVERLY JOHNSON | December 6, 2007 - Brocton, IL | Attorney-Client Privilege and Work Product Doctrine |
| 3 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of ELAINE ARMSTRONG | December 6, 2007 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of BONNIE TRIBBY | December 7, 2007 - Kansas, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of BARBARA FURRY | December 7, 2007 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of PAULA COOPER BRKLACH | December 8, 2007 - Dennison, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator Kenneth J. Glowski RE: interview of GARY FORD (telephonic) | December 11, 2007 - 217-466-5032 | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of DAVE CULVER | December 12, 2007 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of MERCER YOUNG | December 12, 2007 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of JOANN ESPELAND | December 12, 2007 - Urbana, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of TERESA LUCAS WINKLER | December 13, 2007 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of JOHN SANTIE | December 13, 2007 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator James Kalkman RE: interview of YOLANDA HENSON (telephonic) | December 13, 2007 - 217-465-9032 | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of STEVE SPENCER | December 13, 2007 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of BOB FARRIS | December 14, 2007 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of CAROL WALLACE SLATER | December 14, 2007 - Marshall, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of MATTHEW COLVIN | January 7, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of HAZEL HORSEMAN | January 10, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of DAN & MARSHA THOMEY | January 15, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of KATHRYN HIPPLE MORECRAFT | January 15, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of JOHN MORRIS | January 16, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of CANDICE ALLEN | January 16, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of PETER DOLE | January 16, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of TAMMY SUE PETERS | January 17, 2008 - Terre Haute, IN | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of ANN PARRISH | January 17, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of WILLIAM HOPPER | January 17, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of ALLAN LOLIE | January 18, 2008 - Shelbyville, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of RITA KNIGHT | March 11, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of GARY WHEAT | March 13, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 5 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of PAULA MYERS | March 13, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of BRIAN GRAHAM | March 13, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 3 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of ALLEN ARRASMITH | March 13, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of J.C. FOLEY | March 14, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of BEECHER LYNCH | March 14, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator James Kalkman RE: interview of BRYAN SCALES & LEONA WARMOUTH | April 1, 2008 - telephonic | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 1 | Non-Verbatim Summary by Investigator James Kalkman RE: interview of KIMBERLY RHOADS | April 1, 2008 - telephonic | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of RUSSELL RHOADS | April 1, 2008 - Terre Haute, IN | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator James Kalkman RE: interview of MIKE WILHOIT | April 2, 2008 - Walmart Gas Station Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigator James Kalkman RE: interview of WILLIAM ZIREN | April 2, 2008 - 946 11th St. Charleston, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of MICHAEL MORGAN | April 2, 2008 - Charleston, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of TODD FANCHER | April 2, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of JULIE PERISHO | April 3, 2008 - Casey, IL | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of BUD CUNNINGHAM | April 3, 2008 - Paris, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of STEVE TRACY | April 3, 2008 - Robinson, IL | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Non-Verbatim Summary by Investigators Kenneth J. Glowski & James Kalkman RE: interview of BARBARA MILLER | April 3, 2008 - Paris Health Center Paris, IL | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 2 | Non-Verbatim typed notes by Investigator Glowski RE: interview of DARRELL HERRINGTON by Glowski & Kalkman | November 2, 2006 | Attorney-Client Privilege and Work Product Doctrine |
