IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 05 cv 2127 |
| | ) Judge Harold Baker |
| **CITY OF PARIS,** *et al.* | ) Magistrate Judge Bernthal |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE INSTANTER REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS CITY OF PARIS, RAY, PARRISH, ECKERTY AND McFATRIDGE FOR FAILING TO COMPLY WITH THIS COURT'S ORDER OF APRIL 16, 2008**

Plaintiff Gordon Randy Steidl, by his attorneys, moves this Court for leave to file instanter the attached reply to Defendants City of Paris, Ray, Parrish, Eckerty and McFatridge's Response to their Motion for Sanctions for Failing to Comply with This Court's Order of April 16, 2008, and in support states:

1. In their Response to Plaintiff's Motion for Sanctions, which sounds as a motion to reconsider, defendants raise issues which they did not raise in previous related pleadings, issues to which Plaintiff has not had the opportunity to respond. To wit:

2. They misconstrue the scope of this Court's Order denying the motion to quash;

3. While the work product privilege was the only privilege they previously asserted, they are, for the first time, asserting the attorney-client privilege as well.

4. In their Response, defendants confuse—intentionally or otherwise—which federal rule applies to sanction their refusal to comply with this Court's order.

1

5. Defendants reveal additional documents turned over to Dan Curry and admit that there are "hundreds of pages" responsive to Plaintiff's subpoena which they are refusing to produce.

6. Defendants have filed a privilege log, thereby changing their position on the work product privilege.

7. These reasons warrant a short reply, attached hereto.

WHEREFORE Plaintiff asks this Court to enter an order granting him leave to file instanter the attached reply.

Dated: June 4, 2008

s/Jan Susler
Jan Susler
G. Flint Taylor
Ben Elson
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622
773/235-0070

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Building
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242

Attorneys for Plaintiff