IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Honorable Harold A. Baker |
| **CITY OF PARIS, et al.** ) | |
| ) | |
| **Defendants.** ) | |

NOTICE OF FILING/CERTIFICATE OF SERVICE

Jan Susler, an attorney, hereby certifies that on June 4, 2008, she electronically filed Plaintiff's Motion for Leave to File Instanter Reply to Defendants' Response to Plaintiff's Motion for Sanctions Against Defendants City of Paris, Ray, Parrish, Eckerty and Mcfatridge for Failing to Comply with this Court's Order of April 16, 2008, with accompanying Reply, using the EM/ECF system which will send notification of such filing to:

Terry Ekl, Vincent C. Mancini
Ekl Williams, PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, Illinois 60532
vmancini@cwepc.com, tekl@cwepc.com, pprovenzale@cwepc.com
Attorneys for Michael McFatridge

Michael E. Raub, James Kearns
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com, jkearns@hrva.com
Attorneys for Edgar County

James Sotos, Sara Cliffe, Elizabeth A. Ekl
James Sotos & Associates
550 E. Devon Ave., Suite 150
Itasca, IL 60143
jsotos@jsotoslaw.com , scliffe@jsotoslaw.com, eekl@jsotoslaw.com
Attorneys for City of Paris, Gene Ray, James Parrish and Jack Eckerty

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn St., Suite 3000
Chicago, IL 60603-5583
iain.johnston@hklaw.com
Attorney for Steven M. Fermon, Diane Carper, Charles E. Brueggemann,
Andre Parker, Kenneth Kaupus

                                              s/Jan Susler
                                      _____
                                      G. Flint Taylor
                                      Jan Susler
                                      Ben Elson
                                      People's Law Office
                                      1180 N. Milwaukee Ave.
                                      Chicago, Il. 60622
                                      773/235-0070

                                      Michael Bruce Metnick
                                      Metnick, Cherry, Frazier, and Sabin, L.L.P.
                                      Second Floor - Myers Bldg.
                                      P. O. Box 12140
                                      Springfield, IL 62791-2140
                                      217/753-4242
                                      metnick@springfieldlawfirm.com

                                      Attorneys for Plaintiff