UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 05-2127 |
| CITY OF PARIS, GENE RAY, JAMES | ) | |
| PARRISH, JACK ECKERTY, MICHAEL | ) | |
| McFATRIDGE, EDGAR COUNTY, | ) | |
| STEVEN M. FERMON, DIANE CARPER, | ) | |
| KEN KAUPUS, CHARLES BRUEGGEMANN | ) | |
| and ANDRE PARKER, | ) | |
| | ) | |
| DefendantS. | ) | |

CASE MANAGEMENT ORDER

This case is before the court pursuant to Fed. R. Civ. P. 16. The plaintiff appeared through Janis Susler, Esq., and Michael Metnick, Esq. Defendants City of Paris, Gene Ray, James Parrish and Jack Eckerty appeared through James Sotos, Esq., Elizabeth Ekl, Esq., and Sara Cliffe, Esq. Defendant Michael McFatridge appeared through Vincent Mancini, Esq. Defendant Edgar County appeared through Michael Raub, Esq. Defendants Steven M. Fermon, Diane Carper, Ken Kaupus, Jeffrey Marlow, Charles Brueggemann and Andre Parker appeared through Iain Johnston, Esq.

The court establishes the following deadlines for discovery. Whenever possible, discovery shall be coordinated and exchanged with the parties in *Whitlock v. City of Paris*, Case No. 08-2055.

1. The plaintiff's experts shall be disclosed, and expert reports provided, on or before March 31, 2009. The plaintiff's experts shall be deposed on or before April 21, 2009.

2. The defendants' experts shall be disclosed, and expert reports provided, on or before May 11, 2009. The defendants' experts shall be deposed on or before June 1, 2009.

3. All discovery, including fact discovery, shall be completed on or before June 1, 2009.

4. Dispositive motions shall be filed on or before June 30, 2009. Responses and replies shall be filed in accordance with this court's Local Rules.

5. The final pretrial conference is scheduled for October 26, 2009, at 1:30 p.m. by personal appearance.

6. Jury selection and jury trial are scheduled to begin on November 2, 2009, at 9:00 a.m. before the court sitting in Urbana, Illinois.

7. A status conference will be held on September 10, 2008, at 10:00 a.m. by telephone conference call. The court will initiate the call.

Enter this 11th of June, 2008.

                    **s\Harold A. Baker**
                    _____
                        HAROLD A. BAKER
                    UNITED STATES DISTRICT JUDGE