## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05 CV 2127 |
| v. | ) | Honorable Harold A. Baker |
| | ) | Judge Presiding |
| CITY OF PARIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:     See Attached Service List

PLEASE TAKE NOTICE that on June 27, 2008, I filed electronically with the Clerk of the United States District Court for the Central District of Illinois, the CURRENT ILLINOIS STATE POLICE OFFICIALS' MOTION TO DISMISS COUNTS V, VI, VII, AND VIII (STATE LAW CLAIMS) and CURRENT ILLINOIS STATE POLICE OFFICIALS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS COUNTS V, VI, VII, AND VIII (STATE LAW CLAIMS).

By:   s/ Iain D. Johnston

Johnston Greene LLC
542 S. Dearborn Street, Suite 1310
Chicago, IL  60605
Telephone: (312) 341-9720
Fax: (312) 341-0700
E-mail: ijohnston@johnstongreene.com
Attorney for Defendants Fermon, Carper, Parker, Brueggemann and Kaupus

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing NOTICE OF FILING together with the CURRENT ILLINOIS STATE POLICE OFFICIALS' MOTION TO DISMISS COUNTS V, VI, VII, AND VIII (STATE LAW CLAIMS) and CURRENT ILLINOIS STATE POLICE OFFICIALS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS COUNTS V, VI, VII, AND VIII (STATE LAW CLAIMS) were served electronically on the following counsel of record on June 27, 2008 via the CM/ECF system:

G. Flint Taylor
Jan Susler
Ben Elson
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622
jsusler@aol.com

James G. Sotos
Elizabeth A. Ekl
Sara Cliffe
James G. Sotos & Associates, Ltd.
550 E. Devon, Suite 150
Itasca, IL 60143
jsotos@jsotoslaw.com
eekl@jsotoslaw.com

Terry A. Ekl
Vincent C. Mancini
Patrick L. Provenzale
Ekl Williams, PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lise, IL 60532
tekl@eklwilliams.com
vmancini@eklwilliams.com
pprovenzale@eklwilliams.com

Michael Bruce Metnick
Metnick, Cherry, Frazier and Sabin, LLP
Second Floor – Myers Bldg.
P.O. Box 12140
Springfield, IL 62791-2140
metnick@springfieldlawfirm.com

Michael E. Raub
James Kearns
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com
jkearns@hrva.com

 s/ Iain D. Johnston
Johnston Greene LLC
542 S. Dearborn St., Suite 1310
Chicago, IL  60605
Telephone: (312) 341-9720
Fax: (312) 341-0700
E-mail: ijohnston@johnstongreene.com
Attorney for Defendants Fermon, Carper, Parker, Brueggemann and Kaupus