1402.000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, | |
| Plaintiff, | |
| v. | No.:   **05 CV 2127** |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus, | Judge Harold A. Baker

Magistrate Judge David G. Bernthal |
| Defendants. | |

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that Defendant, Michael McFatridge, was served on all attorneys of record as designated in the attached Service List by depositing copies of same, with the proper postage prepaid, in the U.S. Mail at Two Arboretum Lakes, 901 Warrenville Road, Lisle, Illinois 60532, on July 2, 2008.

As requested by the Federal Court of the Central District of Illinois, the originals of said Defendant Michael McFatridge's Supplemental Answer to Plaintiff's First Set of Interrogatories was not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

   s/ Vincent C. Mancini
Vincent C. Mancini, Atty. #6243417
**Ekl**Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
vmancini@eklwilliams.com

## SERVICE LIST

RE: Steidl v. City of Paris, et al.
Court Number: 05 CV 2127 - Our File Number: 1402.000

**Attorneys for Plaintiff, Gordon Randy Steidl:**
G. Flint Taylor
Janis M. Susler
Ben H. Elson
Peoples Law Office
1180 North Milwaukee
Chicago, IL 60622
(773) 235-0070
(773) 235-6699 **FAX**
gftaylorjr@aol.com
elsonben@aol.com

Michael Metnick
Metnick, Cherry & Frazier
Suite 200, Myers Building
1 West Old State Capitol Plaza
P.O. Box 12140
Springfield, IL 62791
(217) 753-4242
(217) 753-4642 **FAX**
metnick@springfieldlawfirm.com

**Attorneys for Defendants:**
James Sotos
Elizabeth A. Ekl
Sara M. Cliffe
550 East Devon Avenue, Suite 150
Itasca, IL 60143
(630) 735-3300
(630) 735-0980 **FAX**
jsotos@jsotoslaw.com
eekl@jsotoslaw.com
scliffe@jsotoslaw.com
*Defendants, City of Paris, Chief Gene Ray, Detective James Parrish and Jack Eckerty*

Terry A. Ekl
Patrick L. Provenzale
Vincent C. Mancini
**Ekl**Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*

tekl@cewpc.com
pprovenzale@cewpc.com
vmancini@cewpc.com
*Michael McFatridge*

Michael E. Raub
James C. Kearns
Brian Michael Smith
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
(217) 344-0060
(217) 344-9295 **FAX**
mraub@hrva.com
jkearns@hrva.com
bsmith@hrva.com
*Defendant, Edgar County*

Karen L. McNaught
Illinois Attorney General
500 Second Street
Springfield, IL 62706
(217) 782-1841
(217) 524-5091 **FAX**
kmcnaught@atg.state.il.us

Iain D. Johnston
Heidi A. Steiner
Johnston Greene LLC
542 South Dearborn Street
Suite 1310
Chicago, IL 60605
(312) 341-3900
(312) 341-0700 **FAX**
ijohnston@johnstongreene.com
hsteiner@johnstongreene.com
*Defendants, Charles E. Brueggemann, Diane Carper, Steven M. Fermon, Kevin Kaupus and Andre Parker (ISP)*