IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 05 cv 2127 |
| ) | Judge Harold Baker |
| **CITY OF PARIS,** *et al.* ) | Magistrate Judge Bernthal |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF STEIDL'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE CURRENT ISP DEFENDANTS' MOTION TO DISMISS**

Now comes the plaintiff Randy Steidl, by and through his attorneys, and moves this Court for an extension of time to respond to the current ISP Defendants' Motion to Dismiss. In support, plaintiff states as follows:

1. On June 27, 2008, the current Illinois State Police defendants (defendants Brueggemann, Carper, Fermon, Parker, and Kaupas) filed their motion to dismiss Counts V, VI, VII, and VIII of Plaintiff's Complaint for lack of subject matter jurisdiction.

2. Per Central District of Illinois Local Rule 7.1, the plaintiff's response to the Motion to Dismiss would be due on or before July 14, 2008.

3. The parties are currently in the midst of taking depositions and conducting other discovery.

4. These same defendants filed the identical motion in Whitlock v City of Paris et al., 08 cv 2055. This Court granted an extension of time to counsel for plaintiff Whitlock to file his response to the motion. Plaintiff Whitlock's response is now due on August 7, 2008.

1

5. Plaintiff Steidl anticipates coordinating with plaintiff Whitlock on the issue raised in the ISP defendants motion to dismiss and believes that such coordination will expedite the resolution of the issue and conserve judicial resources.

6. Counsel for the current ISP defendants, Iain Johnston, has no objection to the requested extension of time.

WHEREFORE, plaintiff Steidl hereby requests that this Court enter an order granting his motion for an extension of time, allowing until August 7, 2008 to file his response to the ISP defendants' Motion to Dismiss.

Dated: July 10, 2008                                             Respectfully Submitted,

s/ Jan Susler
Jan Susler
G. Flint Taylor
Ben Elson
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60202
773/235-0070

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Building
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242

Attorneys for Plaintiff Steidl