# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Honorable Harold A. Baker |
| **CITY OF PARIS, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF FILING/CERTIFICATE OF SERVICE

Jan Susler, an attorney, hereby certifies that on July 10, 2008, she electronically filed Plaintiff's Motion for Extension of Time to Respond to Current ISP Defendants' Motion to Dismiss, using the EM/ECF system which will send notification of such filing to:

Terry Ekl, Vincent C. Mancini
Ekl Williams, PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, Illinois 60532
vmancini@cwepc.com, tekl@cwepc.com, pprovenzale@cwepc.com
Attorneys for Michael McFatridge

Michael E. Raub, James Kearns
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com, jkearns@hrva.com
Attorneys for Edgar County

James Sotos, Sara Cliffe, Elizabeth A. Ekl
James Sotos & Associates
550 E. Devon Ave., Suite 150
Itasca, IL 60143
jsotos@jsotoslaw.com , scliffe@jsotoslaw.com, eekl@jsotoslaw.com
Attorneys for City of Paris, Gene Ray, James Parrish and Jack Eckerty

Iain D. Johnston

Johnston Greene LLC
542 S. Dearborn Suite 1310
Chicago, IL 60605
ijohnston@johnstongreene.com
Attorney for Steven M. Fermon, Diane Carper, Charles E. Brueggemann,
Andre Parker, Kenneth Kaupus

Rich Kling, Suzanne Ortiz
IIT Kent School of Law
Law Offices, Suite 600
565 W. Adams St.
Chicago, Illinois 60661-3691
rkling@kentlaw.edu, sortiz@kentlaw.edu

Ron Balson, Carrie Hall
Michael Best & Friedrich LLP
Two Prudential Plaza, Suite 2000 180 N. Stetson Ave.
Chicago, IL 60601-6710
rhbalson@michaelbest.com, cahall@michaelbest.com
Attorneys for Herbert Whitlock

    s/Jan Susler

    _____
    G. Flint Taylor
    Jan Susler
    Ben Elson
    People's Law Office
    1180 N. Milwaukee Ave.
    Chicago, Il. 60622
    773/235-0070
    jsusler@aol.com, gftaylorjr@aol.com,

    Michael Bruce Metnick
    Metnick, Cherry, Frazier, and Sabin, L.L.P.
    Second Floor - Myers Bldg.
    P. O. Box 12140
    Springfield, IL 62791-2140
    217/753-4242
    metnick@springfieldlawfirm.com

    Attorneys for Plaintiff