IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GORDON RANDY STEIDL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Honorable Harold A. Baker |
| CITY OF PARIS, et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER TO PRESERVE EVIDENCE**

EXHIBIT A

SUSAN VOGES

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
STATE OF ILLINOIS

GORDON RANDY STEIDL,                            )
    Plaintiff,                                  )
        vs.                                     ) No. 05-CV-2127
CITY OF PARIS, Present and Former               )
Paris Police Officials Chief Gene               )
Ray and Detective James Parrish;                )
former Illinois State Trooper Jack              )
Eckerty; former Edgar County                    )
State's Attorney Michael McFatridge;            )
EDGAR COUNTY; and Illinois State                )
Police Officials Steven M. Fermon,              )
Diane Carper, Charles E. Brueggemann            )
Andre Parker and Kenneth Kaupus,                )
    Defendants.                                 )
------------------------------------------------)
HERBERT WHITLOCK,                               )
    Plaintiff,                                  )
        vs.                                     ) No. 08-CV-2055
CITY OF PARIS, Present and Former               )
Paris Police Officials Chief Gene               )
Ray and Detective James Parrish;                )
former Illinois State Trooper Jack              )
Eckerty; former Edgar County                    )
State's Attorney Michael McFatridge;            )
EDGAR COUNTY; and Illinois State                )
Police Officials Steven M. Fermon,              )
Diane Carper, Charles E. Brueggemann            )
Andre Parker, Kenneth Kaupus and                )
Jeff Marlow; and Deborah Rienbolt,              )
    Defendants.                                 )

DEPOSITION OF SUSAN VOGES
June 17, 2008
2:07 p.m.

June Haeme:  RMR, CRR, CSR # 084-003038
Area Wide Reporting and Video Conferencing
301 West White Street
Champaign, Illinois  61820
800.747.6789

AREA WIDE REPORTING & VIDEO CONFERENCING

SUSAN VOGES

Page 51

1  Springfield, but I didn't -- I wasn't aware of that
2  until not too long ago.  The only exhibit that I was
3  really ever aware of was the one exhibit that was
4  found back into the vault.
5      Q.   And you weren't sure whether that was 2001
6  or 2002, correct?
7      A.   That we found that exhibit back here?
8      Q.   Yes.
9      A.   It would have had to have been late 2001
10 or 2002 that the one exhibit that was labeled
11 clothing was found.
12     Q.   Tell me what you have heard about the tape
13 that was disposed of over in Springfield.
14     A.   Just that last week when I knew that I was
15 going to have to come over to do this deposition,
16 the other evidence custodian, Trooper Shepherd, had
17 -- did a printout and it showed that there was
18 another exhibit on there that was -- I think it was
19 labeled V1, and that was some kind of a tape, and
20 apparently that tape got disposed of.  And Terry and
21 I talked about that, that there was a tape that was
22 disposed of.
23     Q.   And what did you and Terry say to each
24 other about it?

```
 1      A.   Just that that tape would -- had been
 2  disposed of here, so --
 3      Q.   What was the tape?
 4      A.   I don't know.  I just -- I don't know if
 5  it was an overhear tape or if it was -- I mean
 6  there's more than just overhear tapes.  There are --
 7  there could be just a -- an interview tape.  You
 8  know, it didn't have to be an overhear.  It might
 9  just be an interview tape.  If it's an interview
10  tape, you don't have to keep it for ten years.
11      Q.   And who else have you talked to about the
12  tape that was disposed of in Springfield?
13      A.   I don't -- I don't recall talking -- I
14  don't know if I've talked to anybody else about that
15  or not.  I didn't -- I just remember recently just
16  talking to Terry last week about it and then he
17  mentioned it today when I stopped by the zone before
18  I came in here today, but other than that, I didn't
19  even realize that there was a tape or, you know,
20  there was a concern with the tape.
21      Q.   What did he say to you today about it?
22      A.   Oh, he -- you know, just that there was
23  that one exhibit, that V1 exhibit had been disposed
24  of.  And then we talked about that there's other
```

