IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05 CV 2127 |
| v. | ) | |
| | ) | Honorable Harold A. Baker |
| CITY OF PARIS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER TO PRESERVE EVIDENCE**


EXHIBIT B

## Case Exhibits History

| Case # | Case title/subject |
|---|---|
| 86L3365 | RHOADS.DYKE |
| Responsible Vault/Officer | |
| ISP DOO ZONE 5. CHAMPAI / TPR Rodnev T Miller | 4352 |
| Date Opened | Status |
| 1986-07-07 | Case Under Appeal |

Exhibit Number:  V1                    Bar Code Number:  102:00000001623

### Exhibit Information

**Current Definition**

Disposition: Destruction order submitted          Date: 2001-02-20

| ADDED BY: | LOADED BY, BATCH PROGRAM | ID: | 0999999 |
| DATE ADDED: | 04/29/1996 | TIME ADDED: | 14:42 |

### Contents

Evidence Type: Other

**Current Definition**

Evidence Category: Unspecified

Description: video tape

hazard: No     Sharp Object:

| ADDED BY: | LOADED BY, BATCH PROGRAM | ID: | 0999999 |
| DATE ADDED: | 04/29/1996 | TIME ADDED: | 14:38 |

### Custody

Audit of Chain of Custody

Beginning Date: 04/29/1996 14:38     Legacy Data

Officer:   Likar, Daniel John          ID Number: 1377

Facility: STATEWIDE VAULT - A

| ADDED BY: | LOADED BY, BATCH PROGRAM | ID: | 0999999 |
| DATE ADDED: | 04/29/1996 | TIME ADDED: | 14:38 |

Beginning Date: 04/29/1996 15:52     Legacy Data

Officer:   Likar, Daniel John          ID Number: 1377

Facility: STATEWIDE VAULT - A

Location: A-106

| ADDED BY: | LOADED BY, BATCH PROGRAM | ID: | 0999999 |
| DATE ADDED: | 04/29/1996 | TIME ADDED: | 14:38 |

Voges Dep Ex 1

| | | | |
|---|---|---|---|
| Beginning Date: 01/30/2001 10:23 | Storage | | |
| Office: Wilson, Donald E | ID Number: 2737 | | |
| Facility: STATEWIDE DESTRUCTION - A | | | |
| Location: SECTION C | | | |
| ADDED BY: | Wilson, Donald E | ID: | 2737 |
| DATE ADDED: | 01/30/2001 | TIME ADDED: | 10:23 |

| | | | |
|---|---|---|---|
| Beginning Date: 02/20/2001 11:27 | Disposal | | |
| Office: Wellenkamp, Rodney L | ID Number: 1436 | | |
| Destination: For Destruction - CHICAGO | | | |
| ADDED BY: | Wilson, Donald E | ID: | 2737 |
| DATE ADDED: | 02/20/2001 | TIME ADDED: | 11:27 |

**Exhibit Number:** 1     **Bar Code Number:** 102:00000048442

*Exhibit Information*

### Current Definition

| | | | |
|---|---|---|---|
| Disposition: Long term storage | Date: 9999-12-31 | | |
| ADDED BY: | Crouch, David Warren | ID: | 1811 |
| DATE ADDED: | 04/09/1998 | TIME ADDED: | 11:05 |

*Contents*

Evidence Type: Other

### Current Definition

| | | | |
|---|---|---|---|
| Evidence Category: Clothing | | | |
| Biohazard: No   Sharp Object: No | | | |
| ADDED BY: | Crouch, David Warren | ID: | 1811 |
| DATE ADDED: | 04/09/1998 | TIME ADDED: | 11:01 |

*Custody*

Audit of Chain of Custody

| | |
|---|---|
| Beginning Date: 07/11/1986 00:00 | Storage |
| Officer: Crouch, David Warren | ID Number: 1811 |
| Facility: D-10 VAULT | |
| Location: 24-B | |
| Submitting Officer: Robb, Michael Meynard | |

| ADDED BY: | Crouch, David Warren | ID: | 1811 |
|---|---|---|---|
| DATE ADDED: | 04/09/1998 | TIME ADDED: | 11:04 |

| | |
|---|---|
| Beginning Date: 10/15/1998 13:30 | Storage |
| Officer: Crouch, David Warren | ID Number: 1811 |
| Facility: D-10 VAULT | |
| Location: 61-B | |

| ADDED BY: | Crouch, David Warren | ID: | 1811 |
|---|---|---|---|
| DATE ADDED: | 10/15/1998 | TIME ADDED: | 13:30 |

| | |
|---|---|
| Beginning Date: 03/09/2004 12:06 | Transfer |
| Officer: Kaupas, Kenneth J | ID Number: 3003 |
| Destination: TRANF.TO ATT. GEN. OFC | In Transit |
| Custodian: Shepherd, Terry L | |

| ADDED BY: | Shepherd, Terry L | ID: | 3554 |
|---|---|---|---|
| DATE ADDED: | 03/09/2004 | TIME ADDED: | 12:06 |

