IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| **GORDON RANDY STEIDL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 05 cv 2127 |
| | ) | Judge Harold Baker |
| **CITY OF PARIS,** *et al.* | ) | Magistrate Judge Bernthal |
| | ) | |
| **Defendants.** | ) | |

**PROPOSED PROTECTIVE ORDER TO PRESERVE EVIDENCE**

Pursuant to Fed. R. Civ. P. 26(c) and the agreement of the parties, the Court hereby finds as follows:

1. It has come to the attention of the parties that certain evidence in the Rhoads homicide case, evidence which was in the custody of the Illinois State Police, at least one videotape, has been destroyed by Illinois State Police personnel, said destruction having taken place in 2001 at a time when Illinois State Police personnel were aware that Randy Steidl and Herbert Whitlock were actively involved in post conviction litigation challenging their convictions.

2. In the civil complaint in this matter, Plaintiff alleges that he was wrongfully convicted for the Rhoads homicides, and further alleges that the defendants suppressed exculpatory evidence. Plaintiff discovered some of this evidence, which remained in the exclusive control of the defendants or their agents, years after his conviction, in the course of his post conviction litigation.

3. Given the destruction of evidence and the nature of the claims presented in Plaintiff's civil rights lawsuit, there exists good cause now, pursuant to Rule 26(c), for entry of a protective order to prevent further destruction.

4. All parties have agreed to the entry of this protective order.

THEREFORE IT IS HEREBY ORDERED:

1. All parties to this litigation are to preserve all evidence related to the Rhoads homicides and the claims and defenses in this civil litigation. No one is permitted to destroy any evidence.

2. Counsel for the Illinois State Police, through Iain Johnston, is ordered to instruct the Illinois State Police that they are to preserve all evidence related to the Rhoads homicides and the claims and defenses in this civil litigation.

3. All parties are to disclose to each other and to this Court the identities of every person and agency in possession of evidence related to the Rhoads homicides and the claims and defenses in this civil litigation.

IT IS ORDERED.

Dated:                                              _s/Harold A. Baker_____
                                                    Honorable Harold A. Baker
                                                    U.S. District Court Judge