IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Honorable Harold A. Baker |
| **CITY OF PARIS, et al.** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF FILING/CERTIFICATE OF SERVICE

Jan Susler, an attorney, hereby certifies that on July 31, 2008, she electronically filed Plaintiff's Motion for Protective Order to Preserve Evidence, using the EM/ECF system which will send via email notification of such filing to the attached Service List, and by U.S. mail to Debra Rienbolt.

s/Jan Susler

_____
G. Flint Taylor
Jan Susler
Ben Elson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il. 60622
773/235-0070
jsusler@aol.com, gftaylorjr@aol.com,

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242
metnick@springfieldlawfirm.com

Attorneys for Plaintiff

STEIDL SERVICE LIST

Michael E. Raub, James Kearns
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com, jkearns@hrva.com
Attorneys for Edgar County

Terry Ekl, Vincent C. Mancini
Ekl Williams, PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, Illinois 60532
tekl@eklwilliams.com, vmancini@eklwilliams.com
Attorneys for Michael McFatridge

James Sotos, Sara Cliffe, Elizabeth A. Ekl
James Sotos & Associates
550 E. Devon Ave., Suite 150
Itasca, IL 60143
jsotos@jsotoslaw.com, eekl@jsotoslaw.com
Attorneys for City of Paris, Gene Ray, James Parrish, and Jack Eckerty

Iain D. Johnston
Johnston Greene LLC
542 S. Dearborn Suite 1310
Chicago, IL 60605
ijohnston@johnstongreene.com
Attorney for Steven Fermon, Diane Carper, Charles Brueggemann, Andre Parker, and Kenneth Kaupas

Rich Kling, Suzanne Ortiz
IIT Kent School of Law
Law Offices, Suite 600
565 W. Adams St.
Chicago, Illinois 60661-3691
rkling@kentlaw.edu, sortiz@kentlaw.edu

Ron Balson, Carrie Hall
Michael Best & Friedrich LLP
Two Prudential Plaza, Suite 2000
180 N. Stetson Ave.
Chicago, IL 60601-6710
rhbalson@michaelbest.com, cahall@michaelbest.com
Attorneys for Herbert Whitlock

Deborah Rienbolt
2116 East Keys Avenue
Springfield, IL 62702