IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No. 05 CV 2127 |
| v. | ) |
| | ) Honorable Harold A. Baker |
| **CITY OF PARIS, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING/CERTIFICATE OF SERVICE

    Jan Susler, an attorney, hereby certifies that on August 7, 2008, she electronically filed Plaintiff's Response to Current ISP Defendants' Motion to Dismiss, using the EM/ECF system which will send notification of such filing to the attached service list.

s/Jan Susler
_____
G. Flint Taylor
Jan Susler
Ben Elson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il. 60622
773/235-0070

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242

Attorneys for Plaintiff

1

STEIDL SERVICE LIST

| | |
|---|---|
| Michael E. Raub, James Kearns<br>Heyl, Royster, Voelker & Allen<br>102 E. Main Street, Suite 300<br>P.O. Box 129<br>Urbana, IL 61803-0129<br>mraub@hrva.com, jkearns@hrva.com<br>Attorneys for Edgar County | Terry Ekl, Vincent C. Mancini<br>Ekl Williams, PLLC<br>Two Arboretum Lakes<br>901 Warrenville Road, Suite 175<br>Lisle, Illinois 60532<br>tekl@eklwilliams.com, vmancini@eklwilliams.com<br>Attorneys for Michael McFatridge |
| James Sotos, Sara Cliffe, Elizabeth A. Ekl<br>James Sotos & Associates<br>550 E. Devon Ave., Suite 150<br>Itasca, IL 60143<br>jsotos@jsotoslaw.com, eekl@jsotoslaw.com<br>Attorneys for City of Paris, Gene Ray, James Parrish, and Jack Eckerty | Iain D. Johnston<br>Johnston Greene LLC<br>542 S. Dearborn Suite 1310<br>Chicago, IL 60605<br>ijohnston@johnstongreene.com<br>Attorney for Steven Fermon, Diane Carper, Charles Brueggemann, Andre Parker, and Kenneth Kaupas |