E-FILED
Thursday, 07 August, 2008  05:49:36 PM
Clerk, U.S. District Court, ILCD

# GROUP
# EXHIBIT B

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\2419.eml
.x  11/12/2005, 10:27:14 PM

3259
In-Reply-To: <9C250D331A11664F9460F0D9B76B04BC055696BD@NYCCNDX4>
References: <9C250D331A11664F9460F0D9B76B04BC055696BD@NYCCNDX4>
Mime-Version: 1.0 (Apple Message framework v730)
Bcc: Iain Johnston <iain.johnston@hklaw.com>,
 John Pearman <jpearman@sbcglobal.net>,
 Eric Volkmann <evolkmann@edgarcountybank.com>,
 Eric Volkmann <volkmanne@direcway.com>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <63A484C6-0056-492E-8193-65BE3ADF3445@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: What's the word?
Date: Thu, 9 Jun 2005 19:46:38 -0500
To: "Longhini, Douglas" <DXL@cbsnews.com>

He has no interest to talk to CBS, even informally.
We are going to talk to CBS corporate and inform them if they
implicate a completely innocent man for this crime on national
television they can expect a vigorous legal reaction.
The real story here is that those who want to set Randy Steidl and
Herb Whitlock free are churning up a delusional subplot that is
smearing a man with not only a clean record, but a remarkable one in
the manufacturing world.  THAT sentiment is in the court record too.
Defense attorney Iain Johnston expressed it in closing arguments in
Callahan's trial recently.  FEEL FREE TO USE IT IN YOUR PIECE.
Here's a few facts I'm sure you haven't uncovered:
--.Inc magazine, the bible for entrepreneurship in America, said in
1981 that Morgan Manufacturing, Paris, Illinois, was among the top
100 fastest growing smaller businesses in the U.S.
--in 1982, .Inc said Morgan Manufacturing was the 61st fastest
growing small business in America and 4th best manufacturing company
in sales per employee.
--in 1983, .Inc said Morgan Manufacturing again was on their list of
500 fastest growing small businesses in America, this time ranking 159.
There is a mountain of evidence of the success of Bob Morgan's
various businesses.
The plant he now operates in Paris is based on a patented food
additive product that is sweeping the dairy industry because it
allows cows to produce more milk for a longer period of time without
steroid injections.
My point is that if you do your homework you'll find that rather than
the delusions rantings of a frustrated cop that Bob Morgan is a drug
trafficking, money laundering, mass murderer, Mr. Morgan is a one-of-
a-kind innovator who has provided jobs for hundreds of Paris residents.
One by one, the allegations police officer Callahan makes can be
shown to be false if you spend the time looking at them critically.
It should speak volumes that despite all the "noise" Callahan has
managed to make, no law enforcement agency is investigating Bob Morgan.
It should speak volumes that  Morgan has owned a bank for more than a
decade and has endured withering financial scrutiny without incident
from the federal government.

Page: 1

EC
000019

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\2419.eml
x  11/12/2005, 10:27:14 PM

But that isn't as sexy as "powerful businessman" manages to escape
investigation because of political intrigue.  It's a nice Hollywood
story line, but unfortunately it's not true.
You'll continue down the easy road of least resistance because the
story line is too "good."
That's exactly why the public overwhelmingly mistrusts network
"journalism."


```xml
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1118364398</real>
  <key>flags</key>
  <integer>33815937</integer>.
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>remote-id</key>
  <string>2418</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Re: What's the word?</string>
  <key>to</key>
  <string>"Longhini, Douglas" &lt;DXL@cbsnews.com&gt;</string>
</dict>
</plist>
```

EC
000020

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\3380.eml
.x  7/5/2005, 11:28:25 PM

2818
Mime-Version: 1.0 (Apple Message framework v730)
In-Reply-To: <9C250D331A11664F9460F0D9B76B04BC05569781@NYCCNDX4>
References: <9C250D331A11664F9460F0D9B76B04BC05569781@NYCCNDX4>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <A4C26CD5-916E-4AF0-B10F-7F6D1520A215@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: Point-by-Point
Date: Tue, 5 Jul 2005 23:22:48 -0500
To: "Longhini, Douglas" <DXL@cbsnews.com>

DOUG-
Be glad to meet with you at your convenience but will be unable from
next Tuesday (july 12) through the following Monday.  I'll be out of
town and unavailable.  I could meet on Monday of next week or anytime
July 19 forward.  If this makes a personal meeting impossible for
you, would be glad to do some kind of conference call.  I have been
meeting with journalists one on one and going over a Callahan
internal memo from 2001 that outlines what he believed was the case
against Morgan.  It is riddled with outright falsehoods, illogical
conclusions, faulty timelines and sketchy innuendo from a cast of
characters with questionable pasts and axes to grind against Bob
Morgan.  The memo is the basis for Steidl's recent lawsuit.

As for Karen Rhoads, there is no record of her quitting her job.
I've talked extensively to the woman who worked right next to Karen
and kept Bob Morgan's books.  She said the books show that Karen was
working at the plant at the time of the murder and she never quit or
told her or Morgan that she quit.

Couple of other observations upon further reflection, conversations,
examination of records and driving around town looking at the various
locations in question.

It seems from the Callahan memos and conversations with you and
others who have talked to Callahan, that the "Board brothers" are the
suspected actual killers.  It seems to fit the Florida plates,
mysterious trench coat people, and late night buyers of gas that you
put on the air previously.

However, according to people in town, the Board brothers were well
known and would certainly have been recognized by J.C. Foley.

And, according to the Callahan memo, Karen Rhoads told a friend on
Friday night, the night before the murder, that she quit her job and
got into an altercation with Morgan at work.  That is the same night
that lady claims to have seen the "hit men" circling the
neighborhood.  So, if this was an out-of-town hit team, they were
dispatched instantly, within a few hours.  Doesn't quite make
sense.   If it was a local hit crew, why in God's name would they buy
gas at the gas station right in the middle of town where everybody

Page: 1

EC
000036

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\3380.eml
.x  7/5/2005, 11:28:25 PM

knows everybody?  Again, doesn't make sense.

Anyway, please let me know about the meeting.
DC

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1120623768</real>
  <key>flags</key>
  <integer>33815937</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>remote-id</key>
  <string>3379</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Re: Point-by-Point</string>
  <key>to</key>
  <string>"Longhini, Douglas" &lt;DXL@cbsnews.com&gt;</string>
</dict>
</plist>
```

EC
000037

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\5804.eml>
c  8/29/2005, 9:13:02 AM

705
Mime-Version: 1.0 (Apple Message framework v733)
In-Reply-To: <200508241235181.SM01992@TExp05>
References: <200508241235181.SM01992@TExp05>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <AE190CE3-F888-4893-902E-42267FE1C18B@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: Update?
Date: Mon, 29 Aug 2005 07:52:27 -0500
To: Terry Ekl <TEkl@cewpc.com>

TERRY-
Sorry it took so long to get back to you.  How's Wednesday at 4
sound?  Either in Clarendon Hills or Itasca is fine.
I had lunch with Doug Longhini of 48 Hours and he said he sent you
the 2000 tape.  Is that true?  If not, I'll make a copy of mine.
DC

<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1125319947
  <key>flags</key>
  <integer>33815681</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Re: Update?</string>
  <key>to</key>
  <string>Terry Ekl &lt;TEkl@cewpc.com&gt;</string>
</dict>
</plist>

EC
000068

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\6190.eml»
  ( 9/7/2005, 6:15:02 PM

454
Mime-Version: 1.0 (Apple Message framework v734)
In-Reply-To: <200509071833521.SM00284@TExp05>
References: <200509071833521.SM00284@TExp05>
Content-Type: text/plain;
  charset=US-ASCII;
  format=flowed
Message-Id: <50875B20-37BC-4565-B23E-88EC73477166@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: Friday meeting
Date: Wed, 7 Sep 2005 18:15:00 -0500
To: Terry Ekl <TEkl@cewpc.com>

no problem.  1 it is.

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1126134900</real>
  <key>flags</key>
  <integer>33815681</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Re: Friday meeting</string>
  <key>to</key>
  <string>Terry Ekl &lt;TEkl@cewpc.com&gt;</string>
</dict>
</plist>
```

EC
000069

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\6319.eml
_x_ 11/12/2005, 10:27:14 PM

3326
Mime-Version: 1.0 (Apple Message framework v734)
Content-Transfer-Encoding: 7bit
Message-Id: <336DC591-A8D3-4C7E-B963-9329D30B80F9@comcast.net>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
To: Jim Sotos <jsotos@hscblaw.com>,
 Terry Ekl <tekl@cewpc.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: An email I sent to 48 Hours earlier this year...
Date: Sat, 10 Sep 2005 20:43:08 -0500

