E-FILED
Thursday, 07 August, 2008  05:50:06 PM
Clerk, U.S. District Court, ILCD

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\20389.eml
x  1/17/2006, 11:49:58 AM

722
Mime-Version: 1.0 (Apple Message framework v746.2)
Bcc: John Pearman <JPearman@lucasgroup.com>,
 Eric Volkmann <evolkmann@edgarcountybank.com>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <38BEF95B-54A0-4AFB-90A0-A5D89903E3D1@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Clutter memo?
Date: Tue, 17 Jan 2006 10:49:03 -0600
To: Terry Ekl <tekl@cewpc.com>,
 James Sotos <jsotos@jsotoslaw.com>

TERRY, JIM-
Are there any Clutter memos in the court record or otherwise in the
Paris case?
I'm assuming Clutter turned something over to Callahan that he relied
on.
Have you seen any such documents and how could I get my hands on it?
DC
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1137516543
  <key>flags</key>
  <integer>261249</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Clutter memo?</string>
  <key>to</key>
  <string>Terry Ekl &lt;tekl@cewpc.com&gt;, James Sotos
  &lt;jsotos@jsotoslaw.com&gt;</string>
</dict>
</plist>

EC
005093

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\20474.eml
.x  1/17/2006, 5:50:42 PM

569
Mime-Version: 1.0 (Apple Message framework v746.2)
In-Reply-To: <45F204955F8D584B8323F89E8EA4BA3C05D0F7@CEWSERVER02.cewpc.local>
References: <45F204955F8D584B8323F89E8EA4BA3C05D0F7@CEWSERVER02.cewpc.local>
Content-Type: text/plain;
   charset=US-ASCII;
   format=flowed
Message-Id: <84DF64FC-8F64-4628-A2FF-A0972A0B80A5@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: Clutter memo?
Date: Tue, 17 Jan 2006 16:50:40 -0600
To: Terry Ekl <TEkl@cewpc.com>

Do you mind if I talk to Beth about this?
How would I get hold of her?
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
   <key>date-sent</key>
   1137538240
   <key>flags</key>
   <integer>261249</integer>
   <key>original-mailbox</key>
   <string>local:///Outbox</string>
   <key>sender</key>
   <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
   <key>subject</key>
   <string>Re: Clutter memo?</string>
   <key>to</key>
   <string>Terry Ekl &lt;TEkl@cewpc.com&gt;</string>
</dict>
</plist>

EC
005094

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\20813.eml
.x  2/13/2008, 2:33:56 PM

1013
Mime-Version: 1.0 (Apple Message framework v746.2)
Bcc: Eric Volkmann <evolkmann@edgarcountybank.com>,
 Eric Volkmann <volkmanne@direcway.com>,
 Iain Johnston <iain.johnston@hklaw.com>,
 Keith Jensen <Keith_Jensen@isp.state.il.us>,
 Dan Curry <dan_curry@mac.com>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <1C46B0ED-74D8-4E5F-A874-11DA588FE86D@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Tribune to write about new grand jury
Date: Fri, 20 Jan 2006 15:22:36 -0600
To: Terry Ekl <tekl@cewpc.com>,
 James Sotos <jsotos@jsotoslaw.com>,
 John Pearman <JPearman@lucasgroup.com>


Hal Dardick just called and said the Tribune will have a story
tomorrow about the new grand jury convened by the Appellate
Prosecutor in the Paris case.  He is quoting Kling as saying it's a
fishing expedition for the civil case.  Didn't ask me for a quote on
behalf of Morgan.  He found out about the gj because Callahan got
subpoenaed.
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1137792156
  <key>flags</key>
  <integer>261249</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Tribune to write about new grand jury</string>
  <key>to</key>
  <string>Terry Ekl &lt;tekl@cewpc.com&gt;, James Sotos
  &lt;jsotos@jsotoslaw.com&gt;, John Pearman
  &lt;JPearman@lucasgroup.com&gt;</string>
</dict>
</plist>

EC
005095

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\20945.em
nlx  5/8/2008, 12:10:29 PM

5508
Mime-Version: 1.0 (Apple Message framework v746.2)
Content-Type: text/plain;
  charset=ISO-8859-1;
  delsp=yes;
  format=flowed
Message-Id: <E67189C7-7360-416B-ACDA-93A46C4AC60E@comcast.net>
Cc: Iain Johnston <iain.johnston@hklaw.com>,
 James Sotos <jsotos@jsotoslaw.com>,
 Terry Ekl <tekl@cewpc.com>
Content-Transfer-Encoding: quoted-printable
From: Dan Curry <dan_curry@comcast.net>
Subject: Trib grand jury story
Date: Mon, 23 Jan 2006 07:21:45 -0600
To: Eric Volkmann <evolkmann@edgarcountybank.com>,
 John Pearman <JPearman@lucasgroup.com>


http://www.chicagotribune.com/news/local/chicago/=20
chi-0601230175jan23,1,6854755.story?coll=3Dchi-newslocalchicago-hed
Downstate grand jury takes new look at '86 murder case


By Hal Dardick
Tribune staff reporter

January 23, 2006

Thirty months after a former Death Row inmate's controversial =20
conviction was overturned in a Downstate double-homicide case, a =20
special prosecutor has convened a grand jury to probe the murders.

Michael Metnick, an attorney for former inmate Gordon "Randy" Steidl, =20=

accused the state appellate prosecutor's office of using the grand =20
jury as a tool to help the state fight a federal civil suit filed on =20
behalf of his client.

"I think it's pretty clear that they are using the grand jury as a =20
discovery process in the civil suit," Metnick said. "When everything =20
is written, what we are going to see is a tremendous abuse of the =20
system by the appellate prosecutor's office."

Among those issued grand jury subpoenas was retired Illinois State =20
Police Lt. Michale Callahan, who during his investigation concluded =20
that Steidl and one-time co-defendant Herb Whitlock were innocent.

He later won a federal civil suit against two of his superiors, whom =20
he accused of thwarting his efforts to investigate an alternative =20
potential suspect. That verdict is under appeal.

Callahan's allegations are mentioned in Steidl's suit and could be a =20
significant issue when it goes to trial.

EC
005096

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\20945.em
lx  5/8/2008, 12:10:29 PM

John Baker, Callahan's attorney, said the subpoena seeks all of =20
Callahan's records related to the 1986 murders of Karen and Dyke =20
Rhoads, who were stabbed to death before their Paris, Ill., home was =20
set on fire. It orders Callahan to appear before the grand jury Feb. 22.

Special prosecutor David Rands of the appellate prosecutor's office =20
said he could neither confirm nor deny the existence of a grand jury, =20=

but his name was on the subpoena issued to Callahan.

"I can say, categorically, that I would never" use a grand jury to =20
gather evidence for a civil case, he added. Revealing information =20
gained through a grand jury would be illegal, Rands said.

"I am speechless [Metnick] would stoop so low as to make an =20
accusation like that," he said.

In June 2003 a federal judge overturned Steidl's conviction in the =20
Rhoads murders. "Acquittal was reasonably probable if the jury had =20
heard all of the evidence in the case," U.S. District Judge Michael =20
McCuskey wrote.

McCuskey's ruling prompted Atty. Gen. Lisa Madigan's office to =20
investigate the case. In March 2004 her office dropped its appeal of =20
McCuskey's ruling. "Information favoring the defense was never =20
disclosed," Madigan's office concluded.

Two months later, the appellate prosecutor's office announced it =20
could not retry Steidl within the 120-day deadline set by McCuskey, =20
and Steidl--who had spent 17 years behind bars, including 12 on Death =20=

Row--was released.

Steidl, 54, filed a federal lawsuit last year, alleging that police =20
and prosecutors "sought to frame" him and Whitlock.

Whitlock, who turned 60 Wednesday, remains in prison. He has appealed =20=

an Edgar County judge's recent denial of his request for a new trial.

Madigan's office confirmed Friday that it continues to look into the =20
Whitlock case. Whitlock's attorneys have asked her office to =20
intercede and "confess error," which would lead to Whitlock's freedom.

If Steidl wins his suit, damages against authorities in Edgar County, =20=

where Paris is the county seat, and Illinois State Police, which =20
helped probe the murders, could reach tens of millions of dollars, =20
based on "standard" awards in such cases, said Flint Taylor, one of =20
his attorneys.

Steidl also renewed his petition for clemency, in which he seeks a =20
pardon "based on innocence." His second hearing before the Illinois =20
Prisoner Review Board, which makes confidential clemency =20
recommendations to Gov. Rod Blagojevich, was scheduled for Monday.

EC
005097

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\20945.em
lx  5/8/2008, 12:10:29 PM

But Steidl's attorneys agreed to delay the hearing until April, said =20
Karen Daniel, one of his attorneys.

Special prosecutor Ed Parkinson, also of the appellate prosecutor's =20
office, said he hoped the reinvestigation of the homicides, which =20
became public at Steidl's first Prisoner Review Board hearing in =20
October, would be wrapped up by April.

