E-FILED
Thursday, 07 August, 2008 05:50:44 PM
Clerk, U.S. District Court, ILCD

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\62741.em
lx  4/13/2007, 12:04:57 PM

```
>
>
>

<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
   <key>date-sent</key>
   <real>1170713661</real>
   <key>flags</key>
   <integer>261249</integer>
   <key>original-mailbox</key>
   <string>local:///Outbox</string>
   <key>sender</key>
   <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
   <key>subject</key>
   <string>Fwd: Documentary proposal</string>
   <key>to</key>
   <string>John Pearman &lt;john.Pearman@uchospitals.edu&gt;</string>
</dict>
</plist>
```

EC
007602

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\65043.em
1lx  4/13/2007, 12:04:57 PM

3009
Mime-Version: 1.0 (Apple Message framework v752.2)
Content-Transfer-Encoding: 7bit
Message-Id: <BBA844DA-C706-4FBA-A7A5-851BD4F9C3A4@comcast.net>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
To: Eric Volkmann <evolkmann@edgarcountybank.com>,
 Eric Volkmann <volkmanne@direcway.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: UIS to host presentation by officer who investigated Steidl case
Date: Mon, 12 Mar 2007 10:15:26 -0500

ERIC-
FYI.
Ed Parkinson just called to let me know that Callahan is speaking
tonight in Springfield.
If you are interested, I might be able to get somebody over there to
listen and take notes.  If you are really interested, I could go down
there myself.  Either way, I'd have to bill you. (Or Bob could go
himself:  NOT RECOMMENDED :)
DC


UIS to host presentation by officer who investigated Steidl case
March 9, 2007
Contact: Evan Wilson, 217/220-1719, ewils3@uis.edu
or John Hanlon, jhanl1@uis.edu
SPRINGFIELD -- Michale Callahan, the Illinois State Police officer
whose investigation into the case of Randy Steidl led to a lawsuit
against state police officials, will speak on "Demoted for Pursuing
the Truth" beginning at 6 p.m. Monday, March 19, in University Hall
room 2034, on campus at the University of Illinois at Springfield.
The program is free and open to the public and is presented by the
Downstate Illinois Innocence Project and the Institute for Legal and
Policy Studies at UIS.
In 1987, Steidl was convicted of the murder of Dyke and Karen Rhoads
and sentenced to death. However, a subsequent investigation led by
Bill Clutter, now Illinois Innocence Project director of
investigations, developed forensic evidence that disproved a key
prosecution witness's description of the crime scene. In March 2000,
Callahan, at the time a lieutenant with the Illinois State Police,
was assigned to review evidence provided by Clutter, and his review
of the case file led him to conclude that Steidl and a co-defendant
had been framed. Callahan's investigation was hindered for political
reasons, and he later successfully sued ISP officials. Steidl was
released from prison in May 2004. Callahan is now retired.
In this presentation, Callahan and members of Steidl's defense will
speak about the case.
UIS' Downstate Illinois Innocence Project is housed within the
Institute for Legal and Policy Studies. Under its auspices, students
in Legal Studies and other degree programs provide research and
investigative assistance to attorneys who are helping individuals who
have been arrested, tried, found guilty, and imprisoned for crimes
that the Project believes they did not commit.

EC
007612

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\65043.em
nlx  4/13/2007, 12:04:57 PM

More information about the Downstate Innocence Project is available
at http://cspl.uis.edu/ILAPS/DownstateInnocenceProject/. For further
information about Callahan's presentation, contact Evan Jean Wilson
by phone at 220-1719 or by e-mail at ewils3@uis.edu, or John Hanlon
at jhanl2@uis.edu.

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1173712526</real>
  <key>flags</key>
  <integer>261249</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Re: UIS to host presentation by officer who investigated Steidl
  case</string>
  <key>to</key>
  <string>Eric Volkmann &lt;evolkmann@edgarcountybank.com&gt;, Eric Volkmann
  &lt;volkmanne@direcway.com&gt;</string>
</dict>
</plist>
```

EC
007613

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\65156.en
mlx  5/8/2008, 12:10:29 PM

2798
Mime-Version: 1.0 (Apple Message framework v752.2)
Content-Transfer-Encoding: 7bit
Message-Id: <B8E8E4C2-0BA2-4A83-8E7C-D76B869C3E3C@comcast.net>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
To: Iain Johnston <iain.johnston@hklaw.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: Callahan presentation
Date: Tue, 13 Mar 2007 14:24:28 -0500

IAIN-
FYI.  Callahan will be spouting off in springfield next week.  I've
hired a guy to tape his talk.
Regards,
Dan Curry
CURRY PUBLIC STRATEGIES, INC.
(312) 259-3737 | mobile
(630) 462-1869 | fax
dan_curry@comcast.net

UIS to host presentation by officer who investigated Steidl case

March 9, 2007

Contact: Evan Wilson, 217/220-1719, ewils3@uis.edu
or John Hanlon, jhanl1@uis.edu

SPRINGFIELD -- Michale Callahan, the Illinois State Police officer
whose investigation into the case of Randy Steidl led to a lawsuit
against state police officials, will speak on "Demoted for Pursuing
the Truth" beginning at 6 p.m. Monday, March 19, in University Hall
room 2034, on campus at the University of Illinois at Springfield.

The program is free and open to the public and is presented by the
Downstate Illinois Innocence Project and the Institute for Legal and
Policy Studies at UIS.

In 1987, Steidl was convicted of the murder of Dyke and Karen Rhoads
and sentenced to death. However, a subsequent investigation led by
Bill Clutter, now Illinois Innocence Project director of
investigations, developed forensic evidence that disproved a key
prosecution witness's description of the crime scene. In March 2000,
Callahan, at the time a lieutenant with the Illinois State Police,
was assigned to review evidence provided by Clutter, and his review
of the case file led him to conclude that Steidl and a co-defendant
had been framed. Callahan's investigation was hindered for political
reasons, and he later successfully sued ISP officials. Steidl was
released from prison in May 2004. Callahan is now retired.

In this presentation, Callahan and members of Steidl's defense will
speak about the case.

EC
007616

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\65161.em
lx  5/7/2008, 11:41:32 AM

2920
Mime-Version: 1.0 (Apple Message framework v752.2)
Bcc: John Pearman <john.Pearman@uchospitals.edu>
Content-Type: text/plain;
   charset=US-ASCII;
   delsp=yes;
   format=flowed
Message-Id: <62D3128B-74BF-43DB-83F1-530BF316A9DB@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Callahan presentation
Date: Tue, 13 Mar 2007 14:28:27 -0500
To: Terry Ekl <tekl@cewpc.com>,
  James Sotos <jsotos@jsotoslaw.com>,
  Beth Ekl <eekl@jsotoslaw.com>


TERRY, JIM, ELIZABETH-
FYI.  Callahan will be spouting off in springfield next week.  I've
hired a guy to tape his talk.
Regards,
Dan Curry
CURRY PUBLIC STRATEGIES, INC.
(312) 259-3737 | mobile
(630) 462-1869 | fax
dan_curry@comcast.net

UIS to host presentation by officer who investigated Steidl case

March 9, 2007

Contact: Evan Wilson, 217/220-1719, ewils3@uis.edu
or John Hanlon, jhanl1@uis.edu

SPRINGFIELD -- Michale Callahan, the Illinois State Police officer
whose investigation into the case of Randy Steidl led to a lawsuit
against state police officials, will speak on "Demoted for Pursuing
the Truth" beginning at 6 p.m. Monday, March 19, in University Hall
room 2034, on campus at the University of Illinois at Springfield.

The program is free and open to the public and is presented by the
Downstate Illinois Innocence Project and the Institute for Legal and
Policy Studies at UIS.

In 1987, Steidl was convicted of the murder of Dyke and Karen Rhoads
and sentenced to death. However, a subsequent investigation led by
Bill Clutter, now Illinois Innocence Project director of
investigations, developed forensic evidence that disproved a key
prosecution witness's description of the crime scene. In March 2000,
Callahan, at the time a lieutenant with the Illinois State Police,
was assigned to review evidence provided by Clutter, and his review
of the case file led him to conclude that Steidl and a co-defendant
had been framed. Callahan's investigation was hindered for political
reasons, and he later successfully sued ISP officials. Steidl was
released from prison in May 2004. Callahan is now retired.

Page: 1

EC
007618

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\65561.em
mlx  5/7/2008, 11:41:32 AM

2602
Mime-Version: 1.0 (Apple Message framework v752.2)
Content-Transfer-Encoding: 7bit
Message-Id: <33CC39E2-D3B3-4A81-8AB4-4E0CD39EA468@comcast.net>
Content-Type: text/plain;
  charset=UTF-8;
  delsp=yes;
  format=flowed
To: Beth Ekl <eekl@jsotoslaw.com>
From: Dan Curry <dan_curry@comcast.net>
Subject: Re: UIS to host presentation by officer who investigated Steidl case
Date: Mon, 19 Mar 2007 16:44:22 -0500

UIS to host presentation by officer who investigated Steidl case
March 9, 2007
Contact: Evan Wilson, 217/220-1719, ewils3@uis.edu
or John Hanlon, jhanl1@uis.edu
SPRINGFIELD -- Michale Callahan, the Illinois State Police officer
whose investigation into the case of Randy Steidl led to a lawsuit
against state police officials, will speak on "Demoted for Pursuing
the Truth" beginning at 6 p.m. Monday, March 19, in University Hall
room 2034, on campus at the University of Illinois at Springfield.
The program is free and open to the public and is presented by the
Downstate Illinois Innocence Project and the Institute for Legal and
Policy Studies at UIS.
In 1987, Steidl was convicted of the murder of Dyke and Karen Rhoads
and sentenced to death. However, a subsequent investigation led by
Bill Clutter, now Illinois Innocence Project director of
investigations, developed forensic evidence that disproved a key
prosecution witness's description of the crime scene. In March 2000,
Callahan, at the time a lieutenant with the Illinois State Police,
was assigned to review evidence provided by Clutter, and his review
of the case file led him to conclude that Steidl and a co-defendant
had been framed. Callahan's investigation was hindered for political
reasons, and he later successfully sued ISP officials. Steidl was
released from prison in May 2004. Callahan is now retired.
In this presentation, Callahan and members of Steidl's defense will
speak about the case.
UIS' Downstate Illinois Innocence Project is housed within the
Institute for Legal and Policy Studies. Under its auspices, students
in Legal Studies and other degree programs provide research and
investigative assistance to attorneys who are helping individuals who
have been arrested, tried, found guilty, and imprisoned for crimes
that the Project believes they did not commit.
More information about the Downstate Innocence Project is available
at http://cspl.uis.edu/ILAPS/DownstateInnocenceProject/. For further
information about Callahan's presentation, contact Evan Jean Wilson
by phone at 220-1719 or by e-mail at ewils3@uis.edu, or John Hanlon
at jhanl2@uis.edu.

<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>

EC
007622

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\79856.em
nlx  5/7/2008, 11:41:32 AM

---

5232
Mime-Version: 1.0 (Apple Message framework v752.2)
Content-Transfer-Encoding: quoted-printable
Message-Id: <D139D4E8-252D-424F-9109-A7EA8A79F0E0@comcast.net>
Content-Type: text/plain;
 charset=ISO-8859-1;
 delsp=yes;
 format=flowed
To: Eric Volkmann <evolkmann@edgarcountybank.com>,
 Eric Volkmann <volkmanne@hughes.net>,
 Beth Ekl <eekl@jsotoslaw.com>,
 Terry Ekl <TEkl@eklwilliams.com>,
 James Sotos <jsotos@jsotoslaw.com>,
 John Pearman <john.Pearman@uchospitals.edu>
From: Dan Curry <dan_curry@comcast.net>
Subject: whitlock gets new trial
Date: Fri, 7 Sep 2007 07:05:09 -0500

www.chicagotribune.com/news/local/chi-whitlock_07sep07,1,3790876.story

chicagotribune.com

Lawyers: Inmate granted retrial

Man convicted of 1986 slaying is serving life term

By Hal Dardick

Tribune staff reporter

September 7, 2007

A man serving a life sentence in the slayings of a newlywed couple in =20=

Downstate Paris has been granted a new trial, possibly setting the =20
stage for his release after more than 20 years behind bars, attorneys =20=

in the case said Thursday.

Defense attorney Richard Kling was notified Thursday of a 53-page =20
decision by the 4th District Illinois Appellate Court. Kling has not =20
read the decision, he said, but was told it was unanimous in granting =20=

a new trial for Herb Whitlock, who has steadfastly maintained his =20
innocence in the July 1986 stabbing deaths of Karen and Dyke Rhoads. =20
He was not convicted in the death of Dyke Rhoads.

Kling said he expected the decision to be available Friday.

David Rands, a special prosecutor for the appellate prosecutor's =20
office, confirmed his office had received the decision. He had not =20
read it yet.

Kling has long sought a new trial and Whitlock's release. A federal =20

---

EC
007668

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\79856.em
nlx  5/7/2008, 11:41:32 AM

court order for a new trial led to the May 2004 release of Gordon =20
"Randy" Steidl, who had been sentenced to death after a separate =20
trial for the same crime on much of the same evidence.

Special Prosecutor Ed Parkinson of the appellate prosecutor's office =20
said he could not comment until he reads the decision.

"I'm anxious to see the opinion," he added. "There were separate =20
trials, and there were different witnesses at his trial. There were =20
two witnesses who said Whitlock made incriminating statements."

Defense attorneys have dismissed the alleged statements by the two =20
witnesses as bar talk that only included details from the rumor mill =20
in the small town of Paris. They also note the two main witnesses, =20
who were the same at each trial, have repeatedly changed their =20
stories about the crime over the years. One of those witnesses =20
recently died.

In 2000, former Illinois State Police Lt. Michale Callahan was =20
assigned to take another look at the Rhoads murders and concluded =20
that Steidl and Whitlock were innocent. He has since won a federal =20
civil rights lawsuit that accused his superiors of thwarting his =20
attempt to fully investigate a potential suspect in the case.

"Good news, finally some justice in the world," Callahan said after =20
being told of the Appellate Court opinion. "It's a long time coming, =20
but this guy deserves it. The case was just a bunch of smoke and =20
mirrors."

Now-retired Edgar County Judge H. Dean Andrews in 2005 denied a =20
motion to grant Whitlock a new trial. It was that denial that was =20
reversed by the Appellate Court, Kling said.

In seeking a new trial, Kling and colleague Susana Ortiz referred to =20
the federal court order in Steidl's case. "Acquittal was reasonably =20
probable if the jury had heard all of the evidence," U.S. District =20
Judge Michael McCuskey wrote.

Callahan testified at Whitlock's hearing for a new trial, during =20
which Kling and Ortiz presented never-disclosed police reports =20
documenting how a friend of the still-living key witness said the =20
witness lied about being at the murder scene.

Whitlock was convicted in 1987 of killing Karen Rhoads, but not her =20
husband. Steidl, 56, a one-time drinking buddy of Whitlock's, was =20
convicted of both murders.

The federal court ruling triggered a probe by the office of Illinois =20
Atty. Gen. Lisa Madigan. Determining "information favoring the =20
defense was never disclosed," Madigan dropped an appeal of the ruling.

The appellate prosecutor's office then dropped charges against =20
Steidl, saying it couldn't prepare for a new trial within the 120-day =20=

deadline set by McCuskey.

EC
007669

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\79856.em
lx  5/7/2008, 11:41:32 AM

Steidl is seeking a pardon from Gov. Rod Blagojevich, and in a =20
hearing on that issue last year, Parkinson said a grand jury =20
reconsidering the Rhoads murders failed to come up with new evidence. =20=

He reiterated that Thursday.

Prosecutors have the option of asking the Appellate Court to =20
reconsider the Whitlock decision, seeking an appeal before the =20
Illinois Supreme Court, going forward with a new trial or dropping =20
the case, Kling said.

He planned to go to Danville Correctional Center on Friday to deliver =20=

the news to Whitlock.

"We're pleased with the court's decision, and look forward to the day =20=

when Herb Whitlock returns to his family," Kling said.

----------

hdardick@tribune.com

Copyright =A9 2007, Chicago Tribune

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  <real>1189166709</real>
  <key>flags</key>
  <integer>261249</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>whitlock gets new trial</string>
  <key>to</key>
  <string>Eric Volkmann &lt;evolkmann@edgarcountybank.com&gt;, Eric Volkmann
  &lt;volkmanne@hughes.net&gt;, Beth Ekl &lt;eekl@jsotoslaw.com&gt;, Terry Ekl
  &lt;TEkl@eklwilliams.com&gt;, James Sotos &lt;jsotos@jsotoslaw.com&gt;, John
  Pearman &lt;john.Pearman@uchospitals.edu&gt;</string>
</dict>
</plist>
```

