# EXHIBIT C

# Radical defense lawyer Richard Kling of Chicago



- Often says he's proud of his 1960's counterculture heritage
- Father was a member of the Communist Party of USA
- Is feeding news media, particularly Chicago Tribune, anti-Morgan angles

EC 027471