IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **GORDON RANDY STEIDL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05 CV 2127 |
| v. ) | |
| ) | Honorable Harold A. Baker |
| **CITY OF PARIS, et al.** ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING/CERTIFICATE OF SERVICE

  Ben Elson, an attorney, hereby certifies that on August 7, 2008, he electronically filed **PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT HIS MOTION FOR SANCTIONS AGAINST DEFENDANTS CITY OF PARIS, RAY, PARRISH, ECKERTY AND McFATRIDGE WITH THE ADDITIONAL ATTACHED EXHIBITS**, using the EM/ECF system which will send notification of such filing to the attached service list.

/s/ Ben H. Elson
Ben H. Elson
G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il. 60622
773/235-0070

Michael Bruce Metnick
Metnick, Cherry, Frazier, and Sabin, L.L.P.
Second Floor - Myers Bldg.
P. O. Box 12140
Springfield, IL 62791-2140
217/753-4242

Attorneys for Plaintiff

1

STEIDL SERVICE LIST

Michael E. Raub, James Kearns
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
mraub@hrva.com, jkearns@hrva.com
Attorneys for Edgar County

Terry Ekl, Vincent C. Mancini
Ekl Williams, PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, Illinois 60532
tekl@eklwilliams.com, vmancini@eklwilliams.com
Attorneys for Michael McFatridge

James Sotos, Sara Cliffe, Elizabeth A. Ekl
James Sotos & Associates
550 E. Devon Ave., Suite 150
Itasca, IL 60143
jsotos@jsotoslaw.com, eekl@jsotoslaw.com
Attorneys for City of Paris, Gene Ray, James Parrish, and Jack Eckerty

Iain D. Johnston
Johnston Greene LLC
542 S. Dearborn Suite 1310
Chicago, IL 60605
ijohnston@johnstongreene.com
Attorney for Steven Fermon, Diane Carper, Charles Brueggemann, Andre Parker, and Kenneth Kaupas