*Steidl v. City of Paris, et al.*
Case No. 05-2127

# EXHIBIT A

| Division No: | Reporting Date(s): | Reporting Agent(s): | | Lead No: |
|---|---|---|---|---|
| 86L3365 | Wednesday, 09/24/86 | Sgt. D. C. Hill, #2023 | | |
| Subject: | | Case Agent: | Office: | Typed By: | Date |
| Dyke Rhoads | | Eckerty, #1208 | Zone 10 | DDK | 09/3 |

Purpose: To document the initiation of an Edgar County court-ordered overhear on Wednesday, September 24, 1986, at Paris, Edgar County, IL, concerning this investigation. In summary, th following occurred:

At about 10:17 p.m., R/A conducted an Edgar County court-ordered audio and video overhear concerning a homicide investigation. A conversation was recorded between the consenting party an Gordon R. "Randy" Steidl. At about 11:00 p.m., the eavesdrop was terminated.

R/A "punched" the record tabs on the "RF" and video cassette recording tapes and marked on the "RF" and video cassette tapes and the Nagra recording spool the case number, date, times of recordings and the R/A's initials and I.D. number. R/A duplicated the Nagra recording tape an maintained custody of all recording tapes until they were transferred to S/A Eckerty at 10:30 a.m. on Thursday, 09/25/86.

R/A placed the video cassette recording tape into the DCI Headquarters evidence vault as Video Exhibit One.

Dissemination:

DSP 4-3 (7/85)

This document contains neither recommendations nor conclusions of the Illinois Department of State Police; it and its contents are not to be disseminated outside your agency.

Page 179

Steidl 12109