*Steidl v. City of Paris, et al.*
Case No. 05-2127

# EXHIBIT C

## ILLINOIS DEPARTMENT OF STATE POLICE
## INVESTIGATIVE REPORT

| Division No: | Reporting Date(s): | Reporting Agent(s): | | Lead No: |
|---|---|---|---|---|
| 86L3365 | Monday, April 20, 1987 | M/Sgt. Dwain C. Hill, #2023 | DCH | |
| Subject: | | Case Agent: | Office: | Typed By: | Date: |
| Karen & Dyke Rhodes | | Eckerty, #1208 | | DDK | 04-20-87 |

At 9:20 a.m., R/A removed from evidence Video Exhibit #1, an audio/video surveillance recording tape. R/A duplicated the video tape and forwarded the copy to the Edgar County State Attorney's Office. At 10:20 a.m., R/A returned the original recording Video Exhibit #1 to the evidence vault.

Dissemination:

000333

OSP 4-3 (7/85)   This document contains neither recommendations nor conclusions of the Illinois Department of State Police. It and its contents are not to be disseminated outside your agency.