**E-FILED**
Monday, 18 August, 2008  11:31:53 PM
Clerk, U.S. District Court, ILCD

*Steidl v. City of Paris, et al.*
Case No. 05-2127

# EXHIBIT E

OCT-17-2007 WED 10:46 AM IL STATE POLICE          FAX NO. 2177852325          P. 02/02

## ILLINOIS STATE POLICE
### EVIDENCE DISPOSAL REPORT

| FILE # | CASE TITLE | OFFICER | ID # | DIST/OFFICE | DATE |
|---|---|---|---|---|---|
| 86L3365 | GORDEN SPIDLE | DC Hill | 2023 | D00 | 01/26/01 |

TOTAL NUMBER OF EXHIBITS IN CASE (INCLUDE "J" EXHIBITS)(ON SUBSEQUENT 4-9 THIS NUMBER CAN INCREASE BUT NOT DECREASE)
TOTAL NUMBER OF "J" EXHIBITS
TOTAL NUMBER OF EXHIBITS PREVIOUSLY DISPOSED
TOTAL NUMBER OF EXHIBITS BEING DISPOSED OF WITH THIS REPORT          1
TOTAL NUMBER OF EXHIBITS REMAINING IN DEPARTMENT CONTROL          0

DISPOSITION CODES:
1. DESTRUCTION ORDER SUBMITTED. THIS IS AUTHORITY FOR EVIDENCE CUSTODIAN TO REMOVE EVIDENCE FROM THE VAULT, DESTROY IT, AND COMPLETE CERTIFICATION BELOW. THE EVIDENCE IS CURRENTLY MAINTAINED AT
2. INTRODUCED AS EVIDENCE; NOW IN CUSTODY OF CLERK OF COURT RECEIPT ATTACHED (REQUIRED)          (Location)
3. NO LONGER NEEDED AS EVIDENCE IN THIS CASE, BUT BEING HELD IN FILE #
4. ITEM TRANSFERRED TO ISP; AUTHORIZATION DOCUMENT ATTACHED (REQUIRED).
5. RETURN TO OWNER; COURT ORDER OPTIONAL; RECEIPT ATTACHED (REQUIRED).
6. TRANSFERRED TO OTHER AGENCY; COURT ORDER OPTIONAL, RECEIPT/DEPOSIT ATTACHED (REQUIRED).
7. RECOVERED D.A.F. FUNDS; ORDER OPTIONAL, RECEIPT/DEPOSIT ATTACHED (REQUIRED).
8. GAMBLING WINNINGS; COURT ORDER ATTACHED, RECEIPT ATTACHED (REQUIRED).
9. EXHIBIT HAS BEEN DIVIDED INTO PARTS; EXPLAIN FULLY.
10. DESTROYED BY OTHER AGENCY; DOCUMENTATION ATTACHED (REQUIRED).
11. TRANSFER TO SEIZED FUNDS ACCOUNT.
12. FORFEITED, TRANSFER TO ASSET SEIZURE UNIT.
13. OVERHEAR EVIDENCE MUST BE HELD UNTIL _____ (DESTRUCTION DATE)

| EXHIBIT # | DESCRIPTION | DISPOSITION CODE # |
|---|---|---|
| V1 | VIDEO TAPE | 1 |
| | | |
| | | |
| | | |
| | | |
| | | |

### REMARKS

CASE CLOSED.          08/25/1987

#### APPROVALS

| Officer | ID # | Date | Supervisor | ID # |
|---|---|---|---|---|
| DC Hill | 2023 | 01/26/01 | MM | 3638 |

### STATEMENT

The above listed items designated Disposition Code #1 have been destroyed by me on _____, according to Illinois State Police policy.

✓ Burning   ☐ Junking   ☐ Other

Signature _____ ID # 1496
Witness Signature H. Donald Ehler ID # 2737

PAGE 1 OF 1          533

ISP18027

1/9

## DIVISION OF CRIMINAL INVESTIGATION
### INTRA-DEPARTMENT EVIDENCE INVENTORY RECEIPT FORM

Case File # 86L3365

Date WED., 09-24-86

Defendant GORDON R. "RANDY" STEIDL

Offense MURDER

### DESCRIPTION OF EVIDENCE

Exhibit # VIDEO ONE Video Cassette

Agent Dwain C. Hill 2023    Time 10AM    Date 09-29-86

Number of Items ONE 1    Bin(s) A-106

Evidence Clerk Rocker    Time 10:15AM    Date 9/29/86

DLE 4-61 (10/83)

IL 454-0528

ISP18028

| Date & Time IN | Date & Time OUT | ENROUTE | FROM | TO | BIN |
|---|---|---|---|---|---|
| 4-20-87 | 9:15 a.m. | | your escort | | |
| 4-20-87 | 11:00 a.m. | | | | |
| | 02/20/2001 | | | Chicago, Buren Cook. -/ | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ISP18029

## Evidence Vault Sign-In Log

| Visitor **Print** Name | Visitor **Sign** Name | Date | Time In | Time Out | Reason for Visit | EC Signature & ID |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

ISP18030