*Steidl v. City of Paris, et al.*
Case No. 05-2127

# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| Gordon Randy Steidl, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | Honorable Harold A. Baker |
| City of Paris, et al., | ) | Judge Presiding |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ANDRE PARKER**

Andre Parker, pursuant to 28 U.S.C §1746, states the following on personal knowledge:

1. I was employed by the Illinois State Police from November 5, 1978 until March 16, 2006.

2. Between January 26, 2001 and February 20, 2001, my position was Assistant Deputy Director. My responsibilities included assisting the Deputy Director, Division of Operations, in leading and supervising the Division of Operations.

3. As a defendant in this lawsuit, I have recently become aware of the disposal of a videotape, as memorialized on an Illinois State Police Evidence Disposal Report dated January 26, 2001, which had been maintained as evidence in the case file for the Rhoads' homicide investigation (Case No. 86L3365).

4. I was not involved in the creation of the above-referenced videotape.

5. I do not know the content of the videotape in question.

6. I was unaware of this videotape, or its subsequent destruction, until after this lawsuit commenced.

7. I have no knowledge of the videotape's destruction.

8. I have never destroyed, or ordered the destruction of any evidence, related to the Rhoads' homicide investigation.

9. I have never destroyed, or ordered the destruction of any evidence, related to this lawsuit, or the related lawsuit *Whitlock v. City of Paris, et. al*, Case No. 08 CV 2055.

10. I have never violated ISP policy regarding the retention or destruction of evidence.

11. If called to testify as a witness, I could competently testify to the foregoing. I certify under penalty of perjury that the foregoing is true and correct.

*Andre Parker*

Andre Parker

Executed this 12 day of August, 2008.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Gordon Randy Steidl, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 CV 2127 |
| ) | Honorable Harold A. Baker |
| City of Paris, et al., ) | Judge Presiding |
| ) | |
| Defendants. ) | |

## DECLARATION OF KENNETH J. KAUPAS

Kenneth J. Kaupas, pursuant to 28 U.S.C §1746, states the following on personal knowledge:

1. Between February 1983 and the present, I have been employed by the Illinois State Police. I currently hold the position of the District 5 Commander.

2. Between January 26, 2001 and February 20, 2001, my position was Zone 2 Investigative Commander, based in Rockford, Illinois.

3. My responsibilities included the daily supervision of the general criminal units in Rockford, Sterling, and the Quad cities. Additionally I supervised the various narcotics units operating in the northern part of Illinois.

4. In July, 2003, I was assigned to Zone 5. In April of 2004, I was assigned to work with the Illinois Appellate Prosecutor's office on the Rhoads' homicides, and in the course of that work became aware of the disposal of a videotape, as memorialized on an Illinois State Police Evidence Disposal Report dated January 26, 2001, which had been maintained as evidence in the case file for the Rhoads' homicide investigation (Case No. 86L3365).

5. I was not involved in the creation of the above-referenced videotape.

6. I did not know any of the content of the videotape in question until some point after April 2004, when a clip from a copy of this videotape was aired as part of the "48 Hours" television program. I subsequently came to learn the general substance of the videotape from my work on the Rhoads' homicides.

7. I had no knowledge of the videotape's existence until after it was destroyed, and I had no involvement in its destruction.

8. I have never destroyed, or ordered the destruction of any evidence, related to the Rhoads' homicide investigation.

9. I have never destroyed, or ordered the destruction of any evidence, related to this lawsuit, or the related lawsuit *Whitlock v. City of Paris, et. al*, Case No. 08 CV 2055.

10. I have never violated ISP policy regarding the retention or destruction of evidence.

11. If called to testify as a witness, I could competently testify to the foregoing. I certify under penalty of perjury that the foregoing is true and correct.

*Kenneth J. Kaupas* (signature)

Kenneth J. Kaupas

Executed this 13 day of August, 2008.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| Gordon Randy Steidl, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | Honorable Harold A. Baker |
| City of Paris, et al., | ) | Judge Presiding |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF DIANE CARPER**

Diane Carper, pursuant to 28 U.S.C §1746, states the following on personal knowledge:

1. I am currently retired.

2. Between November 10, 1980 and January 31, 2008 I was employed by the Illinois State Police.

3. Between January 26, 2001 and February 20, 2001 my position was Region III Commander.

4. My responsibilities included supervision of Districts 6, 8, 9, 10, 14, and 20 and Zones 4 and 5.

5. As a defendant in this lawsuit, I am aware of the disposal of a videotape, as memorialized on an Illinois State Police Evidence Disposal Report dated January 26, 2001, which had been maintained as evidence in the case file for the Rhoads' homicide investigation (Case No. 86L3365).

6. I was not involved in the creation of the above-referenced videotape.

7. I do not know the content of the videotape in question.

8. I was unaware of this videotape until 2004, when Kenneth Kaupas informed me that there was a videotape he was searching for related to the Rhoads homicides.

9. I have no knowledge of the videotape's destruction until 2007.

10. I have never destroyed, or ordered the destruction of any evidence, related to the Rhoads' homicide investigation.

11. I have never destroyed, or ordered the destruction of any evidence, related to this lawsuit, or the related lawsuit *Whitlock v. City of Paris, et. al*, Case No. 08 CV 2055.

12. If called to testify as a witness, I could competently testify to the foregoing. I certify under penalty of perjury that the foregoing is true and correct.

