E-FILED
Monday, 18 August, 2008  11:32:45 PM
Clerk, U.S. District Court, ILCD

*Steidl v. City of Paris, et al.*
Case No. 05-2127

# EXHIBIT G

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT

EDGAR COUNTY                           PARIS, ILLINOIS


THE PEOPLE OF THE          )
STATE OF ILLINOIS          )
                           )
            vs.            )    No. 87-CF-21
                           )
HERBERT WHITLOCK,          )
                           )
            Defendant.     )


### REPORT OF PROCEEDINGS

Transcript of hearing held April 15 (p.m. only) and April 21, 2005, before the Honorable H. Dean Andrews, Circuit Judge.


PRESENT:


MR. DAVID RANDS
State's Attorneys Appellate Prosecutor
308 South Kitchell, Olney, IL  62450
    For the People of the State of Illinois

MR. RICHARD S. KLING
MS. SUSANA S. ORTIZ
Attorneys at Law
Law Offices, Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL  60661-3691
    For the defendant


BARBARA CASH, CSR, RDR
Official Court Reporter
Edgar County Courthouse
Paris, IL  61944
CSR No. 84-1491

Steidl 8233

```
 1        Q    And one of the things that I think that you
 2   told Mr. Rands on cross examination, that definitively
 3   would have blown Debra Reinbolt out of the water, would
 4   have been scientific evidence.
 5        A    Yes, it would have.
 6        MR. KLING:  I have nothing further. Thank you, sir.
 7        THE COURT:  Mr. Rands.
 8        MR. RANDS:  No recross, Your Honor.
 9        THE COURT:  Thank you, Mr. Tulin.  You're free to
10   go.
11        THE WITNESS:  Thank you, Your Honor.  It's been a
12   pleasure.
13        THE COURT:  Call your next witness.
14        Please approach the circuit clerk here, and she
15   will administer the oath.
16                       (witness sworn)
17                     JACK ECKERTY,
18   called as a witness by the defense, being duly sworn,
19   was examined and testified as follows:
20                   DIRECT EXAMINATION
21                    BY MR. KLING:
22        Q    Mr. Witness, would you please state your first
23   name and your last name and spell your last name for the
24   young lady who's taking down everything we all say?
```

444

Steidl 8245

1          A     Yes, sir.  My name's Jack Eckerty.   That's

2     E-C-K-E-R-T-Y.

3          Q     Are you presently employed?

4          A     Self-employed.

5          Q     What do you do for a living?

6          A     I sell boats.

7          Q     And at some point in your past were you

8     employed as an investigator with the Illinois State

9     Police?

10         A     Yes, I was.

11         Q     When did you begin your work with the Illinois

12    State Police?

13         A     I entered the State Police Academy in 1967.

14         Q     And how long were you in the academy?

15         A     Four months.

16         Q     OK.  And that was formal training for becoming

17    a state police officer?

18         A     Yes, sir.

19         Q     And I assume you successfully completed the

20    academy?

21         A     Yes, sir.

22         Q     When did you become a sworn officer?

23         A     I believe it was in February of 1968.

24         Q     And what was your first assignment?

                            445

1       A     In uniform patrol.

2       Q     In what jurisdiction, what area?

3       A     District 10.

4       Q     And that's the Central District in Illinois?

5       A     Yes.

6       Q     Did you move up through the ranks while you

7    were with the state police?

8       A     I went into the detectives, or investigations.

9       Q     How do you go from being a patrol officer to

10   becoming a detective, or in investigations?

11      A     At that time that I was accepted, you would

12   take a test, a written test.  And then they would go

13   from the top 50 percent, and -- you know.

14      Q     Roughly when was it that you became a

15   detective or part of the investigations division?

16      A     In '75, '76.

17      Q     And was that DCI?

18      A     I believe it was called CIB then.

19      Q     And what does that stand for?

20      A     Criminal Investigations Bureau.

21      Q     And that's the same as the Department of

22   Criminal Investigations?

23      A     Yes, sir.

24      Q     And that's the DCI?

446

1        A    Yes.

2        Q    How long were you with the Criminal

3   Investigations Bureau?

4        A    Until my retirement in 1993.

5        Q    And from the time that you became a criminal

6   investigator with the Criminal Investigations Bureau,

7   until you retired in 1993, roughly how many cases were

8   you involved in as a sworn officer?  Roughly.

9        A    Maybe 25 cases a year.  I had kind of a heavy

10  caseload.

11       MR. KLING: If I may have a second.

12                 (conference off the record)

13       Q    And I assume your work as an investigator

14  involved all aspects of investigation, from

15  on-the-street work to preparing cases for trial?

16       A    Yes, sir.

17       Q    In the course of your work with the

18  Investigations Bureau did you ever have occasion to

19  testify in court?

20       A    Yes, I have.

21       Q    Roughly how many times?

22       A    Almost every case probably that we were

23  involved with.

24       Q    And is it fair to say some cases were less

447

Steidl 8248