E-FILED
Monday, 18 August, 2008  11:33:00 PM
Clerk, U.S. District Court, ILCD

*Steidl v. City of Paris, et al.*
Case No. 05-2127

# EXHIBIT H

## A F F I D A V I T

NOW COMES your affiant, WILLIAM CLUTTER, and states under oath the follows:

1.    I am employed as an investigator with the law firm of Metnick, Barewin & Wise.

2.    That on or about January 30, 1992, I obtained from John Muller's file a video cassette tape of a judicially authorized overhear involving Darrell Herrington and Randy Steidl.

3.    That I have reviewed said videotape; it depicts a September 25, 1986 conversation between Darrell Herrington and Randy Steidl outside a Paris, Illinois tavern. No one else is present during that conversation.

4.    It is my understanding that Herrington was wearing a police "wire" which provided the audio that can be heard on this videotape.

5.    The videotape is in the possession of the law office of Metnick, Barewin & Wise and will be provided to the Court and opposing counsel upon request.

FURTHER your affiant sayeth naught.

WILLIAM CLUTTER

Subscribed and sworn to
before me this _3rd_ day
of _April_ , 1992.

_____
Notary Public

```
" OFFICIAL  SEAL "
Charlotte McHugh
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/31/95
```

PLAINTIFF017425