*Steidl v. City of Paris, et al.*
Case No. 05-2127

# EXHIBIT I

1

```
 1              DEPOSITION OF BILL CLUTTER

 2         IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
 3                   STATE OF ILLINOIS

 4   GORDON RANDY STEIDL,

 5            Plaintiff,

 6       -vs-                    No. 05 CV 2127

 7   CITY OF PARIS, Present and
     Former Paris Police Officials
 8   Chief Gene Ray and Detective
     James Parrish; former Illinois
 9   State Trooper Jack Eckerty;
     former Edgar County State's
10   Attorney Michael McFatridge;
     EDGAR COUNTY; and Illinois State
11   Police Officials Steven M. Fermon,
     Diane Carper, Charles E. Brueggemann,
12   Andre Parker and Kenneth Kaupus,

13            Defendants.

14   HERBERT WHITLOCK,

15            Plaintiff,

16       vs.                     No. 08 CV 2055

17
     CITY OF PARIS, Present and Former
18   Paris Police Officials Chief Gene
     Ray and Detective James Parrish;
19   former Illinois State Trooper Jack
     Eckerty; former Edgar County
20   State's attorney Michael McFatridge;
     EDGAR COUNTY; and Illinois State
21   Police officials Steven M. Fermon,
     Diane Carper, Charles E. Bruggemann,
22   Andre Parker, Kenneth Kaupus and
     Jeff Marlow; and Deborah Rienbolt.
23
                   Defendants
24
```

ORIGINAL

2

1

2          DEPOSITION OF BILL CLUTTER

3               July 24th, 2008
                 10:00  AM
4
            Deann K. Parkinson:  CSR 84-002089
5
        Area Wide Reporting & Video Conferencing
6                    301 West White
              Champaign, Illinois   61820
7                    (800)747-6789

8
                    APPEARANCES:
9
    MS. JAN SUSLER
10  Attorney At Law
    People's Law Office
11  1180 N. Milwaukee Avenue, 3rd Floor
    Chicago, IL  60622
12  Appearing on behalf of Gordon Randy Steidl

13  MR. RON PALSON
    MS. CARRIE HALL
14  Michael Best & Friedrich, LLP
    Two Prudential Plaza
15  180 North Stetson Avenue Suite 2000
    Chicago, IL  60601
16  Appearing on behalf of Herbert Whitlock

17  MR. MICHAEL RAUB
    Heyl, Royster, Voelker & Allen
18  102 East Main Street
    PO Box 129
19  Urbana, IL  61801
    217-344-9295
20  Appearing on behalf of Edgar County

21  MR. PHILIP ACKERMAN
    Johnston Greene
22  542 South Dearborn Street, Suite 1310
    Chicago, IL  60605
23  Appearing on behalf of Steven Fermon, Diane
    Carper, Charles Bruggemann, Andre  Parker, Kenneth
24  Kaupus, and Jeffrey Marlow

```
 1    talked to you?
 2        A.   She may have, but I can't recall.
 3        Q.   Do you know when it was that Paula
 4    Meyers first started talking to Randy Steidl's
 5    attorneys?
 6        A.   No.
 7        Q.   Around that same time frame back in
 8    early January of 1992, did you have an occasion to
 9    obtain any videotapes from Mr. Mueller?
10        A.   I believe we would have gotten anything
11    that was contained in his file, I do seem to
12    recall that there was videotape of Herrington and
13    Randy Steidl that was an overhear outside of the
14    Tap Room Tavern.
15        Q.   Do you recall what it was that you did
16    with that videotape?
17        A.   I remember reviewing it.
18        Q.   And after you reviewed it, what did you
19    do with it?
20        A.   Maintained it with the file.
21        Q.   To your knowledge is that video of
22    Herrington and Randy Steidl during the overhear,
23    is that still contained within Mr. Metnick's file?
24        A.   I would assume at this point that it's
```

```
 1        been transferred to the People's Law Office.
 2             Q.    Other than the videotape of the
 3        overhear, do you recall receiving any other
 4        videotapes from Mr. Mueller during the course of
 5        your investigation?
 6             A.    Not that I recall.
 7             Q.    Any videotapes that you had during the
 8        course of your investigation, are those now, have
 9        they all been given to the People's Law Office to
10        your knowledge?
11             A.    Yes.
12             Q.    Do you know whether or not Charlie
13        Peters created any videotapes in connection with
14        any interviews that he conducted?
15             A.    I don't believe he did.
16             Q.    And do you know whether he had any audio
17        tapes?
18             A.    I didn't see any or hear any.
19             Q.    Do you know if there is any other person
20        who investigated Randy Steidl's case on behalf of
21        Randy Steidl that generated any video or audio
22        tapes?
23             A.    Prior to?
24             Q.    At any point in time that we haven't
```