IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| Gordon Randy Steidl, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2127 |
| | ) | Honorable Harold A. Baker |
| City of Paris, et al., | ) | Judge Presiding |
| | ) | |
| Defendants. | ) | |

and

| | | |
|---|---|---|
| Herbert Whitlock, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2055 |
| | ) | Honorable Harold A. Baker |
| City of Paris, et al., | ) | Judge Presiding |
| | ) | |
| Defendants. | ) | |

## CURRENT ISP OFFICIALS' MOTION FOR
## LEAVE TO DEPOSE GEORGE RYAN, A PRISONER

The Current ISP Officials (Charles Brueggemann, Steven Fermon, Diane Carper, Kenneth Kaupas, Jeff Marlow[1] and Andre Parker), by their counsel, Iain D. Johnston, hereby move this Honorable Court, pursuant to Federal Rules of Civil Procedure 26(b)(2) and 30(a)(2)(B), for leave to depose former Illinois Governor George Ryan, who is currently a prisoner at the Federal Correctional Institution in Terre Haute, Indiana. In further support of this motion, the Current ISP Officials state as follows:

---

[1] Mr. Marlow is a defendant only in the *Whitlock* case. The remaining Current ISP Officials are defendants in both the *Steidl* and *Whitlock* cases.

1.  Plaintiffs Steidl and Whitlock have alleged that the Current ISP Officials were politically motivated to interfere with: 1) the post-conviction investigation into the murders of Dyke and Karen Rhoads conducted by the Illinois State Police; and 2) Steidl and Whitlock's clemency petitions to then Illinois Governor Ryan. (*See generally* Steidl Compl. ¶¶ 83-93; Whitlock Compl. ¶¶ 76-87). The Current ISP Officials seek to depose Former Governor Ryan regarding the general subject matter of these allegations.

2.  According to the Federal Bureau of Prisons website, Former Governor Ryan is currently incarcerated at the Federal Correctional Institute in Terre Haute, Indiana. (Ex. A.) This facility is located in the Southern District of Indiana. (Ex. B.) Federal Rule of Civil Procedure 30(a)(2)(B) provides that "[a] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(2) ... if the deponent is confined in prison." The purpose of the Rule is to "prevent unnecessary disruption of the administration of the penal institution." *Kendrick v. Schnorbus*, 655 F.2d 727, 728 (6th Cir. 1981); *accord Ashby v. McKenna*, 331 F.3d 1148, 1150 (10th Cir. 2003).

3.  Here, granting leave to depose Former Governor Ryan is consistent with Rule 26(b)(2), which generally provides that the court may set limitations of the frequency and extent of discovery. The Current ISP Officials have no other avenue to obtain sworn evidence from Former Governor Ryan regarding Plaintiffs' allegations. Under these circumstances, this Court is required to grant leave to depose Former Governor Ryan.

WHEREFORE, Defendants Charles Brueggemann, Steven Fermon, Diane Carper, Kenneth Kaupas, Jeff Marlow and Andre Parker respectfully move this Court for leave to depose Former Governor George Ryan, currently a prisoner at the Federal Correctional Institution in Terre Haute, Indiana.

Respectfully submitted,

The Current ISP Officials

s/ Iain D. Johnston
Iain D. Johnston
Bar Number: 6204667
Attorney for Defendants
Carper, Fermon, Kaupas, Parker,
Brueggemann and Marlow
Johnston Greene LLC
542 South Dearborn Street
Suite 1310
Chicago, IL 60605
Phone: (312) 341-3900
Fax: (312) 341-0700
Email: ijohnston@johnstongreene.com

3

# Inmate Locator - Locate Federal inmates from 1982 to present

| Name | Register Number | Age | Race | Sex | Release Date Actual / Projected | Location |
|---|---|---|---|---|---|---|
| 1. GEORGE H RYAN | 16627-424 | 74 | White | M | 07-04-2013 | TERRE HAUTE FCI |

New Search    FAQs    Privacy                                    Results 1 - 1 of 1

**EXHIBIT A**

# FCI Terre Haute

The Federal Correctional Institution (FCI) in Terre Haute, Indiana, is a medium security facility housing male inmates with an adjacent satellite prison camp that houses minimum security male offenders. It is part of the Terre Haute Federal Correctional Complex (FCC).

FCI Terre Haute is located on Highway 63, 2 miles south of the City of Terre Haute, which is 70 miles west of Indianapolis on Interstate 70.

**Judicial District**: Southern Indiana





FCI Terre Haute Contact Information

FCC Terre Haute Visiting Regulations    Type: PDF    Size: 147 KB

**EXHIBIT B**