UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GORDON RANDY STEIDL, ) | | |
| Plaintiff, ) | | |
| v. ) | Case No. 05 C 2127 | |
| ) | | |
| CITY OF PARIS, et al., ) | | |
| Defendants. ) | | |
| HERBERT WHITLOCK, ) | | |
| Plaintiff, ) | | |
| v. ) | Case No. 08 C 2055 | |
| ) | | |
| CITY OF PARIS, et al., ) | | |
| Defendants. ) | | |

## NOTICE OF FILING

To:   See Attached Service List

PLEASE TAKE NOTICE that on August 27, 2008, I filed electronically with the Clerk of the United States District Court for the Central District of Illinois, the CURRENT ISP OFFICIALS' MOTION FOR LEAVE TO DEPOSE GEORGE RYAN, A PRISONER.

Respectfully submitted,

The Current ISP Officials

By:   s/ Iain D. Johnston

Johnston Greene LLC
542 S. Dearborn Street, Suite 1310
Chicago, IL  60605
Telephone: (312) 341-9720
Fax: (312) 341-0700
E-mail: ijohnston@johnstongreene.com
Attorney for Defendants Carper, Fermon,
Kaupas, Parker, Brueggemann and Marlow

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that a true and correct copy of the foregoing NOTICE OF FILING together with the CURRENT ISP OFFICIALS' MOTION FOR LEAVE TO DEPOSE GEORGE RYAN, A PRISONER were served electronically on the following counsel of record on August 27, 2008 via the CM/ECF system:

G. Flint Taylor
Jan Susler
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60622

Michael Bruce Metnick
Metnick, Cherry, Frazier and Sabin, LLP
Second Floor – Myers Bldg.
P.O. Box 12140
Springfield, IL 62791-2140

James G. Sotos
Elizabeth A. Ekl
Sara Cliffe
James G. Sotos & Associates, Ltd.
550 E. Devon, Suite 150
Itasca, IL 60143

Michael E. Raub
James Kearns
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129

Terry A. Ekl
Vincent C. Mancini
Patrick L. Provenzale
Ekl Williams, PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lise, IL 60532

Ronald H. Balson
Carrie A. Hall
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601

Richard S. Kling
Susana Ortiz
Law Offices of Richard Kling
565 West Adams Street, 6th Floor
Chicago, IL 60661-3691

      Also, a true and correct copy of the foregoing Notice NOTICE OF FILING together with the CURRENT ISP OFFICIALS' MOTION FOR LEAVE TO DEPOSE GEORGE RYAN, A PRISONER was served upon the following individual via U.S. Mail on the 27th day of August, 2008 by depositing it in the U.S. Mail at 542 S. Dearborn, Chicago, Illinois:

      Deborah Rienbolt
      2116 East Keys Avenue
      Springfield, IL 62702

      s/ Iain D. Johnston
      Johnston Greene LLC
      542 S. Dearborn St., Suite 1310
      Chicago, IL  60605
      Telephone: (312) 341-9720
      Fax: (312) 341-0700
      Attorney for ISP Officials