| 1 | List of Paris Interviews to Do | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 1 | List of Out of Town Interviews | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 2 | List of January Interviews and Subpoenas served | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 1 | List of March 2008 Interviews | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 1 | List of April 2008 witnesses to locate and interview | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 2 | List of Paris Interviews - April 1 through April 2, 2008 | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Investigator Memo to Counsel RE: thoughts, opinions, legal/investigative strategy re: 02/8-11/06 interviews | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 3 | Investigative Memo to Counsel RE: thoughts, opinions and strategy re: witnesses interviews that address Callahan report dated 08/15/01 | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 3 | Continuation of Investigative Memo to Counsel RE: thoughts, opinions and strategy re: witnesses interviews that address Callahan report dated 08/15/01 | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 3 | Continuation of Investigative Memo to Counsel RE: thoughts, opinions and strategy re: witnesses interviews that address Callahan report dated 08/15/01 | N/A | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 3 | Investigator Memo to Counsel RE: thoughts, opinions, legal/investigative strategy re: 03/08-11/06 | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Investigator Memo to Counsel RE: thoughts, opinions, legal/investigative strategy re: 4/19-27/06 interviews | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 3 | Investigator Memo to Counsel RE: thoughts, opinions, legal/investigative strategy re: 05/23-27/06 interviews | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Investigator Memo to Counsel RE: thoughts, opinions, legal/investigative strategy as of 11/25/06 | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Investigator Memo to Counsel RE: thoughts, opinions, legal/investigative strategy re: 02/07; 03/07 interviews | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Investigator Memo to Counsel RE: thoughts, opinions, legal/investigative strategy re: 04/02-05/07 interviews | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 4 | Investigator Memo to Counsel RE: thoughts, opinions, legal/investigative strategy as of 04/11/07 | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Investigator Memo to Counsel RE: thoughts, opinions, legal/investigative strategy re: 12/07 interviews | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 2 | Investigator Memo to Counsel RE: thoughts, opinions, legal/investigative strategy re: interviews as of 01/08 | N/A | Attorney-Client Privilege and Work Product Doctrine |
| 3 | Investigator Memo to Counsel RE: thoughts, opinions, legal/investigative strategy RE: two interviews with MIKE DUNLAP | N/A | Attorney-Client Privilege and Work Product Doctrine |
| THE FOLLOWING DOCUMENTS WERE CREATED BY DMA INVESTIGATORS DURING THE RHOADS INVESTIGATION BUT HAVE NOT BEEN PROVIDED OR SHOWN TO DEFENDANTS' COUNSEL OR ANY THIRD PARTIES: | | | |
| 2 | Handwritten notes by DMA investigators re telephone calls on 10/03/05 to ATF Agent Fritzche | | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 1 | Handwritten notes by DMA investigators re telephone call on 10/04/05 to ATF Agent Fritzsche | | Attorney-Client Privilege and Work Product Doctrine |
| 3 | Handwritten notes by DMA investigators re telephone calls on 10/05/05 to Tedd Todd | | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Handwritten notes by DMA investigators re telephone call on 11/15/05 to US Attorney Dave Hoff | | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Handwritten notes by DMA investigators re telephone calls on 11/29/05 and 12/20/05 to Attorney Elizabeth Ekl and ATF Agent Fritzsche | | Attorney-Client Privilege and Work Product Doctrine |
| 6 | Handwritten notes by DMA investigators re telephone call on or about 12/09/05 to ATF Agent Fritzsche & ATF Agent Eric Jensen | | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Handwritten notes by DMA investigators re telephone calls on 03/06/06 and 03/07/06 to Edgar County State's Attorney Matt Sullivan | | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Handwritten notes by DMA investigators re telephone call on 03/09/06 to Jeff Marlow | | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Handwritten notes by DMA investigators re telephone calls on 04/03/06 and 05/11/06 to Jeff Marlow and Roger Hopper | | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Handwritten notes by DMA investigators re telephone calls on 05/31/06 and 10/16/06 to Jeff Marlow and Greg Dixon | | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Handwritten notes by DMA investigators re telephone calls on 02/26/07 to Forensic Hypnosis/National Guild of Hypnosis and Jeff Marlow | | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Handwritten notes by DMA investigators re telephone call on 02/26/07 to Jamie Littleton | | Attorney-Client Privilege and Work Product Doctrine |

| # of Pages | Description | Date & Location of Interview | Privilege |
|---|---|---|---|
| 10 | Undated miscellaneous handwritten notes by DMA regarding review of documents from original investigation and 48 Hours show | | Attorney-Client Privilege and Work Product Doctrine |
| 1 | Undated miscellaneous notes re residences surrounding 433 Court Street | | Attorney-Client Privilege and Work Product Doctrine |
| 6 | Typed investigator notes RE: strategy meeting with attorneys, list of documents reviewed and witnesses to consider interviewing | | Attorney-Client Privilege and Work Product Doctrine |

Dated: May 29, 2008

_____
ELIZABETH A. EKL,
*One of the Attorneys for Defendants, City of Paris, Gene Ray, Jim Parrish & Jack Eckerty*

JAMES G. SOTOS
ELIZABETH A. EKL
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143
630-735-3300

17