1   at -- down in Edgar County and they brought all that
2   evidence into the Zone 5 vault and it was packaged
3   and processed, and yes, now there is more evidence
4   at the Zone 5 vault other than just the one exhibit
5   that I was involved with.
6        Q.   Okay.  Thank you for clarifying that.
7   Now, you said that it was about a week ago that --
8   or not too long ago that you first discovered about
9   this Exhibit V1 --
10       A.   Uh-huh.
11       Q.   -- being destroyed.  How did you happen to
12  learn about that?
13       A.   I've been off work, so Terry brought --
14  Trooper Shepherd brought a printout by my house just
15  showing the explanation of the Exhibit 1 and trying
16  to explain to me "now, Sue, you remember that
17  Exhibit 1 is really no longer just Exhibit 1, it's
18  Exhibit 1A and 1B," because those -- the exhibits
19  that were inside the bag that Lieutenant Callahan
20  and I had found back there have been separated over
21  at the lab.  So I think he thought I might be
22  confused, so he was trying to explain that to me.
23  And that's where it showed that there was this tape
24  that was on there, and he's like, oh, yeah, that

1   other tape had been disposed of. It's like, oh,
2   okay, here. So...
3       Q.   Do you know how that came about that that
4   V1 was disposed of?
5       A.   No, I just -- it was over in Springfield.
6   Like I said, I don't know if it was an overhear tape
7   or what. If it was an overhear tape and had been
8   there for more than ten years, it probably got
9   disposed of by the central evidence vault because
10  they put those overhear tapes on a shelf and they're
11  dated by like boxes, and after ten years or so they
12  will go back there and they'll pull those and they
13  dispose of them. The only reason I know that is
14  because I was over to the central evidence vault and
15  that's what they've said.
16      Q.   And what if it wasn't an overhear tape?
17      MR. JOHNSTON:  I'll object to the form of
18  the question. You can go ahead and answer as best
19  you can.
20      A.   I suppose it would be up to the --
21  whoever's running the central evidence vault. It
22  could have been kept, it could have been disposed
23  of, different ones do different things. The group
24  that they have over at the statewide evidence vault

SUSAN VOGES

Page 77

1  that some other designation?
2       A.   That would be -- responsible vault would
3  be the location where the evidence is.  That's the
4  vault that is responsible for the evidence.
5       Q.   I see.
6       A.   And the officer is going to show Rodney
7  Miller.  That would be the last assigned case agent
8  on that.
9       Q.   Okay.  And then underneath where it says
10 status, case under appeal.
11      A.   Uh-huh.
12      Q.   Does that -- that means that the case is
13 not a closed case?
14      A.   That's correct.  They -- with this new
15 tracking system, that's required now.  It wasn't
16 until just really within the last year or so they've
17 started making you go back in there and showing
18 those.
19      Q.   But even if you didn't have to show it on
20 the case exhibits history, that's certainly
21 information that's available to the case agent and
22 the evidence custodian.
23           MR. JOHNSTON:  I'll object to the form of
24 the question with regard to --

1    A.    It's not going to be --

2          MS. EKL:  I also have an objection based

3    on foundation in terms of what time frame you're

4    talking about.

5    BY MS. SUSLER:

6    Q.    Before last year when they had to put it

7    on that.

8    A.    It wasn't available to the evidence

9    custodian.  I don't have any way -- I wouldn't have

10   had any way of knowing that that case is under

11   appeal or open or -- it probably would have just

12   showed -- it could have showed open or closed, I

13   don't know.  It wasn't until just this last year or

14   so that they've started requiring this through this

15   aged evidence tracking once they realized that there

16   was evidence that was back there.  So it made it

17   easier to say that the case is under appeal.

18   Q.    Certainly the agent or trooper who is

19   dealing with an evidence custodian would know

20   whether the case was still open.

21         MR. JOHNSTON:  Same objection.  You can

22   answer the best you can.