| | |
|---|---|
| Beginning Date: 03/09/2004 14:17 | Transfer |
| Organization: Illinois Attorney General | |
| Address: 100 W. RANDOLPH | |
| CHICAGO, IL 60601 | |

| ADDED BY: | Shepherd, Terry L | ID: | 3554 |
|---|---|---|---|
| DATE ADDED: | 03/22/2004 | TIME ADDED: | 15:00 |

| | |
|---|---|
| Beginning Date: 02/07/2005 08:45 | Storage |
| Officer: Shepherd, Terry L | ID Number: 3554 |
| Facility: D-10 VAULT | |
| Location: 61-B | |
| Submitting Officer: Shepherd, Terry L | |

| ADDED BY: | Shepherd, Terry L | | ID: | 3554 |
|---|---|---|---|---|
| DATE ADDED: | 02/18/2005 | TIME ADDED: | 09:37 | |

| | |
|---|---|
| Beginning Date: 12/08/2005 13:00 | Transfer |
| Officer: Miller, Rodney T | ID Number: 4352 |
| Destination: Review of exhibit | In Transit |
| Custodian: Shepherd, Terry L | |

| ADDED BY: | Shepherd, Terry L | | ID: | 3554 |
|---|---|---|---|---|
| DATE ADDED: | 12/12/2005 | TIME ADDED: | 13:49 | |

| | |
|---|---|
| Beginning Date: 12/08/2005 15:48 | Storage |
| Officer: Shepherd, Terry L | ID Number: 3554 |
| Facility: D-10 VAULT | |
| Location: 62-B | |

| ADDED BY: | Shepherd, Terry L | | ID: | 3554 |
|---|---|---|---|---|
| DATE ADDED: | 12/08/2005 | TIME ADDED: | 15:48 | |

| | |
|---|---|
| Beginning Date: 12/12/2005 14:40 | Transfer |
| Officer: Miller, Rodney T | ID Number: 4352 |
| Destination: TAKE TO SPRINGFIELD LAB | In Transit |
| Custodian: Shepherd, Terry L | |

| ADDED BY: | Shepherd, Terry L | | ID: | 3554 |
|---|---|---|---|---|
| DATE ADDED: | 12/12/2005 | TIME ADDED: | 14:40 | |

| | | | |
|---|---|---|---|
| Beginning Date: 12/14/2005 10:30 | Storage | | |
| Officer: | Shepherd, Terry L | ID Number: 3554 | |
| Facility: D-10 VAULT | | | |
| Location: 62-B | | | |
| Submitting Officer: Miller, Rodney T | | | |
| ADDED BY: | Shepherd, Terry L | ID: | 3554 |
| DATE ADDED: | 12/14/2005 | TIME ADDED: | 10:45 |

| | | | |
|---|---|---|---|
| Beginning Date: 05/16/2008 10:09 | Storage | | |
| Officer: | Shepherd, Terry L | ID Number: 3554 | |
| Facility: D-10 DESTRUCTION AREA | | | |
| Location: CODE 14 A - LONG TERM STORAGE | | | |
| ADDED BY: | Shepherd, Terry L | ID: | 3554 |
| DATE ADDED: | 05/16/2008 | TIME ADDED: | 10:09 |

Exhibit Number:   1A                     Bar Code Number:   102:00000465713

*Exhibit Information*

| | | | |
|---|---|---|---|
| **Current Definition** | | | |
| Disposition: Long term storage | Date: 9999-12-31 | | |
| ADDED BY: | Shepherd, Terry L | ID: | 3554 |
| DATE ADDED: | 11/22/2006 | TIME ADDED: | 11:45 |

Contents

Evidence Type: Other

| | | | |
|---|---|---|---|
| **Current Definition** | | | |
| Evidence Category: Clothing | | | |
| Description: VICTIMS UNDERPANTS-FROM EX.#1 | | | |
| Location Found: SPRINGFIELD LAB | | | |
| Biohazard: No      Sharp Object: No | | | |
| ADDED BY: | Shepherd, Terry L | ID: | 3554 |
| DATE ADDED: | 11/22/2006 | TIME ADDED: | 11:25 |

Custody

Audit of Chain of Custody

Beginning Date: 11/20/2006 00:00    Initial Acquisition

Acquired From: Illinois State Police Forensic Lab

County: EDGAR    State: Illinois

Address: 2040 HILL MEADOWS DR

SPRINGFIELD, IL 62702

Officer: Dixon, Gregory D    ID Number: 3604

| ADDED BY: | Shepherd, Terry L | | ID: | 3554 |
|---|---|---|---|---|
| DATE ADDED: | 11/22/2006 | TIME ADDED: | 11:33 | |

Beginning Date: 11/20/2006 11:30    Transfer

Officer: Dixon, Gregory D    ID Number: 3604

Destination: Zone 5 Vault    In Transit

| ADDED BY: | Shepherd, Terry L | | ID: | 3554 |
|---|---|---|---|---|
| DATE ADDED: | 03/22/2007 | TIME ADDED: | 10:57 | |