>> From: Dan Curry <dan_curry@comcast.net>
>> Date: June 9, 2005 7:46:38 PM CDT
>> To: "Longhini, Douglas" <DXL@cbsnews.com>
>> Subject: Re: What's the word?
>>
>>
>> He has no interest to talk to CBS, even informally.
>> We are going to talk to CBS corporate and inform them if they
>> implicate a completely innocent man for this crime on national
>> television they can expect a vigorous legal reaction.
>> The real story here is that those who want to set Randy Steidl and
>> Herb Whitlock free are churning up a delusional subplot that is
>> smearing a man with not only a clean record, but a remarkable one
>> in the manufacturing world. THAT sentiment is in the court record
>> too. Defense attorney Iain Johnston expressed it in closing
>> arguments in Callahan's trial recently. FEEL FREE TO USE IT IN
>> YOUR PIECE.
>> Here's a few facts I'm sure you haven't uncovered:
>> --.Inc magazine, the bible for entrepreneurship in America, said
>> in 1981 that Morgan Manufacturing, Paris, Illinois, was among the
>> top 100 fastest growing smaller businesses in the U.S.
>> --in 1982, .Inc said Morgan Manufacturing was the 61st fastest
>> growing small business in America and 4th best manufacturing
>> company in sales per employee.
>> --in 1983, .Inc said Morgan Manufacturing again was on their list
>> of 500 fastest growing small businesses in America, this time
>> ranking 159.
>> There is a mountain of evidence of the success of Bob Morgan's
>> various businesses.
>> The plant he now operates in Paris is based on a patented food
>> additive product that is sweeping the dairy industry because it
>> allows cows to produce more milk for a longer period of time
>> without steroid injections.
>> My point is that if you do your homework you'll find that rather
>> than the delusions rantings of a frustrated cop that Bob Morgan is
>> a drug trafficking, money laundering, mass murderer, Mr. Morgan is
>> a one-of-a-kind innovator who has provided jobs for hundreds of
>> Paris residents.
>> One by one, the allegations police officer Callahan makes can be
>> shown to be false if you spend the time looking at them critically.
>> It should speak volumes that despite all the "noise" Callahan has

EC
000074

```
>> managed to make, no law enforcement agency is investigating Bob
>> Morgan.
>> It should speak volumes that  Morgan has owned a bank for more
>> than a decade and has endured withering financial scrutiny without
>> incident from the federal government.
>> But that isn't as sexy as "powerful businessman" manages to escape
>> investigation because of political intrigue.  It's a nice
>> Hollywood story line, but unfortunately it's not true.
>> You'll continue down the easy road of least resistance because the
>> story line is too "good."
>> That's exactly why the public overwhelmingly mistrusts network
>> "journalism."
>>
>>
>>
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1126402988</real>
  <key>flags</key>
  <integer>33815681</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>An email I sent to 48 Hours earlier this year...</string>
  <key>to</key>
  <string>Jim Sotos &lt;jsotos@hscblaw.com&gt;, Terry Ekl
  &lt;tekl@cewpc.com&gt;</string>
</dict>
</plist>
```

EC
000075

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\6324.eml>
  9/10/2005, 8:58:23 PM

1698921
Mime-Version: 1.0 (Apple Message framework v734)
To: Jim Sotos <jsotos@hscblaw.com>,
  Terry Ekl <tekl@cewpc.com>
Message-Id: <C7557B6C-EDD1-46DA-AE0A-99B9A05E442D@comcast.net>
Content-Type: multipart/mixed;
  boundary=Apple-Mail-4--79708810
From: Dan Curry <dan_curry@comcast.net>
Subject: Callahan 2001 memo to Casella
Date: Sat, 10 Sep 2005 20:57:42 -0500


--Apple-Mail-4--79708810
Content-Transfer-Encoding: base64
Content-Type: application/pdf;
  x-unix-mode=0644;
  x-mac-hide-extension=yes;
  name="Callahan internal ISP memo.pdf"
Content-Disposition: inline;
  filename="Callahan internal ISP memo.pdf"

JVBERi0xLjMNCiXj4s/TDQolZUNvcHktMS4wDQoNCiUgUGFnZSBEZXNjcmlwdGlvbiA8PCAvRW5k
cyAyIDAgUg0KPj4NCmVuZG9iag0KDQoyIDAgb2JqDQo8PA0KIC9UeXBlIC9QYWdlcw0KIC5kaWRz
IFsszIDAgUiBdDQogL0NvdW50IDENCj4+DQplbmRvYmoNCg0KMSAwIG9iag0KPDwNCiAvVHlwZSAv
UGFnZQ0KIC9QYXJlbnQgMiAwIFINCiAvcmVzb3VyZ2V2Y2IDQgMCBSDQogL01vbnRlbnRzIDUgMCBS
DQogL0J2dGF0ZSAwDQogL2VDclSZXNvbHV0aW9uMA0KPj4NCmVuZG9iag0KDQozIDAgb2JqDQo8PA
MCA3OTTuMDAgKDKPj4NCmVuZG9iag0KDQo0IDAgb2JqDQo8PA0KIC9YT2JqZWN0IDw8IC9JbTYg
NiAwIFI+Pg0KIC9Qcm9jU2V0IFsvUERGIF0NCi9JbWVnbHV0aGMwA0KIDYxMi4
MCA3OTTuMDAgKDKPj4NCmVuZG9iag0KDQowIDAgb2JqDQo8PA0KIDMgDQo3OTguMDAgMA0KPj4NCm
b2JqDQoNCjgMCBvYmoNCjw8DQogIC9GdGLLlhPYmplY3QNCiAvU3VidHlwZSAvSW1hZ2UNCiAv
TmFtZSAvSW02DQogL2lpZlhZHJHOIDI1NTANCiAvSGVpZ2h2MjE2DIDMzMDANCiAvRmlsdGVyIC9DO0
ZQ0KIC9CaXRzUGVyQ29tcG9uZW50IDENCiAvRGVjb2JvWN50IDEwMGYIDYxMi4wMCAzZNj4NCiAx
MjU1MCAvUm93Q2AzMZAwZj4NCiAvQ29sb3JKZXNvbHR0aW9uMDQogL3JHZVeQOKIC9EZWNvZGUgWzAg
MSBdDQogL0x1bmd0aCA3MjgMjg4NCiAvQKPj4NCmNnObmVhbQ0K/////mSD3v11DV9R///+W9+/X2i
z1cRztas036/+372o1MGOMptb5a6X/Hx//IDEr+pa4zOuP5a7+PHxLI/T/lMEbxH///8t1uICU+Z
BV33uPdftcfH//yAw4KhscgMwDwWDAspeWUvghIHpcFM3hPCIZIMrnw7kcix1whESB4aHIWo5pqI
QiQOTIjcTzGhInbG4MmRBEDQNtunpB2kHFB06Dp7p08Ou5bBSk/cenkGo54InEbk30BfFNMWCnDNZ
51cfDWeysM5CuYdy0z+XBDGpHy+X5bsxAnI3pY3CnRZ+PBSsuz2Sw0OMECGEIjRJxei3JjigWRji
044s4VDeGVBnPBvPZ+NBVkGI+CRFf8eHUuE1D0KLuJCQeCLfSvdb9lYewinR1jCNo5EeMZsjwHg9
e6u44jQ4iQdxEQRf1W7CaDwoWpF8EpvQIj1w8RM8oRiJCOkeBp0qJDiCCLefByOJEQRH2EE7jhxE
JCJF8WR0mYEViz0QZsQvF/E0DM0hEbkgTM89mwpfNsxmx1xTeX8DLesRshRxRsG8Q4hsRHESOCTk
dvUgXHQUjtGvCEQy0gQicFFkF3/SElZFHEmPDfBW/VoIRDDEIwBdyQ4T08EeIwiiLhKkNA445N6E
hluSdv1q3QowGUYAjjDI300TtlukX5hxIsHeyoBEfaGQynOehDeZKvxJj4bSqhEOoowGcMRFFxGR
uECc7hyrGJqjQQY73yDccdvXIN0jhIgodLFIClAtCEYJlujAIYCEcG5cR/EiDi4cf/Gn3+m7IZ4G
vEtOEW6pRIKBxF/4RDNdWRwi8Xd2xXX2WOQzRx8WH8MbDi9BtPxkMp37Kgh1P5D4YdwyOKqJu3sI
chofxLMR3HISb5EsrK9hffhAhOP6ttkQcjH6iJBOD054EghB3yHcqzdiu9ONt9Nj+MgeG7kM7oo5
N6XGILIYfyCQy5x7yJHjvIKb2/lv7xkR5f8agiPzvqQYjYfMWYLxHRcREHsSGkOvIZTmesdiIfDL
iOHwtRfXBEcM/1xTAlJl1R2/9iLkIOaynEgmF507Hs0u7p7+v9VGshoHH7vFKQ44kb5BIyBFmfxcz
4/Df+Rxgh7JDpFv8SGgchB+XLjiFEVchxx+skPHDq7Id2HDjjRBBzDrxxH/3BRwghcEC3n7jhiG
TcciDjf9f/7shHv8fIo+QYQKQ6yGUOcfILwP4KXX/v9VShb8bPFkNHiRR3+JDZYlvfv27kIOWP6e
r4i3kC8X+x8t1IGH+CKdx9d98hH8w5rZyuQyxx++N5CDr/XpeKwxxjchxyUBcMjhlFwlfHfsn+Qo
57LfIRDjjb9dwhERh2QQc738hB6fxVD78hnvFohXFngmiBhxDYuQR/kMocgw9Kt5EHJjnfJRowy4
hwKXBhv73k3IIPkG9iRHFxy2BHyI4jZ+WGt4i4iNkM7iqkGkcP0okGHTMOQ2P/7FigiOqENDyDuZ
7HoQgV4mHyHwIILLDxIjs4Bf8hsHIYdhJP5EgqwoITQHkGHIRzukpDMHMPvr3REeeDKLmnx+RR8fF