Metnick questioned why the reinvestigation started after Callahan won =20=

his suit and not as soon as Steidl was released.

Prosecutors have said Steidl is still a suspect, and state police =20
have been interviewing his former cellmates.

"Every indication is that this so-called reinvestigation has =20
uncovered no evidence of Randy Steidl's guilt," Daniel said. "He is =20
innocent. ... He's not likely to be re-indicted for that reason."

No physical evidence has linked Steidl or Whitlock to the murders, =20
according to court records.

Copyright =A9 2006, Chicago Tribune

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1138022505</real>
  <key>flags</key>
  <integer>261249</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Trib grand jury story</string>
  <key>to</key>
  <string>Eric Volkmann &lt;evolkmann@edgarcountybank.com&gt;, John Pearman
  &lt;JPearman@lucasgroup.com&gt;</string>
</dict>
</plist>
```

EC
005098

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\21391.em
lx  2/13/2008, 2:33:56 PM

```
>> letting their brother's killer go free. How is that a victory?
>>
>> --Well, you make an interesting point on Ashley. I will try to
>> find him. (Maybe you can help?)
>>
>> --People close to Karen said she quit. What do they have against
>> Morgan?
>>
>> --As to Morgan, I'm in the same place there as I am with Steidl
>> and Whitlock. A certain level of suspicion, but no hard
>> incriminating facts. And I'm beginning to think it's possible none
>> of the three were involved. Look up the history of Tommy Lynn
>> Sells, his killing spree and the type of crimes he committed.
>>
>> --OK, Steidl and Whitlock were in town. Where are the bloody
>> clothes? Where are the fingerprints? Who other than Herrington and
>> Rienbolt say they saw them at the crime scene?
>>
>> I don't mean to be argumentative, but I keep coming back to this:
>> there's no good evidence against anybody in this case, yet
>> Whitlock remains behind bars on cooked-up testimony. That doesn't
>> seem like justice to me. Prosecutors are supposed to prove someone
>> guilty beyond a reasonable doubt. I'd love to get my hands on some
>> real evidence, no matter who it implicates.
>>
>> Hal
>>
>>
>>
>> -----Original Message-----
>> From: Dan Curry [mailto:dan_curry@comcast.net]
>> Sent: Tuesday, January 24, 2006 9:58 AM
>> To: Dardick, Hal
>> Subject: Re: Puzzled?
>>
>>
>> HAL-
>>
>> Below is my OFF-THE-RECORD observation of the case.
>>
>> The more documents I read in this case, the more people I talk to,
>> the more I realize that the Protess-Kling-Steidl-Whitlock storyline
>> has many holes.
>>
>> --it's quite obvious that Steidl and Whitlock knew Dyke Rhoads even
>> though both deny it.
>> --there are a handful of credible people, to this day, believe Steidl
>> and Whitlock were involved based on their extensive conversations
>> with them after the crime.  This part of the story is never mentioned
>> by the press.
>> --when the NW students confronted someone who had information that
>> implicated Steidl or Whitlock, they immediately left.  Happened time
>> after time.
>> --Most of the sketchy statements attributed by Callahan to people in
>> the community have been adamantly denied.  Most people say they never
```

EC
005110

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\21391.em
mlx  2/13/2008, 2:33:56 PM

>> talked to Callahan.
>> --it's clear that Andrea and Tony are prime movers of the Morgan
>> angle.  Yet it's also clear that Tony, in particular, supplied drugs
>> to his brother and knows more about the drug use by Dyke than he is
>> saying.  His motivation in moving the story away from the drug angle
>> and onto Morgan is suspect.
>> --It's amazing that nobody is talking about Jeb Ashley.  More than
>> anyone, I think he holds the key to the case.  His strong ties to
>> Whitlock are unquestioned.  His actions after the murder are very
>> suspicious.  If the press talked to Dyke's former friends they would
>> know this immediately.  But again, the other side doesn't want to
>> talk about Ashley because it exposes the drug angle.
>> --Nobody can verify the Karen quit her job story.
>> --Everybody who has heard "Morgan rumors" seems to come up dry when
>> it comes to facts to back it up.
>> --It can't be dismissed that Whitlock was seen at 6:30 that morning
>> walking down the street carrying his shirt and that Steidl was
>> supposedly mailing his unemployment forms at 3 in the morning and
>> drove by the house.
>>
>> I think this:  Not saying for sure Steidl and Whitlock committed
>> this crime but I think one or both at minimum knows a lot about it.
>> I think there's definitely a drug angle at play and certainly other
>> players are potential suspects.   I think prosecutors screwed up by
>> not unraveling those leads originally.  I don't discount the notion
>> that unraveling the town's drug trade was something the SA didn't
>> want to do at the time for any number of reasons.
>>
>> I think the Morgan angles are a smokescreen.  They are a figment of
>> some fertile imaginations and they are pushing it on the press
>> because it serves many purposes.
>>
>> I think you know me well enough to know that I would not be shilling
>> for Morgan if I thought he was involved.  Believe me, my eyes are
>> wide open and if I start to believe otherwise, you won't see me
>> working for him anymore.
>>
>> The above are my personal observations and not an attempt to dirty
>> anyone up.  It's just my view of the facts I've seen.
>>
>> DC
>>
>>
>>
>>
>>
>

<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1138148263

EC
005111

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\22359.eml
_x  1/31/2006, 9:53:10 AM

274411
Mime-Version: 1.0 (Apple Message framework v746.2)
To: Terry Ekl <tekl@cewpc.com>,
 James Sotos <jsotos@jsotoslaw.com>
Message-Id: <D001D5EA-968A-44EE-A8C1-D1D819A29C60@comcast.net>
Content-Type: multipart/mixed;
 boundary=Apple-Mail-2--649290918
From: Dan Curry <dan_curry@comcast.net>
Subject: Paris info....
Date: Tue, 31 Jan 2006 08:53:02 -0600


--Apple-Mail-2--649290918
Content-Transfer-Encoding: 7bit
Content-Type: text/plain;
 charset=US-ASCII;
 delsp=yes;
 format=flowed

The locals tell me that the high-speed chase and drug bust described
in this article has a Carol Robinson connection.
They say that the car belonged to her, although that is not mentioned
in the article.  Maybe we can get the police report.


--Apple-Mail-2--649290918
Content-Transfer-Encoding: base64
Content-Type: application/pdf;
 x-unix-mode=0644;
 x-mac-hide-extension=yes;
 name="high speed chase--Carol Robinson.pdf"
Content-Disposition: inline;