EC
007670

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\83555.eml
_x 10/11/2007, 3:55:04 PM

688
Mime-Version: 1.0 (Apple Message framework v752.2)
Bcc: Eric Volkmann <evolkmann@edgarcountybank.com>,
 James Sotos <jsotos@jsotoslaw.com>,
 Beth Ekl <eekl@jsotoslaw.com>,
 Terry Ekl <TEkl@eklwilliams.com>,
 John Pearman <john.Pearman@uchospitals.edu>
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed
Message-Id: <82D0BFD0-7C59-4268-8495-ABA2FCDBEEA7@comcast.net>
Content-Transfer-Encoding: 7bit
From: Dan Curry <dan_curry@comcast.net>
Subject: Lisa Madigan won't appeal Whitlock ruling
Date: Thu, 11 Oct 2007 15:54:48 -0500
To: Dan  Curry <danieldcurry@gmail.com>

No surprise
<http://blogs.chicagotribune.com/news_columnists_ezorn/2007/10/murder-
in-paris.html>
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
 "http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>date-sent</key>
  1192136088
  <key>flags</key>
  <integer>196609</integer>
  <key>original-mailbox</key>
  <string>local:///Outbox</string>
  <key>sender</key>
  <string>Dan Curry &lt;dan_curry@comcast.net&gt;</string>
  <key>subject</key>
  <string>Lisa Madigan won't appeal Whitlock ruling</string>
  <key>to</key>
  <string>Dan  Curry &lt;danieldcurry@gmail.com&gt;</string>
</dict>
</plist>

EC
007680

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\119941.em
lx  5/7/2008, 11:41:31 AM

```
1190
Received: from cewpc.com
(adsl-69-215-84-250.dsl.chcgil.ameritech.net[69.215.84.250](untrusted sender))
        by rwcrmxc17.comcast.net (rwcrmxc17) with ESMTP
        id <20060417203601r1700ji844e>; Mon, 17 Apr 2006 20:36:02 +0000
X-Originating-IP: [69.215.84.250]
Subject: RE: In case you missed....
Date: Mon, 17 Apr 2006 15:36:00 -0500
MIME-Version: 1.0
Content-Type: text/plain;
  charset="us-ascii"
Content-Transfer-Encoding: quoted-printable
Message-ID: <45F204955F8D584B8323F89E8EA4BA3C08BC4B@CEWSERVER02.cewpc.local>
X-MS-Has-Attach:
Content-class: urn:content-classes:message
X-MS-TNEF-Correlator:
X-MimeOLE: Produced By Microsoft Exchange V6.5
Thread-Topic: In case you missed....
thread-index: AcZiXOp7t+twypQrQj2Zk0KnqszxhQAAZlqg
From: "Terry Ekl" <TEkl@cewpc.com>
To: "Dan Curry" <dan_curry@comcast.net>

What a shock.

-----Original Message-----
From: Dan Curry [mailto:dan_curry@comcast.net]=20
Sent: Monday, April 17, 2006 3:24 PM
To: Eric Volkmann; Eric Volkmann
Cc: James Sotos; Beth Ekl; Terry Ekl
Subject: In case you missed....

....no big surprise.

http://www.chicagotribune.com/news/opinion/=20
chi-0604170001apr17,0,2762628.story?coll=3Dchi-newsopinion-hed


<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>flags</key>
  <integer>8590195845</integer>
  <key>original-mailbox</key>
  <string>imap://danieldcurry%40gmail.com@imap.gmail.com/Anthony%20Porter</stri
  ng>
  <key>remote-id</key>
  <string>41</string>
</dict>
</plist>
```

EC
007709

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\126035.em
lx  5/8/2008, 4:14:45 PM

1564617
Received: from cewpc.com
 (adsl-69-215-84-250.dsl.chcgil.ameritech.net[69.215.84.250](untrusted
 sender)) by sccrmxc21.comcast.net (sccrmxc21) with ESMTP id
 <20060517145535s21004kpeie>; Wed, 17 May 2006 14:55:35 +0000
X-Originating-IP: [69.215.84.250]
Content-class: urn:content-classes:message
Subject: Summary of interview April 19-27.pdf
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="----_=_NextPart_001_01C679C1.F37B9FC4"
Date: Wed, 17 May 2006 09:55:33 -0500
X-MimeOLE: Produced By Microsoft Exchange V6.5
Message-ID: <45F204955F8D584B8323F89E8EA4BA3C0F51DC@CEWSERVER02.cewpc.local>
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Summary of interview April 19-27.pdf
Thread-Index: AcZ5wfLFvNrf4YOWR7WxWKyyKs9R9A==
From: "Terry Ekl" <TEkl@eklwilliams.com>
To: "Dan Curry" <dan_curry@comcast.net>


------_=_NextPart_001_01C679C1.F37B9FC4
Content-Type: multipart/alternative;
 boundary="----_=_NextPart_002_01C679C1.F37B9FC4"


------_=_NextPart_002_01C679C1.F37B9FC4
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

I have attached a summary of recent interviews.  Some interesting
statements by witnesses