*Diane Carper*

Diane Carper

Executed this 15th day of August, 2008.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| Gordon Randy Steidl, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 05 CV 2127 |
| City of Paris, et al., | ) ) | Honorable Harold A. Baker Judge Presiding |
| Defendants. | ) ) | |

### DECLARATION OF STEVEN M. FERMON

Steven M. Fermon, pursuant to 28 U.S.C §1746, states the following on personal knowledge:

1. Between October 10, 1983 and the present I have been employed by the Illinois State Police. I am currently employed as a Captain.

2. Between January 26, 2001 and February 20, 2001 my position was Statewide Investigations Administrator.

3. My responsibilities included coordination of investigative training, cost center oversight, and assisting in the development of a reorganization of investigative units.

4. As a defendant in this lawsuit, I have recently become aware of the disposal of a videotape, as memorialized on an Illinois State Police Evidence Disposal Report dated January 26, 2001, which had been maintained as evidence in the case file for the Rhoads' homicide investigation (Case No. 86L3365).

5. I was not involved in the creation of the above-referenced videotape.

6. I do not know the content of the videotape in question.

7. I was unaware of this videotape, or its subsequent destruction, until after this lawsuit commenced.

8. I have no knowledge of the videotape's destruction.

9. I have never destroyed, or ordered the destruction of any evidence, related to the Rhoads' homicide investigation.

10. I have never destroyed, or ordered the destruction of any evidence, related to this lawsuit, or the related lawsuit *Whitlock v. City of Paris, et. al*, Case No. 08 CV 2055.

11. I have never violated ISP policy regarding the retention or destruction of evidence

12. If called to testify as a witness, I could competently testify to the foregoing. I certify under penalty of perjury that the foregoing is true and correct.

_____
Steven M. Fermon

Executed this 1st day of August, 2008.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Gordon Randy Steidl, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>City of Paris, et al., )<br>)<br>Defendants. ) | No. 05 CV 2127<br>Honorable Harold A. Baker<br>Judge Presiding |

### DECLARATION OF _____

Jeffrey A. Marlow, pursuant to 28 U.S.C §1746, states the following on personal knowledge:

1. I am currently employed by Illinois State Police as a Special Agent

2. Between 10/10/83 and present I was employed by the Illinois State Police.

3. Between January 26, 2001 and February 20, 2001 my position was Special Agent, Zone 5 Investigations, Special Investigations Unit.

4. My responsibilities included conducting criminal investigations assigned by the Department.

5. As a defendant in this lawsuit, I have recently become aware of the disposal of a videotape, as memorialized on an Illinois State Police Evidence Disposal Report dated January 26, 2001, which had been maintained as evidence in the case file for the Rhoads' homicide investigation (Case No. 86L3365).

6. I was not involved in the creation of the above-referenced videotape.

7. I do not know the content of the videotape in question.

8. I was unaware of this videotape, or its subsequent destruction, until after this lawsuit commenced.

9. I have no knowledge of the videotape's destruction.

10. I have never destroyed, or ordered the destruction of any evidence, related to the Rhoads' homicide investigation.

11. I have never destroyed, or ordered the destruction of any evidence, related to this lawsuit, or the related lawsuit *Whitlock v. City of Paris, et. al*, Case No. 08 CV 2055.

12. I have never violated ISP policy regarding the retention or destruction of evidence

13. If called to testify as a witness, I could competently testify to the foregoing. I certify under penalty of perjury that the foregoing is true and correct.

*[signature: Jeffrey A. Marlow]*
NAME

Executed this ____ day of August, 2008.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Gordon Randy Steidl, | ) |
| Plaintiff, | ) |
| v. | ) No. 05 CV 2127 |
| | ) Honorable Harold A. Baker |
| City of Paris, et al., | ) Judge Presiding |
| Defendants. | ) |

## DECLARATION OF CHARLES BRUEGGEMANN

Charles Brueggemann, pursuant to 28 U.S.C §1746, states the following on personal knowledge:

1. I am currently employed by the Illinois State Police as the First Deputy Director.

2. I have been employed by the Illinois State Police since December 16, 1985.

3. Between January 26, 2001 and February 20, 2001 my position was Lieutenant Colonel of Region IV. My responsibilities included the oversight of the six southern districts and two southern zones that comprise the southern 41 counties of the state.

4. As a defendant in this lawsuit, I have recently become aware of the disposal of a videotape, as memorialized on an Illinois State Police Evidence Disposal Report dated January 26, 2001, which had been maintained as evidence in the case file for the Rhoads' homicide investigation (Case No. 86L3365).

5. I was not involved in the creation of the above-referenced videotape.

6. I do not know the content of the videotape in question.

7. I was unaware of this videotape, or its subsequent destruction, until after this lawsuit commenced.

8. I have no knowledge of the videotape's destruction.

9. I have never destroyed, or ordered the destruction of any evidence, related to the Rhoads' homicide investigation.

10. I have never destroyed, or ordered the destruction of any evidence, related to this lawsuit, or the related lawsuit *Whitlock v. City of Paris, et. al*, Case No. 08 CV 2055.

11. If called to testify as a witness, I could competently testify to the foregoing. I certify under penalty of perjury that the foregoing is true and correct.

*Charles Brueggemann*

Charles Brueggemann

Executed this 13th day of August, 2008.