23   A.    The case agent --

24   Q.    Yes.

SUSAN VOGES

Page 79

1   A.   -- should know whether or not this case is
2   still open?  Well, I would hope so.
3   Q.   All right.  Now, what else can we tell
4   from this videotape from Exhibit 1?
5   A.   The only thing that you're going to be
6   able to tell is that the -- it was labeled a
7   videotape, that was the description on it, and that
8   it was disposed -- that it was disposed of February
9   20th of 2001.
10  Q.   And where are you seeing that?
11  A.   On page 2.
12  Q.   It's --
13  A.   On the very bottom.  Destination for
14  destruction, Chicago.  It was finally disposed of on
15  2/20 of 2001.
16  Q.   Have you ever seen any other documentation
17  about this particular piece of evidence?
18  A.   No.
19  Q.   Can you help me understand if you go back
20  to page 1 of Exhibit 1 the -- it says destruction
21  orders submitted February 20th of 2001.  Do you know
22  what the destruction order -- where that is or what
23  it said?
24  A.   I don't know.

SUSAN VOGES

Page 85

1  ready to make a trip up to whatever destruction area
2  that they're going to go to and have it disposed of.
3  So that's probably what happened sometime in 2001
4  was that they pulled that exhibit and got it ready
5  for destruction and then on 2/20 of 2001 is when it
6  was -- finally made its way to Chicago and was
7  disposed of.
8      Q.   Can you think of a reason why videotape
9  evidence in a homicide case that's still under
10 appeal should be destroyed?
11     MR. JOHNSTON:  I'll object to the form of
12 the question.  Calls for speculation.  Go ahead and
13 answer --
14     A.   No.
15     MR. JOHNSTON:  -- the best you can.
16 BY MS. SUSLER:
17     Q.   Now, it looks to me just from looking at
18 the eight pages of the 276 that look to comprise the
19 entire case exhibits history, that the dates appear
20 to be in -- well, I don't know if they're in
21 chronological order or not.  Maybe you can answer
22 that.  Do you know what the order is of the 276
23 pages?
24     A.   Of the exhibits, the printout -- if Terry

```
 1   storage.
 2        A.   Yes.  There is now.  Trooper Shepherd has
 3   -- due to this aged evidence requirements and
 4   changing of policy, this evidence now has been
 5   placed in long-term storage.
 6        Q.   Do you know when long-term storage became
 7   an operative term or function in your vault in Zone
 8   5?
 9        A.   We've only started putting stuff -- due to
10   the fact that we had a very small vault, we've just
11   started putting stuff in long-term storage over the
12   last year or two.  The reason it's in long-term
13   storage now is to keep it from coming up on a
14   monthly inspection.  It is still going to reflect
15   that it's in our vault, but it keeps it from popping
16   up every month to go back there to look at that
17   evidence.  In the past, because our vault was so
18   small, if we had evidence that might be bulky or
19   take up, you know, a lot of space or that the case
20   could be pending appeals, it would be sent over to
21   the statewide evidence vault for storage because
22   they have tons of space.  So you would just transfer
23   it over there for long-term storage.
24        Q.   So as far as you know, back in 2001, the
```

SUSAN VOGES

Page 90

1   statewide vault wasn't having an overcrowding
2   problem in terms of storing evidence.
3       A.  As far as I know they weren't.  They have
4   a basement over there.
5       Q.  And District 10 vault, is that different
6   from Zone 5 vault?
7       A.  Ours was just -- that was just the way
8   that they labeled our -- when they first came up
9   with EVM, they just -- it was easier to just do it
10  by the districts instead of zones.
11      Q.  But is it the same thing?
12      A.  So District 10 vault and Zone 5 vault is
13  the same.
14      Q.  Thank you.  And other than Deposition
15  Exhibit No. 1, these eight pages, are you aware of
16  any other documentation other than you said there
17  should be a 4-9 regarding the videotape that was
18  destroyed?
19      A.  There should be a 4-9 with -- for Exhibit
20  No. V1, yes.
21      Q.  Okay, but my question is are you aware of
22  any other documentation regarding this videotape
23  that was destroyed?
24      A.  No.

AREA WIDE REPORTING & VIDEO CONFERENCING