Beginning Date: 11/20/2006 14:30    Storage

Officer: Shepherd, Terry L    ID Number: 3554

Facility: D-10 VAULT

Submitting Officer: Dixon, Gregory D

| ADDED BY: | Shepherd, Terry L | | ID: | 3554 |
|---|---|---|---|---|
| DATE ADDED: | 11/22/2006 | TIME ADDED: | 11:38 | |

Beginning Date: 11/21/2006 00:00    Storage

Officer: Shepherd, Terry L    ID Number: 3554

Facility: D-10 VAULT

Location: 20-B

Submitting Officer: Shepherd, Terry L

| ADDED BY: | Shepherd, Terry L | | ID: | 3554 |
|---|---|---|---|---|
| DATE ADDED: | 11/22/2006 | TIME ADDED: | 11:44 | |

Beginning Date: 05/16/2008 12:00          Storage

Officer:     Shepherd, Terry L             ID Number: 3554

Facility: D-10 DESTRUCTION AREA

Location: CODE 14 A - LONG TERM STORAGE

| ADDED BY: | Shepherd, Terry L | | ID: | 3554 |
|---|---|---|---|---|
| DATE ADDED: | 05/16/2008 | TIME ADDED: | 12:00 | |

**Exhibit Number:**  1B                      **Bar Code Number:**  102:00000465735

*Exhibit Information*

### Current Definition

Disposition: Long term storage             Date: 9999-12-31

| ADDED BY: | Shepherd, Terry L | | ID: | 3554 |
|---|---|---|---|---|
| DATE ADDED: | 11/22/2006 | TIME ADDED: | 11:46 | |

Contents

Evidence Type: Other

### Current Definition

Evidence Category: Clothing

Description: VICTIMS BRA-FROM EX.#1

Location Found: SPRINGFIELD LAB

Biohazard: No      Sharp Object: No

| ADDED BY: | Shepherd, Terry L | | ID: | 3554 |
|---|---|---|---|---|
| DATE ADDED: | 11/22/2006 | TIME ADDED: | 11:46 | |

Custody

Audit of Chain of Custody

Beginning Date: 11/20/2006 00:00         Initial Acquisition

Acquired From:  Illinois State Police Forensic Lab

County:     EDGAR          State:      Illinois

Address: 2040 HILL MEADOWS DR

         SPRINGFIELD, IL 62702

Officer:    Dixon, Gregory D              ID Number: 3604

| ADDED BY: | Shepherd, Terry L | | ID: | 3554 |
|---|---|---|---|---|
| DATE ADDED: | 11/22/2006 | TIME ADDED: | 11:46 | |

| | |
|---|---|
| Beginning Date: 11/20/2006 11:30 | Transfer |
| Officer: Dixon, Gregory D | ID Number: 3604 |
| Destination: Zone 5 Vault | In Transit |

| ADDED BY: | Shepherd, Terry L | ID: | 3554 |
|---|---|---|---|
| DATE ADDED: | 03/22/2007 | TIME ADDED: | 10:57 |

| | |
|---|---|
| Beginning Date: 11/20/2006 14:30 | Storage |
| Officer: Shepherd, Terry L | ID Number: 3554 |
| Facility: D-10 VAULT | |
| Submitting Officer: Dixon, Gregory D | |

| ADDED BY: | Shepherd, Terry L | ID: | 3554 |
|---|---|---|---|
| DATE ADDED: | 11/22/2006 | TIME ADDED: | 11:46 |

| | |
|---|---|
| Beginning Date: 11/21/2006 00:00 | Storage |
| Officer: Shepherd, Terry L | ID Number: 3554 |
| Facility: D-10 VAULT | |
| Location: 20-B | |
| Submitting Officer: Shepherd, Terry L | |

| ADDED BY: | Shepherd, Terry L | ID: | 3554 |
|---|---|---|---|
| DATE ADDED: | 11/22/2006 | TIME ADDED: | 11:46 |

| | |
|---|---|
| Beginning Date: 05/16/2008 12:00 | Storage |
| Officer: Shepherd, Terry L | ID Number: 3554 |
| Facility: D-10 DESTRUCTION AREA | |
| Location: CODE 14 A - LONG TERM STORAGE | |

| ADDED BY: | Shepherd, Terry L | ID: | 3554 |
|---|---|---|---|
| DATE ADDED: | 05/16/2008 | TIME ADDED: | 12:00 |

**Exhibit Number:** 04-01         **Bar Code Number:** 102:00000375260

*Exhibit Information*

| Current Definition | |
|---|---|
| Disposition: Long term storage | Date: 9999-12-31 |

| ADDED BY: | Shepherd, Terry L | ID: | 3554 |
|---|---|---|---|
| DATE ADDED: | 10/28/2004 | TIME ADDED: | 16:18 |