EC
000076

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\6324.eml›
t 9/10/2005, 8:58:23 PM

/v/Gn6Sj+1/v3f9U8Utf9f1/1p0vqnpel/9L6+9Kl2vX8EvS/7hBfXdfQXS//CX1/1QXrr1zDQS8
Pr+oS9O+++aKlwiZtP+sdLyEE//oJ/2k/jXzP/1qH37/6XXW666//uulqOZdb71VvKv7ulf/X+1c
Jaba/WGlar9eMs2eGGrDLhCMrkJZ51jGqpdimKQkGNWEGXEuo41sEBw1fHDX0GE2iN1THwwQst9C
0/LVrQidBsJoNdRE6jIGbxaF5YB4vxj/LJXXlvVkBApR45ATJeP/5ZgT3H8tcK6ftR/+QGgnT/j5
XKavtR8tUtX8fkBzPx///////////////////////wAQAQA0KZWSkc3RyZWFtDQoNCmVuZG9i
ag0KDQo4MSAwIG9iag0KPDwNCiAvTGVuZ3Ro1DU4DQo+Pg0Kc3RyZWFttDQpxDQpxDQo2MTIuMDAg
MC4wMCAwLjAwjAwIDc5Mi4wMCMCAwLjAwIDAuMDAgY20NCi9JbTgyIERvIEgDQp1bmRzddHJ1YW0N
Cg0KZW5Skb2JqDQpDQoNCjgzIDAgb2JqDQpo8PA0KIC9UaXRReZSAoQ1BZIERvYZ3Vt2W50KQ0KPj4NCmVu
ZG9iag0KDQp4cmVmDQoxIDINCjAwMDAwMDAwMDAgNjU1MzUgZg0KMDAwMTI0MDEyOSAwMDAwMCBu
DQo3OSA1DQowMDAxMDAwMDMxMjQwMDMwMDMwMDAwMDAgIG4NCjAwMDEyNDAxMDAgMDAwMDAgbg0KMDAwMTI1NjIy
OCAwMDAwMCBuDQowMDAxMjQwNTk4IDAwMDAwIG4NCjAwMDEyNTYzMTAgMDAwMDAgbg0KdHJhaWxx
cg0KPDwNCiAvU216ZSA4NA0KIC9QcmV2IDEyByMzk4MDENCiAvUm9vdCAxIDAgUg0KIC9JbmZvIDgz
IDAgUg0KIC9JRCBbXDMwWNTE4MjM2Mj2IyMD14NjIwMjQzKSAoMTgzNzYxMTcwMzg2Mj2kyMTEzMikg
XQ0KPj4NCnN0YXJ0eHJlZlZg0KMTI1NjQwMg0KJSVFT0YNCg==

--Apple-Mail-4--79708810
Content-Transfer-Encoding: 7bit
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed

Jim, Terry:
This is the memo I've been taking to reporters and going over point
by point.   Morgan and a group of locals went over this point by
point and we developed answers and responses for nearly all of it.
This memo is riddled with false statements, mischaracterizations and
fourth hand innuendo passed off as "evidence."  There are also
numerous instances of timeline problems.   I'm not exaggerating when I
say that virtually everything in this memo is worthless.
DC
--Apple-Mail-4--79708810--
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1126403862
  <key>flags</key>
  <integer>33752193</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Callahan 2001 memo to Casella</string>
  <key>to</key>
  <string>Jim Sotos &lt;jsotos@hscblaw.com&gt;, Terry Ekl
  &lt;tekl@cewpc.com&gt;</string>
</dict>
</plist>

EC
000477

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\6332.eml>
c 9/10/2005, 9:09:05 PM

MDA0NDgzMTMgMDAwMDAgbg0KMDAwMDQ0ODQzMSAwMDAwMCBuDQowMDAwNDQ4NjEyIDAwMDAwIG4N
CjAwMDA0ODE3TcgMDAwMDAgbg0KMDAwMDQ4MTkyNiAwMDAwMCBuDQowMDAwNDgyMDQ0IDAwMDAw
IG4NCjAwMDAwMDAwDIyMjUgMDAwMDAgbg0KMDAwMDUxMTQ0OSAwMDAwMCBuDQowMDAwNTExNjE4IDAw
MDAwIG4NCjAwMDAxMTE3MzYgMDAwMDAgbg0KMDAwMDUxMTkxNzAwMDAwMCBuDQowMDAwNTQyMjQ0
IDAwMDAwIG4NCjAwMDAxNDI2NzMgMDAwMDAgbg0KMDAwMDU0MjQ5MS4wMDAwMCBuDQowMDAwNTQyNTTy
NjcyIDAwMDAwIG4NCjAwMDA1NzQ5N5NTEgMDAwMDAgbg0KMDAwMDU3NTA4MCAwMDAwMCBuDQowMDAw
NTc1MTk4IDAwMDAwIG4NCjAwMDA1NzUzNzg2MDAwMDAgbg0KMDAwMDYxMTA0OSAwMDAwMCBuDQow
MDAwNjExMTE4IDAwMDAwIG4NCjAwMDAyMDYzMTE3IDAwMDAwIG4NCjAwMDAyMTEzNTYyMTAzMDAwMCBu
DQowMDAwNjQ5OTk4IDAwMDAwIG4NCjAwMDA2MjExMTIIDAwMDAwIG4NCjAwMDA2MzRk0NTQgMDAwMDAgbg0KMDAwMDY10OTU3MiAwMDAw
MCBuDQowMDAwNjQ5NzUzIDAwMDAwIG4NCjAwMDA2ODMyMDYyMyMDAwMDAgbg0KMDAwMDY4MzMzNSAw
MDAwMCBuDQowMDAwNjgzNDUzIDAwMDAwIG4NCjAwMDA2ODM2MzkgMDAwMDAgbg0KMDAwMDcxMA5
MiAwMDAwMCBuDQowMDAwNzEyMjIxIDAwMDAwIG4NCjAwMDA3MTIzNzkgMDAwMDAgbg0KMDAwMDcx
MjUyMCAwMDAwMCBuDQowMDAwNzQyMjQ4IDAwMDAwIG4NCjAwMDA3NDIyMTMgMDAwMDAgbg0KMDAwMDcxMA
MDc0MjMMyNyAwMDAwMCBuDQowMDAwNzQyMzc0IDAwMDAwIG4NCjAwMDA3NDI1MDIgMDAwMDAgbg0K
MDAwMDc4MjIgIDAwMDAwMCBuDQowMDAwNzQyNzEyIDAwMDAwIG4NCjAwMDA3NDYyMjIgMDAwMDAg
bg0KHJhaWxcLcg0KPDwvU216ZSA5Nz4+DQpzdGFydHHhyZWYNCjExNg0KJSVFFT0YNCg==

--Apple-Mail-11--79070200
Content-Transfer-Encoding: 7bit
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed


More...

1.   ISP's Fermon memo to Carper saying lots of smoke no fire on
Callahan's Morgan allegations.
2.   Callahan's 2000 memo five days after being assigned case.   Says
Whitlock should still be suspect.
3.   Callahan's affadavit in civil case.
--Apple-Mail-11--79070200--
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1126404501
  <key>flags</key>
  <integer>33754241</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>ISP memos, Callahan affadavit</string>
  <key>to</key>
  <string>Jim Sotos &lt;jsotos@hscblaw.com&gt;, Terry Ekl
  &lt;tekl@cewpc.com&gt;</string>
</dict>
</plist>

EC
000916

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\6570.eml
.x  9/19/2005, 11:29:59 PM

1164
Mime-Version: 1.0 (Apple Message framework v734)
In-Reply-To:
<28375BA0FC85BC4084C942D659F636E90B1746@NYCCNDX02.cbsnewsenps.cbsnews.net>
References:
<28375BA0FC85BC4084C942D659F636E90B1746@NYCCNDX02.cbsnewsenps.cbsnews.net>
Content-Type: text/plain;
   charset=US-ASCII;
   delsp=yes;
   format=flowed
Message-Id: <CCC0203C-115D-44F6-A9E9-02B8A180F7B6@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: Whitlock
Date: Tue, 13 Sep 2005 12:18:45 -0500
To: "Longhini, Douglas" <DXL@cbsnews.com>

The Morgan team is still mulling whether it makes sense for him to
raise his public profile.  The decision on jumping into the clemency
fight has not been made.