 filename="high speed chase--Carol Robinson.pdf"

JVBERi0xLjMNJeLjz9MNDTEgMCBvYmoKPDwKL1R5cGUgL1BhZ2UKL011ZGlhQm94IFswIDAgNjEx
LjI4IDc5MC45Ml0KL0Nyb3BCb3ggWzAgMCA2MTEuMjgggNzkwLjkyXQovUGFyZW50IDIgMCBSCiAv
Um90YXRlIDAgL1Jlc291cmNlcyA8PAovUHJvY1NldCBbL1BERiAvSW1hZ2VDIC9JbWFnZUIgL0lt
YWdlSV0KL1hPYmplY3QgPDwKL09iajMgMyAwIEFIgICA+Pgo+PgovQ29udGVudHMgWyA0IDAgUiAg
XQo+PgplbmRvYmoKMyAwIG9iago8PCAvVHlwZSAvWE9iamVjdCAvU3VidHlwZSAvSW1hZ2UNL05h
bWUgL09iagM1dpZHRoIDE2OTgggL0hlaWdodCAyMTk1IC9Db2xvclNwYWNlIC9EZXZpY2VHcmF5
ICAgLS9CaXRzUGVyQ29tcG9uZW50IDggL0xlbmd0aCA3NzUwNS9GaWx0ZXIgL0RDVERlY29kZUhR
ciAvQ0NJVFRGYXhEZWNWdGVGUgL0RlY29kZVBhcmFtcyBbIC9SZWxlY3Rpb25TIGd3
Pj4gc3RyZWFtCs6qOdVHzqo/Oqjzqo51UedV4+dV486qP0iiVvIKymTmdOdEiDikkwcttawmED4Y
FYM7GhTQIdkuWspggVFuwnEMu20GXbto7ECFxDZkdBTLShhUu+HHBs7EjDCriM7WWbrOxOJXn89E
qgZOA1ppGz/dtoMIMIGZ8a1UDplWReI5AmqknnRHM+ZhHTcOdmtjVnRd7f+kHDBNQbxGl4RD4MEO
+/V0v+9v9pwZcOgZPLvgwQYSLv7+LiubGZxdm8+ZH/NGUMkR0yQkYdrvXjhsaDhxFoNJB18lSyXf
nRPSYKhhD8EGEGgYIGEy5vbk5kSXr++v6T2tmyJyJx4QYIhREaVGtoc0dJFu0WOwmEwSCe3hMuMu
IXIIiCrusxf//6vSDCLcjsPRY7pLYSVwZODvSawkgg2gg2jW0XeNX0W7aq1/VM0Gei0zgyQjaPIu
jhff+v+qNeE6Ltqqg2DMoU6KK+h+4hV9b02DLzt6CDbgwmkbP8WgwSTQaGhoMwMuWdWXFMEbH5wz
TL57Psuvz+fzEUGSEff3ow7pJK1hQn/16JjhNLvbyxw4v0q3/vrfzr201kno2Y1D0bLTSLeDvhJ2k
H0EGYJBhQh/goUJoMKge7Y1xXq+Cek/XoRBdWxz5KKqKV17ehf+/0PqE2gsO1VvSCbw9KwgRseqL
hoRouPWoQsIuGCoz/YatwuvQ371jhfh7zJ/v+2u3fD/dXqGnQrv7ddg71T6STgybnhQn/2Stwm9I
Pqw65db+ZyrC1fqdE4Rd+mD28ImPf/9qYPpNiSFr0lodR21T//pkcSKfodf8HDVK4PX7fpBJixFf
wl1S/Df6C1/9vV1Sg0Qlbq++ayrWi3CfX+v44Wtbf+q363+w0m3CJv6/9L9fYP9oL//bvuU7w36+

EC
005121

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\22366.eml
.x  8/22/2007, 9:55:05 AM

585
Mime-Version: 1.0 (Apple Message framework v746.2)
Bcc: Hal Dardick <hdardick@tribune.com>
Content-Type: text/plain;
   charset=US-ASCII;
   format=flowed
Message-Id: <020943EF-0C98-491E-9CDB-E7A342F3D9AE@comcast.net>
Cc: Terry Ekl <tekl@cewpc.com>,
 James Sotos <jsotos@jsotoslaw.com>,
 John Pearman <JPearman@lucasgroup.com>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Online version of Terre Haute story
Date: Tue, 31 Jan 2006 09:17:56 -0600
To: Eric Volkmann <evolkmann@edgarcountybank.com>

http://www.tribstar.com/news/local_story_030213803.html
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
   <key>date-sent</key>
   1138720676
   <key>flags</key>
   <integer>261249</integer>
   <key>original-mailbox</key>
   <string>local:///Outbox</string>
   <key>sender</key>
   <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
   <key>subject</key>
   <string>Online version of Terre Haute story</string>
   <key>to</key>
   <string>Eric Volkmann &lt;evolkmann@edgarcountybank.com&gt;</string>
</dict>
</plist>

EC
005187

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\23272.em
nlx  2/6/2006, 11:14:59 PM

1058
Mime-Version: 1.0 (Apple Message framework v746.2)
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <ED48AC6B-DE82-481B-98EE-DAF79202F9F5@comcast.net>
Cc: John Pearman <JPearman@lucasgroup.com>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Callahan
Date: Mon, 6 Feb 2006 20:14:27 -0600
To: Terry Ekl <tekl@cewpc.com>,
 James Sotos <jsotos@jsotoslaw.com>,
 Beth Ekl <eekl@jsotoslaw.com>

You may know already know about this, but here's a blog site visited
exclusively, it appears, by a small group of Illinois State Police
officers, including Callahan.   Don't know who operates it, but lots
of posts from Callahan.    Much of the discussion centers on the
Callahan-Fermon feud and other issues.  Obviously, it's worth
monitoring to see if Callahan tips his hand on some things.    We
could decide to provoke him a bit as well.  So far, he hasn't
mentioned Morgan.  He's just saying things are screwed up, Blago is
part of the problem, etc.

http://ispeeved.blogspot.com/


<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1139278467
  <key>flags</key>
  <integer>261249</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Callahan</string>
  <key>to</key>
  <string>Terry Ekl &lt;tekl@cewpc.com&gt;, James Sotos
  &lt;jsotos@jsotoslaw.com&gt;, Beth Ekl &lt;eekl@jsotoslaw.com&gt;</string>
</dict>
</plist>

EC
005188

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\24317.em
lx  2/27/2008, 6:42:14 PM

381034
Bcc: John Pearman <JPearman@lucasgroup.com>,
 Eric Volkmann <evolkmann@edgarcountybank.com>
Mime-Version: 1.0 (Apple Message framework v746.2)
Message-Id: <CFF81038-7DF9-4F7A-ABA6-302F92DDF44A@comcast.net>
Content-Type: multipart/mixed;
  boundary=Apple-Mail-14-745170917
To: Carol Marin <cmarin@suntimes.com>,
 Don Moseley <dmose924280@aol.com>
Subject:
From: Dan Curry <dan_curry@comcast.net>
Date: Thu, 16 Feb 2006 12:14:04 -0600


--Apple-Mail-14-745170917
Content-Transfer-Encoding: 7bit
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed


CAROL, DON-
Here is:
1.  Press release showing Bob Morgan passed polygraph.
2.  Letter we sent to 48 Hours prior to the show in December.
3.  Police report that shows that Dyke and his best friend bought
cocaine personally from Herb Whitlock at least six times (shows that
storyline forwarded by advocates for Steidl and Whitlock is false).
4.  I have much more.
5.  Dozens of interviews have been conducted by investigators in the
past six months.  The sum of those interviews indicate:
   A.  Several credible people who talked extensively to Steidl and
Whitlock after the crime say they made direct admissions.
   B.  It is clear that both STeidl and Whitlock knew Dyke Rhoads even
though both publicly deny it.
   C.  The sketchy rumors about Bob Morgan completely crumble under the
scrutiny of questioning.
   D.  Many people believe that Jeb Ashley, Dyke's best friend, knows a
lot more than he's saying.  He fled to Florida after the crimes.  Was
seen at funeral with black eye.  Clearly bought and sold coke and pot
directly with Herb Whitlock.  Supposedly, Ashley is being called
before the current grand jury.
   E.  Person after person say that the NW students walked away when
they were told information that wasn't favorable to the "Bob Morgan
storyline."
   F.  Person after person say the information attributed to them in
ISP Callahan's internal memo, upon which the newest court actions are
based, is false and they in fact never talked to Callahan.
   G.  You might want to talk to Kathleen Zellner.  She once
represented Whitlock and talked to Bob Morgan directly.  She told me
recently that even though the Morgan angle was being pushed by
defense lawyers at the time, she came away convinced that Morgan was
not involved.
   H.  Defense lawyers in earlier court filings pointed the finger at

EC
006381