------_=_NextPart_002_01C679C1.F37B9FC4
Content-Type: text/html; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=3DContent-Type content=3D"text/html; =
charset=3Dus-ascii">
<META content=3D"MSHTML 6.00.2900.2873" name=3DGENERATOR></HEAD>
<BODY>
<DIV><FONT face=3DArial size=3D2><SPAN class=3D776375414-17052006>I have =
attached a=20
summary of recent interviews.  Some interesting statements by=20
witnesses</SPAN></FONT></DIV></BODY></HTML>

------_=_NextPart_002_01C679C1.F37B9FC4--

------_=_NextPart_001_01C679C1.F37B9FC4
Content-Type: application/octet-stream; name="Summary of interview April
 19-27.pdf"
Content-Transfer-Encoding: base64

Page: 1

EC
008399

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\126035.em
alx  5/8/2008, 4:14:45 PM

Content-Disposition: attachment; filename="Summary of interview April
19-27.pdf"

JVBERi0xLjQNJeLjz9MNCjEgMCBvYmoNPDwgDS9UeXBlIC9DYXRhbG9nIA0vUGFnZXMgMiAwIFIg
DS9NZXRhZGF0YSAzMCAwIFIgUT4IA11bmRvYmoNMiAwIG9iag08PCANL1R5cGUgL1BhZ2VzIA0v
S21kcyBbIDUgMCBSIDEwIDAgUiAxNCAwIFIgMTggMCBSIDIyIDAgUiAyNiAwIFIgXSANL0NvdW50
IDYgDT4+IA11bmRvYmoNAwIG9iag08PCANL01vZERhdGUgKEQ6MjAwNjA1MTcwOTUzNDItMDQn
MDAnKQ0vQ3J1YXRpb25EYXRlIChEOjIwMDYwMTE3MDhklMzQxLTA0JzAwJykNL1Byb2R1Y2ChB
ZG9iZSBQREYgTGlicmFyeSA1LjApDS9DcmVhdG9yIChIUCBQREYgRm9ybWF0dGVyIHZlcnNpb24g
My4yLjAuODA5KQ0+PiANZW5kb2JqDTUgMCBvYmoNPDwgDS9UeXBlIC9QYWdlIA0vTWVkaWFCb3gg
WyAwIDAgNjEyIDc5MiBdIA0vUGFyZW50IDIgMCBSIA0vQ29udGVudHMgOCAwIFIgDS9SZXNvdXJj
ZXMgPDwgL1hPYmplY3QgPDwgDS9Wb2wgMCBSIA0vTWdtMSAwIFIgMDggPD4gL1Byb2NTZXQgWyAv
IBGFVBAAwIDUgMCBSIHRqcKgoETY5c4X9yFU5sf94cUCWP+9S7OH8QFJ5iD+IC13r60nmRj
+IUnnRDjeKPPi6bsYoM0Q/1xSGeMdzxS+dH2NIbiJRnOB9KPPixndxSfaYh6jHtSfa4c45GKPtcP
Tn8qT7XF6MmelL9ri4wDSfa44wWpwuY/Qik+1xejUgvIvQl1+1R56MB2NJ9sjH8LDFKLuPAIU80
gu4+yt+VL9rj7BuPakF5H6Gl+1xgDgjPtR9qTsp+1H2qPGQCKDdIOimj7VGOxFAuk67SB2pPtadl
ak+2IOin8eKX7WgH3cUfa1/ukfWlNyB0T9aDdKv8JpBdL/cIpRdL/dNAuVzjb+tJ9qGcBPiOFOM4
CdOvNIbsD+Dj60ouuDiI8ehoN0Fx8n9KUXI7pj8aBcrnCqaXzx/dx+NBnxnCdPem/aT/AM88fjQL
nnHl4pftPpH096QXDZ+5xS+eey4HrR57DHyfrR577cqgzTvOOOVxijzsfwUea3ZcU3znHGwZpRK/
9zB/1SGZwPujr0pfNxx/q8fWl8xsAhcUu9/7opPMYY+UYPoaA7+mMdeKRWmGdwHXjAx/WnbpP7oF
MtgQZc/89P6Cpce5pccYzQR2pNvuaXGOBRijGOnFJt/Slxjjp RQRTSp7E0bOe/50oUDsKaUPbjm
jy/Tijyz69KQwj6UojAAGMYpfLGMUeXzRs4x0pAuB3Fbj/hyR9KApHTjFKynGF4puw+goCBHH60j
R9MHH4U0RnjAx7Uhj2nGcUhiJ5A/SneUewOf5UghOMZxmjyuw6+1KIuMcikEWM7RmhogvHPtR5TA
ZweO1Hkkg44A7UzyCOAMAUGBhzyfO5lMPBOKUQnHApDA3bP4cYo8pgMdaa0J9uKZ5Jz9KXySD8q
0vknOOnpik8jDDIziI8j/ZIHak8g54/A0cg7DOaDCex6UvkdOuBQYOemKPII6LigQsOMYoMJz049
qPI29qUQEAfyo8g5ztwPal+znpSiA/Q0ogGMFf8AGk8g9EY4pPZJPGRSCEgUpg/D1oEB/u8DvSi3
xwKBCeg7UvkDkAY9qRYMcEY96VbdVYPTj0o8jnoB/WgQcDK8ineQucYxik8g4xjA9KUw89XUQYbI
AFHkD6YpfJAxgDjvR5QHTp/KjyV7ijyR7f1SmIfhsEsUvp09qXy/WjYB0AB+lO2ijYM/SgKB0GKAo
HajYPoKTy1AwOKUqKAgxg80bV9KXA9KNo9KMAdgKMUU1BtZ/dv6CnUUyeeK2gkuJ22xxIXc4zgAZ
NcNH8dvhNJ8KZfjfH4zt4j4IgiaWTVvJ12oFkMTAx7fM3CQbdu3dnjFdtY3ttqNlb6hZSeZb3USyx
PtI3KwyDg8jg96mqjrmt6X4b0m61zWbr7PZWUe+WTYzEDsAqgszE4AUAkkgARmuStvjf8Nrnw7de
Jl1bUIILK9Wxms7nRL2C/FwwDJCLN4hcNIykMqiMlhyARzW54L8d+GPH+lyat4XVppY7edre5gur
Oa0ubSVesc0EypLC+CG2uqkqys0GBOb4o+LngTwbrUega9failyRG0O1ro15c29mJG2obieGJorc
E5WZWQYBPQ2qHV/jT8ONB8Rv4X1HWrtbqCeO3urilSrqWyspZMbI7i7SMwW7tuTCyOp+dOPmGe3r
nfDHxD8E+MtKlDXvDHiSyv8ATNKuprW7vY3xBHJCSJfnOFIUggsCRweeKk8D+OfCvxH8N23i/wAF
asmqaNeM4tryNGVJtjFSy7gMrkHDDgjkZBrF0f4y+C9a8RDw9aDWI11ZotdTudIuIbC8kTO9IblO
EbsNrEYPzBWK7tpxH4a+NfgnxT4gg0DTllaFb9XbSr+802W3tNU2ffFFvI4Akx17B8yblya7yii
iiiiiiiiiiijA9OlGB6UY/SijFHSiiiijABzjFGBRRgelGKMUm0eg/KjaO3GaNgxjgM+1G1emKNi
+nSlwPSk2jpQEA7dKXA9KMD0owB8WBjjaPTpRgemKMD0owPSjAHQYooorPsSKJsHQYoooooowKMUUyoooooo
ooooooorG8Z+KbLwR4U1XxdqNneXdtpFq9zLBZRh5pQoztRS9GQY9AMjJrG8fDEpfGN7c6RqXgrxH
4T10CBLmOx11LYSXEDcCVDBNKuAeCpYOpI3KMjPI+L5viX4X1nT/ABDN8SZTe6vrcdlpvhC3tLN7
G4hZufneNLkyrEHkZxKFFXB+RgMN7DO0vBwBIBii2PsPTpRgemKMD0owPSjAHQY00rP8REDw/qZRW2cf+DXyroBm0zwb
bfDW2sZIdMfCi+MnaBGEHk/2Z5cqbkq4G43xqnGAdxjnGAdxjnSLqdZLjT91yqvdRKK71gt4rhGeVh/dQDeT2Cl

EC
008400

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\126039.e
emlx  5/8/2008, 6:31:31 PM

1986
Received: from illinois.gov (smtp02.illinois.gov[163.191.142.172](misconfigured
sender))
            by sccrmxc11.comcast.net (sccrmxc11) with ESMTP
            id <20060428184317s1100b01j7e>; Fri, 28 Apr 2006 18:43:21 +0000
X-Originating-IP: [163.191.142.172]
Received: from ([10.201.88.11])
   by IL084VD2.illinois.gov with ESMTP  id 7100039.2097376;
   Fri, 28 Apr 2006 13:42:58 -0500
To: dan_curry@comcast.net
Subject: Contact numbers for Morgan
MIME-Version: 1.0
X-Mailer: Lotus Notes Release 6.0.3 September 26, 2003
From: Rodney_Miller@isp.state.il.us
Message-ID:
<OFCDD883F0.AD2E0328-ON8625715E.006629F8-8625715E.0066CF3A@isp.state.il.us>
Date: Fri, 28 Apr 2006 13:43:57 -0500
X-MIMETrack: Serialize by Router on ISPDOM1/IlStPolice(Release 6.0.5|March 27,
2005) at
 04/28/2006 13:43:59,
   Serialize complete at 04/28/2006 13:43:59
Content-Type: multipart/alternative; boundary="=_alternative
0066CEFA8625715E_="

This is a multipart message in MIME format.
--=_alternative 0066CEFA8625715E_=
Content-Type: text/plain; charset="US-ASCII"

Please feel free to forward my contact numbers to Bob Morgan.  We would
like to complete the interview in our Champaign office next Wednesday
(05-03-06) or  Thursday (05-04-06).  Starting times would be flexible but
preferably in the A.M. hours.   Thanks.