We are heartened that the legal team representing defendants in the
Steidl civil case are aggressively trying to uncover new facts in
this saga.  We think new facts are going to be helpful to Bob Morgan.

Jeb, I think, did testify.  I'm trying to get details.

Ironically, from the police reports, it appears they went to re-
interview Jeb after Tony told them of the Whitlock-Ashley-Dyke coke
connection.

Now, Tony is trying to downplay the drug angle!


<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1126631925
  <key>flags</key>
  <integer>33815681</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Re: Whitlock</string>
  <key>to</key>
  <string>"Longhini, Douglas" &lt;DXL@cbsnews.com&gt;</string>
</dict>
</plist>

EC
002013

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\6572.eml>
< 9/14/2005, 5:41:31 PM

346174
Mime-Version: 1.0 (Apple Message framework v734)
To: Jim Sotos <jsotos@hscblaw.com>,
  Terry Ekl <tekl@cewpc.com>
Message-Id: <96E21A67-053D-46CC-B3AF-6804E208A138@comcast.net>
Content-Type: multipart/mixed;
  boundary=Apple-Mail-1-148565906
From: Dan Curry <dan_curry@comcast.net>
Subject: Pearman...
Date: Tue, 13 Sep 2005 12:22:17 -0500


--Apple-Mail-1-148565906
Content-Transfer-Encoding: 7bit
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed

JIM, TERRY:
Just got hold of Pearman.  He's available tomorrow from 9-12, or 1-4
for a conference call.
Is that possible?
Sending along the 48 Hours transcript.
Does anybody have the FBI report where Steidl and Whitlock supposedly
went to the feds a couple of weeks prior to the murder?
DC
--Apple-Mail-1-148565906
Content-Transfer-Encoding: base64
Content-Type: application/pdf;
  x-unix-mode=0644;
  name="48 hours transcript.pdf"
Content-Disposition: inline;
  filename="48 hours transcript.pdf"

JVBERi0xLjMKJcTl8uXrp/Og0MTGCjIgMCBvYmoKPDwgL0xlbmd0aCA0IDAgUiAvRmlsdGVyIC9G
bGF0ZURlY29kZSA+PgpzdHJlYW0KeNrtnU9z20iSxe/5XXBbO6IDg/8A7cOGbanH3rFlj8zu3t6Y
C4eiRI4lUkNSVujbLy1KAFhVP6AK1GEdxn1o2RBZIFiZ+fLly6x/e3/3/3/u3FgR9s/0ReHPphFgRx
4aVp50XRwC/iwSD3lhPvD2/u/eXdKvTGKy+4//2813rw28KPNb2z/yP2/ln/1ssQvtu8ae1mR+kXh
ja+8t0MvCe9f/PC/4ZX3X9119DP/BCb3juvfBeesN/ecdD+fsPvLEoybws39xdsr05i7sK7+9qe03u
fyVKd7/z1iov7F6bPrz4RaZcyB9f4SlvFQaPLlkoLwnLVc7VK+Uyj+8mj1fKdULlNVG5TqpeKdeJ
t1ekdkVbp7xSrn0kXInLdT6/lP0r5Trv1NeU6/ymXnlYRl58Uq4k5TrH6pVynRP1ynYd2V4ZqlfK
z/PlYQN6lhtQbDagp2zAODNtQGk3ix96VzV7zeL7H9Pn9v5mtyf7Qe4uCbOtBsjTy8817hruH3oo3
pm6zcl8sDFZ7vy2uyWrvVAssd99st1rZXZmhlVsoV8p1pvtXpLLaNVqtZpvlOnXvJHtwG6DVaici
la0IZrUeWK3+FVRW+1bxNZXVfjVZrXG6ymr/UHxNi141LddRv7n0YR15caleKdc5U65k5Tq36pXt
OmLaB1n5ebR3K9eZqBsxCMT8DPLy83zQNu/j0NnlV+X1OmPlNUX5eXXzz1irLfdvYuTxWi78Nh7a9J
GBjs/Vlgh8Iv8p27DP08skQQb7TQ+vA0LwlBXDYiCDH5o1NEEE2+8OXx8kdfui+TFCn0RI4hTky8S
kxVUvmiFCGKi+yIx23v11i74jg1DeTRK03SQnflz5o14s5J97iisJtd/aHujdvnRU7YNF6V+8Idb8l
m/nqjrp0UGYmaDO3iLpXaDMexu8hou412swI4/ccUTFbzBhRN9vMDG3mGlH3Gm1mlRvq1jbgM0Ld
4cDPkl2weyao04o2EKfwN+8XJPzEovKuvhLkfm82Wd1kiWCyfyDkfmUWEdbGc/Jm0PJS0MD8X0
VcnuoST0UAryYxrIe4xh7/GhfEY/puTUUvmxU8xDvlr5MdnzY/94gcE/RrEcWqEkFfsuVIwvQkQWK
K40xKFe07As6sk+KK7VJRI4h+ItGOVSJyD9e9uL9BoGNLf8075cOcj/NbPL6flxffE84pEXmp9H2
zS1u7H/I0G+IcJiT95ugoXtIEOQIWEI09F+QcGDAEqGdBx0IhxDt/JcOhMMQ7Y7XyKhMMMNEg7LBsBC
hMMZ2vkICYe7p4hbmx0tjQ5glxxgoO7o5dD1BQBUXH5CnflJwWJVJVD3IBybby+LqnzY/JsYbEwUEDckN
/Enx/ouy0zGctICgGj9w+GZqTOY2N+IXDc9EdY0fKZeb0DMZkWs8w1xudcCOENvAEMatn/ynbtM0

EC
002014

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\6581.eml>
c  9/13/2005, 1:09:09 PM

750
Mime-Version: 1.0 (Apple Message framework v734)
In-Reply-To: <23475CA91D85AB408E78890BA2C26793129989@mainsrv.hscblaw.local>
References: <23475CA91D85AB408E78890BA2C26793129989@mainsrv.hscblaw.local>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <6619FAAF-8871-416A-9398-9A741175DEE6@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: Pearman...
Date: Tue, 13 Sep 2005 13:09:07 -0500
To: James Sotos <jsotos@hscblaw.com>,
 Terry Ekl <tekl@cewpc.com>

To clarify, Pearman can do a conference call tomorrow, or he can have
everybody in his office in the Loop.  He can't leave the office though.
10:30 is fine with both Pearman and me.
Let me know what you prefer.

```xml
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1126634947</real>
  <key>flags</key>
  <integer>33815681</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Re: Pearman...</string>
  <key>to</key>
  <string>James Sotos &lt;jsotos@hscblaw.com&gt;, Terry Ekl
  &lt;tekl@cewpc.com&gt;</string>
</dict>
</plist>
```

EC
002097

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\7156.eml
.x  10/17/2005, 7:39:30 AM

2597
Mime-Version: 1.0 (Apple Message framework v734)
Bcc: Jim Sotos <jsotos@hscblaw.com>,
 Terry Ekl <tekl@cewpc.com>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <91E52629-9027-4182-9D75-BE32EFBCE3F1@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Hal Dardick conversation
Date: Thu, 22 Sep 2005 20:26:50 -0500
To: Eric Volkmann <volkmanne@direcway.com>,
 Eric Volkmann <evolkmann@edgarcountybank.com>,
 John Pearman <jpearman@sbcglobal.net>

MORGAN TEAM-

Had an interesting conversation this evening with Hal Dardick of the
Tribune.  He asked for copies of the police report that says Tony
Rhoads knew that Dyke was buying drugs from Whitlock through Ashley
and the transcript of the Jeb Ashley interview in Florida where he
says he and Dyke bought coke from Herb.  Dardick probably told his
buddies Callahan and Kling that the other side is throwing that
material out there.  It seems to have rattled the defense lawyers a
bit.   As an aside, Hal said somehow the reports weren't in the batch
of police reports he was given.  I told Hal that I bet someone didn't
want you to have them.

He also told me some other things.

He said he is working on a story, presumably given to him by Kling
and company, that judge Dean Andrews has some type of business
relationship with Bob Morgan and thus should not have ruled on the
case.   He wouldn't tell me any more other than to say he has not
verified the information and that he would give us a chance to
respond before anything goes to print.  Might be nothing but let's
try to determine what they might be referring to.  Dardick is
dripping with contempt for Andrews and would obviously love to print
this story.

There is a hearing next week, I believe Thursday, in the Whitlock
case.  The delay was sought by Kling to ask the AG to take the case.
Dardick said to me he didn't think the AG angle was going anywhere.

I also asked him about the FBI report on Steidl and Whitlock prior to
the murders.  Hal said it was the spring of 1986 and that both went
to the FBI to complain about McFatridge allowing a gambling operation
to thrive in a Paris bar.  Hal insists that Steidl and Whitlock
initiated the contact but he doesn't know why.

He also said there continues to be an active ISP investigation of the
case but that it mostly centers on the original defendants and "isn't
open-minded enough to follow leads where they should be followed."