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\24317.em
lx  2/27/2008, 6:42:14 PM

Karen Rhoads' ex-boyfriend.  I hear they now are investigating a new
possible suspect, a Texas serial killer named Tommy Lynn Sells.


--Apple-Mail-14-745170917
Content-Transfer-Encoding: base64
Content-Type: application/pdf;
    x-unix-mode=0644;
    name="BOIpassespolygraph.pdf"
Content-Disposition: inline;
    filename=BOIpassespolygraph.pdf

JVBERi0xLjMKJcTl8uXrp/Og0MTGCjIgMCBvYmoKPDwgL0xlbmd0aCA0IDAgUiAvRmlsdGVyIC9G
bGF0ZURlY29kZSA+PgpzdHJlYW0KDgVicnRxKdIz2z0aSf5+/AlV5capsBPMN3NP67OTiu9xWNlbVvrhq
CyThExsSYADSiv77G4CYHmAaQSGyhVVdbfygSC2APT39+eue0R/R36I/Ip7ESfcfiziINqUoSnkZS
skizLE55lumoKaK/R1X0w7uWRqs2Svp/7co8m8TM/Eb3H+l/Ct+apy0exuZtCdfRahf9500kTw80
X2520Q8/0TiJaHRzF72Kvo9u/hn9eBP9jTyJKdr/M0zRJI20ZDE3D0kihHmcRW+ENF/MD1T33F3E
o/vTk+8+Dsv5+G6ynP5nb8bfn/jhRGc0zlTHmVmVkEksI6pkLAxPKtpFjKVpLDuy++129FMuuXli
e3qS20820UezF93CKeUxMyugNOaGYRoJIwpOsyyNuDp9MJvZ8II2JPI2hCUq5qetoTo2gjhtCqWq
/0379WZHfviJwbb8td+W8S8Z0feb9+pHRKIpHWh//9gRyZjIgRihBwWztN8QTVJDI/MfKDM1PPcL
oinN5xjtedIyHWhv0XOpsLSPeO2cjd9J0nX9ml173Iw6NRG6e88juxaNdy2acvdsFq6ZWZxZrxjY
4rx/cPjyjS38YgaoiA1PZhMWcDuXbaJRG52YH6TmhS+HK5W+QK6kUaYXyJVIXiBXRtlVqvogKy5n
Sp7ChflC+cQju2eZDBB4iginV8kk8IQKfYaWgVelaeAJmoQ+hKKVEEsJLoXCWt75FG2jV0OdvidT
yXD7vhzJzAbGlU/R2Smwvjr4lMzy/R++oBMd2gKWDPEQUbh923uforIA1zyj5ESp/NcJlgUEJJQN
g8dmSiIysTx4lEgyu3sP/idJEN2nV75eaTGQOGWfvveVS6mQ2mnLPJNZv4fPHA2ZSTmvtcc3g5Mg
z8uYinX/flfxxrXJ2xcRXMpjpa/mb5EUx2TtT/Gwz+z2ORMvkSuVvESuTIXw7xj59TESUaaLISNK
cDVUBz9ntB4v3gbXw8I7w9QQb//qUyBw1V9iFFdFaEO5HmIk1a9R/MwCTwlqP6vDHRZJUmkaP9Vh
kWeuFJVmsTLJswwzxf9tg/+fbFAONogowfWw4Oawbj2zOS8LrocF94cnCQlQguvh3v7gxIN8jcV4
YB2hknew5QVW40x57ef2Qg9Cq/6xQoqYBTJ4ozt0PoMnVFuJPvzFF7bIgsUPFFM7z4A41FL+QxwK
AlSvQF7fehbEM8vdIeiJY1TiWA6qwjMhoVnodal6RBWc8yRfrQpGgKz361YVyFWp1TmvTh5nDGHk
pshJTyjyfcSim+as36dUxpnRYsEmgNwj4OWvCDpOs4lGTiBnYTWlRjTGB0D71Q7RuLTbW2IaQNyV
TyMitT6qwGg0eN0Ko9HA58H5iKXpRASRcQ2GhT8vBTS66j32BKmm0v+8EYLPw/JMuHWO+AOpil/7
GSKA8Q1aoglvIrgOahKsoOCo7Q2QuScliO44Q0z1hCFrD+TpWY5vD+SsPUQoQbNg/oxJkMfW/CsK
cfJt7PnUWBrZs0p7jCNRk6j0iD3vkTakfOLdJ5sGiE6L7Vlwo Pn6zlnYLkXCg+809kxCtiehIsDa
rpIU+x0y0DIb8rbYniHmPWB7hjj1Ga0vxcbl7BlsK5+zZlu8zJksSG3zMiKGkDoW4loNWwQLotlr
zYtMdZWIUXWVnuJw6hgTwNipuyhTMvwKOOwheYFnpd3d3z0ChJvWexX1goZ7hNJpqBlR+GS7yYgC
DNT+M2mIZwYQdXEqGByF8wBvTIR4Y8oG68anaDUxGUfhUJiUPgWaxpVPgVjz2aeokES5tjbkc8Zz
JCA3QfX824jgSUCiwguSIwo0z8eUbgM17IKvOpLTwHqksJ/zT0+rpJSTeDp6BjjwuTbGOt7TkVYp
qDL8/VEgg5VPGclgqlUqTQLrUdBG8T/HplYE6YHmobdpkM5vPqUrPohzl2MzlQE9cEla7lN6sXeU
tU9JRUDWGYSdT6Yi9VQhollgSW5uYedTIBc8eqqQZdOse+QSEmp3fI1Igg W2jyYqDb4wuGDajfNM
Sv8RibGQo6M8sB9dXcHCjlMG2QBpHHxHzCBsI99pgsckgxiTlJzCLSOSzkLrYhkIyZCDoB4QibOA
fVAupjXLSFCuafgZPZWpkAxFEhSUYEFBCZEFXwj7decLSsB+IWmILGR2VFIrqB0iwVxQgUipWBIA
kpTHMutKhasSjg2Kqi QQIPX8IXyD0uJs4cNNspZ2bx2vhjy2mmgJ3joHI3UymWOS4qS04ungyrfg
SsrYCM2hf+e4+vXtbx8+Dt2J0y+YL1R5SYijpLbv/+GX2KMxcTnA9S2WaoR/KhDGC+6VA1iaWbAJ
gMm3KlrOs2dqEeF4s/jbOd6QtK3vuNkUjkZONAgfu7o9+E8ySOLa42pVtO3dcev/jlA2PS2qQ1Ps
m6Iqjo3/WxoSq7LyaSm1ydCP6895M0QkIGfSBol39bE6PKDlUWY1pmwXcY9C9q0ubCFoUlxX6VBs
t2X12WOeUPD5h03h5S591AftxWMShOR42SxSg0pj1BQteuMHeOyrhu88zXN1vimroVzkFAi0f28dA
g1yjzR9an8oT2xnCT3JIODf5GhuNVfn8tq23R6MdD77eK/joqkbmpJw5fam3X4pdUfmalVBQLbSq
BCphbI4m6eV0JxeZwuHdVHs/r3zVZtIsVb7UXFq+OzbrommXCCJC2SmiMf/kyY66vwM2U6YBTWB9
ov/JmwJtJQMVyKv1MjhVZ5DMyxnPyeD9w+9F2CB/29T5un2NzE4v2g5NZZzwfncfX5nz+Dkyepv0
7Ovtw+cm32/QfkHdcChwNOauo1Bsi7wt1r7ySwCEDrVtyI78CfVGIJ0WdSVa78faTX1/rckgoZIL
TIZnPDZFzWMSJWNdib+OMXKRLfNMx/RU+4R5I1+dl495I1fl5fTkYeicxMi/iiuRndlHn6sPyFFJ
m+nUnc/G5QLgtrWv8i4V2uRbbDIw7pGj8EynyI6jQF2/qqtV0RyWyPMZV3HXELJivCTPL9bRIqxJ

EC
006382

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\26404.em
mlx  2/14/2008, 2:30:54 PM

1596066
Mime-Version: 1.0 (Apple Message framework v746.2)
To: Beth Ekl <eekl@jsotoslaw.com>,
 Terry Ekl <tekl@cewpc.com>,
 James Sotos <jsotos@jsotoslaw.com>
Message-Id: <09E4F147-B3FB-4192-BEE0-EC326B8A5D47@comcast.net>
Content-Type: multipart/mixed;
  boundary=Apple-Mail-1-247959135
From: Dan Curry <dan_curry@comcast.net>
Subject: Paris story
Date: Tue, 7 Mar 2006 14:38:36 -0600


--Apple-Mail-1-247959135
Content-Transfer-Encoding: 7bit
Content-Type: text/plain;
  charset=US-ASCII;
  format=flowed

Jim Dey column Saturday in Champaign News-Gazette
--Apple-Mail-1-247959135
Content-Transfer-Encoding: base64
Content-Type: application/pdf;
  x-unix-mode=0644;
  name="KlingSlide.pdf"
Content-Disposition: inline;
  filename=KlingSlide.pdf

JVBERi0xLjMKJcTl8uXrp/Og0MTGCjIgMCBvYmoKPDwgL0xlbmd0aCA0IDAgUiAvRmlsdGVyIC9G
bGF0ZURlY29kZSA+PgpzdHJlYW0KeNqlVktv4zYQvvNXzzFELrBkOyeHj2KZdYFBU3YeLXnrR2kys
Qpayktwg/75DPRxHRhdZoJUPsuRvht988/JX+AhfwSJYBR4VkNHQJfgDGri57RF2PSD0u4wgr0fI
hgzKyJfNyDu4+ZC6XXoYTmUtuoq9ZVD+sC9J2dJESYqvALsj3Lw/IvzUjuciRhlQ0whH8jJ6GyO/
1kI7K6MmpWcbPdkwKT2RUtIa0tGi5q8BOTvLBJnqzadUl0P1d7pt67arjmnoqt3EjIEhn8Bn5BM3
F88hSmciOiBCidZ4mw/+cZv5j1i+B5IYbNQoWK0t03qHknnD9g6KT28g+9c1GJFkIO0DTOCi3Fe7
soZ9uruAigw18kunPNkFmpo+QV2uXTIrqawjXHCPT2tXNlqpjMN4dtXBiPl5Oyr+XQqIKwVckISB
AkHwVwpUuysNuFIsl4sVE7w4lN0efqmr5h7aO7g9sCL37TO/FyX3LbJCk5ZxZGtRyYjBuzlfczVt
+E5BcilF/km7NdvfpixoEgs6GOmD925BF0NqoC9n2NkpErHC3tICe+rhkP40mnp46NrTPkd2qDiI
N+KlpVUkuVxtMCyjU5Pd6zL0uqBRc3c6HSLncR30rj01A3frqR5O3LuHlFVDeb/mabiGgvE40yjS
KwtIBy9twOiEOUZGrqAzPTs7t+BIOssWJp+4ovdu0voZHJTEqAMnaQIX5cCc4bHsoYRjOn7hBlab
X8J/yTFwO4ZguMrJrDnetsfjqan6AT7MbMVipg3HhnlMTmZF2aOD0g41JSA7fYYMTzmA3z+vfRni
+cYjwS3AH150yTwDxymoxuuqZcQ6dOS25iHJ71YPRZBH0ErqZ5vWG75orzJGJJr9cQhdT6O97mJrm
Au+c1IGswRlfpLTP3d2kx54ztK/Kt/Aw65DNxGRm1ZFGcROsZkPFRV129do/qSAVz7wz8GnJtPi4
rC7UQbqYM5k3j9Myb5TnJfa/acU96DV5XmvOrbWaRxts1wEhJlbzXqPZqOiqL6cmvYWyGarNr+2V
VCY4qTTvusXgfu3S8vpQlufsgigb9nYJEyMsBhbAcHQzrE79c1H9698AxTv8Me/qaUmLCcRi5Mfj
vOzrs1UNy/0An7PffwDYxN+bCmVuZHNt0cmVhbQplbmRvYjYmoKNCAwIG9iag00NTIKZW5kb2JqEg
MCBvYmoKPDwgL1R5cGUgL1BhZ2UgL1BhcmVudCAxMiAwIFIgL1Jlc291cmNlcyAzIDAgUiAvQ29u
dGVudHHMgMiAwIFIgL0l1ZGlhQm94IFs0IDEwUGPPDwgL0NhbWCAwIFIgL0NhbMBvYmoKPDwg
L1Byb2NTZXQggWyAvUERGIC9UZXh0IDAgL0ltYWdlQiAvSW1hZ2VDIC9JbWFnZUkgXSAvRm9udCA8
Y2UgPDwgL0Nz" (truncated)

EC
006475

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\26410.em
lx 3/8/2006, 12:28:57 AM

870
Mime-Version: 1.0 (Apple Message framework v746.2)
In-Reply-To: <45F204955F8D584B8323F89E8EA4BA3C08B46C@CEWSERVER02.cewpc.local>
References: <45F204955F8D584B8323F89E8EA4BA3C08B46C@CEWSERVER02.cewpc.local>
Content-Type: text/plain;
   charset=US-ASCII;
   delsp=yes;
   format=flowed
Message-Id: <C16272C4-1197-420D-8C79-A96C7ADF6C8D@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: Paris story
Date: Tue, 7 Mar 2006 14:52:17 -0600
To: Terry Ekl <TEkl@cewpc.com>

Right after I put it on the screen, the nerdy bank examiners who were