Sgt. Rodney Miller
Illinois State Police
work #217/278-5009
cel# 217/891-7777
--=_alternative 0066CEFA8625715E_=
Content-Type: text/html; charset="US-ASCII"


<br><font size=2 face="sans-serif">Please feel free to forward my contact
numbers to Bob Morgan.  We would like to complete the interview in
our Champaign office next Wednesday (05-03-06) or  Thursday (05-04-06).
 Starting times would be flexible but preferably in the A.M. hours.
  Thanks.</font>
<br><font size=2 face="sans-serif"><br>
Sgt. Rodney Miller<br>
Illinois State Police<br>
work #217/278-5009</font>
<br><font size=2 face="sans-serif">cel# 217/891-7777</font>
--=_alternative 0066CEFA8625715E_==-
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">

EC
014712

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\126043.em
lx  5/8/2008, 4:14:45 PM

1342
Received: from cewpc.com
(adsl-69-215-84-250.dsl.chcgil.ameritech.net[69.215.84.250](untrusted sender))
        by sccrmxc22.comcast.net (sccrmxc22) with ESMTP
        id <20060413153141s2200sf34qe>; Thu, 13 Apr 2006 15:31:41 +0000
X-Originating-IP: [69.215.84.250]
Received: from 192.168.9.5 ([192.168.9.5]) by CEWSERVER02.cewpc.local
([192.168.9.5]) with Microsoft Exchange Server HTTP-DAV ;
 Thu, 13 Apr 2006 15:31:41 +0000
MIME-Version: 1.0
From: "Terry Ekl" <TEkl@cewpc.com>
Subject: RE: Sure you've seen this by now...
Message-ID: <001d01c65f0f$5cc454c5$0509a8c0@cewpc.local>
Content-Type: text/plain;
    charset="utf-8"
Content-Transfer-Encoding: quoted-printable
Date: Thu, 13 Apr 2006 10:31:40 -0500
Importance: normal
X-Priority: 3
X-MimeOLE: Produced By Microsoft Exchange V6.5
Thread-Topic: Sure you've seen this by now...
Thread-Index: AcZfD1zE8FLtrQkDRH2HZu7Lhpsivw==
To: "Dan Curry" <dan_curry@comcast.net>

Yes. I read it

-----Original Message-----
From: "Dan Curry" <dan_curry@comcast.net>
To: "Terry Ekl" <tekl@cewpc.com>; "James Sotos" <jsotos@jsotoslaw.com>; =
"Beth Ekl" <eekl@jsotoslaw.com>
Sent: 4/13/06 9:42 AM
Subject: Sure you've seen this by now...

Chicago Tribune | Retrial unlikely in '86 killings<http://=20
www.chicagotribune.com/news/local/chi-0604130214apr13,1,1789884.story?=20
coll=3Dchi-newslocal-hed>
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>flags</key>
  <integer>8590195841</integer>
  <key>original-mailbox</key>
  <string>imap://danieldcurry%40gmail.com@imap.gmail.com/Paris</string>
  <key>remote-id</key>
  <string>76</string>
</dict>
</plist>

Page: 1

EC
014734

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\126049.e
emlx 5/8/2008, 4:14:45 PM

8696
Received: from a34-mta02.direcway.com ([66.82.4.91]) by rwcrmxc16.comcast.net
  (rwcrmxc16) with ESMTP id <20060308131341r1600nhu82e>; Wed, 8 Mar 2006
  13:13:41 +0000
X-Originating-IP: [66.82.4.91]
Received: from ReneeW2k (dpc6682209021.direcpc.com [66.82.209.21]) by
  a34-mta02.direcway.com (iPlanet Messaging Server 5.2 HotFix 1.25 (built Mar
  3 2004)) with SMTP id <0IVT00J9Z8PWR9@a34-mta02.direcway.com> for
  dan_curry@comcast.net; Wed, 08 Mar 2006 08:13:16 -0500 (EST)
Date: Wed, 08 Mar 2006 07:17:04 -0600
From: Eric Volkmann <volkmanne@direcway.com>
Subject: Re: Champaign interview
To: Dan Curry <dan_curry@comcast.net>
Message-id: <009a01c642b2$9b1849f0$0400a8c0@ReneeW2k>
MIME-version: 1.0
X-MIMEOLE: Produced By Microsoft MimeOLE V6.00.2800.1506
X-Mailer: Microsoft Outlook Express 6.00.2800.1506
Content-type: text/plain; charset=Windows-1252
Content-transfer-encoding: 8BIT
X-Priority: 3
X-MSMail-priority: Normal
References: <4E3E0642-A410-4AD2-8BFE-5831944C8AE8@comcast.net>

See below.
----- Original Message -----
From: "Dan Curry" <dan_curry@comcast.net>
To: "Eric Volkmann" <evolkmann@edgarcountybank.com>; "Eric Volkmann"
<volkmanne@direcway.com>
Sent: Tuesday, March 07, 2006 11:40 PM
Subject: Champaign interview


ERIC-
Here is a column Jim Dey wrote that appeared in Saturday's News-
Gazette. Dey has finally agreed to meet with me about this case.
Going to try to get Ekl and go meet him right after the primary. ERIC:
Great Idea!

Callahan is active again on the police blog. ERIC: Yes, I have been
following it!

Heard from the SunTimes late today that Peter Fox recently got a
subpoena on one of the Blago investigations. They don't have the
story pinned down yet. If you get a chance, could you poke around
your anti-Fox people and see if you can get any confirmation for
this. It might prove to be the pivotal verification that gets the
story in the paper. ERIC: I'll try.

Any grand jury talk around town? Jeb Ashley? ERIC: NO haven't heard
anything.

Parkinson didn't get back to me today when I called. ERIC: What's the
objective for the call?
DC

Page: 1

EC
014741

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\126049.e
:mlx  5/8/2008, 4:14:45 PM

Grand jury probes holes in Rhoads case
Nearly 20 years after a young Paris couple was stabbed to death in their home
and two men were convicted of their murders, an Edgar County grand jury is
reexamining the case.
State appellate prosecutor David Rands, who is leading the grand jury inquiry,
declined to confirm reports that the proceeding is under way. But two
investigators, retired Illinois State Police Lt. Michale Callahan and
Springfield private detective William Clutter, acknowledged that they received
subpoenas and made a Feb. 24 appearance before the grand jury.
"I was among the witnesses," Clutter said. "I can't comment on the specifics."
Callahan also declined to comment on the specifics of his testimony, but he
characterized the questioning as "friendly."
"They listened to what I had to say," he said of Rands and grand jury members.
"They asked if I would come back without a subpoena. I said I would because I
was interested in the truth."
Callahan said he answered questions for about two hours, and Clutter said his
testimony took between 30 and 45 minutes. Another witness who appeared briefly
before the grand jury on the same day was Tony Rhoads, the brother of one of
the murder victims.
The grand jury is looking into the circumstances surrounding the early morning
stabbing deaths of newlyweds Dyke and Karen Rhoads. Their bodies, both bearing
multiple stab wounds, were found July 6, 1986, in the couple's upstairs bedroom
by firefighters who were called to the scene after the house was set on fire.
Two Paris men, Herbert Whitlock and Randy Steidl, were convicted in 1987 of the
murders. Since then, however, the physical evidence used to implicate Steidl
and Whitlock, including a knife identified as the murder weapon, has been
challenged, and the two alleged eyewitnesses have recanted their testimony
before recanting their recantations.
U.S. Judge Michael McCuskey overturned Steidl's conviction in 2003, and, after a
lengthy re-examination of the case, Illinois Attorney General Lisa Madigan opted
not to appeal McCuskey's decision. When Steidl was released in 2004, the
appellate prosecutor's office said he remained a key suspect, but Steidl is now

EC
014742

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\126070.e
emlx  5/8/2008, 4:14:45 PM

11445
Received: from mail.edgarcountybank.com ([12.166.4.212])
          by rwcrmxc20.comcast.net (rwcrmxc20) with SMTP
          id <2006012621010920000a5rvae>; Thu, 26 Jan 2006 21:01:10 +0000
X-Originating-IP: [12.166.4.212]
Received: from EVolkmannPC [12.166.21.247] by mail.edgarcountybank.com with
ESMTP
   (SMTPD-8.22) id A5D802C0; Thu, 26 Jan 2006 14:49:28 -0600
From: "Eric Volkmann" <evolkmann@edgarcountybank.com>
To: <dan_curry@comcast.net>
Subject: Question
Date: Thu, 26 Jan 2006 15:05:15 -0600
Message-ID:
<CFF70B3612BCC14D9C3C0E64FD68E99F8D9C30@ecb-appserver.edgarcountybank.loc>
MIME-Version: 1.0
Content-Type: multipart/mixed;
   boundary="----=_NextPart_000_0164_01C62289.EC5BA210"
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook, Build 10.0.6626
X-MIMEOLE: Produced By Microsoft MimeOLE V6.00.2900.2180
X-MS-TNEF-Correlator:
<CFF70B3612BCC14D9C3C0E64FD68E99F8D9C30@ecb-appserver.edgarcountybank.loc>
Importance: Normal

This is a multi-part message in MIME format.

------=_NextPart_000_0164_01C62289.EC5BA210
Content-Type: multipart/alternative;
   boundary="----=_NextPart_001_0165_01C62289.EC605D00"


------=_NextPart_001_0165_01C62289.EC605D00
Content-Type: text/plain;
   charset="us-ascii"
Content-Transfer-Encoding: 7bit

Did the PI's talk to Richard Hale?


W. Eric Volkmann

President & C.E.O.

Edgar County Bank & Trust Co.

P.O. Box 400

177 W. Wood Street

Paris, Illinois 61944

217-465-4154 #277

EC
014882

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\126074.e
emlx  5/8/2008, 4:14:45 PM

--Well, you make an interesting point on Ashley. I will try to find him. =
(Maybe you can help?)

--People close to Karen said she quit. What do they have against Morgan?

--As to Morgan, I'm in the same place there as I am with Steidl and =
Whitlock. A certain level of suspicion, but no hard incriminating facts. =
And I'm beginning to think it's possible none of the three were =
involved. Look up the history of Tommy Lynn Sells, his killing spree and =
the type of crimes he committed.

--OK, Steidl and Whitlock were in town. Where are the bloody clothes? =
Where are the fingerprints? Who other than Herrington and Rienbolt say =
they saw them at the crime scene?

I don't mean to be argumentative, but I keep coming back to this: =
there's no good evidence against anybody in this case, yet Whitlock =
remains behind bars on cooked-up testimony. That doesn't seem like =
justice to me. Prosecutors are supposed to prove someone guilty beyond a =
reasonable doubt. I'd love to get my hands on some real evidence, no =
matter who it implicates. ·

Hal=20


-----Original Message-----
From: Dan Curry [mailto:dan_curry@comcast.net]
Sent: Tuesday, January 24, 2006 9:58 AM
To: Dardick, Hal
Subject: Re: Puzzled?


HAL-

Below is my OFF-THE-RECORD observation of the case.

The more documents I read in this case, the more people I talk to, =20
the more I realize that the Protess-Kling-Steidl-Whitlock storyline =20
has many holes.

--it's quite obvious that Steidl and Whitlock knew Dyke Rhoads even =20
though both deny it.
--there are a handful of credible people, to this day, believe Steidl =20
and Whitlock were involved based on their extensive conversations =20
with them after the crime.  This part of the story is never mentioned =20
by the press.
--when the NW students confronted someone who had information that =20
implicated Steidl or Whitlock, they immediately left.  Happened time =20
after time.
--Most of the sketchy statements attributed by Callahan to people in =20
the community have been adamantly denied.  Most people say they never =20
talked to Callahan.
--it's clear that Andrea and Tony are prime movers of the Morgan =20
angle.   Yet it's also clear that Tony, in particular, supplied drugs =20

EC
014889

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\126074.e
:mlx  5/8/2008, 4:14:45 PM

to his brother and knows more about the drug use by Dyke than he is =20
saying.  His motivation in moving the story away from the drug angle =20
and onto Morgan is suspect.
--It's amazing that nobody is talking about Jeb Ashley.  More than =20
anyone, I think he holds the key to the case.  His strong ties to =20
Whitlock are unquestioned.  His actions after the murder are very =20
suspicious.  If the press talked to Dyke's former friends they would =20
know this immediately.  But again, the other side doesn't want to =20
talk about Ashley because it exposes the drug angle.
--Nobody can verify the Karen quit her job story.
--Everybody who has heard "Morgan rumors" seems to come up dry when =20
it comes to facts to back it up.
--It can't be dismissed that Whitlock was seen at 6:30 that morning =20
walking down the street carrying his shirt and that Steidl was =20
supposedly mailing his unemployment forms at 3 in the morning and =20
drove by the house.