EC
002102

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\7156.eml
.x  10/17/2005, 7:39:30 AM

As you can see from the above, Hal is not on our side.

DC

```xml
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1127438810</real>
  <key>flags</key>
  <integer>33815681</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Hal Dardick conversation</string>
  <key>to</key>
  <string>Eric Volkmann &lt;volkmanne@direcway.com&gt;, Eric Volkmann
  &lt;evolkmann@edgarcountybank.com&gt;, John Pearman
  &lt;jpearman@sbcglobal.net&gt;</string>
</dict>
</plist>
```

EC
002103

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\8211.eml
.x 10/17/2005, 10:49:53 AM

8986
Mime-Version: 1.0 (Apple Message framework v734)
Bcc: Jim Sotos <jsotos@hscblaw.com>,
 John Pearman <jpearman@sbcglobal.net>,
 Terry Ekl <tekl@cewpc.com>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <151DFE90-EABE-4A89-95BF-A7F951269570@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject:
Date: Mon, 17 Oct 2005 10:49:48 -0500
To: Eric Volkmann <evolkmann@edgarcountybank.com>,
 Eric Volkmann <volkmanne@direcway.com>

Newest AP story....just published this morning

Below that, a note I sent to O'Connor, who I once supervised.


JOHN O'CONNOR

Associated Press Writer


SPRINGFIELD, Ill. (AP) _ Nearly six months after a federal jury
decreed two Illinois State Police officials violated a fellow
employee's civil rights, Gov. Rod Blagojevich still won't say whether
they should be fired _ as state law requires.

Lt. Col. Diane Carper and Capt. Steven Fermon were found on April 28
to have retaliated against Lt. Michale Callahan after Callahan
persisted in reinvestigating a 1986 Paris murder his superiors deemed
``too politically sensitive.''

Since then, one man was freed from prison after a federal judge ruled
in June 2003 the jury that convicted him of the murders did not hear
all the evidence.

``If the governor wants two people who were willing to leave innocent
people in prison, if you want that type of person being a police
officer for you, that's scary,'' Callahan said.

According to a 1988 state law, state policy-makers ``shall be
immediately discharged'' when a court finds they violated another
employee's rights.

The Associated Press reported in May that the state police don't plan
to fire Carper, 48, who makes $117,400, and Fermon, 45, whose salary
is $105,600, until all potential appeals had been exhausted.

Page: 1

EC
002257

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\8211.eml
.x  10/17/2005, 10:49:53 AM

When the AP asked Blagojevich about it in June, he said he would look into it.

Spokeswoman Abby Ottenhoff would not say whether Blagojevich believes they should be fired, but said he's waiting for Tom Londrigan, the governor's lawyer, to offer an opinion. She said Londrigan has been waiting for a variety of post-trial motions and other related actions to be settled.

Chicago Democratic Rep. Mary Flowers, chief sponsor of the ``Employee Rights Violation Act,'' called the administration's lack of action ``blatantly a disregard for the law.''

``This law is about as plain and clear as any law could ever get,'' Flowers said. ``It's real simple. It's straight to the point. There's no in-between.''

Callahan's bosses told him in 2000 to begin reinvestigating the 1986 fatal stabbing of Dyke and Karen Rhoads in their Edgar County home. Randy Steidl and Herbert Whitlock were convicted of murder, but Steidl was released in June 2004 after 17 years in prison, including a dozen on death row. Whitlock, who is serving a life sentence, lost his Edgar County plea for a new trial but plans to appeal.

Callahan said he found evidence that the Rhoads investigation was faulty. He said he started following tips about possible involvement by a Paris businessman who had contributed thousands of dollars to top Republican officeholders. Callahan claims he was then told the issue was ``too politically sensitive,'' ordered to stop investigating and then was transferred to a patrol division in retaliation.

Callahan said he didn't file the lawsuit to get Carper and Fermon fired, but he said: ``The law is the law. I'm not the one that made that law, the legislators are.''

The verdict in Callahan's case was upheld Tuesday when U.S. District Judge Harold Baker ruled the jury made the right decision, but he reduced the punitive damages it awarded Callahan. The jury ordered Carper and Fermon to pay $472,300; Baker reduced that to $150,000 based on the defendants' ability to pay. Baker upheld $210,000 in compensatory damages.

Callahan has 21 days to decide whether to accept the punitive damages or request a new trial on that issue; a trial in which a jury could decide not to award any damages. He said he's leaning toward requesting a new trial.

Because the statute refers to cases in which punitive damages are awarded, Ottenhoff said Londrigan is waiting to see what happens with that issue before offering an opinion.

Callahan's attorney, John A. Baker of Springfield, objected to the administration's delay in deciding whether to fire the officials.

EC
002258

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\8211.eml
.x  10/17/2005, 10:49:53 AM

``The statute doesn't provide for all of those things,'' Baker said.
``You can say the statute is flawed in that regard, and maybe it is,
but the statute says what the statute says, and that was the
Legislature's prerogative to draw up the statute as they felt
appropriate, not the ISP or the governor's office's prerogative to
analyze it the way they have.''


John:
Doesn't look good for the Cardinals.
Regarding Callahan, I think there's a tendency to glorify
"whistleblowers." Many times this is justified. Sometimes, the
truth is much murkier.
As you know, I'm representing the businessman of interest who
continues to be used as a tool by some to achieve other ends.
I don't know Callahan. But I know the theory he is touting is crap.
I've read his memo outlining the reasons Morgan ought to be
investigated. As I've stated to you before, it is riddled with false
statements, impossible timelines and third and fourth hand heresay.
Essentially, it's a grab bag of barroom folklore. I'd be glad to go
over it just as I did with other reporters covering this case.
I've also read the ENTIRE set of police reports from the original
investigation. Anybody reading those can see that the original
investigation was thorough and reaching in many directions. To
suggest that it ignored Morgan is fiction. About five or six of
Morgan's employees are interviewed, as well as Morgan briefly.
Clearly, most of the best leads pointed to friends and associates of
Dyke Rhoads. Just so this point is clear, I agree fully that the
two main witnesses in this case are highly questionable and there
appears to be more to their stories. And I'm not saying I think
Whitlock and Steidl are involved or not involved. I don't know.
But what I do know is the media coverage out there now -- 48 Hours,
other coverage -- is painting a false picture. The storyline is that
Dyke was only a minor drug user not involved with Whitlock. That is
the storyline the family of Dyke is pushing. They are pushing the
alternate theory -- Morgan -- because perhaps it gives them comfort
to suspect that Dyke's drug use was not a factor in this crime.
Dyke's brother downplayed the drug angle on 48 Hours. Whitlock said
on camera he didn't know Dyke.
Yet, I have a police report that wasn't distributed to other
reporters by defense lawyers. I've had to distribute it to those
reporters because they were surprised it existed.
Dyke's brother first told police that Dyke only occasionally used
marijuana. Then, a few months later, he said that Dyke bought
cocaine from his best friend, Jeb Ashley, and that Ashley bought
cocaine from Whitlock. After that revelation, police went to
Florida to reinterview Ashley, who had originally not said much of
anything. A sworn, taped statement I'm enclosing was taken in
Florida with a state policeman and a Florida detective. In it,
Ashley said he and Dyke personally bought cocaine from Whitlock
approximately six times. Doesn't prove the murder, but sure paints a
different picture than is being painted these days.
Also, I talked recently to well-known defense lawyer Kathleen Zellner
of Naperville. She has represented many high profile death row

EC
002259

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\8211.eml
_x   10/17/2005, 10:49:53 AM

types.   She at one time represented Whitlock.  As part of that
representation she personally interviewed Morgan for several hours.
She wanted the Morgan angle to be true.  She said came away from that
conversation convinced Morgan had nothing to do with the crime.   She
said Morgan didn't duck any of the tough questions and never tried to
pin the crime on anyone else.  She said it was clear that he had
legitimate, successful businesses, not sham businesses as Callahan
has conjectured.
As for the ISP, I can't explain the dysfunction there.  I'm sure this
whole episode was mishandled.  But I've talked to several of the
individuals involved and they said the Morgan stuff never went
anywhere because there is no substance.  For example, there is a
suspicion that Darrell Herrington, the first questionable witness,
somehow was personally enriched by his testimony.   Callahan calls
him a wealthy man.   Authorities looked at that extensively and found
no evidence of hidden wealth.   He's far from wealthy.
I'd like to go over Callahan's memo with you some time.  It's a
joke.  If you turned something in like that to an editor, they'd tell
you to go back and get your facts straight.
DC


Bjt
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1129564188
  <key>flags</key>
  <integer>33815681</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string></string>
  <key>to</key>
  <string>Eric Volkmann &lt;evolkmann@edgarcountybank.com&gt;, Eric Volkmann
  &lt;volkmanne@direcway.com&gt;</string>
</dict>
</plist>

EC
002260

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\8480.eml
.x 10/24/2005, 12:31:56 PM

3460
In-Reply-To:
<28375BA0FC85BC4084C942D659F636E901E27FC5@NYCCNDX02.cbsnewsenps.cbsnews.net>
References:
<28375BA0FC85BC4084C942D659F636E901E27FC5@NYCCNDX02.cbsnewsenps.cbsnews.net>
Mime-Version: 1.0 (Apple Message framework v734)
Bcc: Eric Volkmann <evolkmann@edgarcountybank.com>,
 John Pearman <jpearman@sbcglobal.net>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <25387D0D-E73B-4004-8736-CD309EF86DE0@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: Jeb
Date: Mon, 24 Oct 2005 12:31:51 -0500
To: "Longhini, Douglas" <DXL@cbsnews.com>

DOUG-
'Know that Ashley testified at trial, but not the substance. Was told
the drug stuff came up, but am checking.