there for the Edgar County Bank board meeting said maybe they ought
to excuse themselves. They got a little nervous with all the
political shit I was throwing around. It was funny. They were
invited to show that Morgan is protecting the bank and fighting back
against the rumors.
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
   <key>date-sent</key>
   1141764737
   <key>flags</key>
   <integer>261249</integer>
   <key>original-mailbox</key>
   <string>local:///Outbox</string>
   <key>sender</key>
   <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
   <key>subject</key>
   <string>Re: Paris story</string>
   <key>to</key>
   <string>Terry Ekl &lt;TEkl@cewpc.com&gt;</string>
</dict>
</plist>

EC
006855

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\26480.em
nlx  2/14/2008, 11:19:57 AM

523949
In-Reply-To: <1141770074.440e075a3c64c@webmail.news-gazette.com>
References: <1141752487.440dc2a793cb8@webmail.news-gazette.com>
<025028B5-C6DD-4BB1-9781-84CCE4D68421@comcast.net>
<1141770074.440e075a3c64c@webmail.news-gazette.com>
Mime-Version: 1.0 (Apple Message framework v746.2)
Bcc: Dan Curry <dan_curry@mac.com>
Content-Type: multipart/mixed;
    boundary=Apple-Mail-1-264095863
Message-Id: <2721F4EE-C0B0-493A-BC04-3C94CAD48DC9@comcast.net>
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: please confirm receiving
Date: Tue, 7 Mar 2006 19:07:32 -0600
To: jdey@news-gazette.com


--Apple-Mail-1-264095863
Content-Transfer-Encoding: 7bit
Content-Type: text/plain;
    charset=US-ASCII;
    delsp=yes;
    format=flowed

Can't send 'em all.  They are part of the civil case and I don't
think they want them sent around at this point.  However, here's one
example.  Please do not distribute to anyone.
Would love to stop in sometime after the election and show these
reports to you and maybe bring Terry Ekl along.   There's lots more
to this case than what is being put out there.
The themes:
--The rumors about Morgan are out there, but nobody has any concrete
facts to back up the allegations.
--Many of the explosive rumors in Callahan's memos are debunked.  One
of them is that Karen quit her job in a huff a day or two before the
murders.  Nobody backs that up -- family, friends.
--Many of the people who were quoted in Callahan's memos deny talking
to him or saying the things attributed to them by third parties.
--Steidl and Whitlock deny knowing Dyke Rhoads yet it is clear that
they did.  Why are they lying?
--Several people close to Steidl and Whitlock say they made damning
admissions right after the crime.  These include ex-girlfriends and
other friends.
--NW students consistently ended interviews with Paris people if they
told them information damning to Steidl and Whitlock.   It appears
obvious they were instructed to do that.
--Two key people 48 Hours put on the air with "new" information are
probably lying.
--Apple-Mail-1-264095863
Content-Transfer-Encoding: base64
Content-Type: application/pdf;
    x-unix-mode=0644;
    name="WyattHughesexcerpt.pdf"
Content-Disposition: inline;
    filename=WyattHughesexcerpt.pdf

EC
006856

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\26511.em
lx  2/14/2008, 2:28:39 PM

8089
Mime-Version: 1.0 (Apple Message framework v746.2)
Content-Transfer-Encoding: quoted-printable
Message-Id: <4E3E0642-A410-4AD2-8BFE-5831944C8AE8@comcast.net>
Content-Type: text/plain;
  charset=WINDOWS-1252;
  delsp=yes;
  format=flowed
To: Eric Volkmann <evolkmann@edgarcountybank.com>,
  Eric Volkmann <volkmanne@direcway.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: Champaign interview
Date: Tue, 7 Mar 2006 23:40:07 -0600

ERIC-
Here is a column Jim Dey wrote that appeared in Saturday's News-=20
Gazette.  Dey has finally agreed to meet with me about this case.  =20
Going to try to get Ekl and go meet him right after the primary.

Callahan is active again on the police blog.

Heard from the SunTimes late today that Peter Fox recently got a =20
subpoena on one of the Blago investigations.  They don't have the =20
story pinned down yet.  If you get a chance, could you poke around =20
your anti-Fox people and see if you can get any confirmation for =20
this.  It might prove to be the pivotal verification that gets the =20
story in the paper. '

Any grand jury talk around town?  Jeb Ashley?

Parkinson didn't get back to me today when I called.
DC


Grand jury probes holes in Rhoads case
Nearly 20 years after a young Paris couple was stabbed to death in =20
their home
and two men were convicted of their murders, an Edgar County grand =20
jury is
reexamining the case.
State appellate prosecutor David Rands, who is leading the grand jury =20=

inquiry,
declined to confirm reports that the proceeding is under way. But two
investigators, retired Illinois State Police Lt. Michale Callahan and
Springfield private detective William Clutter, acknowledged that they =20=

received
subpoenas and made a Feb. 24 appearance before the grand jury.
=93I was among the witnesses,=94 Clutter said. =93I can't comment on the =
=20
specifics.=94
Callahan also declined to comment on the specifics of his testimony, =20
but he
characterized the questioning as =93friendly.=94

Page: 1

EC
006981

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\26971.eml
.x  5/7/2008, 11:41:32 AM

921
Mime-Version: 1.0 (Apple Message framework v746.2)
Content-Transfer-Encoding: 7bit
Message-Id: <58DE1EF7-05FE-40D6-A905-1F24FF1CF470@comcast.net>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
To: Terry Ekl <tekl@cewpc.com>,
 Beth Ekl <eekl@jsotoslaw.com>,
 James Sotos <jsotos@jsotoslaw.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: Callahan
Date: Sun, 12 Mar 2006 22:51:49 -0600

Don't know if this is useful, but it sure is interesting.  Callahan
and his wife apparently are active swingers.  Bank president Volkmann
talked to a longtime business associate in Champaign who told him
about it.  Callahan and his wife asked the associate and his wife to
participate with them.  They go to some swingers club in Indiana.  I
was thinking this is probably not of use to us, but then again, if
this activity somehow spilled over to his job as a cop, it might have
some value.

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
   <real>1142225509</real>
   <key>flags</key>
   <integer>261249</integer>
   <key>original-mailbox</key>
   <string>local:///Outbox</string>
   <key>sender</key>
   <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
   <key>subject</key>
   <string>Callahan</string>
   <key>to</key>
   <string>Terry Ekl &lt;tekl@cewpc.com&gt;, Beth Ekl
   &lt;eekl@jsotoslaw.com&gt;, James Sotos &lt;jsotos@jsotoslaw.com&gt;</string>
</dict>
</plist>
```