I think this:  Not saying for sure Steidl and Whitlock committed =20
this crime but I think one or both at minimum knows a lot about it.  =20
I think there's definitely a drug angle at play and certainly other =20
players are potential suspects.   I think prosecutors screwed up by =20
not unraveling those leads originally.  I don't discount the notion =20
that unraveling the town's drug trade was something the SA didn't =20
want to do at the time for any number of reasons.

I think the Morgan angles are a smokescreen.  They are a figment of =20
some fertile imaginations and they are pushing it on the press =20
because it serves many purposes.

I think you know me well enough to know that I would not be shilling =20
for Morgan if I thought he was involved.  Believe me, my eyes are =20
wide open and if I start to believe otherwise, you won't see me =20
working for him anymore.

The above are my personal observations and not an attempt to dirty =20
anyone up.  It's just my view of the facts I've seen.

DC

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>flags</key>
  <integer>8590195841</integer>
  <key>original-mailbox</key>
  <string>imap://danieldcurry%40gmail.com@imap.gmail.com/Paris</string>
  <key>remote-id</key>
  <string>107</string>
</dict>
```

EC
014890

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\126080.em
lx  5/7/2008, 11:43:13 AM

```
6675305
Received: from rwcrmwc104.ops.asp.att.net
 (rwcrmwc104.asp.att.net[204.127.196.154](misconfigured sender)) by
 rwcrmxc19.comcast.net (rwcrmxc19) with SMTP id <20060123201151r1900rc6ste>;
 Mon, 23 Jan 2006 20:11:51 +0000
X-Originating-IP: [204.127.196.154]
X-BLTSYMAVREINSERT: 4oeDONHVA0Ntub3FQdrYN0pdrhoA
Received: from cewpc.com
 (adsl-69-215-84-250.dsl.chcgil.ameritech.net[69.215.84.250](untrusted
 sender)) by rwcrmxc17.comcast.net (rwcrmxc17) with ESMTP id
 <20060123200704r170053674e>; Mon, 23 Jan 2006 20:07:04 +0000
X-Originating-IP: [69.215.84.250]
Content-class: urn:content-classes:message
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="----_=_NextPart_001_01C62058.938D1A96"
Subject: Interviews through 1-1-06.pdf
X-MIMEOLE: Produced By Microsoft Exchange V6.5.7226.0
Date: Mon, 23 Jan 2006 14:06:59 -0600
Message-ID: <45F204955F8D584B8323F89E8EA4BA3C05D26A@CEWSERVER02.cewpc.local>
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Interviews through 1-1-06.pdf
Thread-Index: AcYgWJGf+3uSJJJ/T4Grqdb8k4uIPw==
From: "Terry Ekl" <TEkl@cewpc.com>
To: "Dan Curry" <dan_curry@comcast.net>


------_=_NextPart_001_01C62058.938D1A96
Content-Type: multipart/alternative;
 boundary="----_=_NextPart_002_01C62058.938D1A96"


------_=_NextPart_002_01C62058.938D1A96
Content-Type: text/plain; charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

 <<Interviews through 1-1-06.pdf>> =20

------_=_NextPart_002_01C62058.938D1A96
Content-Type: text/html; charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 3.2//EN">
<HTML>
<HEAD>
<META HTTP-EQUIV=3D"Content-Type" CONTENT=3D"text/html; =
charset=3Diso-8859-1">
<META NAME=3D"Generator" CONTENT=3D"MS Exchange Server version =
6.5.7226.0">
<TITLE>Interviews through 1-1-06.pdf</TITLE>
</HEAD>
<BODY>
<!-- Converted from text/plain format -->
```

EC
016602

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\126085.em
lx  5/8/2008, 4:14:45 PM

---

1170
Received: from cewpc.com
(adsl-69-215-84-250.ds1.chcgil.ameritech.net[69.215.84.250] (untrusted sender))
        by rwcrmxc16.comcast.net (rwcrmxc16) with ESMTP
        id <20060118185053r1600b49t4e>; Wed, 18 Jan 2006 18:50:53 +0000
X-Originating-IP: [69.215.84.250]
Content-class: urn:content-classes:message
MIME-Version: 1.0
Content-Type: text/plain;
   charset="us-ascii"
Subject: RE: Clutter memo?
Content-Transfer-Encoding: quoted-printable
X-MIMEOLE: Produced By Microsoft Exchange V6.5.7226.0
Date: Wed, 18 Jan 2006 12:50:51 -0600
Message-ID: <45F204955F8D584B8323F89E8EA4BA3C05D15D@CEWSERVER02.cewpc.local>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Clutter memo?
Thread-Index: AcYbuHIR7hq9J4K2TxiWzeTyFiZLfgAp5D/Q
From: "Terry Ekl" <TEkl@cewpc.com>
To: "Dan Curry" <dan_curry@comcast.net>

Dan;

   Beth works for Jim Sotos.  Her direct line is 735-3303.   There
is no problem with you talking to her directly.

   Terry

-----Original Message-----
From: Dan Curry [mailto:dan_curry@comcast.net]=20
Sent: Tuesday, January 17, 2006 4:51 PM
To: Terry Ekl
Subject: Re: Clutter memo?

Do you mind if I talk to Beth about this?
How would I get hold of her?
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>flags</key>
  <integer>8590195841</integer>
  <key>original-mailbox</key>
  <string>imap://danieldcurry%40gmail.com@imap.gmail.com/Paris</string>
  <key>remote-id</key>
  <string>118</string>
</dict>
</plist>

---

Page: 1

EC
018184

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\126086.em
lx  5/8/2008, 4:14:45 PM

1312
Received: from cewpc.com
(ads1-69-215-84-250.dsl.chcgil.ameritech.net[69.215.84.250] (untrusted sender))
          by sccrmxc16.comcast.net (sccrmxc16) with ESMTP
          id <20060117181915s1600ohqvpe>; Tue, 17 Jan 2006 18:19:15 +0000
X-Originating-IP: [69.215.84.250]
Content-class: urn:content-classes:message
Subject: RE: Clutter memo?
MIME-Version: 1.0
Content-Type: text/plain;
  charset="us-ascii"
Content-Transfer-Encoding: quoted-printable
X-MIMEOLE: Produced By Microsoft Exchange V6.5.7226.0
Date: Tue, 17 Jan 2006 12:19:14 -0600
Message-ID: <45F204955F8D584B8323F89E8EA4BA3C05D0F7@CEWSERVER02.cewpc.local>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Clutter memo?
Thread-Index: AcYbhe6YjjJd/fK3zQimIpNFkdlmBfQADIPXw
From: "Terry Ekl" <TEkl@cewpc.com>
To: "Dan Curry" <dan_curry@comcast.net>

Dan;

  I do not have any Clutter documents.  Beth may have access to
some.

  Terry

-----Original Message-----
From: Dan Curry [mailto:dan_curry@comcast.net]=20
Sent: Tuesday, January 17, 2006 10:49 AM
To: Terry Ekl; James Sotos
Subject: Clutter memo?

TERRY, JIM-
Are there any Clutter memos in the court record or otherwise in the =20
Paris case?
I'm assuming Clutter turned something over to Callahan that he relied =20
on.
Have you seen any such documents and how could I get my hands on it?
DC
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>flags</key>
  <integer>8590195845</integer>
  <key>original-mailbox</key>
  <string>imap://danieldcurry%40gmail.com@imap.gmail.com/Paris</string>
  <key>remote-id</key>
  <string>119</string>
</dict>
</plist>

Page: 1

EC
018185

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\126087.e
mlx 5/8/2008, 4:14:45 PM

2418
Received: from mail.edgarcountybank.com ([12.166.4.212])
        by sccrmxc15.comcast.net (sccrmxc15) with SMTP
        id <2006011716370015000aj9ke>; Tue, 17 Jan 2006 16:37:00 +0000
X-Originating-IP: [12.166.4.212]
Received: from EVolkmannPC [12.166.21.247] by mail.edgarcountybank.com with
ESMTP
   (SMTPD-8.22) id AA7102B0; Tue, 17 Jan 2006 10:25:21 -0600
From: "Eric Volkmann" <evolkmann@edgarcountybank.com>
To: "'Dan Curry'" <dan_curry@comcast.net>
Subject: RE: Parisian Award Nominations
Date: Tue, 17 Jan 2006 10:40:52 -0600
Message-ID:
<CFF70B3612BCC14D9C3C0E64FD68E99F8D9BED@ecb-appserver.edgarcountybank.loc>
MIME-Version: 1.0
Content-Type: text/plain;
   charset="us-ascii"
Content-Transfer-Encoding: 7bit
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook, Build 10.0.6626
X-MIMEOLE: Produced By Microsoft MimeOLE V6.00.2900.2180
Importance: Normal
In-Reply-To:
<CFF70B3612BCC14D9C3C0E64FD68E99F901DF2@ecb-appserver.edgarcountybank.loc>

Any word on Clutter report to Callahan yet?

W. Eric Volkmann
President & C.E.O.
Edgar County Bank & Trust Co.
P.O. Box 400
177 W. Wood Street
Paris, Illinois 61944
217-465-4154 #277
217-463-1407 Telefax
217-251-7733 Mobile
evolkmann@edgarcountybank.com

-----Original Message-----
From: Dan Curry [mailto:dan_curry@comcast.net]
Sent: Tuesday, January 17, 2006 10:31 AM
To: Eric Volkmann
Subject: Re: Parisian Award Nominations

Would only consider doing if:
--nomination comes from someone not obviously connected to him.
--award is clearly warranted by some acts of kindness that won't be
readily seen as the rich guy buying everybody off.
--chamber would be united in its backing. Do not want an award with
a loud, dissenting voice that the press will latch onto.
--prominent members of the community such as mayor, etc. would stand
up and be counted if press or Rhoads' family complains.
--Bob is aware it opens the door to more press coverage.

EC
018186

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\126087.e
emlx  5/8/2008, 4:14:45 PM

Could be a good pr offensive with all those conditions met.   Even
then, lot hinges on whether the mayor or others will rebut any
criticisms sharply.

They'd have to be passionate about it.

Need to be very careful about blowback.  A shaky award and a
withdrawal under pressure by the chamber would be a disaster.

Ekl was very pleased with the Wimset interview.  Thinks it will be
very helpful.

Still working on memo.  Re-reading police reports so I can nail Protess.