Parkinson never said Morgan was a suspect at the hearing. He said if
evidence pointed his way or toward anyone else, they would check it
out. He told me directly that there is no credible evidence against
Morgan and he has no reason to believe he had anything to do with the
crimes. As for any other agencies, just don't know. Morgan hasn't
been contacted by anybody.

That Herrington/John Doe at the bottom of the stairs stuff is not
new. It is in Callahan's memo Pearman and I talked to you about and
in Steidl's civil lawsuit. Herrington denies it happened, as do the
cops, I believe. And of course John Doe denies it. Keep in mind,
that story also includes Herrington saying Steidl and Whitlock also
were at the crime scene.

As for the Ashley stuff, I told you in a previous email that John Doe
has no position on who committed the murders. I have pointed that
out to every person who has received these public records. However,
he does have a right to point out evidence that is being ignored by
the media. I read all the initial police reports and believed that
the Ashley interview, as well as the Tony Rhoads interview, should be
pointed out because it contradicts the general story line portrayed
in the media. Your previous report has Whitlock on camera denying
he knew Dyke. From the people I know in Paris, and from that
credible police report, that is not true. The picture Tony Rhoads
painted in your previous piece also is contradicted by the police
report I passed out.

What I find most unbelievable about those reports is that neither
you, the Tribune, or any other media outlet that I know, had them.
Please explain to me how you can do a balanced piece without such
important information? I know you are doing your own interviewing,
but you also undoubtedly are getting some documents from the defense

EC
002264

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\8480.eml
.x  10/24/2005, 12:31:56 PM

and they are keeping some from you.    That should be troubling.   Keep
in mind that Ashley interview is sworn, taped and witnessed by a
Florida detective.

As I told you earlier in an email, what is happening in this case is
ironic.   In the name of freeing innocent men, advocates for Steidl
and Whitlock are attempting to frame an innocent man.   They are
selling their version to the press.  I am simply trying to point out
what is happening.  When the media airs a story that makes it seem
preposterous that Dyke Rhoads had any connection to any of the
original defendants, I have an absolute right to point to a credible
public document that says otherwise.

If you want to tell this story fairly, I would think an interview
with Ashley would be critical.  He's Dyke's best friend.

DC

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1130175111</real>
  <key>flags</key>
  <integer>33815681</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Re: Jeb</string>
  <key>to</key>
  <string>"Longhini, Douglas" &lt;DXL@cbsnews.com&gt;</string>
</dict>
</plist>
```

EC
002265

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\8567.eml
.x 10/25/2005, 5:01:37 PM

3740
Mime-Version: 1.0 (Apple Message framework v734)
References:
<28375BA0FC85BC4084C942D659F636E901E27FD0@NYCCNDX02.cbsnewsenps.cbsnews.net>
Content-Type: text/plain;
    charset=US-ASCII;
    delsp=yes;
    format=flowed
Message-Id: <D65911BB-5A58-4727-A488-58E4F303326C@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Fwd: Jeb
Date: Tue, 25 Oct 2005 13:13:12 -0500
To: John Pearman <jpearman@sbcglobal.net>

More exchanges with your pal....

I don't know what's so complicated about this.
You are highlighting people saying Steidl and Whitlock are innocent.
Fine.
You are highlighting people saying that Herrington and Reinbolt are
bad witnesses.  Fine.
You are highlighting people saying there is no drug connection
between Dyke and Herb.  Not fine.  The record contradicts that.  Are
you telling me that you would air that Tony statement and Whitlock's
contention he didn't know Dyke if you had that Ashley police report
in 2000?
You are, in part, highlighting this false information as a way to
make it more plausible that an alternate theory is credible.  Not
fine.  The bogus case against Joe Doe is being artificially
strengthened by ignoring a very strong connection between Dyke and
Herb.  As I've said many times, doesn't prove a thing.  Yet, it backs
my contention that a false story line is being created by advocates
for Whitlock and Steidl and the news media is regurgitating it
uncritically.
Don't know what happened with any meetings Morgan had with any of the
family members.
As I've said before, Morgan has no idea who committed the murders.
Keep in mind that when attorney Kathleen Zellner interviewed Morgan a
few years ago, one of the reasons she came to believe Morgan is
innocent is that he didn't try to pin the murders on anyone,
including those who were throwing stuff at him.


Begin forwarded message:

> From: "Longhini, Douglas" <DXL@cbsnews.com>
> Date: October 25, 2005 12:42:15 PM CDT
> To: 'Dan Curry' <dan_curry@comcast.net>
> Subject: RE: Jeb
>
>
> I am aware that Herrington's alleged statement about seeing Bob

EC
002281

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\8567.eml
_x  10/25/2005, 5:01:37 PM

> Morgan was
> never made in court.  It supposedly came much later after the
> trials.  I
> don't understand what you are getting at with Tony Rhoads old
> quote.  He
> says what he says, how does anything he says relate to the case.  He
> describes some of his brother's drug usage, are you suggesting that
> Bob
> Morgan wants Tony to say more. Did Bob Morgan talk with Tony or Tony's
> parents about this. Since Bob seems to want to get to the bottom of
> things
> here I gather any discussion he has had with the Rhoads recently
> wasn't just
> a social call.  Why can't Bob Morgan speak for himself.  You said
> Bob Morgan
> was meeting with Dyke's parents, what did they talk about.
>
> -----Original Message-----
> From: Dan Curry [mailto:dan_curry@comcast.net]
> Sent: Monday, October 24, 2005 6:06 PM
> To: Longhini, Douglas
> Subject: Re: Jeb
>
> I'll get you a precise answer on Herrington and his denial.
> It's a little difficult to respond to because Callahan's memo and the
> lawsuit refer to the allegation in such a sketchy manner.   They say
> that Herrington told the story to law enforcement.  And it also
> suggests he told law enforcement he told it to Paula Myers.   But the
> timeline is sometime after the original investigation.  In your last
> note, you seemed to be under the impression that Herrington said this
> is court, which he didn't.
> But I do know that Herrington has told various people that he never
> saw Bob Morgan at the bottom of the stairs.
>
> The only reason I'm harping on this Ashley report is that you quoted
> Tony Rhoads in your 2000 show saying:
>

<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1130263992
  <key>flags</key>
  <integer>33815937</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Fwd: Jeb</string>
  <key>to</key>
  <string>John Pearman &lt;jpearman@sbcglobal.net&gt;</string>

EC
002282

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\9903.eml
.x  2/22/2006, 4:00:53 PM

1002
Mime-Version: 1.0 (Apple Message framework v746.2)
In-Reply-To: <20051116162743.73674.qmail@web82002.mail.mud.yahoo.com>
References: <20051116162743.73674.qmail@web82002.mail.mud.yahoo.com>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <78B3AB63-A8AA-4EFD-840F-EEE03A568EF5@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: Please read closely and OK...would like approval by 4 p.m. Weds.
for Thursday release
Date: Wed, 16 Nov 2005 19:11:51 -0600
To: Fred Hunter <flhunter2@sbcglobal.net>

FRED-
Took your suggestion on reordering part of this.  Left in more direct
shot at Callahan.  Done on purpose.  Shot across bow.  Thanks for all
your help on this.  Will send you final version by morning.  Please
inform if you sense any push back from reporters on this.  By the
way, informed Ed Parkinson about this today and he had many good
things to say about you.  Said he worked under you years ago.
DC

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1132189911</real>
  <key>flags</key>
  <integer>33815681</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Re: Please read closely and OK...would like approval by 4 p.m. Weds.
  for Thursday release</string>
  <key>to</key>
  <string>Fred Hunter &lt;flhunter2@sbcglobal.net&gt;</string>
</dict>
</plist>
```

EC
002292

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\9927.eml
.x 11/17/2005, 10:35:20 AM

308786
Bcc: Dan Curry <dan_curry@mac.com>
Mime-Version: 1.0 (Apple Message framework v746.2)
Message-Id: <DBD5ECF1-E05A-4ED7-B33A-5A0BD213BE3C@comcast.net>
Content-Type: multipart/mixed;
  boundary=Apple-Mail-4--727025544
To: Iain Johnston <iain.johnston@hklaw.com>
Subject: Paris man passes polygraph
From: Dan Curry <dan_curry@comcast.net>
Date: Wed, 16 Nov 2005 21:43:16 -0600