EC
006986

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\36628.em
lx  2/13/2008, 2:27:57 PM

1347
Mime-Version: 1.0 (Apple Message framework v746.2)
References:
<CFF70B3612BCC14D9C3C0E64FD68E99F63B422@ecb-appserver.edgarcountybank.loc>
X-Priority: 3 (Normal)
Content-Type: text/plain;
   charset=US-ASCII;
   format=flowed
Message-Id: <17F87542-03E7-4867-8E3A-E773CB446198@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Fwd: Who wrote this?
Date: Tue, 21 Mar 2006 15:22:02 -0600
To: John Pearman <JPearman@lucasgroup.com>


Begin forwarded message:

> From: "Eric Volkmann" <evolkmann@edgarcountybank.com>
> Date: March 21, 2006 2:41PM | Tue Mar 21
> To: "'Dan Curry'" <dan_curry@comcast.net>
> Subject: RE: Who wrote this?
>
> The station has contacted Bob and requested the camera be replaced.
>
> No other charges known.
>
> W. Eric Volkmann
> President & C.E.O.
> Edgar County Bank & Trust Co.
> P.O. Box 400
> 177 W. Wood Street
> Paris, Illinois 61944
> 217-465-4154 #277
> 217-463-1407 Telefax
> 217-251-7733 Mobile
> evolkmann@edgarcountybank.com
>
> -----Original Message-----
> From: Dan Curry [mailto:dan_curry@comcast.net]
> Sent: Tuesday, March 21, 2006 1:08 PM
> To: Eric Volkmann
> Subject: Re: Who wrote this?
>
> Pearman said he talked to SA Sullivan and got his assurance that he
> would call Pearman first if any charges are going to be filed against
> Bob for that TV incident.
>

<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>

EC
006992

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\38435.em
mlx  2/13/2008, 2:33:56 PM

---

4215
Mime-Version: 1.0 (Apple Message framework v746.3)
Content-Transfer-Encoding: quoted-printable
Message-Id: <1748049F-403D-4FC4-BDCD-939B2AE7DBBD@comcast.net>
Content-Type: text/plain;
  charset=WINDOWS-1252;
  delsp=yes;
  format=flowed
To: Eric Volkmann <volkmanne@direcway.com>,
 Eric Volkmann <evolkmann@edgarcountybank.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: No charges against Steidl expected
Date: Wed, 12 Apr 2006 19:47:38 -0500


Will see if I can reach Parkinson to get clarification about this; =20
although, not a surprise.


Ex-Death Row inmate won=92t face renewed charges

  By Hal Dardick
Tribune staff reporter

April 12, 2006, 2:33 PM CDT

Despite a new grand jury probe into the double murder that sent him =20
to prison, freed Death Row inmate Gordon "Randy" Steidl is unlikely =20
to again be charged in the case, a prosecutor said today.

"It doesn't appear that there is any new evidence, any facts, that =20
are worthy of seeking a new trial against Mr. Steidl," special =20
prosecutor Ed Parkinson of the Illinois Appellate Prosecutor's Office =20=

told the state Prisoner Review Board.

The board, meeting today in downtown Chicago, makes confidential =20
recommendations to Gov. Rod Blagojevich on clemency petitions.

Steidl, 54, also appeared before the board, telling its members he =20
seeks a pardon "based on his innocence."

He spent 17 years behind bars=9712 on Death Row=97before his release =
from =20
prison in May 2004. A federal judge had ordered a new trial for =20
Steidl, and Illinois Atty. Gen. Lisa Madigan's office dropped an =20
appeal of the federal court ruling after determining state =20
prosecutors had withheld evidence favoring Steidl's defense.

The two primary witnesses against him repeatedly changed their =20
stories about the July 1986 murders of newlyweds Karen and Dyke =20
Rhoads in Downstate Paris, and forensic experts questioned the =20
alleged physical evidence against the man.

---

EC
007010

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\38548.eml
.x. 5/7/2008, 11:41:32 AM

594
Mime-Version: 1.0 (Apple Message framework v746.3)
Content-Transfer-Encoding: 7bit
Message-Id: <D4BF6717-0382-4F71-A262-E98AF85E2C4A@comcast.net>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
To: Terry Ekl <tekl@cewpc.com>,
 James Sotos <jsotos@jsotoslaw.com>,
 Beth Ekl <eekl@jsotoslaw.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: Sure you've seen this by now...
Date: Thu, 13 Apr 2006 09:42:22 -0500

Chicago Tribune | Retrial unlikely in '86 killings<http://
www.chicagotribune.com/news/local/chi-0604130214apr13,1,1789884.story?
coll=chi-newslocal-hed>
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1144939342
  <key>flags</key>
  <integer>261249</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Sure you've seen this by now...</string>
  <key>to</key>
  <string>Terry Ekl &lt;tekl@cewpc.com&gt;, James Sotos
  &lt;jsotos@jsotoslaw.com&gt;, Beth Ekl &lt;eekl@jsotoslaw.com&gt;</string>
</dict>
</plist>

EC
007013

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\38796.eml
.x  5/7/2008, 11:41:32 AM

650
Mime-Version: 1.0 (Apple Message framework v746.3)
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <27E8FEC7-8C82-4FD3-A80E-03A05B93DF7F@comcast.net>
Cc: James Sotos <jsotos@jsotoslaw.com>,
 Beth Ekl <eekl@jsotoslaw.com>,
 Terry Ekl <tekl@cewpc.com>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: In case you missed....
Date: Mon, 17 Apr 2006 15:24:20 -0500
To: Eric Volkmann <evolkmann@edgarcountybank.com>,
 Eric Volkmann <volkmanne@direcway.com>

....no big surprise.

http://www.chicagotribune.com/news/opinion/
chi-0604170001apr17,0,2762628.story?coll=chi-newsopinion-hed


<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1145305460
  <key>flags</key>
  <integer>261249</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>In case you missed....</string>
  <key>to</key>
  <string>Eric Volkmann &lt;evolkmann@edgarcountybank.com&gt;, Eric Volkmann
  &lt;volkmanne@direcway.com&gt;</string>
</dict>
</plist>

EC
007014

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\38800.eml
.x  5/7/2008, 11:41:31 AM

607
Mime-Version: 1.0 (Apple Message framework v746.3)
In-Reply-To: <45F204955F8D584B8323F89E8EA4BA3C08BC4B@CEWSERVER02.cewpc.local>
References: <45F204955F8D584B8323F89E8EA4BA3C08BC4B@CEWSERVER02.cewpc.local>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <5CFAF86B-DE08-4350-8758-C29B869BCED9@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: In case you missed....
Date: Mon, 17 Apr 2006 15:41:30 -0500
To: Terry Ekl <TEkl@cewpc.com>

Yeah, but for the authorities in Paris, Randy would be a successful
doctor right now.

<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1145306490
  <key>flags</key>
  <integer>261249</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Re: In case you missed....</string>
  <key>to</key>
  <string>Terry Ekl &lt;TEkl@cewpc.com&gt;</string>
</dict>
</plist>

EC
007015

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\43155.em
lx  5/31/2006, 10:32:18 PM

2384
Mime-Version: 1.0 (Apple Message framework v750)
Content-Transfer-Encoding: 7bit
Message-Id: <35EB74B1-05F7-4313-BFEB-721D5BE6AB72@comcast.net>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
To: Cornelia Grumman <cgrumman@tribune.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: Steidl
Date: Wed, 31 May 2006 18:06:33 -0500

CORNELIA-
Apparently, there will be stories tomorrow saying that the grand jury
in Paris is winding down and will not be bringing charges against
Randy Steidl.   I think the prosecutor has written a letter to the
prisoner review board saying no significant new evidence turned up
therefore a new prosecution won't be forthcoming.

I assume another Tribune editorial is possible.  I believe the case
for Steidl's actual innocence is much cloudier than your editorial
last time indicated.  Certainly, if one wanted to argue that Steidl
was convicted on shaky evidence and had bad lawyers, I would not
disagree.   But, on the point of actual innocence, I'd say charitably
that it is murky.

If you are interested in why I think so, I'll be much more specific.
My goal is not to besmirch anyone but I know what has been printed in
recent months in this case is glaringly one-sided and glosses over
some very troubling facts.

Otherwise, want to let you know that the guy I represent (Bob Morgan)
agreed to be interviewed by the ISP and FBI recently as part of the
reinvestigation and appeared without a lawyer and answered questions
for hours and subsequently passed an ISP polygraph.  We are publicly
going to release that information next week so I'd appreciate if you
don't share that with anyone.

As you might recall, Morgan previously took a private polygraph from
the most respected examiner in the Midwest and passed that one,
too.   He has taken two polygraphs and passed them both.   He hasn't
gone polygraph shopping.

I know the Tribune editorial board hasn't hit the Morgan angle.  Yet,
many of the critics of the case have leveraged some wild accusations
against my client in various court filings to proclaim the innocence
of Steidl and Whitlock.   As much as any person can prove a negative,
Morgan has shown that the accusations are false.