```xml
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>flags</key>
  <integer>8590195841</integer>
  <key>original-mailbox</key>
  <string>imap://danieldcurry%40gmail.com@imap.gmail.com/Paris</string>
  <key>remote-id</key>
  <string>120</string>
</dict>
</plist>
```

EC
018187

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\140341.en
lx  5/7/2008, 11:41:31 AM

7233781
Mime-Version: 1.0 (Apple Message framework v753)
To: Beth Ekl <eekl@jsotoslaw.com>
Message-Id: <79E5C143-88F5-46A3-8A6E-CF3012E5D860@comcast.net>
Content-Type: multipart/mixed;
  boundary=Apple-Mail-11--740548775
References: <45F204955F8D584B8323F89E8EA4BA3C05D26B@CEWSERVER02.cewpc.local>
From: Dan Curry <dan_curry@comcast.net>
Subject: Fwd: Interviews Jan. 8-11.pdf
Date: Thu, 14 Feb 2008 23:13:53 -0600


--Apple-Mail-11--740548775
Content-Transfer-Encoding: 7bit
Content-Type: text/plain;
  charset=US-ASCII;
  format=flowed


Begin forwarded message:

> From: "Terry Ekl" <TEkl@cewpc.com>
> Date: January 23, 2006 2:07PM | Mon Jan 23
> To: "Dan Curry" <dan_curry@comcast.net>
> Subject: Interviews Jan. 8-11.pdf
>
> <<Interviews Jan. 8-11.pdf>>
>

--Apple-Mail-11--740548775
Content-Transfer-Encoding: base64
Content-Type: application/octet-stream;
  x-unix-mode=0666;
  name=Interviews Jan. 8-11.pdf
Content-Disposition: inline;
  filename="Interviews Jan. 8-11.pdf"

JVBERi0xLjQNJeLjz9MNCjEgMCBvYmoNPDwgDS9UeXBlIC9DYXRhbG9nIA0vUGFnZXMgMiAwIFIg
DS9NZXRhZGF0YSA2OCAwIFIgDT4+IA1lbmRvYmoNMiAwIG9iag08PCANL1R5cGUgL1BhZ2VzIA0v
S2lkcyBbIDDQ4IDAgUiA0NyAwIFIgXSANL0NvdW50IDIgDS9NZWRpYUJveCBbIDAgMCA2MTIgNzky
DS9Nb2REYXXRlIChEOjIwMDYwMTE4MTcwMDQ0LTA2JzAwJykNL0NyZWF0aW9uRGF0ZSAoRDoyMDA2
MDExODE3MDA0My0wNicwMCcpDS9Qcm9kdWNlciAoAoQNRvYmUgUERGIExpYnJhcnkgNS4wKQ0vQ3J1
YXRvciAoSFAgUERGIEZvcm1hdHRlciB2ZXJzaW9uMi4wLjgwOSkNPj4g4gDWVuZG9iag01IDAg
b2JqDTw8IA0vVHlwZSAvUGFnZSANL1Zlb1Qm94IFsgMCAwIDYxMiA3OTIgXSANL1BhcmVudCAO
OCAwIFIgDS9Db250ZW50cyA4IDAgUiANL1Jlc291cmNlcyA8PCAvWE9iamVjdCA8PCAvSW0Dcg
MCBSID4+IC9Qcm9j1U2V0IFsgL1BERiAvSW1hZ2VCIF0gPj4gDT4+IA1lbmRvNNyAwIGiag08
PCAvVHlwZSAvWE9iamVjdCAvU3VidHlwZSAvSW1hZ2UgL05hbWUgL01tZW5kL1ldpZHRoIDgwMCAv
Z2h0IDExMDAgDAgL0JpdHNQZXJDb21wb25lbnQgOCANL0NvbG9yU3BhY2UgL0RldmljZVJHYkgL0Zp
bHRlciAvRENURURjb2RlIC9MZW5ndGggNzk5NjIgPj4gc3RyZWFtDgpmZRAQkFBAEA
ZABkAAD//gAfTEVBRCBUZWNobm9sb2dpZXMgSW5jLiBWMS4wMQD/2wBDAAMCAgICAgMCAgIDAwMD
BAgFBAQEBAkHBwUICwoMDAsKCwsNDhIPDA0RDQsLEBUQERMTFBQUDA8XGBYUGBIUFBT/xADSAAAB
BQEBAQEBAQAAAAAAAAAAQIDBAUGBwgJCgsQAAIBAwMCBAMFBQQEAAAB1QECAwAEEQUSITFBBhNR
YQciERQygZGhCCNCscEVUtHwJDNicoIJChYXGBkaJSYnKCkqNDU2Nzg5OkNERUZHSElKU1RVV1dY
WVpjZGVmZ2hpanNN0dXZ3eHl6g4SFhoeIiYqSk5SVlpeYmZqio6Slpqeoqaqys7S1tre4ubrCw8TF

EC
018317

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\146716.e
emlx  5/8/2008, 4:08:01 PM

12733
Delivered-To: danieldcurry@gmail.com
Received: by 10.100.57.19 with SMTP id f19cs419819ana;
        Fri, 7 Mar 2008 11:58:35 -0800 (PST)
Received: by 10.86.96.18 with SMTP id t18mr1969612fgb.4.1204919914343;
        Fri, 07 Mar 2008 11:58:34 -0800 (PST)
Return-Path: <EVolkmann@edgarcountybank.com>
Received: from mail.edgarcountybank.com (mail.edgarcountybank.com
[12.166.4.212])
        by mx.google.com with ESMTP id l12si4365440fgb.8.2008.03.07.11.58.32;
        Fri, 07 Mar 2008 11:58:34 -0800 (PST)
Received-SPF: pass (google.com: domain of EVolkmann@edgarcountybank.com
designates 12.166.4.212 as permitted sender) client-ip=12.166.4.212;
Authentication-Results: mx.google.com; spf=pass (google.com: domain of
EVolkmann@edgarcountybank.com designates 12.166.4.212 as permitted sender)
smtp.mail=EVolkmann@edgarcountybank.com
Received: from ecb-exchange.edgarcountybank.loc [12.166.21.247] by
mail.edgarcountybank.com with ESMTP
  (SMTPD-9.21) id AE5A0444; Fri, 07 Mar 2008 13:58:18 -0600
Received: from ecb-exchange.edgarcountybank.loc ([10.0.0.2]) by
 ecb-exchange.edgarcountybank.loc ([10.0.0.2]) with mapi; Fri, 7 Mar 2008
 14:03:04 -0600
From: Eric Volkmann <EVolkmann@edgarcountybank.com>
To: Dan Curry <danieldcurry@gmail.com>
Date: Fri, 7 Mar 2008 14:02:48 -0600
Subject: RE: Follow-up
Thread-Topic: Follow-up
Thread-Index: AciAgBNQc2J5AYz3QpCL82MZiI5D2gADhEpA
Message-ID:
<14BC1BF512C3FA4BA7D2491557C7C207C3AA68D690@ecb-exchange.edgarcountybank.loc>
References: <9dcb9c730803071011j105ef780oec472bee4e367f49@mail.gmail.com>
In-Reply-To: <9dcb9c730803071011j105ef780oec472bee4e367f49@mail.gmail.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
acceptlanguage: en-US
Content-Type: multipart/related;
  boundary="_004_14BC1BF512C3FA4BA7D2491557C7C207C3AA68D690ecbexchangeed_";
  type="multipart/alternative"
MIME-Version: 1.0

--_004_14BC1BF512C3FA4BA7D2491557C7C207C3AA68D690ecbexchangeed_
Content-Type: multipart/alternative;
  boundary="_000_14BC1BF512C3FA4BA7D2491557C7C207C3AA68D690ecbexchangeed_"

--_000_14BC1BF512C3FA4BA7D2491557C7C207C3AA68D690ecbexchangeed_
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

Not that I'm aware.

W. Eric Volkmann
EDGAR COUNTY BANK & TRUST
177 W. Wood St.

---

EC
024256

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\155333.e
emlx  3/18/2008, 7:49:20 AM

974
Return-Path: <danieldcurry@gmail.com>
Received: from ?10.0.1.198? ( [71.239.130.18])
        by mx.google.com with ESMTPS id f79sm14428687pyh.25.2008.02.29.08.14.39
        (version=TLSv1/SSLv3 cipher=OTHER);
        Fri, 29 Feb 2008 08:14:40 -0800 (PST)
Mime-Version: 1.0 (Apple Message framework v753)
Content-Type: text/plain; charset=US-ASCII; delsp=yes; format=flowed
Message-Id: <4C367132-A764-48D8-A990-E08EEF8F0F33@gmail.com>
Cc: John Pearman <jpearman.esq@gmail.com>
Content-Transfer-Encoding: 7bit
From: Dan Curry <danieldcurry@gmail.com>
Subject: =?ISO-8859-1?Q?Reverse_Spin_=BB_CBS_gets_one_right?=
Date: Fri, 29 Feb 2008 10:14:37 -0600
To: Patrick Delfino <pdelfino@ilsaap.org>
X-Mailer: Apple Mail (2.753)

PATRICK-
Please note, as this blog post from my blog indicates, Bob Morgan re-
employed my firm for several days to get his name removed from the
upcoming 48 Hours show on Saturday.  The effort was successful.
<http://www.reversespin.com/?p=754>
DC

<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>flags</key>
  <integer>8590195841</integer>
  <key>original-mailbox</key>
  <string>imap://danieldcurry%40gmail.com@imap.gmail.com/%5BGmail%5D/All%20Mail
  </string>
  <key>remote-id</key>
  <string>9443</string>
</dict>
</plist>

EC
024369

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\155413.e
emlx  5/7/2008, 11:41:31 AM

124819
Return-Path: <danieldcurry@gmail.com>
Received: from ?10.0.1.198? ( [71.239.130.18])
        by mx.google.com with ESMTPS id e11sm174181qbc.5.2008.03.03.08.17.37
        (version=TLSv1/SSLv3 cipher=OTHER);
        Mon, 03 Mar 2008 08:17:39 -0800 (PST)
Mime-Version: 1.0 (Apple Message framework v753)
Message-Id: <185C6C35-852B-44DF-8DE4-0262BBBB6261@gmail.com>
Content-Type: multipart/mixed; boundary=Apple-Mail-1-768072575
To: Beth Ekl <eekl@jsotoslaw.com>,
 Terry Ekl <TEkl@eklwilliams.com>,
 James Sotos <jsotos@jsotoslaw.com>
Subject: 48 Hours letter...
From: Dan Curry <danieldcurry@gmail.com>
Date: Mon, 3 Mar 2008 10:17:35 -0600
X-Mailer: Apple Mail (2.753)


--Apple-Mail-1-768072575
Content-Transfer-Encoding: 7bit
Content-Type: text/plain;
  charset=US-ASCII;
  delsp=yes;
  format=flowed

FYI...letter to CBS/48 Hours that prompted a removal of Bob Morgan
references in last Saturday's show.


--Apple-Mail-1-768072575
Content-Transfer-Encoding: base64
Content-Type: application/pdf;
  x-unix-mode=0644;
  name=CBSletterto48Hours2-27-08.pdf
Content-Disposition: inline;
  filename=CBSletterto48Hours2-27-08.pdf

JVBERi0xLjMKJcTl8uXrp/Og0MTGCjIgMCBvYmoKPDwgL0x1bmd0aCA0IDAgUiAvRmlsdGVyIC9GbGF0ZUR1Y29kZSA+PgpzdHJlYW0KeNrNXV1zHLexfcvmBemSh6j8T08XX+l4iROxbbqqpLyi6Wl
REXkLkOa4uW/v7MfaMyg5yx3RS3j5CHlwDvEDhrdp0+f7v1P92P3n45m5R7cj1JgeizsfQxZB7
092cd6+6ZffN7fUVbnt90a/t2+GT+neOL3+z/r/UvWfst49LerUJx+Gz111X7/s/Pazu/95edV9
+SfqdUfdy7fdWfeH7uW/u+9edj+qz7Sj+k+KdxSy7keu6PJO1KfY0edcbmPw+NUiKm3dUchbP7F
3f9sdmR4R3/Z7Kj+K8Zv/52z1XpB1YWw+/DZRfOJHHYLy2aBrNmtdM2zyOXdys/tZS5LdrfTtxrTm
p6npCsXdyj/E10m7lfN2JW13oM5+bVasod1nbtoV53rV82KW+9NrVfapz1rJ29HHP28HeMaojj94C
01s9vAdx9AofXfv69YNFdRV+Lt7V7eb81CcLwwtNUMd+xYVEGx0qfHtH0
YRQzMh8qxvjQrjjaGVYHjbE1EpM1+J520IWtYXXXXXCTMvT/tauRA3+jtNGbVfujxv6WWNUOBh97rOW
Rz/jGcvRq2ON8ZHroVpjjH0I6x053+eDdtSdmc2O/PZZw79iipno3UL5rCsO0DYLfBC2eVS2Y8c4
+gTp8qy/tysuTRzzaCW6iWWPVjJN7KquGB3Zm6vpivVgb4Z38G27kuLEmdaVjf20XOZoxdvJ3Rqt
xLCz+eUpbcJ61wdzpE0UK1U/ngDjDC+49xuXaU3v7WE7+obfntq+PTcJ0/WzoQTj962VFpN70zwq
54kfGdkVX4V37YrXE/9bTZ74z7wQhqXLlr5vV0xZubx83xoqf6Pl+6ncbqKaY9gZavsSrC2fuRWG