--Apple-Mail-4--727025544
Content-Transfer-Encoding: 7bit
Content-Type: text/plain;
  charset=US-ASCII;
  format=flowed

IAIN-
Final version of material sent to press.
DC
Dan Curry
CURRY PUBLIC STRATEGIES, INC.
(312) 259-3737
dan_curry@comcast.net


--Apple-Mail-4--727025544
Content-Transfer-Encoding: base64
Content-Type: application/pdf;
  x-unix-mode=0644;
  x-mac-hide-extension=yes;
  name="Paris man passes polygraph-PR.pdf"
Content-Disposition: inline;
  filename="Paris man passes polygraph-PR.pdf"

JVBERi0xLjMKJcTl8uXrp/Og0MTGCjIgMCBvYmoKPDwgL0xlbmd0aCA0IDAgUiAvRmlsdGVyIC9G
bGF0ZUR1Y29kZSA+PgpzdHJlYW0KeNrtXVtz3Dayfsev9FVenCqHIa4k92m9TnLic3J2vbGr9sVV
p6gZysPNDKmQM1b07xccEg0SDczFknhUW5s8KFEPOI1GX76+gPo9+nv0e8STOOn/YRGnMVVJwrNI
ShalLI8znudp1JbRP6I6+v5tR6NVFyXHf7uVXpvETH+i/4ccfwv/q1dHPIv10xKeRqtd9JePkRwW
jj8+7qLvf6JxEtHo4230Kvo2+vjP6MeP0d/JVzFFj/9qpmiSRalkMdeLJBFCL2fRd0LqH/oXql93
G/Hoflj59sO4nQ9vVZ9s5/u676f8P/HCS5jTOVc+Z3pWQSSwjqmQsNE8q2kWMZVkse7L97XbyWy65
XrRdVhLzf5vogz6LfuOU8pjpHVAac80wjYQWBad5nkVcDV/MPAdCOIFEzoGwRMV8OBqaxloQw6FQ
qo6fND8/7sj3PzE4lr8ej2X6IS364+G9+hGRaEZH2j8+9EQyJXIgRmihYIb2K6JJqmnE/4UyV+O6
XxBNpdzH6JGnVGYj7Q1alwlD+4D3ztn0maRX18ec2nkz6tVBpP1zzpxaND21aM7ds114yvTm9H7F
yBbnnx4Xjjye28IuZoiLWPOlDWMDtXHaIWm3SRP8i0w980VYp7AVyJbUyvUCuRPICudLKrjJ1DLLi
cqbkEC70D8pnHtmuZTJA4BkiDI+SSWCFCn1HKgOPyrLACpqEvoSinRBDCW6Fwl7eupTURKOm3n9L
5pLh5nkFkpkJjCuXkuZDYH21dym54ftPrqCTNHQELBnjIaJw87QfXIrKA1zznJKBUruPEywPCEgo
EwYP7ZxEZGJ4cCiRZOb0HtxvkiC6T69cvUrFSOKUffrWVS61QmqXGuaZzI9n+MzRkGnIea09fjc6
CfK83jKk4Pf7XVbzxVOP2RQSX8VilV/O3CMTRqP1rPOwzu33OxEvkSiUvkSudIfwnRj4+RiLKfDNk
QgnuhqbB75nsx4m3wf2w8MkwNcbbv7oUCFzNlxjFVRE6UJ6OMZKmr1H8zAOrBDXf1dcdFgGpNIu/
1mGRZ84UVcpipcGzDDPF/2OD/042KEcbRJTgf1jwcFi/Hy/mZcH9sOD58CQhAUpwP9w5Hww8yGMs
xinWESp5X7a8wGqsKa9dbC/SUWj1/62QIuYBBK91h/oRPKGpkejDnl1hizyY/EAytXMMiEMu5S7i
kBCgfAVwfedYEM8Nd/ugJ45RimM4qEvHhETKQo/L1BlVsM6TPFoVtADZ0asbVSBXQatTXp2cZwzV
yHWSkw1V5PuIRR/bk36fUhnnWosFmxXkzhQv36PScZbPNHJWchZGUxpBY3wsaL/aIRqX5ngrTIMS

EC
002368

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\9927.eml
x 11/17/2005, 10:35:20 AM

format=flowed

NEWS RELEASE

　　　　　Contact:  Dan Curry (312) =20
259-3737                                                     Nov. =20=

17, 2005
　　　　　　　　　dan_curry@comcast.net

Prominent entrepreneurpasses polygraph

Asks those trying to seek justice in Rhoads=92 murders to stop trying =20=

to frame him

PARIS, IL. =96 One of the most successful entrepreneurs in Edgar County =20=

is telling the truth when he says he had absolutely no involvement in =20=

the 1986 murders of Karen and Dyke Rhoads, a polygraph test released =20
today shows.

In order to halt a concerted smear campaign by a small band of =20
defense lawyers and investigators, the entrepreneur voluntarily took =20
the test to clear his name.

=93 The sad irony about what=92s happening in Paris is that in the name =20=

of freeing men they believe are innocent, advocates are trying to =20
frame an innocent man,=94 said Dan Curry, a spokesman for the =20
entrepreneur, referred to in court documents and media reports as =20
=93John Doe=94 or a =93Paris businessman of interest.=94

　=93=85It is the opinion of this examiner, based upon his analysis of =20=

his polygraph records, that he is telling the truth in his answers to =20=

previously listed questions,=94 concluded Fred Hunter, president of =20
F.L. Hunter and Associates, Inc., Hinsdale, one of the leading =20
examiners in the Midwest.  In one court filing where he hurls =20
unsubstantiated and false information at the entrepreneur, former =20
Illinois State Police officer Michale Callahan described Hunter as a =20
=93well-respected polygraph examiner.=94

Hunter=92s report is attached to this press release.   He can be =20
contacted for an interview by calling (630) 920-0571.

The entrepreneur does not have an opinion on who committed the =20
murders and believes authorities should continue to investigate any =20
credible new information in the case.   A private person, he has =20
decided to defend himself against false information being spread in =20
multiple court actions connected to the case.  The entrepreneur has =20
never been questioned by authorities, except for a brief interview in =20=

EC
002441

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\9927.eml
x 11/17/2005, 10:35:20 AM

1986 as Karen Rhoads=92 ex-employer.  He is voluntarily sharing the =20
polygraph test results with the Illinois State Police, Illinois =20
Attorney General=92s office, and state Appellate Prosecutor=92s office.
###

```
--Apple-Mail-4--727025544--
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1132198996</real>
  <key>flags</key>
  <integer>33753217</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Paris man passes polygraph</string>
  <key>to</key>
  <string>Iain Johnston &lt;iain.johnston@hklaw.com&gt;</string>
</dict>
</plist>
```

EC
002442

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\10924.em
mlx   1/26/2006, 8:10:13 PM

1164
Mime-Version: 1.0 (Apple Message framework v746.2)
Content-Transfer-Encoding: 7bit
Message-Id: <46EA666D-307A-4E12-9358-2E60C98330FC@comcast.net>
Content-Type: text/plain;
   charset=US-ASCII;
   delsp=yes;
   format=flowed
To: Jim Sotos <jsotos@hscblaw.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: Paris stuff
Date: Fri, 18 Nov 2005 09:38:37 -0600

JIM-
Info below from Paris from bank president that might be useful to
your investigator:

And a question for you:  Who would be paying Clutter now?  Is that
state defense money?

"Fat" Dick Hale 465-5152, information coming from ex-husband of most
recent
ex-wife of Randy Steidl, Mike Edwards. Mike Edwards is an associate of
Robert Colvin being sought by Clutter to discuss Colvin's business
dealings
with Bob.  According to Bob Colvin, Mike Edwards says "Fat Dick" was
"big"
in the drug ring of Paris at the time of the murders and knows all about
Steidl and Whitlock
Richard Hale
106 S. Monterey
Paris, IL 61944

David Frisse, Attorney at Law
Told me on 11/16 ,Whitlock was charged with a knife crime 4-5 years
prior to
the murders.  He was able to get the charges dropped prior to the trial.

<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
   <key>date-sent</key>
   1132328317
   <key>flags</key>
   <integer>33815681</integer>
   <key>original-mailbox</key>
   <string>local:///Outbox</string>
   <key>sender</key>
   <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
   <key>subject</key>
   <string>Paris stuff</string>
   <key>to</key>

EC
003348

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\10969.eml
.x  11/18/2005, 1:01:10 PM

1621
Mime-Version: 1.0 (Apple Message framework v746.2)
In-Reply-To: <200511181242480.SM00188@TExp05>
References: <200511181242480.SM00188@TExp05>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <E6648EFF-092C-4F19-810B-99DC9B49C99B@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: From the Springfield State Journal Register today...
Date: Fri, 18 Nov 2005 12:01:07 -0600
To: "Terry Ekl" <TEkl@CEWPC.com>


Paris paper did huge front page story basically printing verbatim all
the documents we sent them.  No stuff from Callahan.