How many guilty people of means walk into a police station and talk
to the state police and FBI without a lawyer?

DC

EC
007038

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\43219.em
lx  5/7/2008, 11:41:31 AM

8667
Mime-Version: 1.0 (Apple Message framework v750)
Content-Transfer-Encoding: quoted-printable
Message-Id: <27ACEA4C-4DA5-4271-AB92-A5579F7496BE@comcast.net>
Content-Type: text/plain;
  charset=WINDOWS-1252;
  delsp=yes;
  format=flowed
To: Beth Ekl <eekl@jsotoslaw.com>,
 James Sotos <jsotos@jsotoslaw.com>,
 Terry Ekl <tekl@cewpc.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: Trib and Illinois Times stories on Steidl
Date: Thu, 1 Jun 2006 12:16:56 -0500

No new evidence=94

Grand jury investigation of Rhoads murders continues, but Randy =20
Steidl no longer a target

By Dusty Rhodes
Illinois Times

Paris newlyweds Dyke and Karen Rhoads were murdered in 1986.

Gordon=93Randy=94 Steidl, one of two men accused of the 1986 double =20
homicide of Paris newlyweds Dyke and Karen Rhoads, may be one step =20
closer to clearing his name.
Special prosecutors in the case have written letters to the state =20
Prisoner Review Board indicating that no new evidence against Steidl =20
has been uncovered. The move clears the way for the board to act on =20
Steidl=92s clemency petition. Steidl spent 17 years in prison for the =20=

murders.
In their letters to board general counsel Ken Tupy, special =20
prosecutors David Rands and Ed Parkinson indicate that an Edgar =20
County grand jury=92s investigation of the murders is continuing, but =20=

that the probe no longer is focused on Steidl.
Prosecutors had previously asked the board to delay voting on =20
Steidl=92s clemency petition until the grand jury had finished its =20
work. But in a two-paragraph letter, written May 19, Rands said that =20
the grand jury had not uncovered any new information regarding =20
Steidl. Parkinson, whose name was on Rands=92 note, says he planned to =20=

write a separate =93more comprehensive=94 letter.
=93I=92m not going to say we agree [with Steidl] he=92s innocent, but =
our =20
investigation isn=92t leading anywhere that would justify the =20
reprosecution of Randy Steidl,=94 Parkinson says. =93As a prosecutor, it =
=20
would not be wise or prudent or even fair to reprosecute Randy Steidl =20=

based upon the state of the evidence, because the conviction was =20
based largely on eyewitnesses who both claimed to be there yet never =20

EC
007045

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\43219.em
lx  5/7/2008, 11:41:31 AM

saw each other there.=94
Debra Rienbolt and Darrell Herrington both testified against Steidl, =20
then later recanted their testimony. Each later recanted the =20
recantation.
=93We don=92t have anything else on Steidl,=94 Parkinson says. =93There=92=
s no =20
new evidence pointing toward Randy Steidl, and I don=92t think there =20
will be.=94
Jorge Montes, chairman of the review board, says the panel was ready =20
with its recommendation in January, and will forward it to the =20
governor =93during the next week.=94 However, Montes says it would be =20=

unwise to read too much into this action.
=93I would not encourage you to make any assumptions. It=92s not in the =20=

eyes of the board as clearcut as people may think,=94 Montes says. =20
=93Just because we=92re giving all these courtesies does not mean you =
can =20
jump to the conclusion or another.=94
Steidl=92s conviction was vacated in 2003 by U.S. District Judge =20
Michael McCuskey, who ruled that Steidl probably would not have been =20
convicted if the jury had heard all the evidence. Steidl was released =20=

from prison in May 2004, but freedom isn=92t enough; he wants to clear =20=

his name.
=93He=9211 be upset until he gets pardoned,=94 says Karen Daniel, =
Steidl=92s =20
lawyer and senior staff attorney with the Center on Wrongful =20
Convictions at Northwestern University School of Law. =93I think he =20
needs to see the pardon. Until then, he=92s going to be afraid that =20
somebody=92s going to come knocking at the door and arrest him.=94
Herb Whitlock, convicted of the same murders, has a clemency petition =20=

pending before the Prisoner Review Board but remains in prison. =20
There=92s no mention of him in the letters sent to the board.
=93Whitlock is not the same case,=94 Parkinson says.
The board=92s next regularly scheduled meeting is in July, but the =20
panel that heard Steidl=92s case in April could vote at any time. Once =20=

the panel makes a recommendation, it will be sent to Gov. Rod =20
Blagojevich, who will decide whether to pardon Whitlock.
Parkinson says he has no opinion about Steidl=92s guilt or innocence, =20=

only the certainty that there=92s not enough evidence to prosecute him.
=93I=92m troubled by the lack of other evidence that points to him,=94 =20=

Parkinson says. =93He has always declared his innocence, and I=92m not =20=

satisfied with any real link with Whitlock.
=93I=92m not going to the extent to say that he=92s innocent. I=92ve =
read a =20
lot,=94 Parkinson says, =93and I wish somebody could solve the murders =
of =20
Karen and Dyke Rhoads, because they didn=92t deserve to die that way. =20=

EC
007046

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\43219.en
lx  5/7/2008, 11:41:31 AM

Nobody does.=94


Opinion on man's innocence bid is due
Ex-Death Row inmate seeking full pardon

By Hal Dardick
Tribune staff reporter
Published June 1, 2006

A recommendation on whether Gov. Rod Blagojevich should declare the =20
innocence of a former Death Row inmate is expected within 10 days.

Jorge Montes, chairman of the Illinois Prisoner Review Board, said =20
Wednesday that his agency would soon make its confidential =20
recommendation on a pardon sought by Gordon "Randy" Steidl, even =20
though a probe into the double murder that sent him to prison continues.

"The time has come to conclude this, to end this matter, and we will =20
be sending our recommendation to the governor by the end of next =20
week," Montes said. "We can no longer hold off."

Steidl's attorneys are seeking a pardon based on innocence. In a =20
recent letter to Montes, they sought an immediate recommendation, =20
even though the grand jury investigation into the 1986 murders of =20
newlyweds Karen and Dyke Rhoads in Downstate Paris is continuing =20
beyond the end of May, when prosecutors had said it would end.

Special Prosecutors Ed Parkinson and David Rands, of the appellate =20
prosecutor's office, recently informed the Review Board that the =20
probe would go on, partly because of the death last month of Illinois =20=

State Police Sgt. Rodney Miller, who was in charge of the case.

"There does not appear to be any additional evidence produced by this =20=

investigation pointing to Mr. Steidl," Parkinson wrote in a letter to =20=

Montes, adding that "we do not stand in the way" of a recommendation.

Parkinson on Wednesday noted the two main witnesses at Steidl's jury =20
trial have repeatedly changed their stories.

"I would never retry that case with just that evidence," he said.

In his letter, Parkinson said "a declaration of actual innocence is =20
an extraordinary remedy."

Karen Daniel, one of Steidl's attorneys, said such a pardon would =20
give her client "peace of mind" that would otherwise elude him, =20
partly because there's no statute of limitations on murder.

"To a survivor of wrongful incarceration such as Randy Steidl, there =20

Page: 3

is no event in his legal proceedings that surpasses in significance =20
an innocence-based pardon," she wrote in a letter to Montes.

With it, "he can hope to persuade employers, landlords, educational =20
institutions, police officers and others to place him on an equal =20
footing with other free citizens," she added.

Steidl, 54, spent 17 years behind bars, 12 on Death Row, before he =20
was released in May 2004.

His freedom came after Atty. Gen. Lisa Madigan dropped an appeal of a =20=

federal court ruling granting Steidl a new trial, and prosecutors =20
said they could not prepare for trial within a 120-day deadline set =20
by the court.

Nearly a year after his release, a federal civil court jury =20
determined an effort by former Illinois State Police Lt. Michale =20
Callahan to reopen the case was thwarted by his superiors in =20
violation of Callahan's civil rights. Callahan came to believe Steidl =20=

and onetime codefendant Herb Whitlock, who had been drinking buddies, =20=

were innocent.

Winning a pardon would clear Steidl's name and make him eligible for =20
a Court of Claims award of about $160,000. It also could help him in =20
a federal lawsuit he filed last year, alleging police and prosecutors =20=

sought to frame him and Whitlock.

Though Whitlock, 60, was convicted with much of the same evidence, he =20=

continues to serve a life sentence. He recently appealed a trial =20
court decision denying him a new trial and has requested clemency.

A recommendation on Whitlock's case has been pending at the =20
governor's office since May 2003, Montes said.