qsGFsMHuDDW0KykgX6HLS20/42xxzq5d8eVp8eALoY6Hj8PX6b0W5qc0uhAnQTUmDvEjrXdEudd5
dCEU3tEvZ61NpsnbG73XEqnbBUYXrUNPxWv+8gfhuP0kUI9W+08b4dIJrQSnjj3xTwnU5HsT5t7v
nkD9xUmd8rARn47aUXeWUKAOKFAnFKj1kF27dbTDRUd8uaflsLQ/hzXe9rTZkfa9o8N8N290/rmXuk
5iI536M2gKSEEIv2ah4vkIsoGkWaDwSKOIL9j8AyHuASk+b+jppgGRE8OGm+7N8INONARHSc0F59
6pVSfMajk3S9W/MjA5Tsdeq+0L1LWjvy68++xX9AfSrtsIb7lEZGpI4y61NEsuGrb3JPn2kE7f6L

EC
024380

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\155618.p
partial.emlx  3/18/2008, 7:50:59 AM

3783
Return-Path: <danieldcurry@gmail.com>
Received: from ?10.0.1.198? ( [71.239.130.18]) by mx.google.com with ESMTPS id
 e15sm2549455qba.9.2008.02.14.08.16.47 (version=TLSv1/SSLv3 cipher=OTHER);
 Thu, 14 Feb 2008 08:16:51 -0800 (PST)
Mime-Version: 1.0 (Apple Message framework v753)
To: James Sotos <jsotos@jsotoslaw.com>
Message-Id: <58AF64FC-0828-407D-B5F0-B9582B82B71A@gmail.com>
Content-Type: multipart/mixed; boundary=Apple-Mail-6--787177531
References: <2721F4EE-C0B0-493A-BC04-3C94CAD48DC9@comcast.net>
From: Dan Curry <danieldcurry@gmail.com>
Subject: Email #3
Date: Thu, 14 Feb 2008 10:16:45 -0600
X-Mailer: Apple Mail (2.753)


--Apple-Mail-6--787177531
Content-Transfer-Encoding: 7bit
Content-Type: text/plain;
   charset=US-ASCII;
   delsp=yes;
   format=flowed


Here was my response to his request that I send all the reports...I
talked about bringing Terry because he used to talk about EKL all the
time because of his friendship with Knight.

I ultimately met with Dey on April 6, 2006, in his offices in Champaign.


Begin forwarded message:

> From: Dan Curry <dan_curry@comcast.net>
> Date: March 7, 2006 7:07PM | Tue Mar 7
> To: jdey@news-gazette.com
> Subject: Re: please confirm receiving
>
> Can't send 'em all.  They are part of the civil case and I don't
> think they want them sent around at this point.  However, here's
> one example.  Please do not distribute to anyone.
> Would love to stop in sometime after the election and show these
> reports to you and maybe bring Terry Ekl along.    There's lots more
> to this case than what is being put out there.
> The themes:
> --The rumors about Morgan are out there, but nobody has any
> concrete facts to back up the allegations.
> --Many of the explosive rumors in Callahan's memos are debunked.
> One of them is that Karen quit her job in a huff a day or two
> before the murders.  Nobody backs that up -- family, friends.
> --Many of the people who were quoted in Callahan's memos deny
> talking to him or saying the things attributed to them by third
> parties.
> --Steidl and Whitlock deny knowing Dyke Rhoads yet it is clear that
> they did.   Why are they lying?
> --Several people close to Steidl and Whitlock say they made damning

Page: 1

EC
024411

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\159524.e
emlx  3/18/2008, 7:48:40 AM

5703
Received: from mail.edgarcountybank.com ([12.166.4.212])
          by alnrmxc24.comcast.net (alnrmxc24) with SMTP
          id <2007030517522522400dm488e>; Mon, 5 Mar 2007 17:52:25 +0000
X-Originating-IP: [12.166.4.212]
Received: from evolkmannpc [12.166.21.247] by mail.edgarcountybank.com with
ESMTP
   (SMTPD-8.22) id A73A0750; Mon, 05 Mar 2007 11:45:30 -0600
Message-Id: <200703051145703.SM01496@evolkmannpc>
From: "evolkmann" <evolkmann@edgarcountybank.com>
To: "'Dan Curry'" <dan_curry@comcast.net>
Subject: RE: Bob's address...
Date: Mon, 5 Mar 2007 11:52:21 -0600
MIME-Version: 1.0
Content-Type: text/plain;
   charset="us-ascii"
Content-Transfer-Encoding: 7bit
X-Mailer: Microsoft Office Outlook, Build 11.0.5510
Thread-Index: AcdcIGvDkExzXlhDSwmpuPQRV8aqpADLYARA
In-Reply-To: <0467402C-7833-432A-9FC3-5F91BD44CFF5@comcast.net>
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3028

Sorry, I was out last week.

Not published.  Here is where we send info.

P.O. Box 877
Paris, IL 61944


W. Eric Volkmann
EDGAR COUNTY BANK & TRUST
177 W. Wood St.
Paris, Illinois 61944
217.465.4154 #277
217.463.1407 Tele-fax


-----Original Message-----
From: Dan Curry [mailto:dan_curry@comcast.net]
Sent: Thursday, March 01, 2007 10:48 AM
To: Eric Volkmann
Subject: Bob's address...

ERIC-

Can you give me Bob's home address?  I'm sending the personal letter
below that summarizes our conversation the other day.  I want him to
have it because we will be approaching Forsythe and he probably will
contact Bob afterwards.  Want to make sure Bob understands precisely
where I'm coming from on this project.

Thanks,

DC

EC
026411

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\159524.e
emlx  3/18/2008, 7:48:40 AM

Dear Bob:


I'm writing this letter to fully explain my intentions regarding a
book/movie project on the Anthony Porter-Alstory Simon case.  I want
·to make sure you understand that I don't intend to invade your
privacy or otherwise mention the Paris case without making sure you
are comfortable with the approach.

My motivation is my frustration with the news business.  The news
media in general has no sense of fairness in these high profile
murder cases.  A good versus evil template is always chosen without
regard to the facts.  In the process, innocent people are framed and
smeared and the news media just doesn't care about going back and
repairing the collateral damage.

I see it in your case and see it in the Porter-Simon case.  I want to
use my knowledge of the changing nature of the news business to fight
back in a tactical manner.

As I mentioned before, the centerpiece of the project would be a book
on the Porter-Simon case.  That case, in my opinion, has a strong
national "news hook" because Porter has been described as a
nationwide symbol of the death penalty.  I'm seeking to find a high-
profile conservative publisher.  The book would zero in on the
compelling facts of the case and on why newsroom politics is
preventing anybody from covering what is obviously a big story.

In the book, of course, I would explain how Northwestern University
professor David Protess, investigator Paul Ciolino, attorney Jack
Rimland and others framed Alstory Simon in order to free Anthony
Porter.   In the course of explaining who Protess is, I will bring in
background that shows Protess has been a media hound and a dishonest
broker of information in your case and others.

Although I haven't done any formal planning yet, I probably would
write a chapter about the Paris case.  As I mentioned before, before
I write anything, I'll check with you and we'll agree on how much
detail you would like me to include about the case.  You can be
assured that I'll highlight some of the false things that have been
said about you and who made the statements.

The book, once published, can lead to a publicity tour that will
force the news media to shine a spotlight on those who did the
framing and smearing.

What could supercharge the dynamic is the 30-minute documentary by a
well-known and respected filmmaker.  Rick Reed of Stevens, Reed,
Curcio & Potholm, Alexandria, VA., produced the Swift Boat ads that
are credited by many with winning the 2004 presidential election for
George W. Bush.  He is a friend of mine and believes the Porter-Simon
story is compelling and quite newsworthy if played correctly.

EC
026412

Reed would work closely with me and the documentary would closely
mirror the book, including the references to the Paris case. By
having the documentary in hand, it would be much easier to promote
the book heavily on popular national shows such as Hannity & Colmes,
the O'Reilly Factor and others. The documentary may be run in its
entirety on a cable television outlet and would be entered in
documentary contests.    It would also circulate widely on the internet.

With the help of John Pearman and others, I'm trying to find private
donors to finance the documentary part of the project. We are
seeking $200,000, although the amount needed might end up being less
than that. Gerry Forsythe is among the people we plan to approach.
We thought about him because as you know he was indirectly smeared by
Protess, Clutter, Callahan & Co. We are hoping that if Mr. Forsythe
talks to you about the idea you will be supportive.

Bob, I'm rehashing our phone conversation the other day in letter
form to make sure you are clear about my intentions. I want you to
be fully informed as I move forward on this. I will always believe
you were wronged in the Paris case and this is the best way I can
think of at the moment to expose those who were responsible.

If you have any questions, please don't hesitate to call anytime.

Sincerely,


Dan Curry