Trib says they will include it in future story.  I've been giving
them shit for bias because it's anti-Callahan.

Been pounding on Zorn to at least blog it.

Another liberal blogger:
http://www.archpundit.com/archives/013109.html

Still working on Jim Dey, Champaign columnist

Pearman is calling the woman who wrote the Springfield story today
and launching on Callahan, trying to get them to write a follow.   We
want to draw Callahan out as much as possible.

48 Hours wants to interview Hunter  the week after t-giving.  I told
the 48 Hours guy we need to have a talk in a couple of weeks.  I said
his network might want to distance itself from Protess Inc. because a
media onslaught is coming and it ain't going to be pretty.  I think
if we can throw enough credible stuff at Protess on Porter, we can
get them to pull the plug on the whole piece.   Because it's all
about Protess and the students again.  If they pull the plug, that's
more media smoke.

Any word on Sun-Times?


<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1132336867
  <key>flags</key>

EC
003425

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\14730.eml
.x  11/28/2005, 10:08:46 AM

598
Mime-Version: 1.0 (Apple Message framework v746.2)
Content-Transfer-Encoding: 7bit
Message-Id: <4EB8E3CE-F3E2-450E-9922-5F912E897159@comcast.net>
Content-Type: text/plain;
  charset=US-ASCII;
  format=flowed
To: Eric Volkmann <evolkmann@edgarcountybank.com>,
 John Pearman <jpearman@sbcglobal.net>,
 Jim Sotos <jsotos@hscblaw.com>,
 Terry Ekl <tekl@cewpc.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: Champaign NG Jim Dey's latest column on Paris case...
Date: Mon, 28 Nov 2005 09:08:40 -0600


        News-Gazette Weblog

<http://www.news-gazette.com/ngweblog/index.cfm?post=271&blog=7>
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1133190520
  <key>flags</key>
  <integer>33815681</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Champaign NG Jim Dey's latest column on Paris case...    </string>
  <key>to</key>
  <string>Eric Volkmann &lt;evolkmann@edgarcountybank.com&gt;, John Pearman
  &lt;jpearman@sbcglobal.net&gt;, Jim Sotos &lt;jsotos@hscblaw.com&gt;, Terry
  Ekl &lt;tekl@cewpc.com&gt;</string>
</dict>
</plist>

EC
003529

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\16382.em
mlx  12/21/2005, 11:49:44 AM

5849
Mime-Version: 1.0 (Apple Message framework v746.2)
Content-Transfer-Encoding: 7bit
Message-Id: <5381C47D-411D-4C16-AD52-7D8F393A187D@comcast.net>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
To: John Pearman <JPearman@lucasgroup.com>,
 James Sotos <jsotos@jsotoslaw.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: Emailed today to 48 Hours producer....
Date: Wed, 7 Dec 2005 15:07:45 -0600


DOUG-
We are sending the following letter to CBS' corporate offices today
regarding your upcoming show.  We ask that you allow us to speak to a
supervisor and yourself by phone as soon as possible to discuss these
concerns and answer any questions.  We can also make available the
attorneys who filed this post-conviction petition at issue in the
letter.  Doug, we appreciate the open dialogue we've had with you on
this story.  This in no way should be construed as disatisfaction
with the treatment you've given us.  Ultimately, we are concerned
with CBS' finished product and its effect on our client.  I think
you'd agree that this petition (attached) is a potential bombshell.

Please advise about a conference call or meeting.

Thanks,
DC



Please be advised that both of us represent Robert Morgan, in legal
and public relations capacities.  Our client is being smeared by
those who are seeking to exonerate two men for the 1986 murder of
Karen and Dyke Rhoads in Paris, Illinois.

We contacted you in May as CBS prepared to do an "update" story on
the murders on the program 48 Hours.  We understand that update story
may be ready to air on Dec. 17.  In addition to our previous
admonition that we stand prepared to take whatever legal, public
relations or other action at our disposal to fight back against CBS
if it directly or indirectly implicates Mr. Morgan in the heinous
crime, a new and pressing concern has arisen that we believe warrants
your immediate review.

The "star vehicle" in your June 21, 2001 show was Northwestern
University Journalism Professor David Protess and his students, who
were chronicled investigating the Paris murders.  Reference was made
and footage shown of Protess' work on the highly publicized Anthony
Porter murder exoneration in Illinois, a case that led directly to
Illinois' death penalty moratorium.

Page: 1

EC
003530

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\16382.em
nlx  12/21/2005, 11:49:44 AM

A new and explosive post-conviction petition was filed Thursday in
Cook County Circuit Court that alleges that Protess, his
investigator, and an attorney, in effect "framed" an innocent man in
order to trigger the Porter exoneration.  The assertion is backed by
newly revealed evidence including recantations by all known witnesses
to the crime.

These new allegations already have received news coverage in the
Chicago Tribune, and Chicago and Milwaukee TV stations.  Other major
media outlets are planning stories.

What should be of great concern to CBS is that the allegation states
that Protess' investigator coerced a confession from the innocent man
using as leverage a CBS news program that may have contained false
information.  That news story aired Feb. 2, 1999 in a newscast
anchored by Dan Rather.

Of course these allegations have to be tested in court and we have no
direct knowledge of their accuracy.  But we know the attorneys filing
the action and they are highly respected in the Chicago area legal
community.

We are asking you to fully review this new petition before again
featuring Professor Protess as the centerpiece of your show.  Should
these allegations in the Porter case prove meritorius, it would mean
that CBS is relying on a discredited individual to serve as a central
spokesperson regarding the network's point-of-view in the Paris murders.

We make this request without any knowledge of what role Professor
Protess plays in your upcoming show.  What concerns us is that he
pointed the finger at our client in your 2001 show when Susan Spencer
said:

   SPENCER: (Voiceover) Professor Protess thinks there could be a link
between what Karen saw and the shadowy men from Florida.  Could this
have been murder for hire?

We have also pointed out to producer Douglas Longhini that we are
troubled by the shaky story line pursued in the 2001 show, parts of
which are directly contradicted by the public record.  For example,
the show features interviews with defendant Herb Whitlock, who claims
never to have known victim Dyke Rhoads, and an interview with Rhoads'
brother Tony who said Dyke was not involved with drug dealers.  Yet a
sworn and taped police report gathered by Illinois and Florida
authorities several months after the murder showed that Dyke Rhoads
and his lifelong friend Jeb Ashley bought cocaine personally from
Whitlock at least six times.

We say this not to point the finger at anyone but to show that the
public record in this case is being twisted in order to make the
smear campaign against our client seem plausible.

We have also provided Mr. Longhini results of a polygraph test our
client voluntarily submitted to on Nov. 3.  The polygraph expert, one

EC
003531

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\16382.em
nlx  12/21/2005, 11:49:44 AM

of the most respected in the Midwest, said our client was telling the
truth when he said he had absolutely nothing to do the the crimes.

As we stated in our previous letter,  Mr. Morgan is a respected and
successful entrepreneur who has provided hundreds of jobs in Edgar
County, Illinois. He has been the majority owner of Edgar County Bank
& Trust for the past 14 years. He has no criminal record and has
never been charged, interrogated or subpoenaed related to the Rhoads
murders. There are no active investigations of him by any law
enforcement agency as far as we can determine.

Thank you for your attention to this matter.  If you have any
questions, please feel free to contact me.

John Pearman
Dan Curry

```xml
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1133989665</real>
  <key>flags</key>
  <integer>33815681</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Emailed today to 48 Hours producer....</string>
  <key>to</key>
  <string>John Pearman &lt;JPearman@lucasgroup.com&gt;, James Sotos
  &lt;jsotos@jsotoslaw.com&gt;</string>
</dict>
</plist>
```

EC
003532

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\17461.eml
.x  12/21/2005, 11:49:44 AM

```
649
Mime-Version: 1.0 (Apple Message framework v746.2)
Content-Transfer-Encoding: 7bit
Message-Id: <40CFEC6C-E053-462D-813A-A891AB3B4738@comcast.net>
Content-Type: text/plain;
  charset=US-ASCII;
  format=flowed
To: James Sotos <jsotos@jsotoslaw.com>,
 Terry Ekl <tekl@cewpc.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: =?ISO-8859-1?Q?CBS_News_|_Who_Murdered_The_Newlyweds=3F_|_Decemb?=
 =?ISO-8859-1?Q?er_18,_2005=A010:33:47?=
Date: Sun, 18 Dec 2005 12:02:08 -0600

Not an exact transcript, but real close

CBS News | Who Murdered The Newlyweds? | December 18, 2005 10:33:47
<http://www.cbsnews.com/stories/2005/12/13/48hours/main1123966.shtml>
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1134928928</real>
  <key>flags</key>
  <integer>33815681</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>CBS News | Who Murdered The Newlyweds? | December 18,
  2005Â 10:33:47</string>
  <key>to</key>
  <string>James Sotos &lt;jsotos@jsotoslaw.com&gt;, Terry Ekl
  &lt;tekl@cewpc.com&gt;</string>
</dict>
</plist>
```

EC
003534