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1149182216
  <key>flags</key>
  <integer>261249</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Trib and Illinois Times stories on Steidl</string>
  <key>to</key>
```

EC
007048

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\55041.em
1lx  5/7/2008, 11:41:32 AM

4379
Mime-Version: 1.0 (Apple Message framework v752.2)
Content-Transfer-Encoding: quoted-printable
Message-Id: <5BAC9223-8C82-42D1-BA97-D49022B1C0DD@comcast.net>
Content-Type: text/plain;
  charset=WINDOWS-1252;
  delsp=yes;
  format=flowed
To: Eric Volkmann <evolkmann@edgarcountybank.com>,
 Eric Volkmann <volkmanne@direcway.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: Not much to report...
Date: Fri, 6 Oct 2006 18:15:26 -0500

Finally got hold of Beth Ekl.  She said they have located Julie Land =20
but she is not living in Carmel Ind. but rather Hoopstra, Il.  They =20
plan to talk to her next week.

Also got this email to my blog.  I blocked it from being posted.

from Shira Mankin
TO Whom It May Concer:
There is a family who has been harrassed, threatened, stalked for 2 =20
years. They are finding out first hand about corruption of Law =20
enforcement in Edgar County Illinois. This family has asked over and =20
over again for help from law enforcement to stop these punks who are =20
terrorizing them. For 2 years Brandon Hornbrook and his girl friend =20
Mary Presley have threatened, harrassed, stalked, terrorized this =20
family. Brandon Hornbrook is a convicted drug fellon, Mary Presley is =20=

a known trouble maker Yet their word seems more credible with the =20
loval law enforcement in that area than a family who has never been =20
in trouble with the law ever. on September 10, 2006 Joe E Harris was =20
ordered to be arrested by a Sgt G.L. Cash (who has a son Kevin that =20
is buddies with Brandon Hornbrook). Mr; Harris had accompanied his =20
daughter Tashina Harris Stipe and one of his sons J.W. Harris to =20
Paris, Illinois to pick Tashina=92s daughter G.G. up from her so-called =20=

biological father Brandon Hornbrook. As usualy Mary Presley started =20
verybally assaulting Tashina and her father Joe. and Mary=92s mother =20
Janice and two other women were present and were joining in on the =20
verbally assaults. Joe harris called 911 and was instructed by 911 =20
officer for him and his family to leave scene two blocks away Mr. =20
harris is told by a C.J. Gill that He was ordered by sgt G.L. Cash to =20=

arrested Mr Harris. Mr. Harris=92s children did not understand why =20
their father was being arrested just for defending them and himself =20
when Mary Presley her mother and two of their friends were the ones =20
verbally assaulting Joe, J.W. Harris and Tashina Harris Stipe. =20
Tashina and J.W. gave written report at the Paris police Department =20
of what really happened plus their mother Pamela S. Mankin Harris had =20=

heard everything that had went on over the phone as her son J.W> =20
called his mother for her to hear everything. Pamela is Jewish =20
therefore so are her children Joe Harris is half native american. The =20=

Page: 1

EC
007585

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\55041.em
lx  5/7/2008, 11:41:32 AM

family was basically informed that their testimony on the events were =20=
not accepted because Brandon Hornbrook a convicted drug fellon and =20=
friend to kevin cash son of Sgt G.L Cash was more credible along with =20=
his known trouble making girl friend Mary Presley. The truth is that =20
Brandon Hornbrook is connected to Bob Morgan through his daughter Sam =20=
Morgan and has threatened Pamela S Mankin Harris on the phone with =20
killing her and her entire family and telling her he would get away =20=
with their murders because of his friendship with Sam Morgan. Well, I =20=
am enclined to believe that this is true especially since Joe Harris =20
was arrested just for defending himself and his children from those =20
punk skanks verbal assaults and of course Pamela being Jewish her and =20=
her childrens testimony is not as valid as convicted fellon and known =20=
trouble makers. Mary Presley is still harrassing and stalking this =20
family through the internet. The police have been made aware but I =20
doubt anything will happen. It appears to be open season on the =20
Harris family. I sure hope this family is not murdered and their =20
murderers allowed to get away free like Dyke and karens Rhoads, =20
George Redman Jr. and Philip Stark who are all believed to have been =20
murdered on Bob Morgans orders. But since Joe Harris was arrested for =20=
defending himself and his children one can only assume that the law =20
enforcement in this area would cover up if anything happened to this =20
family or try and even justify their murders.

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1160176526</real>
  <key>flags</key>
  <integer>261249</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Not much to report...</string>
  <key>to</key>
  <string>Eric Volkmann &lt;evolkmann@edgarcountybank.com&gt;, Eric Volkmann
  &lt;volkmanne@direcway.com&gt;</string>
</dict>
</plist>
```

E
0075?

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\62741.em
nlx  4/13/2007, 12:04:57 PM

4696
Mime-Version: 1.0 (Apple Message framework v752.2)
References: <200702051605781.SM02420@evolkmannpc>
Content-Type: text/plain;
    charset=US-ASCII;
    format=flowed
Message-Id: <864E5CBF-DF39-49F0-8C07-6865E3F3B9BE@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Fwd: Documentary proposal
Date: Mon, 5 Feb 2007 16:14:21 -0600
To: John Pearman <john.Pearman@uchospitals.edu>

FYI

Begin forwarded message:

> From: "evolkmann" <evolkmann@edgarcountybank.com>
> Date: February 5, 2007 4:11PM | Mon Feb 5
> To: "'Dan Curry'" <dan_curry@comcast.net>
> Subject: RE: Documentary proposal
>
> Darrell Herrington died yesterday.
>
> I sent this to Bob, have been unable to get a hold of him.
>
> W. Eric Volkmann
> EDGAR COUNTY BANK & TRUST
> 177 W. Wood St.
> Paris, Illinois 61944
> 217.465.4154 #277
> 217.463.1407 Tele-fax
>
>
>
> -----Original Message-----
> From: Dan Curry [mailto:dan_curry@comcast.net]
> Sent: Thursday, February 01, 2007 2:23 PM
> To: Eric Volkmann
> Subject: Documentary proposal
>
> ERIC-
> Here's a quick and dirty synopsis on how this would work....Many
> details to be worked out but threshold question is funding of
> documentary....
> DC
>
> --DOCUMENTARY. Stevens, Reed, Curcio, Potholm (SRCP), Alexandria,
> Va.,  would produce 30-minute documentary focusing on Alstory Simon's
> framing and the media's refusal to cover it.  Prominently featured
> would be the role of David Protess and his minions in the framing.
> Protess' role in framing others in other cases would be mentioned,
> with emphasis on Paris case.
>
> Rick Reed of SRCP would produce the documentary.  He is the guy who

Page: 1

EC
007600

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\62741.em
lx 4/13/2007, 12:04:57 PM

> did the Swift Boat Veterans for Truth ads credited with winning the
> 2004 election for GWBush.
>
> SRCP may be the best ad producers in the country so you can be
> assured the documentary will pack a wallop in terms of news value and
> emotional appeal.
>
> --BOOK. A conservative publishing company would publish a book
> written by Dan Curry that tackles the same subject-the Alstory Simon
> case and the media's refusal to cover it and the role David Protess
> and others played in framing him. At least a chapter would be
> devoted to the Paris case and how Protess, Clutter, Callahan and
> others smeared Bob and obscured the truth in that case.
>
> --PROMOTION. The way to drive this entire story is to get the
> national TV and print media to cover it. Since the national media is
> reluctant to cover the story on its own, that's why the documentary
> and book are needed. A documentary produced by Rick Reed would have
> automatic appeal to the national TV media. Reed already has strong
> ties to Fox News as he has appeared as a guest many times. Once on
> TV, Reed, Curry and others can promote the book. The documentary
> would be distributed in the documentary world and on the internet on
> sites like YouTube. An internet site would be created to promote the
> entire story.
>
> --THE RESULT. This approach would get tons of national attention
> and cause the local and state media to finally cover the case. It
> undoubtedly would provide an impetus for the legal system to relook
> at the Simon case and Protess' and others' role in it and in other
> cases. It would provide a powerful big-picture framework for people
> to understand what happened in Paris.
>
> --FINANCING. The book part of this equation would be funded by the
> conservative book publisher, who would recoup costs by sales of the
> book. SRCP has little or no ability to be paid for the documentary
> after it is produced so therefore it needs to be paid by somebody up
> front. I think the best route is subsidization by a private
> individual(s) who would like to see the truth reach a wide media
> audience. About $200,000 probably would cover the cost for SRCP to
> write a script, do some research, travel to interview the various
> subjects in the documentary and take the material into a studio and
> make it into a finished product. That money also would cover some
> legal costs associated with setting up the project to protect the
> interests of all parties, including the funder(s), and making sure
> the finished product is not vulnerable to lawsuits. Pearman would
> be ideal to handle those tasks. Curry would work with Reed in making
> the documentary to ensure that the Paris angle is highlighted.
>
> --TIMING. Probably would take 6 to 8 months to finish the
> documentary and book on a fast track. Now is an ideal time because
> SRCP does work for various political clients, including John McCain,
> and might not be able to take on the work next year during the busier
> political season.
>
>

EC
007601