```
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
  <key>flags</key>
  <integer>8590195841</integer>
  <key>original-mailbox</key>
  <string>imap://danieldcurry%40gmail.com@imap.gmail.com/%5BGmail%5D/All%20Mail
  </string>
  <key>remote-id</key>
  <string>3994</string>
</dict>
</plist>
```

EC
026413

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\176175.pa
rtial.emlx 5/8/2008, 4:18:31 PM

```
2000
Received: from cewpc.com
 (adsl-69-215-84-250.dsl.chcgil.ameritech.net[69.215.84.250](untrusted
 sender)) by sccrmxc12.comcast.net (sccrmxc12) with ESMTP id
 <20060109212850s1200pgmc3e>; Mon, 9 Jan 2006 21:28:50 +0000
X-Originating-IP: [69.215.84.250]
Subject: Todd interview with DMA.pdf
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="----=_NextPart_001_01C61563.AE5C8EEA"
Date: Mon, 9 Jan 2006 15:28:48 -0600
Content-class: urn:content-classes:message
X-MIMEOLE: Produced By Microsoft Exchange V6.5.7226.0
Message-ID: <45F204955F8D584B8323F89E8EA4BA3C05CF64@CEWSERVER02.cewpc.local>
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Todd interview with DMA.pdf
Thread-Index: AcYVY62wRSZsvCFRQziiVfEMskcupA==
From: "Terry Ekl" <TEkl@cewpc.com>
To: "Dan Curry" <dan_curry@comcast.net>


------=_NextPart_001_01C61563.AE5C8EEA
Content-Type: multipart/alternative;
  boundary="----=_NextPart_002_01C61563.AE5C8EEA"


------=_NextPart_002_01C61563.AE5C8EEA
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
  charset=iso-8859-1

  <<Todd interview with DMA.pdf>> =20

------=_NextPart_002_01C61563.AE5C8EEA
Content-Transfer-Encoding: quoted-printable
Content-Type: text/html;
  charset=iso-8859-1

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 3.2//EN">
<HTML>
<HEAD>
<META HTTP-EQUIV=3D"Content-Type" CONTENT=3D"text/html; =
charset=3Diso-8859-1">
<META NAME=3D"Generator" CONTENT=3D"MS Exchange Server version =
6.5.7226.0">
<TITLE>Todd interview with DMA.pdf</TITLE>
</HEAD>
<BODY>
<!-- Converted from text/plain format -->

<P> &lt;&lt;Todd interview with DMA.pdf&gt;&gt; <FONT SIZE=3D2><BR>
</FONT>
</P>
```

EC
027307

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Domain Production\176174.pa
rtial.emlx 5/8/2008, 4:18:32 PM

2007
Received: from cewpc.com
  (adsl-69-215-84-250.dsl.chcgil.ameritech.net [69.215.84.250] (untrusted
  sender)) by sccrmxc23.comcast.net (sccrmxc23) with ESMTP id
  <20060109212914s23006ru2ke>; Mon, 9 Jan 2006 21:29:14 +0000
X-Originating-IP: [69.215.84.250]
Subject: Gable interview with DMA.pdf
MIME-Version: 1.0
Content-Type: multipart/mixed;
  boundary="----_=_NextPart_001_01C61563.BCEB0A68"
Date: Mon, 9 Jan 2006 15:29:13 -0600
Content-class: urn:content-classes:message
X-MIMEOLE: Produced By Microsoft Exchange V6.5.7226.0
Message-ID: <45F204955F8D584B8323F89E8EA4BA3C05CF65@CEWSERVER02.cewpc.local>
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Gable interview with DMA.pdf
Thread-Index: AcYVY7wuHfcHvUhwR6GI09RVeEHJnw==
From: "Terry Ekl" <TEkl@cewpc.com>
To: "Dan Curry" <dan_curry@comcast.net>


------_=_NextPart_001_01C61563.BCEB0A68
Content-Type: multipart/alternative;
  boundary="----_=_NextPart_002_01C61563.BCEB0A68"


------_=_NextPart_002_01C61563.BCEB0A68
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
  charset=iso-8859-1

  <<Gable interview with DMA.pdf>> =20

------_=_NextPart_002_01C61563.BCEB0A68
Content-Transfer-Encoding: quoted-printable
Content-Type: text/html;
  charset=iso-8859-1

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 3.2//EN">
<HTML>
<HEAD>
<META HTTP-EQUIV=3D"Content-Type" CONTENT=3D"text/html; =
charset=3Diso-8859-1">
<META NAME=3D"Generator" CONTENT=3D"MS Exchange Server version =
6.5.7226.0">
<TITLE>Gable interview with DMA.pdf</TITLE>
</HEAD>
<BODY>
<!-- Converted from text/plain format -->

<P> &lt;&lt;Gable interview with DMA.pdf&gt;&gt; <FONT SIZE=3D2><BR>
</FONT>
</P>

Page: 1

EC
027305

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\159058.e
emlx 3/18/2008, 7:50:28 AM

1986
Received: from illinois.gov (smtp02.illinois.gov[163.191.142.172](misconfigured sender))
        by sccrmxc11.comcast.net (sccrmxc11) with ESMTP
        id <20060428184317s1100b01j7e>; Fri, 28 Apr 2006 18:43:21 +0000
X-Originating-IP: [163.191.142.172]
Received: from ([10.201.88.11])
   by IL084VD2.illinois.gov with ESMTP id 7100039.2097376;
   Fri, 28 Apr 2006 13:42:58 -0500
To: dan_curry@comcast.net
Subject: Contact numbers for Morgan
MIME-Version: 1.0
X-Mailer: Lotus Notes Release 6.0.3 September 26, 2003
From: Rodney_Miller@isp.state.il.us
Message-ID:
<OFCDD883F0.AD2E0328-ON8625715E.006629F8-8625715E.0066CF3A@isp.state.il.us>
Date: Fri, 28 Apr 2006 13:43:57 -0500
X-MIMETrack: Serialize by Router on ISPDOM1/IlStPolice(Release 6.0.5|March 27, 2005) at
 04/28/2006 13:43:59,
   Serialize complete at 04/28/2006 13:43:59
Content-Type: multipart/alternative; boundary="=_alternative
0066CEFA8625715E_="

This is a multipart message in MIME format.
--=_alternative 0066CEFA8625715E_=
Content-Type: text/plain; charset="US-ASCII"

Please feel free to forward my contact numbers to Bob Morgan.  We would
like to complete the interview in our Champaign office next Wednesday
(05-03-06) or  Thursday (05-04-06).  Starting times would be flexible but
preferably in the A.M. hours.   Thanks.

Sgt. Rodney Miller
Illinois State Police
work #217/278-5009
cel# 217/891-7777
--=_alternative 0066CEFA8625715E_=
Content-Type: text/html; charset="US-ASCII"


<br><font size=2 face="sans-serif">Please feel free to forward my contact
numbers to Bob Morgan.  We would like to complete the interview in
our Champaign office next Wednesday (05-03-06) or  Thursday (05-04-06).
 Starting times would be flexible but preferably in the A.M. hours.
  Thanks.</font>
<br><font size=2 face="sans-serif"><br>
Sgt. Rodney Miller<br>
Illinois State Police<br>
work #217/278-5009</font>
<br><font size=2 face="sans-serif">cel# 217/891-7777</font>
--=_alternative 0066CEFA8625715E_==
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple Computer//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">

---

Page: 1

EC
026229

File: C:\Protek\EDGR-CL-08-0116-21 Lacie\Export\EDGR Production bu\emlx\159926.€
emlx  3/18/2008, 7:50:25 AM

---

11647
Received: from py-out-1112.google.com ([64.233.166.180])
          by rwcrmxc26.comcast.net (rwcrmxc26) with SMTP
          id <20060727225431r2600rq37qe>; Thu, 27 Jul 2006 22:54:31 +0000
X-Originating-IP: [64.233.166.180]
Received: by py-out-1112.google.com with SMTP id d42so442093pyd
          for <dan_curry@comcast.net>; Thu, 27 Jul 2006 15:54:30 -0700 (PDT)
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
          s=beta; d=gmail.com;

          h=received:message-id:date:from:to:subject:in-reply-to:mime-version:con
          tent-type:references;

          b=R9Yr2oZeBAX5K4sRBLSFj8ay08aXjp0jgGxOR42MRYI9L7lZ4Fvdyf4Y37ISmOFe2/4je
          i5J5DD4w+Lz6nPwYcDIgS7a+VKuWtN13f9STk5t6IpSOT0T4Z5Kmq71Hfnzd9np+RangytV
          uDWYNgOMBGACnr5R6e0sMOGQ6Hm0INA=
Received: by 10.35.41.12 with SMTP id t12mr13898621pyj;
          Thu, 27 Jul 2006 15:54:30 -0700 (PDT)
Received: by 10.35.86.13 with HTTP; Thu, 27 Jul 2006 15:54:30 -0700 (PDT)
Message-ID: <ecfa33290607271554n713b9e81qf279e0d7b1d4659c@mail.gmail.com>
Date: Thu, 27 Jul 2006 17:54:30 -0500
From: "Eric Zorn" <ericzorn@gmail.com>
To: "Dan Curry" <dan_curry@comcast.net>
Subject: Re: Is Sells the Paris killer?
In-Reply-To: <25F5F0D0-008E-4A8F-9FF4-7A430FF899E7@comcast.net>
MIME-Version: 1.0
Content-Type: multipart/alternative;
          boundary="-----_Part_130234_23187019.1154040870246"
References: <25F5F0D0-008E-4A8F-9FF4-7A430FF899E7@comcast.net>

-------_Part_130234_23187019.1154040870246
Content-Type: text/plain; charset=ISO-8859-1; format=flowed
Content-Transfer-Encoding: 7bit
Content-Disposition: inline

Ed Parkinson is such a doofus. I know your pal Protess has been big on the
Sells theory for some time.
   What's the timetable on the Simon case?

On 7/27/06, Dan Curry <dan_curry@comcast.net> wrote:
>
> Illinois prosecutor believes acquitted woman killed her son
>
> JIM SUHR
>
> Associated Press Writer
>
> CARLYLE, Ill. (AP) _ A prosecutor said Thursday that a jury's
> acquittal of a woman on charges she killed her young son in 1997
> doesn't shake his belief that she _ not a Texas death row inmate he
> calls ``a plant'' who confessed after being supplied details _ is the
> killer.
>
> ``The jury found her not guilty; they did not find her innocent,'' Ed
> Parkinson said in his first public comments since Julie Rea-Harper

---

Page: 1

EC
026464